ATTACHMENT TO CIVIL COVER SHEET

Attorneys for Plaintiff

Shawn Holley (Cal. Bar No. 136811)
Kate Mangels (Cal. Bar No. 301811)
KINSELLA WEITZMAN ISER KUMP HOLLEY LLP
808 Wilshire Boulevard, 3rd Floor
Santa Monica, CA 90401
Tel: (310) 566-9800

Blair G. Brown (*pro hac vice* application forthcoming)
Jon R. Fetterolf (*pro hac vice* application forthcoming)
ZUCKERMAN SPAEDER LLP
1800 M Street, N.W., Suite 1000
Washington, DC 20036
Tel: (202) 778-1800