| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br><br>SHAWN HOLLEY (CAL. BAR NO. 136811)<br>KATE MANGELS (CAL. BAR NO. 301811)<br>KINSELLA WEITZMAN ISER KUMP HOLLEY LLP<br>808 WILSHIRE BOULEVARD, 3RD FLOOR<br>SANTA MONICA, CA 90401<br>TEL: (310) 566-9800<br>BLAIR G. BROWN (pro hac vice application forthcoming)<br>JON R. FETTEROLF (pro hac vice application forthcoming)<br><br>ATTORNEY(S) FOR: TREVOR BAUER | CLEAR FORM |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREVOR BAUER<br><br>Plaintiff(s),<br>v.<br>LINDSEY C. HILL AND NIRANJAN FRED THIAGARAJAH<br><br>Defendant(s) | CASE NUMBER:<br><br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____Trevor Bauer_____ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| **PARTY** | **CONNECTION / INTEREST** |
|---|---|
| TREVOR BAUER | PLAINTIFF |
| LINDSEY C. HILL | DEFENDANT |
| NIRANJAN FRED THIAGARAJAH | DEFENDANT |

April 25, 2022
Date

Signature

Attorney of record for (or name of party appearing in pro per):

Trevor Bauer

CV-30 (05/13)                          NOTICE OF INTERESTED PARTIES