Shawn Holley (Cal. Bar No. 136811)
Kate Mangels (Cal. Bar No. 301811)
KINSELLA WEITZMAN ISER KUMP HOLLEY LLP
808 Wilshire Boulevard, 3rd Floor
Santa Monica, CA 90401
Tel: (310) 566-9800

Blair G. Brown (*pro hac vice* pending)
Jon R. Fetterolf (*pro hac vice* forthcoming)
ZUCKERMAN SPAEDER LLP
1800 M Street, N.W., Suite 1000
Washington, D.C. 20036
Tel: (202) 778-1800

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| TREVOR BAUER,<br><br>            Plaintiff,<br><br>       v.<br><br>LINDSEY C. HILL and NIRANJAN FRED THIAGARAJAH,<br><br>            Defendants. | Case No. 8:22-cv-00868 CJC (ADSx)<br><br>**CERTIFICATE OF SERVICE** |

I, Kelsey Simmerson, an associate of Zuckerman Spaeder LLP, hereby certify that on the 27th day of April 2022, I caused to be served a true and correct copy of the following documents by first-class mail upon defendant Lindsey C. Hill:

**NOTICE OF ASSIGNMENT TO UNITED STATES JUDGE;**

**NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM; and**

NOTICE TO COUNSEL RE CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE.

*/s/ Kelsey Simmerson*