1  Shawn Holley (Cal. Bar No. 136811)
   Kate Mangels (Cal. Bar No. 301811)
2  KINSELLA WEITZMAN ISER KUMP HOLLEY LLP
   808 Wilshire Boulevard, 3rd Floor
3  Santa Monica, CA 90401
   Tel: (310) 566-9800
4
   Blair G. Brown (*pro hac vice* pending)
5  Jon R. Fetterolf (*pro hac vice* forthcoming)
   ZUCKERMAN SPAEDER LLP
6  1800 M Street, N.W., Suite 1000
   Washington, D.C. 20036
7  Tel: (202) 778-1800

8  *Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| TREVOR BAUER, | Case No. 8:22-cv-00868 CJC (ADSx) |
|---|---|
| Plaintiff, | |
| v. | |
| LINDSEY C. HILL and NIRANJAN FRED THIAGARAJAH, | **CERTIFICATE OF SERVICE** |
| Defendants. | |

I, Kelsey Simmerson, an associate of Zuckerman Spaeder LLP, hereby certify that on the 27th day of April 2022, I caused to be served a true and correct copy of the following documents by first-class mail upon defendant Niranjan Fred Thiagarajah:

**NOTICE OF ASSIGNMENT TO UNITED STATES JUDGE;**

**NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM; and**

NOTICE TO COUNSEL RE CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE.

Kelsey Simmerson