# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

TREVOR BAUER,

Plaintiff(s)

v.

LINDSEY C. HILL AND NIRANJAN FRED THIAGARAJAH,

Defendant(s).

CASE NUMBER

8:22-cv-00868 CJC (ADSx)

**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* [9]**

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Brown, Blair G.
*Applicant's Name (Last Name, First Name & Middle Initial)*

202.778.1800             202.822.8106
*Telephone Number*        *Fax Number*

bbrown@zuckerman.com
*E-Mail Address*

of

Zuckerman Spaeder LLP
1800 M Street, N.W., Suite 1000
Washington, D.C. 20036

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Trevor Bauer

*Name(s) of Party(ies) Represent*   ✓ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

Holley, Shawn
*Designee's Name (Last Name, First Name & Middle Initial)*

136811                   310.566-9800          310-566-9850
*Designee's Cal. Bar No.*  *Telephone Number*   *Fax Number*

sholley@kwikhlaw.com
*E-Mail Address*

of

Kinsella Weitzman Iser Kump LLP
808 Wilshire Boulevard, 3rd Floor
Santa Monica, CA 90401

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED
☐ DENIED:
  ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application:
  ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
  ☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated: May 3, 2022**

*U.S. District Judge*