# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREVOR BAUER,<br><br>Plaintiff(s),<br>v.<br><br>LINDSEY C. HILL AND NIRANJAN FRED THIAGARAJAH,<br><br>Defendant(s). | CASE NUMBER<br><br>8:22-cv-00868 CJC (ADSx)<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* [12]** |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Fetterolf, Jon R.    of   Zuckerman Spaeder LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*    1800 M Street, N.W., Suite 1000
202.778.1800     202.822.8106    Washington, D.C. 20036
*Telephone Number*    *Fax Number*
jfetterolf@zuckerman.com
*E-Mail Address*    *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Trevor Bauer

*Name(s) of Party(ies) Represent*    ✓ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

Holley, Shawn    of   Kinsella Weitzman Iser Kump LLP
*Designee's Name (Last Name, First Name & Middle Initial)*    808 Wilshire Boulevard, 3rd Floor
136811    310.566-9800    310-566-9850    Santa Monica, CA 90401
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*
sholley@kwikhlaw.com
*E-Mail Address*    *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED
☐ DENIED:
  ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application:
  ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
  ☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

Dated: May 3, 2022

U.S. District Judge