AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the
Central District of California

| TREVOR BAUER | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 8:22-cv-00868 |
| LINDSEY C. HILL AND NIRANJAN FRED THIAGARAJAH | ) |
| *Defendant* | ) |

## WAIVER OF THE SERVICE OF SUMMONS

To: Blair G. Brown
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from 04/26/2022, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: May 26, 2022

/s/ Jesse A. Kaplan
*Signature of the attorney or unrepresented party*

Lindsey C. Hill
*Printed name of party waiving service of summons*

Jesse A. Kaplan
*Printed name*

1801 Century Park West, 5th Floor, Los Angeles, CA 90067
*Address*

jkaplan@ftllp.com
*E-mail address*

(310) 201-0005
*Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

# PROOF OF SERVICE

**UNITED STATES DISTRICT COURT** ]
]ss.
**CENTRAL DISTRICT OF CALIFORNIA** ]

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 1801 Century Park West, 5th Floor, Los Angeles California 90067.

On May 26, 2022, I served the following document(s) described as **WAIVER OF THE SERVICE SUMMONS** on the interested parties in this action as follows:

[X]   by placing a true copy of the document(s) listed above in a sealed envelope(s), with postage thereon fully prepaid, addressed as set forth below. I am readily familiar with the firm's practice for collection and processing of correspondence and other materials for mailing with the United States Postal Service. On this date, I sealed the envelope(s) containing the above materials and placed the envelope(s) for collection and mailing at the address above following our office's ordinary business practices. The envelope(s) will be deposited with the United States Postal Service on this date, in the ordinary course of business.

[X]   (VIA EMAIL) by transmitting a true and correct copy via email the document(s) listed above on this date before 6:00 p.m. PST to the person(s) at the email addresses(es) set forth below.

[X]   FEDERAL   I am employed in the office of an attorney who is a member of this court at whose direction I served the above-described document.

Shawn Holley, Esq.
Kate Mangels, Esq.
KINSELLA WEITZMAN ISER KUMP HOLLEY LLP
808 Wilshire Boulevard., 3rd Floor
Santa Monica, CA 90401
Tel: (310) 566-9800
Fax: (310) 566-9873
sholley@kwikhlaw.com
kmangels@kwihlaw.com

ZUCKERMAN SPAEDER LLP
Blair G. Brown, Esq. (*pro hac vice* forthcoming)
Jon R. Fetterolf, Esq. (*pro hac vice* forthcoming)
ZUCKERMAN SPAEDER LLP
1800 M Street, N.W., Suite 1000
Washington, D.C. 20036
Tel: (202) 778-1800
Fax: (202) 882-8106
bbrown@zuckerman.com
jfetterolf@zuckerman.com
*Attorneys for Plaintiff*

Proof of Service

I declare under penalty of perjury under the laws of the United States of America and the State of California that the above is true and correct and that this Proof of Service was executed on May 26, 2022 at Los Angeles, California.

*/s/Nana Ocherashvili*
Nana Ocherashvili

Proof of Service