Name and address:
Shawn Holley (Cal. Bar No. 136811)
KINSELLA WEITZMAN ISER KUMP HOLLEY LLP
808 Wilshire Boulevard, 3rd Floor
Santa Monica, CA 90401
Tel: (310) 566-9800

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

TREVOR BAUER,

Plaintiff(s)

v.

LINDSEY C. HILL AND NIRANJAN FRED THIAGARAJAH,

Defendant(s).

CASE NUMBER

8:22-cv-00868 CJC (ADSx)

**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Peyser, Nell Z.
*Applicant's Name (Last Name, First Name & Middle Initial)*

212.704.9600
*Telephone Number*

212.704.4256
*Fax Number*

npeyser@zuckerman.com
*E-Mail Address*

of

Zuckerman Spaeder LLP
485 Madison Avenue, 10th Floor
New York, NY 10022

*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of

Trevor Bauer

*Name(s) of Party(ies) Represented*   [x] Plaintiff(s)   [ ] Defendant(s)   [ ] Other: _____

and designating as Local Counsel

Holley, Shawn
*Designee's Name (Last Name, First Name & Middle Initial)*

136811
*Designee's Cal. Bar No.*

310.566.9800
*Telephone Number*

310.566.9850
*Fax Number*

sholley@kwikhlaw.com
*E-Mail Address*

of

Kinsella Weitzman Iser Kump Holley LLP
808 Wilshire Boulevard, 3rd Floor
Santa Monica, CA 90401

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**
[ ] GRANTED.
[ ] DENIED:   [ ] for failure to pay the required fee.
   [ ] for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
   [ ] for failure to complete Application: _____
   [ ] pursuant to L.R. 83-2.1.3.2:  [ ] Applicant resides in California;  [ ] previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
   [ ] pursuant to L.R. 83-2.1.3.4; Local Counsel:  [ ] is not member of Bar of this Court;  [ ] does not maintain office in District.
   [ ] because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** [ ] be refunded  [ ] not be refunded.

Dated _____

_____
U.S. District Judge/U.S. Magistrate Judge

G-64 ORDER (5/16)   (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*   Page 1 of 1