# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREVOR BAUER,<br><br>Plaintiff(s)<br>v.<br><br>LINDSEY C. HILL AND NIRANJAN FRED THIAGARAJAH,<br><br>Defendant(s). | **CASE NUMBER**<br>8:22-cv-00868 CJC (ADSx)<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Peyser, Nell Z.    of    Zuckerman Spaeder LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*    485 Madison Avenue, 10th Floor
212.704.9600    212.704.4256    New York, NY 10022
*Telephone Number    Fax Number*
npeyser@zuckerman.com
*E-Mail Address*    *Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
Trevor Bauer

*Name(s) of Party(ies) Represented*    [x] Plaintiff(s)  [ ] Defendant(s)  [ ] Other: ____

**and designating as Local Counsel**
Holley, Shawn    of    Kinsella Weitzman Iser Kump Holley LLP
*Designee's Name (Last Name, First Name & Middle Initial)*    808 Wilshire Boulevard, 3rd Floor
136811    310.566.9800    310.566.9850    Santa Monica, CA 90401
*Designee's Cal. Bar No.    Telephone Number    Fax Number*
sholley@kwikhlaw.com
*E-Mail Address*    *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**
[x] **GRANTED.**
[ ] **DENIED:** [ ] for failure to pay the required fee.
  [ ] for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  [ ] for failure to complete Application:
    [ ] pursuant to L.R. 83-2.1.3.2: [ ] Applicant resides in California; [ ] previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
    [ ] pursuant to L.R. 83-2.1.3.4; Local Counsel: [ ] is not member of Bar of this Court; [ ] does not maintain office in District.
    [ ] because ____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** [ ] be refunded  [x] not be refunded.

Dated  June 8, 2022    _____
                                                                     U.S. District Judge