KENNETH C. FELDMAN, SB# 130699
 E-Mail: Ken.Feldman@lewisbrisbois.com
DAVID D. SAMANI, SB# 280179
 E-Mail: David.Samani@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendant NIRANJAN FRED THIAGARAJAH

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| TREVOR BAUER,<br><br>         Plaintiff,<br><br>     vs.<br><br>LINDSEY C. HILL AND NIRANJAN FRED THIAGARAJAH,<br><br>         Defendants. | Case No. 8:22-cv-00868-CJC-ADS<br><br>**JOINT STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3) AND PROPOSING BRIEFING SCHEDULE ON MOTIONS TARGETING THE COMPLAINT**<br><br>Complaint served: Service waived<br>Current response date: June 27, 2022<br>New response date: July 19, 2022<br><br>Judge:   Hon. Cormac J. Carney<br><br>[*Filed concurrently with Proposed Order*]<br><br>Action Filed:     April 25, 2022<br>Trial Date:        None Set |

WHEREAS, Plaintiff TREVOR BAUER ("Plaintiff") initiated this action on April 25, 2022;

WHEREAS, Defendants LINDSEY C. HILL ("Ms. Hill") and NIRANJAN FRED THIAGARAJAH ("Mr. Thiagarajah") both executed waivers of service of process, and presently both Defendants have a response date of June 27, 2022;

4861-1176-9381.1

WHEREAS, counsel for Plaintiff and counsel for Defendants have engaged in discussions regarding the pending response date and a proposed briefing schedule to cover any motions that Defendants file in response to the Complaint;

WHEREAS, counsel for all parties have agreed to extend Defendants' respective deadlines to respond to the Complaint to July 19, 2022. Pursuant to L-R 8.3, the stipulated extension is not more than thirty (30) days from the date Defendants' responses initially would have been due;

WHEREAS, counsel for all parties have agreed to a proposed briefing schedule under which Plaintiff shall be permitted to have five (5) weeks from the filing of the any responsive motions to file opposition papers, and Defendants shall have two (2) weeks from receipt of the opposition papers to file any reply papers;

WHEREAS, to ensure that this briefing schedule does not burden the Court and that the hearing date ultimately works for all counsel, the parties propose that the motions be set for hearing on either September 26, 2022 or October 3, 2022.

IT IS SO STIPULATED.

DATED: June 21, 2022        ZUCKERMAN SPAEDER LLP

                            By:    /s/ Nell Z. Peyser
                            NELL Z. PEYSER
                            Attorneys for Plaintiff TREVOR BAUER

DATED: June 21, 2022        FREEDMAN + TAITELMAN, LLP

                            By:    /s/ Jesse Kaplan
                            JESSE KAPLAN
                            Attorneys for Defendant LINDSEY C. HILL



| | |
|---|---|
| DATED: June 21, 2022 | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| | By: /s/ David D. Samani |
| | DAVID D. SAMANI |
| | Attorneys for Defendant NIRANJAN FRED THIAGARAJAH |

### **ATTESTATION**

Pursuant to Local Rule 5-4.3.4(2)(i), I hereby attest that all other signatories on behalf of whom this filing is submitted concur in the filing's content and have authorized the filing.

| | |
|---|---|
| DATED: June 21, 2022 | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| | By: /s/ David D. Samani |
| | DAVID D. SAMANI |
| | Attorneys for Defendant NIRANJAN FRED THIAGARAJAH |

