UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| TREVOR BAUER,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>LINDSEY C. HILL AND NIRANJAN FRED THIAGARAJAH,<br><br>　　　　Defendants. | Case No. 8:22-cv-00868-CJC-ADS<br><br>**[PROPOSED] ORDER ON JOINT STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3) AND PROPOSING BRIEFING SCHEDULE ON MOTIONS TARGETING THE COMPLAINT**<br><br>Judge:　Hon. Cormac J. Carney<br><br>Action Filed:　April 25, 2022<br>Trial Date:　None Set |

The Court, having reviewed the stipulation of Plaintiff TREVOR BAUER ("Plaintiff"), Defendant LINDSEY C. HILL ("Ms. Hill"), and Defendant NIRANJAN FRED THIAGARAJAH ("Mr. Thiagarajah") regarding a proposed briefing schedule on motions filed in response, hereby rules as follows:

As to any motions Ms. Hill and/or Mr. Thiagarajah may file in response to the Complaint, the following briefing schedule is adopted:

　　　　(1)　The motion(s) shall be scheduled for hearing on September 26, 2022 or October 3, 2022.

  (2) Plaintiff's opposition papers shall be due on August 23, 2022 (5 weeks from July 19, 2022);

  (3) Defendants' reply papers shall be due September 6, 2022 (2 weeks after August 23, 2022).

**IT IS SO ORDERED**.

DATED: _____

              CORMAC J. CARNEY
              United States District Judge