NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Kenneth C. Feldman, SB# 130699
David D. Samani, SB# 280179
LEWIS BRISBOIS BISGAARD & SMITH LLP
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Tel.  213.250.1800
Fax:  213.250.7900

ATTORNEY(S) FOR: Defendant Niranjan Fred Thiagarajah

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

TREVOR BAUER

Plaintiff(s),

v.

LINDSEY C. HILL AND NIRANJAN FRED THIAGARAJAH

Defendant(s)

CASE NUMBER:
8:22-cv-00868-CJC-ADS

**CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)**

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   Niranjan Fred Thiagarajah
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Niranjan Fred Thiagarajah | Named Defendant |
| Lawyers' Mutual Insurance Company | Insurer for Named Defendant |

June 21, 2022                                                    /s/  David D. Samani
Date                                                                     Signature

Attorney of record for (or name of party appearing in pro per):

Defendant Niranjan Fred Thiagarajah

CV-30 (05/13)                    NOTICE OF INTERESTED PARTIES

