UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| TREVOR BAUER,<br><br>        Plaintiff,<br><br>vs.<br><br>LINDSEY C. HILL AND NIRANJAN FRED THIAGARAJAH,<br><br>        Defendants. | Case No. 8:22-cv-00868-CJC-ADS<br><br>**ORDER ON JOINT STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3) AND PROPOSING BRIEFING SCHEDULE ON MOTIONS TARGETING THE COMPLAINT**<br><br>Judge: Hon. Cormac J. Carney<br><br>Action Filed:   April 25, 2022<br>Trial Date:      None Set |

The Court, having reviewed the stipulation of Plaintiff TREVOR BAUER ("Plaintiff"), Defendant LINDSEY C. HILL ("Ms. Hill"), and Defendant NIRANJAN FRED THIAGARAJAH ("Mr. Thiagarajah") regarding a proposed briefing schedule on motions filed in response, hereby rules as follows:

As to any motions Ms. Hill and/or Mr. Thiagarajah may file in response to the Complaint, the following briefing schedule is adopted:

      (1)    The motion(s) shall be scheduled for hearing on September 26, 2022 or October 3, 2022.

4883-0768-4133.1

LEWIS BRISBOIS BISGAARD & SMITH LLP
ATTORNEYS AT LAW

(2) Plaintiff's opposition papers shall be due on August 23, 2022 (5 weeks from July 19, 2022);

(3) Defendants' reply papers shall be due September 6, 2022 (2 weeks after August 23, 2022).

**IT IS SO ORDERED**.

DATED: June 22, 2022

CORMAC J. CARNEY
United States District Judge