# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| TREVOR BAUER, | CASE NUMBER |
|---|---|
| PLAINTIFF(S)/PETITIONER(S) <br> v. <br> LINDSEY C HILL, ET AL., <br><br> DEFENDANT(S)/RESPONDENTS(S) | SACV 22-00868-CJC(ADSx) <br><br> **ORDER TO REASSIGN CASE DUE TO SELF-RECUSAL PURSUANT TO GENERAL ORDER 21-01** |

The undersigned Judge, to whom the above-entitled case was assigned, is hereby of the opinion that he or she should not preside over said case, by reason of *(please use additional sheets if necessary)* :

A family relative is a partner at the law firm Wesierski and Zurek LLP which represents one of the defendants in this case.

IT IS HEREBY ORDERED that this case be reassigned by the Clerk in accordance with General Order 21-01.

This self-recusal has been Ordered:
- [✓] within 120 days of the Court being assigned said case.
- [ ] after 120 days of the Court being assigned said case.

07/5/2022
Date

_____
United States District Judge/Magistrate Judge

---

## NOTICE TO COUNSEL FROM CLERK

This case has been reassigned to Judge **James V. Selna**. On all documents subsequently filed in this case, please substitute the initials **JVS** after the case number in place of the initials of the prior Judge so that the case number will read: **8:22-cv-00868 JVS(ADSx)**.

This is very important because documents are routed to the assigned Judge by means of the initials.

cc:  [✓] Previous Judge   [✓] Statistics Clerk

CV-52 (06/14)     ORDER TO REASSIGN CASE DUE TO SELF-RECUSAL PURSUANT TO GENERAL ORDER 14-03