| | |
|---|---|
| 1 | Shawn Holley (Cal. Bar No. 136811) |
| 2 | Kate Mangels (Cal. Bar No. 301811) |
|   | KINSELLA WEITZMAN ISER KUMP HOLLEY LLP |
|   | 808 Wilshire Boulevard, 3rd Floor |
| 3 | Santa Monica, CA 90401 |
|   | Tel: (310) 566-9800 |
| 4 | |
| 5 | Blair G. Brown (admitted *pro hac vice*) |
|   | Jon R. Fetterolf (admitted *pro hac vice*) |
|   | ZUCKERMAN SPAEDER LLP |
| 6 | 1800 M Street, N.W., Suite 1000 |
|   | Washington, D.C. 20036 |
| 7 | Tel: (202) 778-1800 |
| 8 | *Attorneys for Plaintiff* |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| TREVOR BAUER, | Case No. 8:22-cv-00868-JVS-ADS |
| Plaintiff, | |
| v. | |
| LINDSEY C. HILL and NIRANJAN FRED THIAGARAJAH, | **CERTIFICATE OF SERVICE** |
| Defendants. | |

I, Nell Z. Peyser, an associate of Zuckerman Spaeder LLP, hereby certify that on the 8th day of July 2022, I caused to be served a true and correct copy of the following document:

**INITIAL ORDER FOLLOWING FILING OF COMPLAINT ASSIGNED TO JUDGE SELNA**

by first-class mail upon the following counsel of record:

1 | Jesse Kaplan
2 | FREEDMAN + TAITELMAN, LLP
3 | 1801 Century Park West, 5th Floor
Los Angeles, CA 90067
4 | Tel: (310) 201-0005
5 |   -and-
6 | Chris P. Wesierski
7 | WESIERSKI & ZUREK LLP
29 Orchard Road
Lake Forest, CA 92630
8 | Tel: (949) 975-1000
9 | *Attorneys for Defendant*
*Lindsey C. Hill*

Kenneth C. Feldman
David D. Samani
LEWIS BRISBOIS
 BISGAARD & SMITH LLP
633 West 5th Street, Suite 4000
Los Angeles, CA 90071
Tel: (213) 250-1800

*Attorneys for Defendant*
*Niranjan Fred Thiagarajah*

_____
Nell Z. Peyser

CASE NO. 8:22-cv-00868-JVS -ADS
CERTIFICATE OF SERVICE

2