UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| TREVOR BAUER,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>LINDSEY C. HILL AND NIRANJAN FRED THIAGARAJAH,<br><br>　　　　Defendants. | Case No. 8:22-cv-00868-JVS-ADS<br><br>**[PROPOSED] ORDER ON DEFENDANT NIRANJAN FRED THIAGARAJAH'S SPECIAL MOTION TO STRIKE COMPLAINT PURSUANT TO CAL. CIV. PROC. CODE § 425.16**<br><br>Date:　October 3, 2022<br>Time:　1:30 p.m.<br>Crtrm.:　10C<br><br>Judge:　Hon. James V. Selna<br><br>Action Filed:　April 25, 2022<br>Trial Date:　None Set |

4858-3970-9226.1

1  On October 3, 2022, Defendant NIRANJAN FRED THIAGARAJAH's
2  Special Motion to Strike Pursuant to Cal. Civ. Proc. Code § 425.16 as to Plaintiff
3  TREVOR BAUER's ("Plaintiff") Second Cause of Action for Defamation in the
4  Complaint came on for hearing.  The Court, having considered the pleadings and any
5  oral argument, hereby rules as follows:
6  Plaintiff's Second Cause of Action for Defamation targets protected activity,
7  and Plaintiff cannot demonstrate a probability of prevailing.  Accordingly, the Second
8  Cause of Action is hereby stricken with prejudice.  Mr. Thiagarajah is the prevailing
9  party and may file a motion for attorneys' fees.

11  IT IS SO ORDERED.

13  DATED: _____

HON. JAMES V. SELNA
UNITED STATES DISTRICT JUDGE