KENNETH C. FELDMAN, SB# 130699
  E-Mail: Ken.Feldman@lewisbrisbois.com
DAVID D. SAMANI, SB# 280179
  E-Mail: David.Samani@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH** LLP
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendant NIRANJAN FRED THIAGARAJAH

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| TREVOR BAUER,<br><br>       Plaintiff,<br><br>vs.<br><br>LINDSEY C. HILL AND NIRANJAN FRED THIAGARAJAH,<br><br>       Defendants. | Case No. 8:22-cv-00868-JVS-ADS<br><br>**DEFENDANT NIRANJAN FRED THIAGARAJAH'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF SPECIAL MOTION TO STRIKE COMPLAINT PURSUANT TO CAL. CIV. PROC. CODE § 425.16**<br><br>Date:    October 3, 2022<br>Time:   1:30 p.m.<br>Crtrm.:  10C<br><br>Judge:  Hon. James V. Selna<br><br>Action Filed:  April 25, 2022<br>Trial Date:     None Set |

In support of his Special Motion to Strike Pursuant to Cal. Civ. Proc. Code § 425.16, Defendant NIRANJAN FRED THIAGARAJAH ("Mr. Thiagarajah"), by and through his counsel, hereby requests that the Court take judicial notice of the following documents:

    1.    The February 8, 2022 *Washington Post* article entitled "Dodgers pitcher Trevor Bauer won't face charges over woman's assault claims, prosecutor says." A true and correct copy of this document is attached hereto as Exhibit 1. The article is also available at https://www.washingtonpost.com/sports/2022/02/08/trevor-bauer-

no-criminal-charges-assault-allegations/.

2. Portions of the transcript of proceedings from August 19, 2021 in *Hill v. Bauer*, Los Angeles Superior Court Case No. 21STRO03198 (the "Underlying Proceeding"). A true and correct copy of this document is attached hereto as Exhibit 2.[1]

3. The transcript of proceedings from August 19, 2021 in the Underlying Proceeding. A true and correct copy of this document is attached hereto as Exhibit 3.

4. The February 25, 2019 *Sports Illustrated* article entitled "Trevor Bauer Is More Concerned With Being Right Than Being Liked." A true and correct copy of this document is attached hereto as Exhibit 4. The article is also available at https://www.si.com/mlb/2019/02/19/trevor-bauer-cleveland-indians-training-tools-twitter-controversy-cy-young#gid=ci0254ea9910122511&pid=trevor-bauer-eclectrodes-tall.jpg.

5. The February 5, 2021 *New York Post* article entitled "A history of Trevor Bauer's many controversies." A true and correct copy of this document is attached hereto as Exhibit 5. The article is also available at https://nypost.com/2021/02/05/trevor-bauer-detailing-pitchers-many-controversies/.

6. The February 21, 2019 *Guardian* article entitled "Why is Cleveland Indians' Trevor Bauer MLB's most hated man?" A true and correct copy of this document is attached hereto as Exhibit 6. The article is also available at https://www.theguardian.com/sport/2019/feb/21/why-on-earth-is-climate-skeptic-twitter-troll-trevor-bauer-mlb-most-hated-man.

7. The February 8, 2022 *CNN.com* article entitled "Los Angeles Dodgers pitcher Trevor Bauer won't face criminal charges following allegations of assault."

---

[1] Exhibit 2 contains those portions of the transcript germane to Mr. Thiagarajah's anti-SLAPP motion. Should the Court wish to view the entirety of the transcript from the day in question, however, Mr. Thiagarajah is attaching it as Exhibit 3.

1   A true and correct copy of this document is attached hereto as Exhibit 7.  The article
2   is also available at https://www.cnn.com/2022/02/08/sport/mlb-trevor-bauer-no-
3   charges-spt/index.html.

4   Federal Rule of Evidence 201 allows the court to take judicial notice of certain items without converting the motion to dismiss into one for summary judgment. *Barron v. Reich*, 13 F.3d 1370, 1377 (9th Cir. 1994).  The court may disregard allegations in a complaint that are contradicted by matters properly subject to judicial notice. *Daniels-Hall v. Nat'l Educ. Assn.*, 629 F.3d 992, 998 (9th Cir. 2010).

9   The court may take judicial notice of facts "not subject to reasonable dispute" because they are either:  "(1) generally known within the territorial jurisdiction of the trial court or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201; *see also Lee v. City of Los Angeles*, 250 F.3d 668, 689 (9th Cir. 2001) (noting that the court may take judicial notice of undisputed "matters of public record"), overruled on other grounds by 307 F.3d 1119, 1125-26 (9th Cir. 2002).  A court may properly take judicial notice of court records. *Kismet Acquisition, LLC v. Diaz-Barba (In re Icenhower)*, 755 F.3d 1130, 1142 (9th Cir. 2014).

18  Likewise, a court may properly take judicial notice of the existence and content—although not the truth of the content—of published news articles. *See Von Saher v. Norton Simon Museum of Art at Pasadena*, 592 F.3d 954, 960 (9th Cir. 2010) ("Courts may take judicial notice of publications introduced to indicate what was in the public realm at the time."); *In re Kalobios Pharms., Inc. Secs. Litig.*, 258 F. Supp. 3d 999, 1003-1004 (N.D. Cal. 2017); *Signature Mgmt. Team, LLC v. Automattic, Inc.*, 941 F. Supp. 2d 1145, 1147-1147 (N.D. Cal. 2013); *cf. Benak v. Alliance Capital Mgmt. L.P.*, 435 F.3d 396, 401 n. 15 (3d Cir. 2006).

26  / / /
27  / / /
28  / / /

Accordingly, Mr. Thiagarajah respectfully requests that the Court grant his request and take judicial notice of the above-referenced items.

DATED: July 19, 2022                LEWIS BRISBOIS BISGAARD & SMITH LLP

                                    By:    /s/ David D. Samani
                                         DAVID D. SAMANI
                                         Attorneys for Defendant NIRANJAN
                                         FRED THIAGARAJAH