# EXHIBIT 5

GET 30 DAYS FREE

SPORTS

# A history of Trevor Bauer's many controversies

By Jeremy Layton

February 5, 2021   3:21pm   Updated

The Post's Jon Heyman discusses the Yankees and Mets' chances at trading for Juan Soto



NEW YORK POST                                                   LOG IN

Sports | MLB | New York Yankees | New York Mets | Scores | Stats | Standings

Paige Spiranac celebrates sexy Maxim cover…
Fitness legend Denise Austin walks runway…
Camille Kostek, Christen Harper rock SI Swims…
Zach Wilson's mom, Lisa, slams 'idiots'…
Giancarlo Stanton's value to Yankees…
Bryan Cranston steals show at MLB All-Star…

Dodgers likely to cut embattled star if record ban gets reduced

Dodgers drama looms as 'no one wants to stand up there' with Trevor Bauer

The Trevor Bauer sweepstakes are finally over, with the Dodgers landing the defending NL Cy Young winner on a three-year, $102 million contract.

While the 30-year-old right-hander is coming off the best season of his career, he will also arrive in Los Angeles with a controversial past, on and off the mound.

"I'm good at two things in this world: throwing baseballs, and pissing people off," Bauer said in a 2019 Sports Illustrated feature.

A deeper look at that history of pissing people off:

## Drone disaster

One of Bauer's most infamous controversies came in October 2016 with his Indians in the postseason. He was scheduled to start Game 2 of the ALCS against the Blue Jays, but he had to be pushed back after he sliced his right pinky finger while repairing a drone, which ended up requiring 10 stitches. They didn't exactly hold the fort as Bauer started Game 3, but after blood was dripping out of his pinky while on the mound, he was forced to exit before finishing the first inning.

Bauer went on to start two games in the World Series, both losses, while giving up five runs on 12 hits and two walks over 7 ⅔ innings while striking out nine.

## Over the fence

**NEW YORK POST**   LOG IN

Sports | **MLB** | New York Yankees | New York Mets | Scores | Stats | Standings

Paige Spiranac celebrates sexy Maxim cover…  |  Fitness legend Denise Austin walks runway…  |  Camille Kostek, Christen Harper rock SI Swims…  |  Zach Wilson's mom, Lisa, slams 'idiots'…  |  Giancarlo Stanton's value to Yankees…  |  Bryan Cranston steals show at MLB All-Star…

fence from the mound and we're gonna need the StatCast on it please and thank you.



1:15 PM · Jul 28, 2019

♡ 675    💬 Reply    ↑ Share

Read 28 replies

"I owe a sincere apology to all my teammates, my coaching staff, the organization and all of our fans for how I conducted myself today" Bauer told reporters after the game. "It's unbecoming. It was childish, unprofessional. There's no place for it in the game."

## Twitter harassment

Bauer is one of the more active MLB players on social media, but it has often gotten him in trouble. In 2019, he harassed a female college student on Twitter who called him, "My new least favorite person in all sports." Bauer responded by saying "Welcome to the fan club,"



"I have been made aware that some of the interactions related to a specific Twitter exchange may have had a negative impact," Bauer recently said in a statement. "That was not my intention. I will wield the responsibility of my public platform more responsibly in the future."

## Diss track?

On a less harmful note, after Bauer was traded by the Diamondbacks to the Indians in 2012, he released a rap track called, "You Don't Know Me." It came days after his former catcher, Miguel Montero, told an Arizona radio station that Bauer "never wanted to listen," but Bauer said the song was actually recorded in December "about people on Twitter who say you're terrible," and not Montero  The song has since been deleted from the internet

FILED UNDER  ,  LOS ANGELES DODGERS  ,  NEW YORK METS  ,  TREVOR BAUER  ,  2/5/21

READ NEXT    Trevor Bauer spurns Mets for World Series champs

**SPONSORED STORIES**

# NEW YORK POST

LOG IN

Sports | **MLB** | New York Yankees | New York Mets | Scores | Stats | Standings

Paige Spiranac celebrates sexy Maxim cover…

Fitness legend Denise Austin walks runway…

Camille Kostek, Christen Harper rock SI Swims…

Zach Wilson's mom, Lisa, slams 'idiots'…

Giancarlo Stanton's value to Yankees…

Bryan Cranston steals show at MLB All-Star…