# EXHIBIT 6



**Cleveland Indians**

# Why is Cleveland Indians' Trevor Bauer MLB's most hated man?

A climate skeptic and Twitter troll, the pitcher claims he's only good at two things: 'throwing baseballs and pissing people off'

**Hunter Felt**

Thu 21 Feb 2019 04.26 EST

He may not be the most reviled man in US sports just yet, but Cleveland Indians pitcher Trevor Bauer seems hell-bent on earning the title. The 28-year-old has been irritating opponents, fans and even his own teammates for years, which makes it all the more amusing that the most recent headlines he's made have involved him complaining about his own well-deserved bad reputation.

Few can quibble with Bauer's production on the field: he's an All-Star starting pitcher who went 12-2 last year for the Indians with a 2.21 ERA. He also likes to portray himself as an iconoclastic rebel, the last honest man. "I'm good at two things in this world," he said in a recent Sports Illustrated profile, "throwing baseballs and pissing people off." The story also goes into detail about his unconventional training methods, which

7/19/22, 8:35 AM
Why is Cleveland Indians' Trevor Bauer MLB's most hated man? | Cleveland Indians | The Guardian
Case 8:22-cv-00868-JWS-ADS   Document 38-6   Filed 07/19/22   Page 3 of 6   Page ID #:304

include pumping electricity into his brain.

As one would imagine, given said methods alone, Bauer has increasingly found himself at odds with those within baseball, most recently with his own team. Last week, he emerged victorious from his salary arbitration hearing with the Indians with a chip on his shoulder. "They spent the last 10 minutes of the case trying a character assassination," he told the media after being awarded the $13m his side was seeking. "The intent behind it, that I would characterize, was to demean my character."

If that were true, they would have plenty of ammunition. After all, Bauer is most (in)famous for the time he risked Cleveland's playoff chances in the 2016 American League Championship Series after injuring his pitching hand while playing with a drone. He had to leave Game 3 start after his stitches came apart in the first inning, although he was later healthy enough to pitch admirably in a Game 2 loss to the Chicago Cubs in that year's World Series.

That incident probably didn't help Bauer's reputation as a poor teammate, something which dates back to his time with the Arizona. Diamondbacks catcher Miguel Montero said that Bauer rubbed people the wrong way and his conflicts with management eventually factored into his trade to Cleveland. After he left Arizona, Bauer released a (thankfully deleted) rap song attacking the organization. Besides the Diamondback, he's also ramped up a personal feud with the Houston Astros, whom he has accused of cheating.



✉ Enter your email address    Sign up

We operate Google reCAPTCHA to protect our website and

It's unlikely that these incidents were the Indians' main "character" concerns regarding their ace. According to ESPN's Buster Olney, the biggest sticking point for the Indians was Bauer's use of social media, which has come into sharp focus over the last few months for all the wrong reasons. To get a sense of how he conducts himself, it's helpful to know that his Twitter handle is the all-so-self-aware @BauerOutage. He has earned plenty of attention thanks to his skepticism about climate change, his bigoted jokes and the occasional blocking spree.

Bauer, of course, has the right to present the worst version of himself online - something he has in common with many Americans. It's quite another thing to go on a targeted harassment campaign, which is exactly what Bauer did last month when a female Astros fan had the audacity to call him "my new least favorite in all of sports".

Bauer claimed the fan's comments were tantamount to bullying, and sent a nonstop barrage of messages to her for over a day, all while exposing her to a healthy percentage of his 134,000 followers. Some of them also joined in the dogpile, eventually forcing the fan offline.

In total, Bauer tagged the user over 80 times in his subsequent tweets. If this all seems familiar, it's because It's the standard operating procedure of a particularly single-minded Twitter troll, albeit one with the follower count of a high-profile pro athlete. Because of his actions, the affair escalated from a rude exchange into something that bordered on cyberstalking of his part. When it became serious enough that it attracted news coverage, Bauer leveled criticism at the media for not saying anything to his face. When some of those reporters did attempt to bring up his social media meltdown in person, he, of course, promptly scampered off. #BeBest, indeed.



have had a negative impact. That was not my intention. I will wield the responsibility of my public platform more responsibly in the future.

12:36 PM · Jan 9, 2019

♡ 1.3K    💬 Reply    ↑ Share

Read 278 replies

After almost certainly being chastised by the Indians behind closed doors, Bauer released something which vaguely resembled an apology in structure (if not necessarily content) along with a promise that he would try to use Twitter more responsibly in the future. The team apparently declined to punish him, but kept it in their back pocket and attempted to bring it up as a reason to pay him less money next season. If this is indeed what happened, it's not surprising that the independent arbitrator wasn't entirely sold on the Indians' position in the matter.

Let us make no mistake here, however: by no means is Bauer the victim here. Did he somehow think this would not come up during an arbitration hearing in which his employer's entire strategy was going to involve bringing up every possible reason to keep down his pay? Here, just like in the Sports Illustrated profile, Bauer is trying to have it both ways: both playing the role of someone unafraid to ruffle feathers alongside that of someone being unfairly targeted. It's laughable to complain about your character being "assassinated" when it's just you shooting yourself in the foot.

---

… we have a small favour to ask. Tens of millions have placed their trust in the Guardian's fearless journalism since we started publishing 200 years ago, turning to

us in moments of crisis, uncertainty, solidarity and hope. More than 1.5 million supporters, from 180 countries, now power us financially - keeping us open to all, and fiercely independent.

Unlike many others, the Guardian has no shareholders and no billionaire owner. Just the determination and passion to deliver high-impact global reporting, always free from commercial or political influence. Reporting like this is vital for democracy, for fairness and to demand better from the powerful.

And we provide all this for free, for everyone to read. We do this because we believe in information equality. Greater numbers of people can keep track of the events shaping our world, understand their impact on people and communities, and become inspired to take meaningful action. Millions can benefit from open access to

quality, truthful news, regardless of their ability to pay for it.

Every contribution, however big or small, powers our journalism and sustains our future. **Support the Guardian from as little as $1 – it only takes a minute. If you can, please consider supporting us with a regular amount each month. Thank you.**

| Single | Monthly | Annual |
| --- | --- | --- |
| $7 per month | $20 per month | Other |

Continue → | Remind me in August | VISA  mastercard  AMERICAN EXPRESS  PayPal

## Related content



**Florida star Anthony Richardson drops 'AR-15' nickname after mass shootings**
4h ago

**College football's megaconference era is nigh. Who stands to win and lose?**
7h ago

**Britain's Laura Muir emerges from 1500m slugfest with world bronze**
9h ago  💬 50

## More from Sports



**College football's megaconference era is**



**Tour de France /**
Vingegaard holds off



**Anthony Richardson /**
Florida star drops 'AR-15'