# EXHIBIT 7





Katelyn Mulcahy/Getty Images

Trevor Bauer, 31, was placed on paid leave in July.

**(CNN) —** Dodgers pitcher <u>Trevor Bauer</u> will not face criminal charges for sexual assault accusations, the Los Angeles County District Attorney's office says in a charge evaluation sheet obtained by CNN.

A California woman accused Bauer last June of assaulting her during sex – allegations Bauer has denied from the onset.

"After a thorough review of all the available evidence including the civil restraining order proceedings, witness statements and the physical evidence, the People are unable to prove the relevant charges beyond a reasonable doubt," Deputy District Attorney Fernanda

Barreto wrote.

Bauer, now 31, was placed on paid leave in July by Major League Baseball (MLB) following the underlined allegations.

Bauer released a video statement Tuesday afternoon welcoming the district attorney's decision not to press charges. He said, in part:

"In August, the Los Angeles Superior Court reviewed a host of information and testimony, and after a four-day hearing denied a request for a permanent restraining order against me, as the Court correctly found that there was no basis for this request. More importantly, in doing so, the Court also found that no sexual assault, act of abuse, or non-consensual sex occurred between me and the woman seeking the restraining order.

"And today, the District Attorney's Office announced that they are declining to press any charges. Both my representatives and I have expected this outcome from the beginning, and we are grateful that each of these neutral, third party arbiters have reviewed the relevant information and made clear and informed decisions on this matter. I have cooperated with the Pasadena Police Department's investigation and my version of events has not wavered because it's the truth."

An attorney for the accuser, Marc Garelick, said in January that his client, whom he referred to as "Ms. Hill," has "sought and obtained an order for Protection from the Court against Mr. Trevor Bauer, under the Domestic Violence Prevention Act."

"The order is a result of a recent assault that took place at the hands of Mr. Bauer where Ms. Hill suffered severe physical and emotional pain," Garelick said. "Our goal is to keep Mr. Bauer from contacting our client in any way possible."

CNN has reached out to the legal team representing the accuser for comment.

Bauer's accuser also petitioned for a permanent restraining order against the pitcher, which a Los Angeles County Superior Court judge denied in August, a court spokesperson told CNN at the time.

MLB is investigating the allegations and can still discipline Bauer.

"MLB's investigation is ongoing, and we will comment further at the appropriate time," league officials said in a statement on Tuesday.

The league's policy on domestic violence, sexual abuse and child abuse says players may face "disciplinary action for just cause by the Commissioner for a violation of this Policy in

the absence of a conviction of a plea of guilty to a crime involving a Covered Act."

The acts covered under the sexual assault policy are defined as "a range of behaviors, including a completed nonconsensual sex act, an attempted nonconsensual sex act, and/or nonconsensual sexual contact."

Dodgers officials said the organization would not comment until the MLB investigation is concluded.

CNN has reached out to the Major League Baseball Players Association for comment.

Bauer pitched in 17 games last season before he was placed on administrative leave and missed the rest of the year. He was 8-5 with a 2.59 earned run average (ERA).

He won the National League Cy Young Award in 2020 when he led the Cincinnati Reds with a 1.73 ERA during a pandemic-shortened season. He then moved to Dodgers in the offseason, signing a three-year, $102 million contract, according to salary tracking website Spotrac.

CNN's Cheri Mossburg contributed to this report.

**Paid Links**

7/19/22, 9:44 AM    Trevor Bauer won't face charges for alleged sexual assault, DA says, but woman in civil case plans to pursue additional options | CNN

Case 8:22-cv-00868-JVS-ADS Document 33-7 Filed 07/19/22 Page 5 of 6 Page ID #:812

---

Search CNN...    🔍



Log In

Live TV

Audio

US

World

Politics

Business

Opinion

Health

Entertainment

Tech

Style

Travel

Sports

Videos

Audio

CNN Underscored

Weather

More



**FOLLOW CNN**

  

Terms of Use   Privacy Policy   Do Not Sell My Personal Information   Ad Choices   Accessibility & CC   About

Newsletters   Transcripts

© 2022 Cable News Network. A Warner Bros. Discovery Company. All Rights Reserved.

CNN Sans ™ & © 2016 Cable News Network.