NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Christopher P. Wesierski [Bar No. 086736]
Michelle R. Prescott [Bar No. 262638]
Eileen Spadoni [Bar No. 133259]
Brett Smith [Bar No. 322707]
WESIERSKI & ZUREK LLP
29 Orchard Road, Lake Forest, CA 92630
Telephone: (949) 975-1000

ATTORNEY(S) FOR: Defendant LINDSEY C. HILL

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREVOR BAUER<br><br>Plaintiff(s),<br>v.<br>LINDSEY C. HILL AND NIRANJAN FRED THIAGARAJAH<br><br>Defendant(s) | CASE NUMBER:<br>8:22-cv-00868-JVS-ADS<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for  DEFENDANT, LINDSEY C. HILL  or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| TREVOR BAUER | - PLAINTIFF |
| LINDSEY C. HILL | - DEFENDANT |
| NIRANJAN FRED THIAGARAJAH | - DEFENDANT |
| CALIFORNIA AUTOMOBILE INSURANCE COMPANY | - INSURER FOR DEFENDANT LINDSEY C. HILL |

July 19, 2022
Date

/s/ MICHELLE R. PRESCOTT
Signature

Attorney of record for (or name of party appearing in pro per):

Michelle R. Prescott