Bryan J. Freedman, Esq. (SBN: 151990)
bfreedman@ftllp.com
Jesse A. Kaplan, Esq. (SBN: 255059)
jkaplan@ftllp.com
FREEDMAN + TAITELMAN, LLP
1801 Century Park West, 5th Floor
Los Angeles, California 90067
Telephone: (310) 201-0005
Facsimile:  (310) 201-0045

Attorneys for Defendant and Counterclaimant Lindsey C. Hill

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| TREVOR BAUER,<br><br>    Plaintiff,<br><br>vs.<br><br>LINDSEY C. HILL AND NIRANJAN FRED THIAGARAJAH,<br><br>    Defendant.<br><br>LINDSEY C. HILL,<br><br>    Counterclaimant,<br><br>vs.<br><br>TREVOR BAUER,<br><br>    Counterdefendant. | Case No. 8:22-cv-00868 JVS (ADSx)<br><br>[Assigned to Judge: Hon. James V. Selna]<br><br>**DEFENDANT AND COUNTERCLAIMANT LINDSEY C. HILL'S DEMAND FOR A JURY TRIAL AS TO COUNTERCLAIMS**<br><br>Action Filed: April 25, 2022<br>Trial Date: None Set |

DEMAND FOR JURY TRIAL

TO THE HONORABLE COURT AND ALL PARTIES APPEARING OF RECORD:

Pursuant to Fed R. Civ. Proc. 38 and U.S. Const. Amend. VII, defendant and counterclaimant Lindsey C. Hill hereby demand that each of her counterclaims be tried by a jury.

DATED: August 9, 2022  FREEDMAN + TAITELMAN, LLP

By: /s/ Bryan J. Freedman
Bryan J. Freedman, Esq.
Jesse A. Kaplan, Esq.
Attorneys for Defendant and Counterclaimant, Lindsey C. Hill