**JUDGE JAMES V. SELNA**
**PRESUMPTIVE SCHEDULE OF PRETRIAL DATES**

| Matter | Time | Weeks before trial | Plaintiff's Request (Insert speciific date) | Defendant's Request (Insert specific date) | Court Order |
|---|---|---|---|---|---|
| **Trial date (jury) (court) Estimated length: 5 days** | 8:30 a.m. (Tuesdays) | | 02/13/24 | 02/13/24 | |
| **[Court trial:] File Findings of Fact and Conclusions of Law and Summaries of Direct Testimony** | | -1 | 01/29/24 | 01/29/24 | |
| **Final Pretrial Conference; Hearing on Motions in Limine; File Agreed Upon Set of Jury Instructions and Verdict Forms and Joint Statement re Disputed Instructions and Verdict Forms; File Proposed *Voir Dire* Qs and Agreed-to Statement of Case** | 11:00 a.m. (Mondays) | -2 | 01/22/24 | 01/22/24 | |
| **Lodge Pretrial Conf. Order; File Memo of Contentions of Fact and Law; Exhibit List; Witness List; Status Report re Settlement** | | -3 | 01/08/24 | 01/08/24 | |
| **Last day for hand-serving Motions in Limine** | | -6 | 12/04/23 | 12/04/23 | |
| **Last day for hearing motions** | 1:30 p.m. (Mondays) | -7 | 11/27/23 | 11/27/23 | |
| **Last day for hand-serving motions and filing (other than Motions in Limine). Please note extended notice requirements for motions for summary judgment under F.R.Civ. P. 56(c).** | | -11 | 10/09/23 | 10/09/23 | |
| **Non-expert Discovery cut-off** | | -15 | 06/26/23 | 06/26/23 | |

**ADDITIONAL MATTERS TO BE DETERMINED AT SCHEDULING CONFERENCE**

L.R. 16-14 Settlement Choice:  (1) CT/USMJ  (2) Atty  (3) Outside ADR

| | | | | | |
|---|---|---|---|---|---|
| **Expert discovery cut-off** | | | 09/11/23 | 09/11/23 | |
| **Rebuttal Expert Witness Disclosure** | | | 08/21/23 | 08/21/23 | |
| **Opening Expert Witness Disclosure [See F.R.Civ.P. 26(a)(2)]** | | | 07/24/23 | 07/24/23 | |
| **Last day to conduct Settlement Conference** | | | | | |
| **Last day to amend pleadings or add parties** | | | | | |

# EXHIBIT A

Revised 1-6-10