Shawn Holley (Cal. Bar No. 136811)
Suann C. MacIsaac (Cal Bar. 205659)
KINSELA WEITZMAN ISER KUMP HOLLEY LLP
808 Wilshire Boulevard., 3rd Floor
Santa Monica, CA 90401
Tel: (310) 566-9800
Fax: (310) 566-9873
sholley@kwikhlaw.com
smacisaac@kwikhlaw.com

Blair G. Brown (admitted *pro hac vice*)
Jon R. Fetterolf (admitted *pro hac vice*)
ZUCKERMAN SPAEDER LLP
1800 M Street, N.W., Suite 1000
Washington, D.C. 20036
Tel: (202) 778-1800
Fax: (202) 882-8106
bbrown@zuckerman.com
jfetterolf@zuckerman.com

Nell Z. Peyser (admitted *pro hac vice*)
ZUCKERMAN SPAEDER LLP
485 Madison Ave., 10th Floor
New York, NY 10022
Tel: (212) 704-9600
Fax: (212) 704-4256
npeyser@zuckerman.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| TREVOR BAUER,<br><br>  Plaintiff,<br><br>  v.<br><br>LINDSEY C. HILL and NIRANJAN FRED THIAGARAJAH,<br><br>  Defendants. | Case No. 8:22-cv-00868-JVS-ADS<br>Assigned for all purposes to the Hon. James V. Selna<br><br>**DECLARATION OF BLAIR G. BROWN IN SUPPORT OF PLAINTIFF TREVOR BAUER'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S SPECIAL MOTION TO STRIKE THE COMPLAINT**<br><br>Hearing Date: October 3, 2022<br>Hearing Time: 1:30 p.m.<br>Department: 10C<br><br>Action Filed: April 25, 2022 |

I, BLAIR G. BROWN, declare and state as follows:

1. I am an attorney licensed to practice in the District of Columbia, the State of Maryland, the State of Virginia, and the State of New York and have been admitted to practice *pro hac vice* in this action. I am a partner of the law firm Zuckerman Spaeder LLP, and counsel of record for Plaintiff in the above-captioned action. I have personal knowledge of the matters stated in this declaration, and I could and would testify competently about them if called upon to do so.

2. Attached to this declaration as Exhibit A is a true and correct copy of the full transcript of the hearings held in *Hill v. Bauer*, Los Angeles Superior Court Case No. 21STRO03198 on July 23, August 9, and August 16 through 19 of 2021.

3. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 23rd day of August, 2022, in Washington, D.C.

/s/ Blair G. Brown
Blair G. Brown