UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | |
|---|---|
| Case No. SACV 22-00868JVS(ADSx) | Date August 23, 2022 |
| Title Trevor Bauer v Lindsey C Hill, et al | |

Present: The Honorable **James V. Selna, U.S. District Court Judge**

| Lisa Bredahl | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:   [IN CHAMBERS] ORDER RE SCHEDULING DATES**

The Court has read and considered the parties Rule 26(f) Report and sets the following dates:

**Jury Trial**                               February 13, 2024 at 8:30 a.m.
  File Findings of Fact and Conclusions of Law by January 29, 2024
**Final PreTrial Conference**       January 22, 2024 at 11:00 a.m.
  File PreTrial Documents not later than January 8, 2024
  File motions in limine not later than December 4, 2023
**Discovery Cut-off**                  June 26, 2023
**Expert Discovery Cut-off**       September 11, 2023
  Initial disclosure of Experts not later than July 24, 2023
  Rebuttal disclosure of Experts not later than August 21, 2023
**Law and Motion Cut-off**         November 27, 2023 at 1:30 p.m.
  Motions to be filed and served not later than October 9, 2023

Counsel inform the Court in the Rule 26f report that their selection for a settlement procedure pursuant to Local Rule 16-15 is ADR #2 before the Court's. Counsel shall file a Joint Report of the parties regarding outcome of settlement discussions, the likelihood of possible further discussions and any help the Court may provide with regard to settlement negotiations not later than seven (7) days after the settlement conference.

**The Scheduling Conference set for August 29, 2022 at 10:30 a.m. is VACATED.**

                                                                                               :   0

                                                        Initials of Preparer    lmb