KINSELA WEITZMAN ISER KUMP HOLLEY LLP
Shawn Holley (Cal. Bar No. 136811)
Suann MacIsaac (Cal. Bar No. 205659)
808 Wilshire Boulevard., 3rd Floor
Santa Monica, CA 90401
Tel: (310) 566-9800
Fax: (310) 566-9873
sholley@kwikhlaw.com

ZUCKERMAN SPAEDER LLP
Blair G. Brown (admitted *pro hac vice*)
Jon R. Fetterolf (admitted *pro hac vice*)
1800 M Street, N.W., Suite 1000
Washington, D.C. 20036
Tel: (202) 778-1800
Fax: (202) 882-8106
bbrown@zuckerman.com
jfetterolf@zuckerman.com

ZUCKERMAN SPAEDER LLP
Nell Z. Peyser (admitted *pro hac vice*)
485 Madison Avenue, 10th Floor
New York, NY 10022
Tel: (212) 704-9600
Fax: (212) 704-4256
npeyser@zuckerman.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| TREVOR BAUER,<br><br>         Plaintiff,<br><br>     vs.<br><br>LINDSEY C. HILL AND NIRANJAN FRED THIAGARAJAH,<br><br>         Defendants. | Case No. 8:22-cv-00868-JVS-ADS<br><br>**JOINT STIPULATION TO SET BRIEFING SCHEDULE FOR PLAINTIFF'S RESPONSE TO DEFENDANT LINDSEY C. HILL'S COUNTERCLAIM**<br><br>Judge:   Hon. James v. Selna<br><br>[*Filed concurrently with Proposed Order*]<br><br>Action Filed:   April 25, 2022<br>Trial Date:     None Set |

Plaintiff TREVOR BAUER ("Plaintiff") and LINDSEY C. HILL ("Hill"), by and through their respective counsel of record, hereby enter into this Joint Stipulation. This Stipulation is based on the following facts:

WHEREAS, Plaintiff initiated this action on April 25, 2022;

WHEREAS, Hill filed an Answer to the Complaint on July 19, 2022, ECF No. 34, and a Counterclaim against Plaintiff on August 9, 2022, ECF No. 36;

WHEREAS, counsel for Plaintiff and counsel for Hill have engaged in discussions regarding a proposed briefing schedule to cover any motion (the "Motion") that Plaintiff intends to file in response to the Counterclaim;

WHEREAS, counsel for Plaintiff and counsel for Hill have agreed that Plaintiff's deadline to respond to the Counterclaim shall be September 6, 2022;

WHEREAS, counsel for Plaintiff and counsel for Hill have agreed to a proposed briefing schedule whereby Hill's opposition to the Motion shall be filed and served by October 4, 2022, and Plaintiff's reply brief shall be filed and served by October 25, 2022; and

WHEREAS, the parties propose that the Motion be set for hearing on November 7, 2022 at 1:30 pm.

THEREFORE, IT IS HEREBY STIPULATED by and between counsel for Plaintiff and counsel for Hill that good cause exists for the proposed briefing schedule, which provides Plaintiff four (4) weeks to file the Motion, Hill four (4) weeks to file an opposition to the Motion, and Plaintiff three (3) weeks to file a reply, given the complex legal issues here, as well as counsel's other professional obligations.

**IT IS SO STIPULATED.**

| | | |
|---|---|---|
| 1 | DATED: August 23, 2022 | /s/ *Nell Peyser* |
| 2 | | NELL Z. PEYSER |
| | | Attorney for Plaintiff TREVOR BAUER |
| 3 | DATED: August 23, 2022 | /s/ *Jesse Kaplan* |
| 4 | | JESSE KAPLAN |
| 5 | | Attorney for Defendant LINDSEY C. HILL |

3

STIPULATION TO SET MOTION BRIEFING SCHEDULE

# **ATTESTATION**

Pursuant to Local Rule 5-4.3.4(2)(i), I hereby attest that all other signatories on behalf of whom this filing is submitted concur in the filing's content and have authorized the filing.

DATED: August 23, 2022         /s/ *Nell Z. Peyser*
                               NELL Z. PEYSER
                               Attorney for Plaintiff TREVOR BAUER