1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

TREVOR BAUER,

      Plaintiff,

  vs.

LINDSEY C. HILL AND NIRANJAN FRED THIAGARAJAH,

      Defendants.

Case No. 8:22-cv-00868-JVS-ADS

**[PROPOSED] ORDER ON JOINT STIPULATION TO SET BRIEFING SCHEDULE FOR PLAINTIFF'S RESPONSE TO DEFENDANT LINDSEY C. HILL'S COUNTERCLAIM COMPLAINT**

Judge:  Hon. James v. Selna

Action Filed:    April 25, 2022
Trial Date:      None Set

      The Court, having reviewed the stipulation of Plaintiff TREVOR BAUER ("Plaintiff") and Defendant LINDSEY C. HILL ("Hill") regarding a proposed briefing schedule on any motion filed in response to the Counterclaim Complaint, hereby rules as follows:

      Plaintiff may file a motion (the "Motion") in response to the Counterclaim filed by Ms. Hill on August 9, 2022, ECF No. 36, and the following briefing schedule is adopted:

      (1)    The Motion, if any, shall be scheduled for hearing on November 7, 2022 at 1:30 pm;

      (2)    Plaintiff's Motion papers shall be file and served by September 6, 2022;

      (3)    Ms. Hill's opposition papers shall be filed and served by October 4, 2022;

      (4)    Plaintiff's reply papers shall be filed and served by October 25, 2022;

1

2

3   **IT IS SO ORDERED**.

4   DATED: _____          _____

5                                  James V. Selna
                                   United States District Judge
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2