# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| TREVOR BAUER,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>LINDSEY C. HILL AND NIRANJAN FRED THIAGARAJAH,<br><br>　　　　Defendants. | Case No. 8:22-cv-00868-JVS-ADS<br><br>**ORDER ON JOINT STIPULATION TO SET BRIEFING SCHEDULE FOR PLAINTIFF'S RESPONSE TO DEFENDANT LINDSEY C. HILL'S COUNTERCLAIM COMPLAINT**<br><br>Judge:　Hon. James v. Selna<br><br>Action Filed:　April 25, 2022<br>Trial Date:　None Set |

The Court, having reviewed the stipulation of Plaintiff TREVOR BAUER ("Plaintiff") and Defendant LINDSEY C. HILL ("Hill") regarding a proposed briefing schedule on any motion filed in response to the Counterclaim Complaint, hereby rules as follows:

Plaintiff may file a motion (the "Motion") in response to the Counterclaim filed by Ms. Hill on August 9, 2022, ECF No. 36, and the following briefing schedule is adopted:

(1) The Motion, if any, shall be scheduled for hearing on November 7, 2022 at 1:30 pm;

(2) Plaintiff's Motion papers shall be file and served by September 6, 2022;

(3) Ms. Hill's opposition papers shall be filed and served by October 4, 2022;

(4) Plaintiff's reply papers shall be filed and served by October 25, 2022;

**IT IS SO ORDERED**.

DATED: August 24, 2022

_____
James V. Selna
United States District Judge