KINSELA WEITZMAN ISER KUMP HOLLEY LLP
Shawn Holley (Cal. Bar No. 136811)
Suann MacIsaac (Cal. Bar No. 205659)
808 Wilshire Boulevard., 3rd Floor
Santa Monica, CA 90401
Tel: (310) 566-9800
Fax: (310) 566-9873
sholley@kwikhlaw.com

ZUCKERMAN SPAEDER LLP
Blair G. Brown (admitted *pro hac vice*)
Jon R. Fetterolf (admitted *pro hac vice*)
1800 M Street, N.W., Suite 1000
Washington, D.C. 20036
Tel: (202) 778-1800
Fax: (202) 882-8106
bbrown@zuckerman.com
jfetterolf@zuckerman.com

ZUCKERMAN SPAEDER LLP
Nell Z. Peyser (admitted *pro hac vice*)
485 Madison Avenue, 10th Floor
New York, NY 10022
Tel: (212) 704-9600
Fax: (212) 704-4256
npeyser@zuckerman.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| TREVOR BAUER,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>LINDSEY C. HILL AND NIRANJAN FRED THIAGARAJAH,<br><br>　　　　Defendants. | Case No. 8:22-cv-00868-JVS-ADS<br><br>**JOINT STIPULATION TO AMEND BRIEFING SCHEDULE FOR PLAINTIFF'S RESPONSE TO DEFENDANT LINDSEY C. HILL'S COUNTERCLAIM**<br><br>Judge:　Hon. James v. Selna<br><br>[*Filed concurrently with Proposed Order*]<br><br>Action Filed:　April 25, 2022<br>Trial Date:　February 13, 2024 |

STIPULATION TO AMEND MOTION BRIEFING SCHEDULE

Plaintiff TREVOR BAUER ("Plaintiff") and LINDSEY C. HILL ("Hill"), by and through their respective counsel of record, hereby enter into this Joint Stipulation. This Stipulation is based on the following facts:

WHEREAS, Plaintiff initiated this action on April 25, 2022;

WHEREAS, Hill filed an Answer to the Complaint on July 19, 2022, ECF No. 34, and a Counterclaim against Plaintiff on August 9, 2022, ECF No. 36;

WHEREAS, counsel for Plaintiff and counsel for Hill previously filed a joint stipulation to set a briefing schedule to cover any motion (the "Motion") that Plaintiff intends to file in response to the Counterclaim (ECF No. 45);

WHEREAS, in the previously filed joint stipulation, counsel for Plaintiff and counsel for Hill agreed that Plaintiff's deadline to respond to the Counterclaim would be September 6, 2022, Hill's opposition would be due October 4, 2022, and Plaintiff's reply would be due October 25, 2022;

WHEREAS, the Court entered an order adopting the aforementioned briefing schedule (ECF No. 46);

WHEREAS, counsel for Plaintiff and counsel for Hill have since engaged in discussions regarding a modest modification of the briefing schedule;

WHEREAS, counsel for Plaintiff submits that due to the scheduling conflicts surrounding the Labor Day holiday weekend, as well as other professional obligations, counsel for Plaintiff respectfully requested a brief extension to the current schedule;

WHEREAS, counsel for Plaintiff and counsel for Hill have thus agreed to a modest modification of the current briefing schedule whereby Plaintiff's deadline to respond to the Counterclaim shall be extended from September 6, 2022 to September 15, 2022;

WHEREAS, counsel for Plaintiff and counsel for Hill have agreed that all other deadlines shall be extended accordingly such that Hill's opposition to the Motion shall be filed and served by October 13, 2022, and Plaintiff's reply brief shall be filed and

served by November 3, 2022

WHEREAS, the parties propose that the Motion be set for hearing on November 21, 2022 at 1:30 pm.

THEREFORE, IT IS HEREBY STIPULATED by and between counsel for Plaintiff and counsel for Hill that good cause exists for the proposed briefing schedule, which provides Plaintiff five (5) weeks to file the Motion, Hill four (4) weeks to file an opposition to the Motion, and Plaintiff three (3) weeks to file a reply, given the complex legal issues here, scheduling conflicts, as well as counsel's other professional obligations.

**IT IS SO STIPULATED.**

DATED: September 2, 2022        /s/ *Nell Peyser*
                                NELL Z. PEYSER
                                Attorney for Plaintiff TREVOR BAUER

DATED: September 2, 2022        /s/ *Jesse Kaplan*
                                JESSE KAPLAN
                                Attorney for Defendant LINDSEY C. HILL

## ATTESTATION

Pursuant to Local Rule 5-4.3.4(2)(i), I hereby attest that all other signatories on behalf of whom this filing is submitted concur in the filing's content and have authorized the filing.

DATED: September 2, 2022                /s/ *Nell Z. Peyser*
                                         NELL Z. PEYSER
                                         Attorney for Plaintiff TREVOR BAUER