# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| TREVOR BAUER,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>LINDSEY C. HILL AND NIRANJAN FRED THIAGARAJAH,<br><br>　　　　Defendants. | Case No. 8:22-cv-00868-JVS-ADS<br><br>**[PROPOSED] ORDER ON JOINT STIPULATION TO AMEND BRIEFING SCHEDULE FOR PLAINTIFF'S RESPONSE TO DEFENDANT LINDSEY C. HILL'S COUNTERCLAIM COMPLAINT**<br><br>Judge: Hon. James v. Selna<br><br>Action Filed:　April 25, 2022<br>Trial Date:　　February 13, 2024 |

　　　The Court, having reviewed the stipulation of Plaintiff TREVOR BAUER ("Plaintiff") and Defendant LINDSEY C. HILL ("Hill") regarding a proposed amended briefing schedule on any motion filed in response to the Counterclaim Complaint, hereby rules as follows:

　　　Plaintiff may file a motion (the "Motion") in response to the Counterclaim filed by Ms. Hill on August 9, 2022, ECF No. 36, and the following briefing schedule is adopted:

　　　(1)　The Motion, if any, shall be scheduled for hearing on November 21, 2022 at 1:30 pm;

　　　(2)　Plaintiff's Motion papers shall be filed and served by September 15, 2022;

　　　(3)　Ms. Hill's opposition papers shall be filed and served by October 13, 2022;

　　　(4)　Plaintiff's reply papers shall be filed and served by November 3, 2022;

1
2
3  **IT IS SO ORDERED**.
4  DATED: _____
5                                              James V. Selna
                                               United States District Judge
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28