Shawn Holley (Cal. Bar No. 136811)
Suann C. MacIsaac (Cal Bar. 205659)
KINSELA WEITZMAN ISER KUMP HOLLEY LLP
808 Wilshire Boulevard., 3rd Floor
Santa Monica, CA 90401
Tel: (310) 566-9800
Fax: (310) 566-9873
sholley@kwikhlaw.com
smacisaac@kwikhlaw.com

Blair G. Brown (admitted *pro hac vice*)
Jon R. Fetterolf (admitted *pro hac vice*)
ZUCKERMAN SPAEDER LLP
1800 M Street, N.W., Suite 1000
Washington, D.C. 20036
Tel: (202) 778-1800
Fax: (202) 882-8106
bbrown@zuckerman.com
jfetterolf@zuckerman.com

Nell Z. Peyser (admitted *pro hac vice*)
ZUCKERMAN SPAEDER LLP
485 Madison Ave., 10th Floor
New York, NY 10022
Tel: (212) 704-9600
Fax: (212) 704-4256
npeyser@zuckerman.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| TREVOR BAUER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>LINDSEY C. HILL and NIRANJAN FRED THIAGARAJAH,<br><br>　　　　Defendants. | Case No. 8:22-cv-00868-JVS-ADS<br>Assigned for all purposes to the Hon. James V. Selna<br><br>**DECLARATION OF BLAIR G. BROWN IN SUPPORT OF PLAINTIFF/COUNTERCLAIM DEFENDANT TREVOR BAUER'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF HIS MOTION TO DISMISS THE COUNTERCLAIM COMPLAINT**<br><br>Hearing Date: November 21, 2022<br>Hearing Time: 1:30 p.m.<br>Department: 10C<br><br>Action Filed: April 25, 2022 |

I, BLAIR G. BROWN, declare and state as follows:

1. I am an attorney licensed to practice in the District of Columbia, the State of Maryland, the State of Virginia, and the State of New York and have been admitted to practice *pro hac vice* in this action. I am a partner of the law firm Zuckerman Spaeder LLP, and counsel of record for Plaintiff/Counterclaim Defendant Trevor Bauer in the above-captioned action. I have personal knowledge of the matters stated in this declaration, and I could and would testify competently about them if called upon to do so.

2. Attached to this declaration as Exhibit A is a true and correct copy of the domestic violence restraining order petition filed by Defendant/Counterclaim Plaintiff Lindsey C. Hill in the prior proceeding before the Los Angeles Superior Court captioned *In re Matter of Hill/Bauer*, Case No. 21STRO03198.

3. Attached to this declaration as Exhibit B is a true and correct copy of the full transcript of the hearings held before the Los Angeles Superior Court in *In re Matter of Hill/Bauer,* Case No. 21STRO03198 on July 23, August 9, and August 16 through 19 of 2021.

4. Attached to this declaration as Exhibit C is a true and correct copy of the Los Angeles County District Attorney Charge Evaluation Sheet, dated February 8, 2022, in which the District Attorney declined to charge Mr. Bauer with a crime.

5. Attached to this declaration as Exhibit D is a true and correct copy of a video produced to counsel for Mr. Bauer by the custodian of records of the Pasadena Police Department pursuant to a valid subpoena. The Pasadena Police Department produced the video in response to a document request asking for "[a]ny videos or recordings made by Lindsey Hill while she was at Trevor Bauer's residence on April 21, 2021 and May 15-16, 2021, respectively."

6. I declare under penalty of perjury that the foregoing is true and correct.

1 | Executed this 13th day of September, 2022, in Washington, D.C.

/s/ *Blair G. Brown*
Blair G. Brown