# EXHIBIT C

# LOS ANGELES COUNTY DISTRICT ATTORNEY
## CHARGE EVALUATION WORKSHEET

Page 1 of 1

| | | | |
|---|---|---|---|
| X FELONY ☐ MISDEMEANOR | AGENCY NAME: PASADENA PD<br>AGENCY FILE NO. (DR OR URN): 21005254 | DA CASE NO. 42778081<br>DA OFFICE CODE: PAA | DATE: 02/08/2022<br>VICTIM ASSISTANCE REFERRAL: ☒ YES – NOTIFY VWAP ☐ NO |

LAST NAME: BAUER
FIRST NAME: TREVOR
DA CASE NUMBER: 42778081

### SUSPECT 1

**NAME (LAST, FIRST MIDDLE):** BAUER, TREVOR
**DOB:** 01/17/1991  **SEX (M/F):** M  **BOOKING NO.:**  **VIP:** X Yes
VIP - (03) Intimate Partner Violence

**CHARGES:**

| CODE | SECTION | OFFENSE DATE | REASON CODE |
|---|---|---|---|
| PC | 245(A)(4) | 04/22/2021 | B |
| PC | 286(F)(1) | 04/22/2021 | |
| PC | 273.5(A) | 05/16/2021 | |

Gang Member ___ Name of Gang ___
Victim Gang Member ___ Name of Gang: ___
Victim Name: ___  Victim DOB: ___

### SUSPECT 2

(blank)

### SUSPECT 3

(blank)

**Comments**

After a thorough review of all the available evidence, including the civil restraining order proceedings, witness statements and the physical evidence, the People are unable to prove the relevant charges beyond a reasonable doubt.

**COMPLAINT DEPUTY (print):** F. BARRETO
**COMPLAINT DEPUTY (SIGNATURE):** [signature]
**STATE BAR NO.:** 239875
**REVIEWING DEPUTY (SIGNATURE):** [signature]

I have conveyed all relevant information to the above-named Deputy District Attorney to be used in consideration of a filing decision.

**FILING OFFICER (PRINT):** KIMBERLY JONES
**FILING OFFICER (SIGNATURE):** [signature]
**SERIAL #:** 4729

**DEPARTMENT OF JUSTICE REASON CODES (FORM 8715)**
A. Lack of Corpus
B. Lack of Sufficient Evidence
C. Inadmissible Search/Seizure
D. Victim Unavailable/Declines To Testify
E. Witness Unavailable/Declines to Testify
F. Combined with Other Counts/Cases
G. Interest of Justice
H. Other (indicate the reason in Comments section)
I. Referred to Non-California Jurisdiction
J. Deferred for Revocation of Parole
K. Further Investigation
L. Prosecutor Prefiling Deferral

**DISTRICT ATTORNEY'S REASON CODES**
M. Probation Violation filed in lieu of
N. Referred to City Attorney for Misdemeanor Consideration

Rev. 697-9/10/10 DA Case 42778081

**CHARGE EVALUATION WORKSHEET**