Shawn Holley (Cal. Bar No. 136811)
Suann C. MacIsaac (Cal. Bar No. 205659)
KINSELA WEITZMAN ISER KUMP HOLLEY LLP
808 Wilshire Boulevard., 3rd Floor
Santa Monica, CA 90401
Tel: (310) 566-9800
Fax: (310) 566-9873
sholley@kwikhlaw.com
smacisaac@kwikhlaw.com

Blair G. Brown (admitted *pro hac vice*)
Jon R. Fetterolf (admitted *pro hac vice*)
ZUCKERMAN SPAEDER LLP
1800 M Street, N.W., Suite 1000
Washington, D.C. 20036
Tel: (202) 778-1800
Fax: (202) 882-8106
bbrown@zuckerman.com
jfetterolf@zuckerman.com

Nell Z. Peyser (admitted *pro hac vice*)
ZUCKERMAN SPAEDER LLP
485 Madison Ave., 10th Floor
New York, NY 10022
Tel: (212) 704-9600
Fax: (212) 704-4256
npeyser@zuckerman.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| TREVOR BAUER,<br><br>Plaintiff,<br><br>v.<br><br>LINDSEY C. HILL and NIRANJAN FRED THIAGARAJAH,<br><br>Defendants. | Case No. 8:22-cv-00868-JVS-ADS<br>Assigned for all purposes to the Hon. James V. Selna<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF/COUNTERCLAIM DEFENDANT'S MOTION TO DISMISS THE COUNTERCLAIM COMPLAINT**<br><br>Hearing Date: November 21, 2022<br>Hearing Time: 1:30 p.m.<br>Department: 10C<br><br>Action Filed: April 25, 2022 |

Plaintiff/Counterclaim Defendant Trevor Bauer respectfully requests that the Court take judicial notice of Exhibits A through D to the concurrently filed Declaration of Blair G. Brown in Support of this Request for Judicial Notice.

On a motion to dismiss under Federal Rule of Civil Procedure 12(b)(6), the Court may consider certain materials outside the pleadings: "documents attached to the complaint, documents incorporated by reference in the complaint, or matters of judicial notice [pursuant to Federal Rule of Evidence 201(b)]." *United States v. Ritchie*, 342 F.3d 903, 907–08 (9th Cir. 2003). Under Federal Rule of Evidence 201(b)(2), a Court may take judicial notice of a fact "that is not subject to reasonable dispute because it … can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(2). When ruling on a motion to dismiss based on collateral estoppel, or issue preclusion, courts in this Circuit regularly take judicial notice of prior judicial proceedings. *See Sogbandi v. Markham,* 2002 WL 31855299, at *2 (N.D. Cal. Dec. 17, 2002) (Breyer, J.); *Afr. Firefighters in Benevolent Ass'n v. Harris-Dawson*, 2021 WL 5263853, at *2 (C.D. Cal. Sept. 21, 2021); *Freeman v. Ethicon, Inc.*, 2022 WL 3147194, at *2 (C.D. Cal. Aug. 4, 2022). As Mr. Bauer's Motion to Dismiss, concurrently filed herewith, is based on the doctrine of collateral estoppel, the Court should take judicial notice of Exhibits A through C in order to evaluate the prior proceeding between the parties that already resolved the issues Defendant/Counterclaim Plaintiff Lindsey C. Hill seeks to re-litigate here. The Court should also take judicial notice of Exhibit D because its accuracy cannot reasonably be questioned.

Exhibit A is a true and correct copy of Ms. Hill's domestic violence restraining order petition (the "DVRO Petition"). The DVRO Petition was publicly filed in the case before the Los Angeles Superior Court captioned *In re Matter of Hill/Bauer*, Case No. 21STRO03198. As this is a court document and public record whose accuracy cannot reasonably be questioned, the Court may take judicial notice of it. *In re Icenhower*, 755 F.3d 1130, 1142 (9th Cir. 2014).

2

1  Exhibit B is a true and correct copy of the full transcript of the hearings held in *In re Matter of Hill/Bauer*, Case No. 21STRO03198, on July 23, August 9, and August 16 through 19 of 2021 (the "DVRO Proceeding"). The Court should take judicial notice of the transcript of the DVRO Proceeding because this is a court document and public record whose accuracy cannot reasonably be questioned. The transcript is from proceedings of a court of law, whose accuracy was sworn to by a court reporter, was generated shortly after the hearings were held, and was subsequently made available to the parties. *Reyn's Pasta Bella, LLC v. Visa USA, Inc.*, 442 F.3d 741, 746 n.6 (9th Cir. 2006) (taking judicial notice of transcript of court hearing).

Exhibit C is a true and correct copy of the Los Angeles County District Attorney Charge Evaluation Sheet, dated February 8, 2022. The District Attorney publicly released this document, which stated that the District Attorney's office would not charge Mr. Bauer with a crime relating to his sexual encounters with Ms. Hill. This document is signed by the Deputy District Attorney and its accuracy cannot reasonably be questioned.

Exhibit D is a true and correct copy of a video of Ms. Hill and Mr. Bauer, taken by Ms. Hill the morning after her May 16, 2021 encounter with Mr. Bauer. This video was produced to Mr. Bauer by the Pasadena Police Department pursuant to a valid subpoena. More specifically, the Pasadena Police Department produced the video in response to a document request asking for "[a]ny videos or recordings made by Lindsey Hill while she was at Trevor Bauer's residence on April 21, 2021 and May 15-16, 2021, respectively." As the Pasadena Police Department obtained this video from Ms. Hill herself, and it was produced to Mr. Bauer by the custodian of records of the Pasadena Police Department, its accuracy cannot reasonably be questioned.

Accordingly, Mr. Bauer respectfully requests that the Court grant his request and take judicial notice of Exhibits A though D to the Declaration of Blair G. Brown in Support of Plaintiff's Request for Judicial Notice.

| | | |
|---|---|---|
| Dated: | September 13, 2022 | */s/ Blair G. Brown* |

Blair G. Brown (admitted *pro hac vice*)
Jon R. Fetterolf (admitted *pro hac vice*)
ZUCKERMAN SPAEDER LLP
1800 M Street, N.W., Suite 1000
Washington, D.C. 20036
Tel: (202) 778-1800
Fax: (202) 882-8106
bbrown@zuckerman.com
jfetterolf@zuckerman.com

Nell Peyser (admitted *pro hac vice*)
ZUCKERMAN SPAEDER LLP
485 Madison Avenue, 10th Floor
New York, NY 10022
Tel: (212) 704-9600
Fax: (212) 704-4256
npeyser@zuckerman.com

Shawn Holley (Cal. Bar No. 136811)
Suann C. MacIsaac (Cal. Bar No. 205659)
KINSELA WEITZMAN ISER KUMP HOLLEY LLP
808 Wilshire Boulevard., 3rd Floor
Santa Monica, CA 90401
Tel: (310) 566-9800
Fax: (310) 566-9873
sholley@kwikhlaw.com
smacisaac@kwikhlaw.com