# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| TREVOR BAUER,<br><br>    Plaintiff,<br><br>vs.<br><br>LINDSEY C. HILL AND NIRANJAN FRED THIAGARAJAH,<br><br>    Defendants. | Case No. 8:22-cv-00868-JVS-ADS<br><br>**[PROPOSED] ORDER ON PLAINTIFF/ COUNTERCLAIM DEFENDANT TREVOR BAUER'S MOTION TO DISMISS DEFENDANT/ COUNTERCLAIM PLAINTIFF LINDSEY C. HILL'S COUNTERCLAIM COMPLAINT UNDER FEDERAL RULE 12(b)(6)**<br><br>Judge:  Hon. James V. Selna<br><br>Date: November 21, 2022<br>Time: 1:30 p.m.<br>Ctrm: 10C<br><br>Action Filed:     April 25, 2022<br>Trial Date:       February 13, 2024 |

Plaintiff/Counterclaim Defendant TREVOR BAUER's Motion to Dismiss Defendant/Counterclaim Plaintiff LINDSEY C. HILL's Counterclaim Complaint under Federal Rule of Civil Procedure 12(b)(6) came on for hearing on November 21, 2022 in Courtroom 10C of the above-entitled Court. Having considered the papers submitted by the parties in support of and in opposition to Mr. Bauer's Motion, the argument of counsel at the hearing, and all other pleadings and papers on record in this matter, the Court finds that Ms. Hill's Counterclaim Complaint fails to state a claim under Rule 12(b)(6) because her counterclaims are barred in full under the doctrine of collateral estoppel. The issues Ms. Hill seeks to re-litigate in this lawsuit were already litigated to final judgment before the Los Angeles Superior Court in the case captioned *In re Matter of Hill/Bauer*, Case No. 21STRO03198. Therefore, Mr. Bauer's Motion is **GRANTED** and the Counterclaim Complaint is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**.

DATED: _____

James V. Selna
United States District Judge