BLAIR G. BROWN (admitted pro hac vice)
ZUCKERMAN SPAEDER LLP
1800 M Street, N.W., Suite 1000
Washington, D.C. 20036
Tel: (202) 778-1800
Fax: (202) 882-8106
bbrown@zuckerman.com

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| TREVOR BAUER, | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 8:22-cv-00868-JVS-ADS |
| v. | |
| LINDSEY C. HILL and NIRANJAN FRED THIAGARAJAH, | **NOTICE OF MANUAL FILING OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☐ Filed ☑ Lodged: **(List Documents)**

Exhibit D - Flash drive of video

**Reason:**

☐ Under Seal
☐ In Camera
☑ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

September 13, 2022
Date

Blair G. Brown
Attorney Name

Trevor Bauer
Party Represented

*Note:  File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)  **NOTICE OF MANUAL FILING OR LODGING**