UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.   8:22-cv-00868 JVS (ADS)                    Date   October 12, 2022

Title       Trevor Bauer v. Lindsey Hill, et al

| Present: The Honorable | **James V. Selna, U.S. District Court Judge** |
|---|---|
| Lisa Bredahl | Not Present |
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

Proceedings:       **[IN CHAMBERS] <u>Order</u> <u>Regarding</u> <u>Hearing</u> <u>Request</u>**

On September 27, 2022, the Court posted a tentative order granting Defendant Niranjan Fred Thiagarajah's Motion to Strike.  On October 4, 2022, Plaintiff Trevor Bauer filed a request for oral argument.  (Dkt. 54.)  His brief advanced several arguments in support, including that the Court "misapplied the Rule 12(b)(6) standard" to Thiagarajah's allegedly defamatory statement.  (<u>Id</u>. at 1.)

The Court finds that oral argument would be helpful in this matter and therefore **GRANTS** Bauer's request.  A hearing is hereby set for Monday, November 7, 2022 at 1:30 pm.

**IT IS SO ORDERED.**

|   | : | 0 |
|---|---|---|
| Initials of Preparer | lmb | |