UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | |
|---|---|
| Case No. SACV 22-00868JVS(ADSx) | Date November 7, 2022 |
| Title Trevor Bauer v Lindsey C Hill, et al | |

Present: The Honorable  **James V. Selna, U.S. District Court Judge**

| Lisa Bredahl | Sharon Seffens |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Nell Peyser | David Samani |
| Suann MacIsaac | Brett Smith |

**Proceedings:**   Defendant Niranjan Fred Thiagarajah's Motion to Strike Complaint[32]

     Cause is called for hearing and counsel make their appearances. Matter is argued and taken under submission.

| | : | 30 |
|---|---|---|
| Initials of Preparer | lmb | |