| UNITED STATES DISTRICT COURT | TRANSCRIPT ORDER FORM | COURT USE ONLY |
|---|---|---|
| CENTRAL DISTRICT OF CALIFORNIA | Please use one form per court reporter per case, and contact court reporter directly immediately after e-filing form. *(Additional instructions on next page.)* | DUE DATE: |

| 1a. Contact Person for this Order | Julie Kennedy | 2a. Contact Phone Number | 949-975-1000 | 3a. Contact E-mail Address | jkennedy@wzllp.com |
|---|---|---|---|---|---|
| 1b. Attorney Name (if different) | Brett Andrew Smith | 2b. Attorney Phone Number | 949-975-1000 | 3b. Attorney E-mail Address | bsmith@wzllp.com |

**4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)**
Brett A. Smith/Julie Kennedy
Wesierski & Zurek LLP
29 Orchard Road
Lake Forest CA 92630

| 5. Name & Role of Party Represented | Lindsey C. Hill, Defendant |
|---|---|
| 6. Case Name | Trevor Bauer v. Lindsey C. Hill and Niranjan Fred Thiagarajah |
| 7a. District Court Case Number | 8:22-cv-00868 JVS(ADSx) |
| 7b. Appeals Court Case Number | |

**8. INDICATE WHETHER PROCEEDING WAS** *(choose only one per form)*:
☐ DIGITALLY RECORDED    ☒ TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER: Sharon Seffens

**9. THIS TRANSCRIPT ORDER IS FOR:** ☐ Appeal ☐ Non-Appeal    ☐ Criminal ☒ Civil    ☐ CJA ☐ USA ☐ FPD ☐ In forma pauperis *(Court order for transcripts must be attached)*

**10. TRANSCRIPT(S) REQUESTED** *(Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s), and delivery type)*: You MUST check the docket to see if the transcript has already been filed, and if so, provide the "Release of Transcript Restriction" date in column c, below.

| HEARING DATE | Minute Order Docket# (if available) | JUDGE (name) | PROCEEDING TYPE / PORTION | PDF (email) | TEXT / ASCII (email) | PAPER | CONDENSED (email) | CM/ECF ACCESS (web) | WORD INDEXING | RELEASE OF TRANS. RESTRICTION DATE | DELIVERY TYPE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/07/2022 | 059-60 | J. Selna | Hearing re: Deft. Thiagarajah's Motion to Strike Complaint | ● | ○ | ○ | ○ | ○ | ○ | ○ | ORDINARY (30-day) |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | |

**11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC.** *CJA Orders: Explain necessity of non-appeal orders, orders for transcripts of proceedings involving only a co-defendant, & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach additional pages if needed).*

**12. ORDER & CERTIFICATION.** By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.    Date  11/09/2022    Signature  /s/

G-120 (06/18)