# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 22-00868-JVS (ADSx) | Date | November 21, 2022 |
| Title | Trevor Bauer v. Lindsey C. Hill et al | | |

Present: The Honorable **James V. Selna, U.S. District Court Judge**

| Elsa Vargas for Lisa Bredahl | Sharon Seffens |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Blair Brown | Jesse Kaplan |
| Kate Mangels | Brett Smith |
| Nell Peyser | |

**Proceedings:** Plaintiff's Motion to Dismiss Defendant/Counterclaim [52]

    Cause is called for hearing and counsel make their appearances. The Court's tentative ruling is issued. Motion is argued and taken under submission.

| | 00 : 34 |
|---|---|
| Initials of Preparer | eva/lmb |