1  KENNETH C. FELDMAN, SB# 130699
     E-Mail: Ken.Feldman@lewisbrisbois.com
2  DAVID D. SAMANI, SB# 280179
     E-Mail: David.Samani@lewisbrisbois.com
3  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   633 West 5th Street, Suite 4000
4  Los Angeles, California 90071
   Telephone: 213.250.1800
5  Facsimile: 213.250.7900

6  Attorneys for Defendant NIRANJAN
   FRED THIAGARAJAH

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| TREVOR BAUER, | Case No. 8:22-cv-00868-JVS-ADS |
|---|---|
| Plaintiff, | **STIPULATION TO EXTEND DEFENDANT NIRANJAN FRED THIAGARAJAH'S DEADLINE TO FILE APPLICATION FOR ATTORNEYS' FEES** |
| vs. | |
| LINDSEY C. HILL AND NIRANJAN FRED THIAGARAJAH, | |
| Defendants. | Judge: Hon. James V. Selna |
| | [*Filed concurrently with Proposed Order*] |
| | Action Filed:  April 25, 2022<br>Trial Date:     February 13, 2024 |

WHEREAS, on November 23, 2022, the Court entered an order granting Defendant NIRANJAN FRED THIAGARAJAH's ("Mr. Thiagarajah") Special Motion to Strike Plaintiff TREVOR BAUER's ("Plaintiff") Complaint;

WHEREAS, the Court's November 23, 2022 order provides that Mr. Thiagarajah "is entitled to recover reasonable attorneys fees and costs, and shall submit an application within seven days";

WHEREAS, counsel for Mr. Thiagarajah is presently set to commence trial on December 5, 2022 and is in the midst of pre-trial preparation;

4888-2980-0512.1

WHEREAS, in light of the foregoing, counsel for Mr. Thiagarajah and counsel for Plaintiff are amenable to an order extending Mr. Thiagarajah's deadline to file an application for reasonable attorneys fees and costs by a period of fourteen (14) days;

ACCORDINGLY, Mr. Thiagarajah and Plaintiff respectfully request the Court enter an order extending Mr. Thiagarajah's deadline to file an application by fourteen (14) days, up to and including December 14, 2022.

IT IS SO STIPULATED.

DATED: November 29, 2022         ZUCKERMAN SPAEDER LLP

                                 By:     /s/ Nell Z. Peyser
                                     NELL Z. PEYSER
                                     Attorneys for Plaintiff TREVOR BAUER

DATED: November 29, 2022         LEWIS BRISBOIS BISGAARD & SMITH LLP

                                 By:     /s/ David D. Samani
                                     DAVID D. SAMANI
                                     Attorneys for Defendant NIRANJAN
                                     FRED THIAGARAJAH

## **ATTESTATION**

Pursuant to Local Rule 5-4.3.4(2)(i), I hereby attest that all other signatories on behalf of whom this filing is submitted concur in the filing's content and have authorized the filing.

DATED: November 29, 2022         LEWIS BRISBOIS BISGAARD & SMITH LLP

                                 By:     /s/ David D. Samani
                                     DAVID D. SAMANI
                                     Attorneys for Defendant NIRANJAN
                                     FRED THIAGARAJAH