UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| TREVOR BAUER,<br><br>      Plaintiff,<br><br>vs.<br><br>LINDSEY C. HILL AND NIRANJAN FRED THIAGARAJAH,<br><br>      Defendants. | Case No. 8:22-cv-00868-JVS-ADS<br><br>**ORDER ON STIPULATION TO EXTEND DEFENDANT NIRANJAN FRED THIAGARAJAH'S DEADLINE TO FILE APPLICATION FOR ATTORNEYS' FEES**<br><br>Judge:  Hon. James V. Selna<br><br>Action Filed:  April 25, 2022<br>Trial Date:  February 13, 2024 |

4867-5139-1808.1

Case No. 8:22-cv-00868-JVS-ADS
ORDER ON STIP. TO EXTEND
TIME TO FILE APP. FOR FEES AND COSTS

LEWIS BRISBOIS BISGAARD & SMITH LLP
ATTORNEYS AT LAW

The Court, having reviewed the stipulation of Plaintiff TREVOR BAUER ("Plaintiff") and Defendant NIRANJAN FRED THIAGARAJAH ("Mr. Thiagarajah") regarding an extension of time for Mr. Thiagarajah to file an application for reasonable attorneys fees and costs pursuant to the Court's November 23, 2022 order granting Mr. Thiagarajah's Special Motion to Strike [Dkt No. 70], hereby rules as follows:

Mr. Thiagarajah's deadline to file an application for reasonable attorneys fees and costs is hereby extended by fourteen (14) days, up to and including December 14, 2022.

IT IS SO ORDERED.

DATED: November 29, 2022

_____
HON. JAMES V. SELNA
UNITED STATES DISTRICT JUDGE