KINSELA WEITZMAN ISER KUMP HOLLEY LLP
Shawn Holley (Cal. Bar No. 136811)
Suann MacIsaac (Cal. Bar No. 205659)
808 Wilshire Boulevard., 3rd Floor
Santa Monica, CA 90401
Tel: (310) 566-9800
Fax: (310) 566-9873
sholley@kwikhlaw.com

ZUCKERMAN SPAEDER LLP
Blair G. Brown (admitted *pro hac vice*)
Jon R. Fetterolf (admitted *pro hac vice*)
1800 M Street, N.W., Suite 1000
Washington, D.C. 20036
Tel: (202) 778-1800
Fax: (202) 882-8106
bbrown@zuckerman.com
jfetterolf@zuckerman.com

ZUCKERMAN SPAEDER LLP
Nell Z. Peyser (admitted *pro hac vice*)
485 Madison Avenue, 10th Floor
New York, NY 10022
Tel: (212) 704-9600
Fax: (212) 704-4256
npeyser@zuckerman.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| TREVOR BAUER,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>LINDSEY C. HILL AND NIRANJAN FRED THIAGARAJAH,<br><br>　　　　　　Defendants. | Case No. 8:22-cv-00868-JVS-ADS<br><br>**JOINT STIPULATION TO EXTEND TIME FOR PLAINTIFF'S ANSWER TO DEFENDANT LINDSEY C. HILL'S COUNTERCLAIM**<br><br>Judge:　Hon. James V. Selna<br><br>[*Filed concurrently with Proposed Order*]<br><br>Action Filed:　April 25, 2022<br>Trial Date:　　February 13, 2024 |

Plaintiff TREVOR BAUER ("Plaintiff") and LINDSEY C. HILL ("Hill"), by and through their respective counsel of record, hereby enter into this Joint Stipulation. This Stipulation is based on the following facts:

WHEREAS, Plaintiff initiated this action on April 25, 2022;

WHEREAS, Hill filed a Counterclaim against Plaintiff on August 9, 2022, ECF No. 36;

WHEREAS, Plaintiff filed a Motion to Dismiss Hill's Counterclaim on September 13, 2022, ECF No. 52;

WHEREAS, the Court denied Plaintiff's Motion to Dismiss Hill's Counterclaim on November 23, 2022, ECF No. 69;

WHEREAS, under Federal Rule of Civil Procedure 12(a)(4)(A), Plaintiff's deadline to file an answer to Hill's Counterclaim is fourteen (14) days after the Court's denial of Plaintiff's Motion to Dismiss, or December 7, 2022;

WHEREAS, counsel for Plaintiff submits that due to the scheduling conflicts surrounding the holiday season, as well as other professional obligations, counsel for Plaintiff respectfully requested a brief extension of the answer deadline;

WHEREAS, counsel for Plaintiff and counsel for Hill have agreed to an extension of Plaintiff's answer deadline, extending the answer deadline by thirty (30) days, from December 7, 2022 to January 6, 2023;

WHEREAS, this is Plaintiff's first request for an extension of his deadline to answer Hill's Counterclaim;

WHEREAS, no other deadlines in the previously entered Order re Scheduling Dates (ECF No. 44) will be affected by this extension;

THEREFORE, IT IS HEREBY STIPULATED by and between counsel for Plaintiff and counsel for Hill that good cause exists for extending Plaintiff's deadline to answer the Hill's Counterclaim by thirty (30) days, from December 7, 2022 to January 6, 2023, given scheduling conflicts, as well as counsel's other professional obligations.

**IT IS SO STIPULATED.**

DATED: December 5, 2022        /s/ *Nell Z. Peyser*
                                                  NELL Z. PEYSER
                                                  Attorney for Plaintiff TREVOR BAUER

DATED: December 5, 2022        /s/ *Jesse Kaplan*
                                                  JESSE KAPLAN
                                                  Attorney for Defendant LINDSEY C. HILL

## ATTESTATION

Pursuant to Local Rule 5-4.3.4(2)(i), I hereby attest that all other signatories on behalf of whom this filing is submitted concur in the filing's content and have authorized the filing.

DATED: December 5, 2022

/s/ *Nell Z. Peyser*
NELL Z. PEYSER
Attorney for Plaintiff TREVOR BAUER