**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| TREVOR BAUER,<br><br>    Plaintiff,<br><br>vs.<br><br>LINDSEY C. HILL AND NIRANJAN FRED THIAGARAJAH,<br><br>    Defendants. | Case No. 8:22-cv-00868-JVS-ADS<br><br>**JOINT STIPULATION TO EXTEND TIME FOR PLAINTIFF'S ANSWER TO DEFENDANT LINDSEY C. HILL'S COUNTERCLAIM**<br><br>Judge:  Hon. James V. Selna<br><br>Action Filed:  April 25, 2022<br>Trial Date:  February 13, 2024 |

The Court, having reviewed the joint stipulation of Plaintiff TREVOR BAUER ("Plaintiff") and Defendant LINDSEY C. HILL ("Hill") regarding a proposed thirty (30) day extension for Plaintiff to file an answer to the Counterclaim Complaint, hereby rules as follows:

Plaintiff's deadline to file his answer to Hill's Counterclaim is hereby extended from December 7, 2022 to January 6, 2023.

**IT IS SO ORDERED**.

DATED: _____

_____
James V. Selna
United States District Judge