# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| TREVOR BAUER,<br><br>      Plaintiff,<br><br>vs.<br><br>LINDSEY C. HILL AND NIRANJAN FRED THIAGARAJAH,<br><br>      Defendants. | Case No. 8:22-cv-00868-JVS-ADS<br><br>**[PROPOSED] ORDER ON MOTION BY PLAINTIFF/ COUNTERCLAIM DEFENDANT TREVOR BAUER FOR RECONSIDERATION OF THE ORDER DENYING HIS MOTION TO DISMISS THE COUNTERCLAIM COMPLAINT**<br><br>Judge:  Hon. James V. Selna<br><br>Date: February 6, 2023<br>Time: 1:30 p.m.<br>Ctrm: 10C<br><br>Action Filed:     April 25, 2022<br>Trial Date:       February 13, 2024 |

Plaintiff/Counterclaim Defendant TREVOR BAUER's Motion for Reconsideration of the Order Denying His Motion to Dismiss Defendant/Counterclaim Plaintiff LINDSEY C. HILL's Counterclaim Complaint came on for hearing on February 6, 2023 in Courtroom 10C of the above-entitled Court. Having considered the papers submitted by the parties in support of and in opposition to Mr. Bauer's Motion, the argument of counsel at the hearing, and all other pleadings and papers on record in this matter, the Court hereby reconsiders its previous ruling, and hereby finds that Ms. Hill's Counterclaim Complaint fails to state a claim under Rule 12(b)(6) because her counterclaims are barred in full under the doctrine of collateral estoppel. The issue of whether an act of abuse occurred that Ms. Hill seeks to re-litigate in this lawsuit was already litigated to final judgment before the Los Angeles Superior Court in the case captioned *In re Matter of Hill/Bauer*, Case No. 21STRO03198. Therefore, Mr. Bauer's Motion is **GRANTED** and the Counterclaim Complaint is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**.

DATED: _____

James V. Selna
United States District Judge