UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| TREVOR BAUER,<br><br>    Plaintiff,<br><br>vs.<br><br>LINDSEY C. HILL AND NIRANJAN FRED THIAGARAJAH,<br><br>    Defendants. | Case No. 8:22-cv-00868-JVS-ADS<br><br>**PROPOSED ORDER ON DEFENDANT NIRANJAN FRED THIAGARAJAH'S APPLICATION FOR ATTORNEYS' FEES PURSUANT TO CAL. CIV. PROC. CODE § 425.16(c)**<br><br>Judge: Hon. James V. Selna<br><br>Action Filed: April 25, 2022<br>Trial Date: February 13, 2024 |

4867-3273-2996.1

Defendant NIRANJAN FRED THIAGARAJAH's Application for an award of attorneys' fees and costs against Plaintiff TREVOR BAUER ("Plaintiff") pursuant to Cal. Civ. Proc. Code § 425.16(c) is GRANTED. Defendant NIRANJAN FRED THIAGARAJAH is awarded attorneys' fees and costs in the amount of $55,355.

IT IS SO ORDERED.

DATED: _____

HON. JAMES V. SELNA
Judge Presiding