KENNETH C. FELDMAN, SB# 130699
 E-Mail: Ken.Feldman@lewisbrisbois.com
DAVID D. SAMANI, SB# 280179
 E-Mail: David.Samani@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendant NIRANJAN FRED THIAGARAJAH

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| TREVOR BAUER,<br><br>    Plaintiff,<br><br>vs.<br><br>LINDSEY C. HILL AND NIRANJAN FRED THIAGARAJAH,<br><br>    Defendants. | Case No. 8:22-cv-00868-JVS-ADS<br><br>**DECLARATION OF DAVID D. SAMANI IN SUPPORT OF DEFENDANT NIRANJAN FRED THIAGARAJAH'S APPLICATION FOR ATTORNEYS' FEES PURSUANT TO CAL. CIV. PROC. CODE § 425.16(c)**<br><br>Date:  January 23, 2023<br>Time:  1:30 p.m.<br>Crtrm.:  10C<br><br>Judge:  Hon. James V. Selna<br><br>Action Filed:  April 25, 2022<br>Trial Date:    February 13, 2024 |

I, David D. Samani, declare as follows:

1. I am an attorney duly admitted to practice in all of the courts of the State of California and I am a partner with Lewis Brisbois Bisgaard & Smith LLP, attorneys of record for Defendant NIRANJAN FRED THIAGARAJAH ("Mr. Thiagarajah"). The facts set forth herein are of my own personal knowledge, and if sworn I could and would competently testify thereto.



4887-2893-2674.1

Case No. 8:22-cv-00868-JVS-ADS
SAMANI DECL. ISO APP. FOR ATTORNEY FEES

2. I make this Declaration in support of Mr. Thiagarajah's Application for Attorneys' Fees Pursuant to Cal. Civ. Proc. Code § 425.16.

3. As counsel for Mr. Thiagarajah, I have read and am familiar with the documents that were filed and/or served in this case. I served as one of the primary handling attorneys for Mr. Thiagarajah since the inception of this action. I was responsible for the initial preparation of all of the briefing throughout this action, including the preparation of Mr. Thiagarajah's Special Motion to Strike (the "anti-SLAPP motion"). My partner, Kenneth C. Feldman and Mr. Thiagarajah's counsel Jean-Paul Jassy also had involvement in the preparation of Mr. Thiagarajah's anti-SLAPP motion.

4. I was admitted to the California bar in 2011 after graduating earlier that year from Cornell Law School. Prior to studying law at Cornell, I obtained a Bachelor of Arts from the University of California, Los Angeles. I am admitted to practice law before all California state courts, the United States District Court for the Central District of California, the United States District Court for the Southern District of California, the United States District Court for the Northern District of California, and the Ninth Circuit Court of Appeals. Immediately after completing law school, I served a six-month term as a Graduate Fellow to the Honorable James A. Steele (now retired), then a judge of the Los Angeles Superior Court. I have more than 10 years of experience litigating cases in California, and I dedicate a substantial amount of my practice to defending professionals, with a particular focus on the defense of lawyers. Although the rates I charge to clients will depend on the specifics of particular engagements, I have been engaged to perform legal work at rates at or in excess of $525 per hour.

5. Attorneys at Lewis Brisbois record our time contemporaneously in increments of one-tenth of an hour. A detailed time record of the services rendered and the time expended are entered into a computer database maintained by the firm's

billing department. We bill for our time, with the fee determined by multiplying the hours recorded by the hourly rate of the professional.

6. I have reviewed each and every billing entry which Lewis Brisbois performed on Defendants' behalf in connection with the defense of this lawsuit. Attached hereto as Exhibit 1 is a true and correct copy of the redacted billing entries in this action, redacted only as to attorney-client privileged matter, confidential information, and irrelevant matters (such as time and costs not requested in this fee motion). The bills identify the timekeeper, date work performed, task performed, and time spent on the task. My entries accurately reflect the time spent on each identified task. The bills represent time billed through October 31, 2022.

7. Based on my review and tabulation of the time contained on the invoices, the bills through October 31, 2022 demonstrate that I billed 52.6 hours in connection with Mr. Thiagarajah's anti-SLAPP motion. In addition, because I do not yet have my firm's bill for November 2022, the bills do not capture time I incurred preparing for and attending the oral argument on Mr. Thiagarajah's anti-SLAPP motion, as well as time incurred reviewing and analyzing the Court's final ruling and counseling my client with respect to the ruling. In total, in November 2022, I billed an additional 6.9 hours in connection with the anti-SLAPP motion. Furthermore, based on my review, Mr. Feldman billed 12.9 hours in connection with the anti-SLAPP motion through October 31, 2022.

8. Consequently, altogether, the time sought by my firm in connection with the anti-SLAPP motion consists of 12.9 hours that Mr. Feldman billed and 59.5 hours I billed. In addition, attorney Jean-Paul Jassy, personal counsel for Mr. Thiagarajah, provided assistance in the preparation of Mr. Thiagarajah's anti-SLAPP motion. Mr. Jassy, who has extensive experience in First Amendment litigation and as to defamation claims, added valuable insight and material, substantive assistance as all of us worked together to craft a persuasive motion. Mr. Feldman, Mr. Jassy, and I endeavored not to duplicate efforts with respect to the anti-SLAPP motion. Rather, I

served as initial drafter and then collaborated with my co-counsel as to potential areas for augmentation and further consideration.

9. I have reviewed Mr. Jassy's invoices relevant to this Fee Application (which are attached as Exhibit 4 to his concurrently-filed declaration). Based on my tabulation of the hours listed, Mr. Jassy billed 14.8 hours.

10. Based upon these hours and reasonable rates that are sought in the Application, I calculate the total fees sought in connection with the anti-SLAPP motion to be $50,145.50. ((12.9 x $720 [Mr. Feldman]) + (59.5 x $525 [Mr. Samani]) + (14.8 x $650 [Mr. Jassy]) = ($9,288) + ($31,237.5) + ($9,620) += $50,145.50.)

11. I have billed more than 4.6 hours relating to the preparation of Defendants' application for fees and the supporting papers. I anticipate spending an additional 4.5 hours in connection with reviewing/analyzing Plaintiff's opposition to this fee motion, preparing a reply to the opposition, and, if necessary, attending a hearing. At a rate of $525 per hour, this results in an additional $4,777.50.

12. On December 14, 2022, I visited the website www.laffeymatrix.com, and I printed a copy of the current Laffey Matrix. A true and correct copy of this print-out is attached hereto as Exhibit 2.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on December 14, 2022, at Los Angeles, California.

                                            /s/ David D. Samani
                                            David D. Samani