# EXHIBIT 1

## LEWIS BRISBOIS BISGAARD & SMITH LLP

LAWYERS
SUITE 4000
633 W. FIFTH STREET
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 250-1800

FEDERAL I.D. NO ▮

| Date | Atty | Description of Services Rendered | Hours |
|---|---|---|---|
| 4/28/22 | DDS | Telephone conference with F. Thiagaranjah re: status of case, initial defense strategy | .2 |
| 4/28/22 | KF | Review and analysis of LA Times story from 4-26 re the litigation | .1 |
| 4/28/22 | KF | Receipt, review and initial analysis of complaint and potential defenses | 1.1 |
| 4/29/22 | KF | Review and analysis of articles re MLB suspending Bauer and later Washington Post and ESPN articles re third woman coming forward to accuse of him of similar conduct | .3 |
| 4/29/22 | KF | Review of underlying restraining order docket | .1 |
| 4/29/22 | KF | Prepare litigation hold letter to client | .2 |
| 4/29/22 | KF | Analysis re case to facts of supreme court criminal case of no consent | .1 |
| 4/30/22 | KF | Continue to evaluate fair comment privilege, issues re truth as a defense | .2 |

# LEWIS BRISBOIS BISGAARD & SMITH LLP

LAWYERS
SUITE 4000
633 W. FIFTH STREET
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 250-1800

FEDERAL I.D. NO

| Date | Atty | Description of Services Rendered | Hours |
|---|---|---|---|
| 5/03/22 | KF | Receipt and review of corre from client | .2 |
| 5/04/22 | DDS | Virtually meet with F. Thiagaranja and his personal counsel re: | 1.2 |
| 5/04/22 | KF | Attend vast majority of zoom meeting with client and his personal counsel re | 1.0 |
| 5/04/22 | KF | Multiple corre with counsel for co-defendant re various issues | .2 |
| 5/05/22 | KF | Corre with co-defendant's counsel re tomorrow's call, and prepare for same | .2 |
| 5/06/22 | DDS | Telephone conference with counsel for Co-Defendant and Mr. Thiagarajah's personal counsel re: litigation strategy, coordination of defense efforts | .3 |
| 5/06/22 | KF | Telephone conference with co-defendant's counsel re various procedural and strategic issues and claim facts | .3 |
| 5/07/22 | DDS | Review and analysis of underlying DVRO order and relevant media materials re furthering potential anti-SLAPP arguments | 1.4 |
| 5/21/22 | DDS | Initial preparation of anti-SLAPP motion | 1.4 |

| Date | Para | Description of Paralegal Services | Hours |
|---|---|---|---|

DISBURSEMENTS MADE FOR YOUR ACCOUNT, FOR WHICH BILLS HAVE NOT YET BEEN RECEIVED, WILL APPEAR ON A LATER STATEMENT

## LEWIS BRISBOIS BISGAARD & SMITH LLP

LAWYERS
SUITE 4000
633 W. FIFTH STREET
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 250-1800

FEDERAL I.D. NO.

| Date | Atty | Description of Services Rendered | Hours |
|---|---|---|---|
| 6/08/22 | DDS | Telephone conference with Co-Defendant's counsel re: strategy for future procedures, potential arguments on anti-SLAPP motion | .4 |
| 6/08/22 | KF | Telephone conference with co-defendant's counsel and personal counsel (.50) with brief memo to file re same (.10) | .6 |
| 6/08/22 | KF | Continuing analysis re impact of other suit brought by plaintiff Bauer, and our defenses | .1 |
| 6/09/22 | DDS | Begin review and analysis of underlying DVRO hearing transcripts | 2.8 |
| 6/09/22 | DDS | Receipt and review of email from Co-Defendant's counsel re underlying transcripts | .1 |
| 6/10/22 | DDS | Continue review and analysis of transcripts from underlying DVRO evidentiary hearing | 3.4 |
| 6/15/22 | DDS | Correspond via e-mail with Co-Defendant's counsel re: coordination of motions, response dates | .1 |
| 6/16/22 | DDS | Correspond via e-mail with Co-Defendant's counsel re: coordination of response date, anti-SLAPP motions | .1 |
| 6/16/22 | DDS | Correspond via e-mail with Plaintiff's counsel re: coordination of responsive pleading deadline, motion practice | .1 |
| 6/20/22 | DDS | Preparation of stipulation to extend time to respond and set briefing schedule on responsive motions | .4 |
| 6/20/22 | DDS | Preparation of proposed order on stipulation to extend time to respond and set briefing schedule | .2 |
| 6/20/22 | DDS | Correspond via e-mail with opposing counsel and Co-Defendant's counsel re: proposed stipulation to extend time and set briefing schedule | .1 |
| 6/21/22 | DDS | Correspond via e-mail with all counsel re: proposed stipulation to extend time and set briefing schedule | .1 |
| 6/21/22 | DDS | Correspond via e-mail with F. Thiagarajah | .1 |
| 6/23/22 | DDS | Receipt and review of order granting stipulation re proposed briefing schedule | .1 |
| 6/23/22 | DDS | Continue review and analysis of underlying transcripts from restraining order proceeding | 1.8 |
| 6/29/22 | DDS | Continue review and analysis of underlying DVRO transcripts and exhibits introduced at hearing | 2.6 |

