KENNETH C. FELDMAN, SB# 130699
  E-Mail: Ken.Feldman@lewisbrisbois.com
DAVID D. SAMANI, SB# 280179
  E-Mail: David.Samani@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendant NIRANJAN FRED THIAGARAJAH

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| TREVOR BAUER,<br><br>    Plaintiff,<br><br>  vs.<br><br>LINDSEY C. HILL AND NIRANJAN FRED THIAGARAJAH,<br><br>    Defendants. | Case No. 8:22-cv-00868-JVS-ADS<br><br>**DECLARATION OF JEAN-PAUL JASSY IN SUPPORT OF DEFENDANT NIRANJAN FRED THIAGARAJAH'S APPLICATION FOR ATTORNEYS' FEES PURSUANT TO CAL. CIV. PROC. CODE § 425.16(c)**<br><br>Date:  January 23, 2023<br>Time:  1:30 p.m.<br>Crtrm.:  10C<br><br>Judge:  Hon. James V. Selna<br><br>Action Filed:  April 25, 2022<br>Trial Date:  February 13, 2024 |

I, Jean-Paul Jassy, declare as follows:

1.   I am an attorney duly admitted to practice in all of the courts of the State of California and I am a partner with Jassy Vick Carolan LLP.  I am counsel for Defendant NIRANJAN FRED THIAGARAJAH ("Mr. Thiagarajah") as to the claims advanced by Plaintiff in the above-entitled action.  The facts set forth herein are of my own personal knowledge, and if sworn I could and would competently testify thereto.

4855-1112-6851.1

2. I make this Declaration in support of Mr. Thiagarajah's Application for Attorneys' Fees Pursuant to Cal. Civ. Proc. Code § 425.16.

3. I am a member of the State Bar of California. I graduated from the University of Southern California Law School in 1999. I am one of the founding partners of Jassy Vick Carolan LLP. *Best Law Firms* and *U.S. News and World Report* has named our firm nationally as Tier 1 (Top Tier) in the category of Litigation - First Amendment, and Tier 1 (Top Tier) in Los Angeles in the categories of First Amendment Law and Litigation - First Amendment. I have consistently been named one of the "Best Lawyers in America" in First Amendment Law by *Best Lawyers*, including being named the 2015 and 2023 Los Angeles Litigation - First Amendment "Lawyer of the Year" by *Best Lawyers* and the 2016, 2019, 2021 and 2023 Los Angeles First Amendment Law "Lawyer of the Year" by *Best Lawyers*. I have been listed in *Super Lawyers* and its affiliated publication *Rising Stars* annually from 2005 to the present. I am listed in *Chambers and Partners* for Media & Entertainment: First Amendment Litigation in California. My practice emphasizes First Amendment litigation, and I have litigated dozens of anti-SLAPP motions and other matters involving First Amendment and defamation law issues, including the following that have resulted in published decisions: *Tory v. Cochran*, 544 U.S. 734 (2005) (defamation); *Arpaio v. Zucker*, 414 F.Supp.3d 84 (D.D.C. 2019) (defamation); *Burnett v. Twentieth Century Fox Film Corp.*, 491 F. Supp. 2d 962 (C.D. Cal. 2007) (anti-SLAPP); *Thomas v. Los Angeles Times Communications, LLC*, 189 F. Supp. 2d 1005 (C.D. Cal. 2002) (anti-SLAPP; defamation); *Anschutz Entertainment Group, Inc. v. Snepp*, 171 Cal. App. 4th 598 (2009) (anti-SLAPP; defamation); *Balboa Island Village Inn, Inc. v. Lemen*, 40 Cal. 4th 1141 (2007) (defamation); *Lieberman v. KCOP Television, Inc.*, 110 Cal. App. 4th 156 (2003) (anti-SLAPP).

4. I have served as an adjunct professor and lecturer of law at: the University of Southern California Gould Law School (teaching First Amendment Law), Southwestern University School of Law (teaching a course on the law of

defamation, privacy, and publicity), and the University of California, Irvine School of Law (teaching courses on media law and the First Amendment); and I have authored many articles on First Amendment issues. I have served as the Co-Chair of the California Chapter of the Media Law Resource Center, on the Governing Committee of the American Bar Association's Forum on Communications Law, on the Board of Directors of the First Amendment Coalition and as a member of the Los Angeles Superior Court Media Committee. Based on my experience, I am familiar with most of the law firms that engage in defamation, privacy, anti-SLAPP, First Amendment, and related litigation in Southern California.

5. In addition to Jassy Vick Carolan LLP, I have practiced First Amendment law at other law firms with media, defamation, anti-SLAPP, and First Amendment law practices. Specifically, from 1999 to 2003, I was an associate at Davis Wright Tremaine LLP; from 2003 to 2004, I was an associate at Loeb & Loeb LLP; and from 2004 to 2007, I was an associate at Sheppard, Mullin, Richter & Hampton LLP. From 2007 until the founding of Jassy Vick Carolan LLP in 2013, I was a founding partner at Bostwick & Jassy LLP. I practiced media, defamation, anti-SLAPP, and First Amendment law at each of those firms, and I am familiar with the billing rates customarily charged by these law firms and by other law firms in Southern California that represent clients in such First Amendment matters.

6. Based on my experience at various firms and preparing anti-SLAPP fees motions and reviewing anti-SLAPP fees motions by my colleagues at other firms in Southern California, my knowledge of other attorneys practicing in the First Amendment law and SLAPP litigation arena, and my general knowledge of billing rates in the Southern California area, I am informed and believe that $650 per hour is a reasonable hourly rate for my services this matter. Indeed, another court concluded that figure represented a reasonable hourly rate for my services in a public records matter. A true and correct copy of the order in question is attached hereto as Exhibit 3. I consider the amount of time I spent on this matter to be reasonable, given the

nature of Plaintiff's claim against Mr. Thiagarajah, the defenses to be briefed, the amount of briefing and judicially-noticeable proffered evidence, and the outcome. Given my areas of expertise and experience, I believe that I provided substantive and material assistance to Mr. Thiagarajah's counsel of record to analyze, outline, draft and revise a winning anti-SLAPP motion and reply brief.

7. Attached to this Declaration as Exhibit 4 are true and correct copies of Jassy Vick Carolan LLP's invoices and time records for legal services and costs, redacted for relevance and privilege, reflecting attorneys' fees associated with the Mr. Thiagarajah's anti-SLAPP Motion and this Fees Motion in this case billed to date. I reviewed each of the entries in Exhibit 4 before they were transmitted for payment and near in time to the rendering of the services. I have reviewed them again for purposes of this Declaration. The entries reflecting my time are accurate. The entries have been redacted for relevance and privilege to show *only* the fees and costs sought to be recovered as described in the accompanying Fees Motion. The filing of Exhibit 4 is not intended to waive the attorney-client privilege, attorney work product doctrine or any other privilege or doctrine.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on December 13, 2022, at Los Angeles, California.

_____
Jean-Paul Jassy

4855-1112-6851.1

Case No. 8:22-cv-00868-JVS-ADS
JASSY DECL. ISO APP. FOR ATTORNEY FEES