# EXHIBIT 4

# JASSY VICK CAROLAN

**LOS ANGELES   SAN FRANCISCO**

# INVOICE

Invoice # 3462
Date: 05/11/2022

355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071

**Niranjan Fred Thiagarajah**

**Thiagarajah - Bauer**

| Date | Attorney | Description | Quantity |
|---|---|---|---|
| 04/25/2022 | JJ | Preliminary review and evaluation of complaint and evaluation of strategy for anti-SLAPP motion and communicate with N. Thiagarajah re same | 1.40 |
| 04/26/2022 | JJ | Thorough review of complaint, while beginning to evaluate and outline potential arguments for anti-SLAPP motion | 2.30 |
| ■ | ■ | ■ | ■ |
| 04/27/2022 | JJ | Teleconference ■ re strategy, including anti-SLAPP motion and its role in overall response | 0.70 |
| 04/27/2022 | JJ | Coordinate acquisition of materials from DVRO hearing | 0.20 |
| 04/27/2022 | JJ | Review hearing transcript and minute order from 8/19/21 hearing DVRO hearing for possible use in connection with anti-SLAPP motion | 0.20 |
| 04/27/2022 | JJ | Communicate with N. Thiagarajah re ■ ■ | 0.30 |



Please make all amounts payable to:

Jassy Vick Carolan LLP
355 S. Grand Ave., Suite 2450
Los Angeles, CA  90071
Phone: (310) 870-7048
Fax: (310) 870-7010

Payment Due Upon Receipt.
If you have any questions regarding this statement, please contact us immediately.
Thank You!

# JASSY|VICK|CAROLAN
### LOS ANGELES   SAN FRANCISCO

355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071

# INVOICE

Invoice # 3487
Date: 06/08/2022

**Niranjan Fred Thiagarajah**

**Thiagarajah - Bauer**

| Date | Attorney | Description | Quantity |
|---|---|---|---|
| 05/04/2022 | JJ | Participate in conference call with litigation counsel | 0.70 |
| 05/06/2022 | JJ | Teleconference with counsel for Hill and Lewis Brisbois counsel to discuss overall case strategy | 0.20 |

Page 1 of 2



Please make all amounts payable to:

Jassy Vick Carolan LLP
355 S. Grand Ave., Suite 2450
Los Angeles, CA  90071
Phone: (310) 870-7048
Fax: (310) 870-7010


Payment Due Upon Receipt.
If you have any questions regarding this statement, please contact us immediately.
Thank You!



# JASSY VICK CAROLAN
### LOS ANGELES   SAN FRANCISCO

**INVOICE**

Invoice # 3544
Date: 07/11/2022

355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071

**Niranjan Fred Thiagarajah**

**Thiagarajah - Bauer**

| Date | Attorney | Description | Quantity |
|---|---|---|---|
| 06/08/2022 | JJ | Teleconference with co-defense counsel re ▮ | 0.50 |

Page 1 of 2

Please make all amounts payable to:

Jassy Vick Carolan LLP
355 S. Grand Ave., Suite 2450
Los Angeles, CA 90071
Phone: (310) 870-7048
Fax: (310) 870-7010


Payment Due Upon Receipt.
If you have any questions regarding this statement, please contact us immediately.
Thank You!

# JASSY | VICK | CAROLAN
### LOS ANGELES   SAN FRANCISCO

# INVOICE

Invoice # 3569
Date: 08/05/2022

355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071

**Niranjan Fred Thiagarajah**

**Thiagarajah - Bauer**

| Date | Attorney | Description | Quantity |
|---|---|---|---|
| 07/07/2022 | JJ | Review and revise draft anti-SLAPP motion | 3.00 |
| 07/13/2022 | JJ | Revise draft anti-SLAPP motion | 1.50 |
| 07/15/2022 | JJ | Review and revise latest draft of anti-SLAPP motion | 1.00 |
| 07/18/2022 | JJ | Review and revise anti-SLAPP motion | 0.40 |

Page 1 of 2



Please make all amounts payable to:

Jassy Vick Carolan LLP
355 S. Grand Ave., Suite 2450
Los Angeles, CA  90071
Phone: (310) 870-7048
Fax: (310) 870-7010

Payment Due Upon Receipt.
If you have any questions regarding this statement, please contact us immediately.
Thank You!



# INVOICE

Invoice # 3668
Date: 10/12/2022

355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071

**Niranjan Fred Thiagarajah**

**Thiagarajah - Bauer**

| Date | Attorney | Description | Quantity |
|---|---|---|---|
| 09/03/2022 | JJ | Review opposition to anti-SLAPP motion | 0.40 |
| 09/03/2022 | JJ | Revise reply in support of anti-SLAPP motion | 1.80 |
| 09/04/2022 | JJ | Review revised version of reply brief in support of anti-SLAPP motion | 0.20 |



Please make all amounts payable to:

Jassy Vick Carolan LLP
355 S. Grand Ave., Suite 2450
Los Angeles, CA  90071

Phone: (310) 870-7048
Fax: (310) 870-7010

Payment Due Upon Receipt.
If you have any questions regarding this statement, please contact us immediately.
Thank You!