KENNETH C. FELDMAN, SB# 130699
    E-Mail: Ken.Feldman@lewisbrisbois.com
DAVID D. SAMANI, SB# 280179
    E-Mail: David.Samani@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendant NIRANJAN FRED THIAGARAJAH

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| TREVOR BAUER,<br><br>  Plaintiff,<br><br>  vs.<br><br>LINDSEY C. HILL AND NIRANJAN FRED THIAGARAJAH,<br><br>  Defendants. | Case No. 8:22-cv-00868-JVS-ADS<br><br>**DECLARATION OF KENNETH C. FELDMAN IN SUPPORT OF DEFENDANT NIRANJAN FRED THIAGARAJAH'S APPLICATION FOR ATTORNEYS' FEES PURSUANT TO CAL. CIV. PROC. CODE § 425.16(c)**<br><br>Date:  January 23, 2023<br>Time:  1:30 p.m.<br>Crtrm.:  10C<br><br>Judge:  Hon. James V. Selna<br><br>Action Filed:  April 25, 2022<br>Trial Date:  February 13, 2024 |

I, Kenneth C. Feldman, declare as follows:

1. I am an attorney duly admitted to practice in all of the courts of the State of California and I am a partner with Lewis Brisbois Bisgaard & Smith LLP, attorneys of record for Defendant NIRANJAN FRED THIAGARAJAH ("Mr. Thiagarajah"). The facts set forth herein are of my own personal knowledge, and if sworn I could and would competently testify thereto.

4880-3340-0130.1

Case No. 8:22-cv-00868-JVS-ADS
FELDMAN DECL. ISO APP. FOR ATTORNEY FEES

2. I make this Declaration in support of Mr. Thiagarajah's Application for Attorneys' Fees Pursuant to Cal. Civ. Proc. Code § 425.16.

3. As counsel for Mr. Thiagarajah, I have read and am familiar with the documents that were filed and/or served in this case. I served as one of the primary handling attorneys for Mr. Thiagarajah since the inception of this action.

4. I was admitted to the California bar in 1987 after graduating earlier that year from Loyola Law School. I am admitted to practice law before all California state courts and the United States District Court for the Central District of California. I have more than 35 years of experience in litigating cases in Los Angeles County, and have defended hundreds of lawyers through the years, in legal malpractice, malicious prosecution and other cases. I am a California Certified Specialist in legal malpractice law by the California Board of Legal Specialization of the State Bar. I have been AV – Preeminent Rated by Martindale Hubbell since 2002.

5. As a litigator in Los Angeles since 1987, I have been involved in numerous cases involving attorneys' fees and attorneys' fee motions in which issues relating to the range of hourly rates charged by lawyers in the Los Angeles area have been litigated, including SLAPP suits. Based upon my experience, I believe a reasonable hourly rate for myself is $720 per hour. I also believe that the rates we are seeking for Mr. Jassy ($650 per hour) and Mr. Samani ($525 per hour) are reasonable.

6. A true and copy of LBBS' redacted billing entries for this matter (redacted as to attorney-client privileged matter, confidential information, and irrelevant matter) is attached to the concurrently-filed of Declaration of David D. Samani. My entries accurately reflect the time I spent on each identified task.

7. I have billed 0.6 hours relating to the preparation of Mr. Thiagarajah's motion for fees and the supporting papers.

/ / /

/ / /

/ / /

4880-3340-0130.1

1  I declare under penalty of perjury under the laws of the United States of
2  America that the foregoing is true and correct and that this declaration was executed
3  on December 14, 2022, at Los Angeles, California.

_____
Kenneth C. Feldman

4880-3340-0130.1

Case No. 8:22-cv-00868-JVS-ADS
FELDMAN DECL. ISO APP. FOR ATTORNEY FEES