KINSELLA WEITZMAN ISER KUMP HOLLEY LLP
Shawn Holley (Cal. Bar No. 136811)
Suann MacIsaac (Cal. Bar No. 205659)
808 Wilshire Boulevard., 3rd Floor
Santa Monica, CA 90401
Tel: (310) 566-9800
Fax: (310) 566-9873
sholley@kwikhlaw.com

ZUCKERMAN SPAEDER LLP
Blair G. Brown (admitted *pro hac vice*)
Jon R. Fetterolf (admitted *pro hac vice*)
1800 M Street, N.W., Suite 1000
Washington, D.C. 20036
Tel: (202) 778-1800
Fax: (202) 882-8106
bbrown@zuckerman.com
jfetterolf@zuckerman.com

ZUCKERMAN SPAEDER LLP
Nell Z. Peyser (admitted *pro hac vice*)
485 Madison Avenue, 10th Floor
New York, NY 10022
Tel: (212) 704-9600
Fax: (212) 704-4256
npeyser@zuckerman.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| TREVOR BAUER,<br><br>Plaintiff,<br><br>vs.<br><br>LINDSEY C. HILL AND NIRANJAN FRED THIAGARAJAH,<br><br>Defendants. | Case No. 8:22-cv-00868-JVS-ADS<br><br>**STIPULATION OF SETTLEMENT OF MR. THIAGARAJAH'S FEE APPLICATION**<br><br>Judge: Hon. James V. Selna<br><br>[*Filed concurrently with Proposed Order*]<br><br>Action Filed: April 25, 2022<br>Trial Date: February 13, 2024 |

Plaintiff TREVOR BAUER ("Plaintiff") and Defendant NIRANJAN FRED THIAGARAJAH ("Thiagarajah"), by and through their respective counsel of record, hereby enter into this Stipulation of Settlement of Mr. Thiagarajah's Application for Attorneys' Fees Pursuant to Cal. Civ. Proc. Code § 425.16(c) ("Fee Application"). Dkt. No. 80. This Stipulation is based on the following facts:

WHEREAS, Plaintiff initiated this action on April 25, 2022, Dkt. No. 1;

WHEREAS, Thiagarajah filed a Special Motion to Strike the Complaint Pursuant to Cal. Civ. Proc. Code § 425.16 ("Motion") on July 19, 2022, Dkt. No. 32;

WHEREAS, Plaintiff filed an opposition to Thiagarajah's Motion on August 23, 2022, Dkt. No. 40;

WHEREAS, the Court granted Thiagarajah's Motion on November 23, 2022, and ordered Thiagarajah to submit an application to recover reasonable attorneys' fees pursuant to Cal. Civ. Proc. Code § 425.16(c), Dkt. No. 70;

WHEREAS, Thiagarajah filed the Fee Application on December 14, 2022, Dkt. No. 80;

WHEREAS, Plaintiff's counsel and Thiagarajah's counsel have conferred and entered into an agreement in principle to resolve the Fee Application on mutually agreeable terms;

WHEREAS, Plaintiff's counsel and Thiagarajah's counsel are currently drafting a confidential term sheet to reflect those terms and expect that the term sheet will be finalized and executed within the next seven (7) days;

THEREFORE, IT IS HEREBY STIPULATED by and between counsel for Plaintiff and counsel for Thiagarajah that the Fee Application has been resolved and the hearing date may be vacated, and that in the unlikely event that the parties are unable to agree upon the final terms, the parties reserve all rights to submit a further stipulation with a new proposed schedule for Plaintiff's opposition to the Fee Application, Thiagarajah's reply in further support, and a new hearing date.

**IT IS SO STIPULATED.**

DATED: January 3, 2023         /s/ *Nell Z. Peyser*
                               NELL Z. PEYSER
                               Attorney for Plaintiff TREVOR BAUER

DATED: January 3, 2023         /s/ *David Samani*
                               DAVID SAMANI
                               Attorney for Defendant NIRANJAN
                               FRED THIAGARAJAH

## ATTESTATION

Pursuant to Local Rule 5-4.3.4(2)(i), I hereby attest that all other signatories on behalf of whom this filing is submitted concur in the filing's content and have authorized the filing.

DATED: January 3, 2023

/s/ *Nell Z. Peyser*
NELL Z. PEYSER
Attorney for Plaintiff TREVOR BAUER