**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| TREVOR BAUER,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>LINDSEY C. HILL AND NIRANJAN FRED THIAGARAJAH,<br><br>　　　　Defendants. | Case No. 8:22-cv-00868-JVS-ADS<br><br>**STIPULATION OF SETTLEMENT OF MR. THIAGARAJAH'S FEE APPLICATION [84]**<br><br>Judge: Hon. James V. Selna<br><br>Action Filed:　April 25, 2022<br>Trial Date:　　February 13, 2024 |

The Court, having reviewed the joint stipulation of Plaintiff TREVOR BAUER ("Plaintiff") and Defendant NIRANJAN FRED THIAGARAJAH ("Thiagarajah") regarding their resolution of Thiagarajah's Application for Attorneys' Fees Pursuant to Cal. Civ. Proc. Code § 425.16(c) ("Fee Application") (Dkt. No. 80), hereby rules as follows:

Thiagarajah's Fee Application has been mutually resolved by and between the parties, and thus, the January 23, 2023 hearing date is vacated.

///

///

If the parties advise the Court on or before January 10, 2023 that the term sheet has not been executed, the Court will consider the matter not resolved and will entertain a stipulation for a new proposed briefing schedule on the Fee Application.

**IT IS SO ORDERED**.

DATED: January 04, 2023

_____
James V. Selna
United States District Judge