1  Christopher P. Wesierski [Bar No. 086736]
   *cwesierski@wzllp.com*
2  Michelle R. Prescott [Bar No. 262638]
   *mprescott@wzllp.com*
3  Eileen Spadoni [Bar No. 133259]
   *espadoni@wzllp.com*
4  Brett A. Smith [Bar No. 322707]
   *bsmith@wzllp.com*
5  WESIERSKI & ZUREK LLP
   29 Orchard Road
6  Lake Forest, California 92630
   Telephone: (949) 975-1000
7  Facsimile: (949) 756-0517

8  Bryan J. Freedman, Esq. (SBN: 151990)
   *bfreedman@ftllp.com*
9  Jesse A. Kaplan, Esq. (SBN: 255059)
   *jkaplan@ftllp.com*
10 FREEDMAN + TAITELMAN, LLP
   1801 Century Park West, 5th Floor
11 Los Angeles, California 90067
   Telephone: (310) 201-0005
12 Facsimile: (310) 201-0045

13 Attorneys for Defendant and Counterclaimant
   Lindsey C. Hill
14

15
                    UNITED STATES DISTRICT COURT
16
           CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION
17

| | |
|---|---|
| TREVOR BAUER, | Case No. 8:22-cv-00868 JVS (ADSx) |
| Plaintiff, | Assigned to: Judge James V. Selna<br>Referred to: Magistrate Judge Autumn D. Spaeth |
| vs. | **DISCOVERY MATTER:**<br>**DECLARATION OF LINDSEY C. HILL IN SUPPORT OF MOTION FOR PROTECTIVE ORDER AND TO QUASH SUBPOENAS** |
| LINDSEY C. HILL AND NIRANJAN FRED THIAGARAJAH, | |
| Defendant. | [Notice of Motion for Protective Order and to Quash Subpoenas; Joint Stipulation; and Declaration of Jesse A. Kaplan in Support of Motion] |
| LINDSEY C. HILL, | |
| Counterclaimant, | Date: May 24, 2023<br>Time: 10:00 a.m. |
| vs. | Magistrate Judge: Autumn D. Spaeth<br>Courtroom: 6B |

DECLARATION OF LINDSEY C. HILL IN SUPPORT OF MOTION FOR PROTECTIVE
ORDER AND TO QUASH SUBPOENAS

| | |
|---|---|
| 1  TREVOR BAUER, | Action Filed: April 25, 2022 |
| 2              Counterdefendant. | Discovery Deadline: June 26, 2023 |
| 3 | Pretrial Conference: January 22, 2024 |
| 4 | Trial Date: February 13, 2024 |

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF LINDSEY C. HILL IN SUPPORT OF MOTION FOR PROTECTIVE ORDER AND TO QUASH SUBPOENAS

# DECLARATION OF LINDSEY HILL

I, Lindsey C. Hill, declare as follows:

1. I am over the age of 18, and I have personal knowledge of the facts stated herein and, if called to testify, I could and would testify competently to them.

## My Prior Relationship with Decker and Rodgers

2. I am a recovering alcoholic.

3. Between approximately January 2020 and August 2020, I resided at a sober living home in San Diego, County that was owned and operated by Marylou Rodgers. I lived at that sober living home as part of my recovery process.

4. Lisa Decker was my Alcoholics Anonymous ("AA") sponsor from February 2021 through April 2022. As my AA sponsor, I would engage in confidential communications with Decker about my recovery and maintaining my sobriety. She would help me maintain my sobriety.

## My Employment Relationship with the Padres

5. I had a part time job with San Diego Padres (the "Padres"), a Major League Baseball team. I worked with the Padres "Pad Squad" which is a group that provides entertainment at Padres baseball games and some other events. I worked for the Padres part time from approximately December 2018 through the summer of 2019.

6. In the summer of 2019, I resigned from the Padres because I had a brief personal relationship with one of the Padres' players that was contrary to the Padres' policy concerning fraternization with Padres players.

## My Employment at Lululemon

7. I worked at Lululemon from approximately August 2018 through December 2022 as an "educator." In that capacity, I was essentially a sales associate.

8. I took a leave of absence at Lululemon between May 28, 2021 and July 31, 2021.

9. I stopped working at Lululemon in December 2022 after I began my career as a paralegal.

1

DECLARATION OF LINDSEY C. HILL IN SUPPORT OF MOTION FOR PROTECTIVE ORDER AND TO QUASH SUBPOENAS

**My Contemplated Employment at Ohana**

10. I planned on beginning work in June 2021 at the Ohana College Area Sober Living Environment ("Ohana") as a resident life director. Ohana is a residential sober living house for women who are recovering from substance abuse and alcoholism. I intended on working at both Lululemon and Ohana. As a resident life director, I would have lived in the sober living house and managed the house and its residents.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 19th day of April, 2023, at Nashville, Tennessee.

DocuSigned by:

_____
507D0B8E5A344A4...
Lindsey C. Hill