KINSELLA WEITZMAN ISER KUMP HOLLEY LLP
Shawn Holley (Cal. Bar No. 136811)
Suann MacIsaac (Cal. Bar No. 205659)
808 Wilshire Boulevard, 3rd Floor
Santa Monica, CA 90401
Tel: (310) 566-9800
Fax: (310) 566-9873
sholley@kwikhlaw.com

ZUCKERMAN SPAEDER LLP
Blair G. Brown (admitted *pro hac vice*)
Jon R. Fetterolf (admitted *pro hac vice*)
1800 M Street, N.W., Suite 1000
Washington, D.C. 20036
Tel: (202) 778-1800
Fax: (202) 882-8106
bbrown@zuckerman.com
jfetterolf@zuckerman.com

ZUCKERMAN SPAEDER LLP
Nell Z. Peyser (admitted *pro hac vice*)
485 Madison Avenue, 10th Floor
New York, NY 10022
Tel: (212) 704-9600
Fax: (212) 704-4256
npeyser@zuckerman.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| TREVOR BAUER,<br><br>     Plaintiff,<br><br>     vs.<br><br>LINDSEY C. HILL AND NIRANJAN FRED THIAGARAJAH,<br><br>     Defendants. | Case No. 8:22-cv-00868-JVS-ADS<br><br>Assigned to: Judge James V. Selna<br>Referred to: Magistrate Judge Autumn D. Spaeth<br><br>**DISCOVERY MATTER: JOINT STIPULATION TO AMEND BRIEFING SCHEDULE FOR HILL'S MOTION TO COMPEL BAUER TO PRODUCE DOCUMENTS**<br><br>[*Filed concurrently with Proposed Order*]<br><br>Date:  May 31, 2023<br>Time:  10:00 a.m.<br>Magistrate Judge:  Autumn D. Spaeth |

Courtroom: 6B

Plaintiff TREVOR BAUER ("Plaintiff") and Defendant LINDSEY C. HILL ("Defendant"), by and through their respective counsel of record, hereby enter into this Joint Stipulation. This Stipulation is based on the following facts:

WHEREAS, Plaintiff initiated this action on April 25, 2022;

WHEREAS, Defendant filed an Answer to the Complaint on July 19, 2022, ECF No. 34, and a Counterclaim against Plaintiff on August 9, 2022, ECF No. 36;

WHEREAS, the case is now in the discovery phase and the parties are litigating various discovery disputes (many of which they have successfully resolved without the need to file any motions);

WHEREAS, on May 3, 2023, Defendant delivered Plaintiff a Joint Stipulation pursuant to Local Rule 37-2 (the "Joint Stipulation") regarding a contemplated Motion to Compel (the "Motion") she intends to file with the Court;

WHEREAS, Defendant intended for the Motion to be heard on May 31, 2023;

WHEREAS, under Local Rule 37-2.2, Plaintiff's deadline to deliver his portion of the Joint Stipulation to Plaintiff is May 10, 2023, unless the parties agree otherwise;

WHEREAS, under Local Rule 37-2.3, the parties' deadline to file any supplemental memoranda in connection with the Motion is May 17, 2023;

WHEREAS, lead trial counsel for Plaintiff, Blair G. Brown, as well as the lead associate handling day-to-day matters, Nell Z. Peyser, both have personal and professional conflicts that render it very difficult to prepare Plaintiff's portion of the joint stipulation by May 10, 2023;

WHEREAS, counsel for Plaintiff and counsel for Defendant have thus agreed to a modest modification of the current briefing schedule for the joint stipulation whereby Plaintiff's deadline to deliver his portion of the joint stipulation shall be extended from May 10, 2023 to May 17, 2023, and the parties' deadline to file any supplemental memoranda shall be extended from May 17, 2023 to May 24, 2023;

WHEREAS, counsel for Plaintiff and counsel for Hill have agreed that the hearing date shall remain May 31, 2023;

THEREFORE, IT IS HEREBY STIPULATED by and between counsel for Plaintiff and counsel for Defendant that good cause exists for the proposed briefing schedule on the Joint Stipulation regarding Defendant's Motion, which provides Plaintiff until May 17, 2023 to deliver his portion of the joint stipulation, the parties until May 24, 2023 to file any supplemental memoranda, and a hearing date of May 31, 2023.

**IT IS SO STIPULATED.**

DATED: May 8, 2023            /s/ *Nell Peyser*
                              NELL Z. PEYSER
                              Attorney for Plaintiff TREVOR BAUER

DATED: May 8, 2023            /s/ *Jesse Kaplan*
                              JESSE KAPLAN
                              Attorney for Defendant LINDSEY C. HILL

**ATTESTATION**

Pursuant to Local Rule 5-4.3.4(2)(i), I hereby attest that all other signatories on behalf of whom this filing is submitted concur in the filing's content and have authorized the filing.

DATED: May 8, 2023

/s/ *Nell Z. Peyser*
NELL Z. PEYSER
Attorney for Plaintiff TREVOR BAUER