# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| TREVOR BAUER,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>LINDSEY C. HILL AND NIRANJAN FRED THIAGARAJAH,<br><br>　　　　Defendants. | Case No. 8:22-cv-00868-JVS-ADS<br><br>Assigned to: Judge James V. Selna<br>Referred to: Magistrate Judge Autumn D. Spaeth<br><br>**DISCOVERY MATTER: [PROPOSED] ORDER ON JOINT STIPULATION TO AMEND BRIEFING SCHEDULE FOR HILL'S MOTION TO COMPEL BAUER TO PRODUCE DOCUMENTS**<br><br>[Filed Concurrently with Joint Stipulation]<br><br>Date:  May 31, 2023<br>Time:  10:00 a.m.<br>Magistrate Judge:  Autumn D. Spaeth<br>Courtroom:  6B |

　　The Court, having reviewed the stipulation of Plaintiff TREVOR BAUER ("Plaintiff") and Defendant LINDSEY C. HILL ("Hill") regarding a proposed brief extension for Plaintiff to deliver his portion of the joint stipulation regarding Defendant's motion to compel and for the parties to file any supplemental memoranda, hereby rules as follows:

　　Plaintiff's deadline to deliver his portion of the joint stipulation regarding Defendant's motion to compel is hereby extended from May 10, 2023 to May 17, 2023.

　　The parties' deadline to file any supplemental memoranda is hereby extended from May 17, 2023 to May 24, 2023.

　　The hearing date shall remain May 31, 2023.

1 **IT IS SO ORDERED**.

2
3  DATED: _____
4                                               _____
5                                               Autumn D. Spaeth
                                                United States Magistrate Judge
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28