UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 8:22-00868 JVS (ADSx)　　　　　　　　　　Date: May 9, 2023

Title: *Trevor Bauer v. Lindsey C. Hill et al.*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorney(s) Present for Petitioner(s):　　　Attorney(s) Present for Respondent(s):
　　　　　None Present　　　　　　　　　　　　　　　　None Present

**Proceedings:**　　(IN CHAMBERS) ORDER DENYING JOINT STIPULATION TO AMEND BRIEFING SCHEDULE FOR HILL'S MOTION TO COMPEL BAUER TO PRODUCE DOCUMENTS (DKT. NO. 97)

　　　Before the Court is Plaintiff Trevor Bauer and Defendant Lindsey Hill's Joint Stipulation to Amend Briefing Schedule for Hill's Motion to Compel Bauer to Produce Documents ("Joint Stipulation"). (Dkt. No. 97.) The parties request the following extensions: (1) Plaintiff's deadline to deliver his portion of the joint stipulation regarding Defendant's motion to compel to be extended from May 10, 2023 to May 17, 2023; (2) the parties' deadline to file any supplemental memoranda to be extended from May 17, 2023 to May 24, 2023; and (3) the hearing date to remain May 31, 2023. (Id. at 2-3.) The Joint Stipulation states that "lead trial counsel for Plaintiff, Blair G. Brown, as well as the lead associate handling day-to-day matters, Nell Z. Peyser, both have personal and professional conflicts that render it very difficult to prepare Plaintiff's portion of the joint stipulation by May 10, 2023." (Id. at 2.)

　　　The Joint Stipulation fails to articulate the specific facts that preclude Plaintiff from preparing his portion of the joint stipulation. The Joint Stipulation also fails to demonstrate why a May 31, 2023 hearing date, as opposed to a later hearing date, is necessary. As the Joint Stipulation fails to establish good cause, it is **DENIED**.

　　　**IT IS SO ORDERED.**

Initials of Clerk kh