DISBURSEMENTS MADE FOR YOUR ACCOUNT, FOR WHICH BILLS HAVE NOT YET BEEN RECEIVED, WILL APPEAR ON A LATER STATEMENT

# LEWIS BRISBOIS BISGAARD & SMITH LLP

LAWYERS
SUITE 4000
633 W. FIFTH STREET
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 250-1800

FEDERAL I.D. NO

| Date | Atty | Description of Services Rendered | Hours |
|---|---|---|---|
| 7/01/22 | DDS | Augment and further preparation of anti-SLAPP motion | 2.8 |
| 7/03/22 | DDS | Complete review and analysis of underlying DVRO transcripts and exhibits | 2.2 |
| 7/04/22 | DDS | Further preparation of anti-SLAPP motion | 2.3 |
| 7/05/22 | DDS | Correspond via e-mail with F. Thiagarajah | .1 |
| 7/06/22 | DDS | Augment and further preparation of anti-SLAPP motion | 3.4 |
| 7/06/22 | DDS | Correspond via e-mail with F. Thiagarajah and personal counsel re: | .2 |
| 7/06/22 | KF | Augment and further preparation of anti-SLAPP motion | .6 |
| 7/11/22 | DDS | Prepare meet and confer e-mail to Plaintiff's counsel re: anticipated anti-SLAPP motion | .2 |
| 7/11/22 | DDS | Augment and further preparation of anti-SLAPP motion | 1.7 |
| 7/12/22 | DDS | Augment and further preparation of anti-SLAPP motion | 2.2 |
| 7/12/22 | DDS | Receipt and review of e-mail correspondence from Plaintiff's counsel re: anti-SLAPP motion, meet and confer | .1 |
| 7/12/22 | DDS | Correspond via e-mail with F. Thiagarajah re | .1 |
| 7/13/22 | DDS | Correspond via e-mail with personal counsel for Mr. Thiagarajah re: | .2 |
| 7/13/22 | KF | Further preparation of anti-SLAPP motion | .2 |
| 7/13/22 | KF | Receipt and review of notice of appearance of additional counsel for co-defendant | .1 |
| 7/15/22 | DDS | Telephone conference with F. Thiagarajah re: | .1 |
| 7/15/22 | DDS | Correspond via e-mail with F. Thiagarajah | .1 |
| 7/15/22 | DDS | Augment and further preparation of anti-SLAPP motion | 1.3 |
| 7/17/22 | DDS | Correspond via e-mail with F. Thiagaranjah and personal counsel re: | .1 |
| 7/17/22 | DDS | Augment and further preparation of anti-SLAPP motion | .7 |
| 7/18/22 | DDS | Correspond via e-mail with F. Thiagarajah and personal counsel re: | .1 |
| 7/18/22 | DDS | Preparation of request for judicial notice in support of anti-SLAPP motion | .6 |
| 7/18/22 | DDS | Correspond via email with Co-Defendant's counsel re: responsive pleadings, future handling | .1 |
| 7/18/22 | KF | Augment and further preparation of special motion to strike, including evaluation of documents for judicial notice | .9 |
| 7/19/22 | DDS | Final preparation of anti-SLAPP motion | 1.7 |
| 7/19/22 | DDS | Correspond via e-mail with F. Thiagarajah | .2 |
| 7/20/22 | KF | Analysis re potential applicability of new Sanchez anti-SLAPP-defamation case for use on reply brief | .2 |
| 7/28/22 | KF | Review and analysis of article correcting earlier article re our case and our motion and answer of co-def. | .1 |

DISBURSEMENTS MADE FOR YOUR ACCOUNT, FOR WHICH BILLS HAVE NOT YET BEEN RECEIVED,
WILL APPEAR ON A LATER STATEMENT

# LEWIS BRISBOIS BISGAARD & SMITH LLP

LAWYERS
SUITE 4000
633 W. FIFTH STREET
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 250-1800

FEDERAL I.D. NO

| Date | Atty | Description of Services Rendered | Hours |
|---|---|---|---|
| 7/28/22 | KF | Analysis re potential defenses to raise on reply to anti-SLAPP motion | .1 |
| 7/30/22 | DDS | Preparation of cast of characters | .6 |
| 7/30/22 | DDS | Preparation of chronology of events | .9 |
| 7/31/22 | KF | Evaluate issues for tomorrow's conference with other counsel in advance of Rule 26 conference with court, and continued liability issues, and potential for discovery | .6 |
| 7/31/22 | KF | Review and analysis of complaint filed by Bauer against The Athletic and reporter Molly for defamation, their anti-SLAPP motion and Bauer's opposition thereto, and compare to our motion | 1.4 |

| Date | Description of Disbursement | Units | Rate | Amount |
|---|---|---|---|---|
| 7/23/22 | Filing Services First Legal Network, LLC Inv#:10523838 07/20/22 USBC-Santa Ana 5041898 | | | 80.53 |



DISBURSEMENTS MADE FOR YOUR ACCOUNT, FOR WHICH BILLS HAVE NOT YET BEEN RECEIVED, WILL APPEAR ON A LATER STATEMENT



**First Legal Network, LLC**
P.O. Box 743451
Los Angeles CA 90074-3451

```
 5041898        7/20/22      10:48   Lewis Brisbois Bisgaard & Smith    Csr: DX*
CONTROL NUMBER
PICKUP                               DELIVER
LEWIS BRISBOIS BISGAARD & SMITH      USBC-SANTA ANA                     Base           91.00
633 W Fifth St               41st Fl 411 WEST 4TH STREET                Return
LOS ANGELES       CA   90071         SANTA ANA        CA 92701          Wait
See: Marcia Cox                      See: NOT AVAILAB                   Weight
Req: Marcia Cox                                                         PDF/Ship
Svce: DELIVERY-SPECIAL VEHICLE                Delivery mandatory        Atmpt/Addr
Acct: 2902                                    chambers copy of          Research
Ref: 8054-204                                 notebook and place        Misc           10.47-
                                              in box on the 10th        Fuel Chg
Sign: del @judge's box               13:19    floor to The Hon.         Adv.Fee
Case#:8:22-cv-00868-JVS-ADS                                             Check Chg
CName:Bauer v. Hill
Docs:See below                                                          Total          80.53
```

| Vendor:   | 37641   | First Legal Network, LLC | Doc ID: 00037GKB-533  Page | 1 of 1 |
|---|---|---|---|---|
| Voucher:  | 2925458 | Dist: 7095195 | Date: 7/23/22  Amount: | 80.53 |
|           |         |               | Check#: 412762 | |

# LEWIS BRISBOIS BISGAARD & SMITH LLP

LAWYERS
SUITE 4000
633 W. FIFTH STREET
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 250-1800

FEDERAL I.D. NO ▮▮▮▮

| Date | Atty | Description of Services Rendered | Hours |
|---|---|---|---|
| 8/10/22 | KF | Prepare status report | .4 |
| 8/23/22 | DDS | Correspond via email with F. Thiagarajah ▮▮▮ | .3 |
| 8/23/22 | KF | Receipt and review of trial order (trial set for Feb 2024) | .1 |
| 8/23/22 | KF | Receipt and review of opposition to our anti-SLAPP motion, opposition to our request for judicial notice, and plaintiff's own request for judicial notice | .3 |
| 8/29/22 | DDS | Begin preparation of reply in support of anti-SLAPP motion | 2.9 |
| 8/31/22 | DDS | Augment and further preparation of reply in support of anti-SLAPP motion | 3.4 |
| 8/31/22 | DDS | Correspond via email with F. Thiagarajah re: ▮▮▮ | .1 |
| 8/31/22 | KF | Further preparation of reply brief in support of anti-SLAPP motion | .7 |
| 8/31/22 | KF | Evaluate potential defenses and analogy to baseball for potential use in our anti-SLAPP reply and at oral argument | .5 |

DISBURSEMENTS MADE FOR YOUR ACCOUNT, FOR WHICH BILLS HAVE NOT YET BEEN RECEIVED, WILL APPEAR ON A LATER STATEMENT

# LEWIS BRISBOIS BISGAARD & SMITH LLP

LAWYERS
SUITE 4000
633 W. FIFTH STREET
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 250-1800

FEDERAL I.D. NO ▮▮▮▮▮

| Date | Atty | Description of Services Rendered | Hours |
|---|---|---|---|
| 9/02/22 | DDS | Correspond via e-mail with F. Thiagarajah and his personal counsel re: finalizing ▮▮▮ | .1 |
| 9/03/22 | DDS | Correspond via email with F. Thiagarajah and his personal counsel re: augmenting ▮▮▮ | .3 |
| 9/03/22 | DDS | Augment and further preparation of reply in support of anti-SLAPP motion | 3.3 |
| 9/04/22 | DDS | Correspond via e-mail with F. Thiagarajah and personal counsel re: ▮▮▮ | .3 |
| 9/04/22 | KF | Further preparation of reply to opposition to motion to dismiss | .7 |
| 9/06/22 | DDS | Final preparation of reply in support of anti-SLAPP motion | 2.6 |
| 9/27/22 | DDS | Correspond via e-mail with F. Thiagarajah ▮▮▮ | .4 |
| 9/27/22 | KF | Review and analysis of 16 page tentative order regarding motion to strike and evaluate opinion and further procedures | .5 |

| Date | Description of Disbursement | Units | Rate | Amount |
|---|---|---|---|---|
| 9/08/22 | Filing Services First Legal Network, LLC Inv#:10542192 09/06/22 USDC-Santa Ana 5084819 | | | 26.11 |

DISBURSEMENTS MADE FOR YOUR ACCOUNT, FOR WHICH BILLS HAVE NOT YET BEEN RECEIVED,
WILL APPEAR ON A LATER STATEMENT



**First Legal Network, LLC**
P.O. Box 743451
Los Angeles CA 90074-3451

```
5084819        9/06/22      15:20   Lewis Brisbois Bisgaard & Smith    Csr: DX*
CONTROL NUMBER
PICKUP                              DELIVER
LEWIS BRISBOIS BISGAARD & SMITH     USDC-SANTA ANA                     Base           29.50
633 West Fifth St.       39th fl    411 WEST 4TH STREET                Return
LOS ANGELES      CA  90017          SANTA ANA         CA 92701         Wait
See: Joann Lenar                    See: NOT AVAILAB                   Weight
Req: Joann Lenard                                                      PDF/Ship
Svce: PDF COURTESY DELIVERY                 ADVANCE FEE Deliver        Atmpt/Addr
Acct:  2902                                 courtesy copy to           Research
Ref: 8054-204                               Santa Ana, Courtroom       Misc            3.39-
BOL: oc                                     10C, Judge James V.        Fuel Chg
Sign: Delivered             09:30           Selna before noon on       Adv.Fee
Case#:8:22-cv-00868-JVS-ADS                                            Check Chg
CName:Bauer v. Hill                        Pcs:  18
Docs:See below                                                         Total          26.11
```

| Vendor: | 37641 First Legal Network, LLC | Doc ID: 000398G8-574 | Page | 1 of 1 |
|---|---|---|---|---|
| Voucher: | 2952719  Dist: 7152949 | Date:  9/08/22 | Amount: | 26.11 |