Shawn C. Holley, Esq.
Kate E. Mangels, Esq.
Suann MacIssac, Esq.
Kinsella Weitzman Iser Kump Holley LLP
808 Wilshire Blvd, Suite 300
Santa Monica, CA 90401
Phone: 310-566-9822
Fax: 310-566-9850
E-Mail: sholley@kwikhlaw.com ; kmangels@kwikalaw.com; smacisaac@kwikhlaw.com

Blair G. Brown, Esq.
Jon R. Fetterolf, Esq.
Nell Peyser, Esq.
Zuckerman Spaeder LLP
1800 M. Street, N. W. Suite 1000
Washingtion, D.C 20036
Phone: 202-778-1800
Fax: 202-882-8106
E-Mail: bbrown@zuckerman.com; jfetterolf@zuckerman.com; NPeyser@Zuckerman.com

Attorneys for Plaintiff/counter-defendant Trevor Bauer

Christopher P. Wesierski [Bar No. 086736]
  *cwesierski@wzllp.com*
Michelle R. Prescott [Bar No. 262638]
  *mprescott@wzllp.com*
Eileen Spadoni [Bar No. 133259]
  *espadoni@wzllp.com*
Brett A. Smith [Bar No. 322707]
  *bsmith@wzllp.com*
WESIERSKI & ZUREK LLP
29 Orchard Road
Lake Forest, California 92630
Telephone: (949) 975-1000
Facsimile: (949) 756-0517

Bryan J. Freedman, Esq. (SBN: 151990)
  *bfreedman@ftllp.com*
Jesse A. Kaplan, Esq. (SBN: 255059)
  *jkaplan@ftllp.com*
FREEDMAN + TAITELMAN, LLP
1801 Century Park West, 5th Floor
Los Angeles, California 90067
Telephone: (310) 201-0005
Facsimile: (310) 201-0045

Attorneys for Defendant/counterclaimant,
Lindsey C. Hill

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| TREVOR BAUER,<br><br>    Plaintiff,<br><br>vs.<br><br>LINDSEY C HILL AND NIRANJAN FRED THIAGARAJAH,<br><br>    Defendant. | Case No. 8:22-cv-00868 JVS (ADSx)<br><br>**JOINT STIPULATION REQUESTING MODIFICATION OF THE SCHEDULING ORDER**<br><br>Date Filed: April 25, 2022<br><br>Discovery Cut-off: June 26, 2023<br><br>Pretrial Conference: January 22, 2024<br><br>Trial Date: February 13, 2024 |

    Defendant and counterclaimant Lindsey Hill ("Hill") and plaintiff and counter-defendant Trevor Bauer ("Bauer") submit this Joint Stipulation (the "Stipulation") relating to the parties' joint request to modify the Scheduling Order in this case without modifying the trial date or the Final Pre-Trial Conference date. This Stipulation is based on the following facts:

    1.    The parties have acted diligently in conducting discovery in this case. Extensive written discovery has been served and responded to, subpoenas have been issued, and various depositions have been noticed. The parties, however, did not anticipate the complexity and scope of necessary discovery, including the volume of

WESIERSKI & ZUREK LLP
LAWYERS
29 ORCHARD ROAD
LAKE FOREST, CALIFORNIA 92630
(949) 975-1000

documents, the number of witnesses, and the difficulty of obtaining critical information and documents, particularly from third parties, at the time the Court issued the Scheduling Order.

2. The parties have cooperatively engaged in extensive meet and confer discussions concerning a number of potential discovery disputes, and have been largely successful in resolving most of those potential disputes in a cooperative and practical manner.

3. However, additional discovery remains to be provided and significant discovery disputes remain to be resolved. For example, Bauer's recent discovery responses and amended initial disclosures regarding damages identified new witnesses and more specific information regarding sources of alleged damages. Hill needs additional time to obtain discovery concerning these alleged damages, including discovery from these the third-parties identified by Bauer. Hill also requires such information before she can depose Bauer.

4. Another example is that Hill has not completed her document production in response to Bauer's discovery requests. Bauer must review those materials before deposing Hill and multiple third parties.

5. Despite efforts to resolve various discovery disputes, the parties were not successful in resolving several disputes. Motions for a protective order and to compel raising multiple issues are set to be heard May 24, 2023, and, subject to Magistrate Judge Spaeth's convenience, on June 14, 2023 respectively. Those discovery motions to compel will have a significant impact on the scope of discovery going forward, and will require additional discovery if granted in whole or part.

6. Additional discovery motions may have to be resolved, some in other jurisdictions, arising from third party subpoenas. For example, Bauer issued document subpoenas to ten individuals who communicated with Hill about the facts underlying her allegations against Bauer. Only one of those subpoenaed third parties has produced documents, either due to objections by the subpoenaed individuals or due to untested

claims by unrepresented persons that they have no documents. Counsel for Bauer have been working to obtain any relevant responsive documents from the subpoenaed parties but anticipates that some of them will require motions to compel.

7. Bauer, who is a professional baseball player, recently began playing baseball for a professional baseball club in Japan and is out of the country. His contract to play in Japan was agreed to after the discovery dates were set in this case. During the recent meet and confer efforts, which included discussion of the scheduling of Bauer's deposition, the parties have concluded that Bauer cannot appear for his deposition with adequate time prior to current discovery cutoff based on his professional obligations. Moreover, Hill is also unavailable for an in-person deposition before the current discovery cut-off. The parties are working on scheduling the parties' depositions, but require additional time to do so.

8. As part of the parties' meet and confer efforts, they have concluded that a brief extension of the discovery cut-off (approximately two months) is needed to accomplish the outstanding discovery. While doing so would require the modification of certain other dates in the Scheduling Order, the parties desire to minimize the impact of the modification on the Scheduling Order by maintaining the current trial date and Final-Pre-Trial Conference date.

Based on the foregoing, the parties hereby stipulate, by and through their counsel of record, subject to this Court's approval, to the following:

(1) To extend the non-expert discovery cut-off date from June 26, 2023 to September 1, 2023;

(2) To extend initial disclosure of Experts not later than September 8, 2023;

(3) To extend rebuttal disclosure of Experts not later than October 13, 2023;

(4) To extend the expert discovery cut-off date from September 11, 2023 to November 10, 2023; and

(5) To extend the law and motion cut-off date from November 27, 2023 to December 18, 2023, with motions to be filed and served not later than October 30,

2023. Alternatively, the law and motion cut-off date would be extended from November 27, 2023 to December 4, 2023, with motions to be filed and served not later than October 16, 2023.

There would be no modification to the following dates:

(1) To file motions in limine not later than December 4, 2023;

(2) The Final Pre-Trial Conference to remain the same, on January 22, 2024 at 11:00 a.m.

(3) To file the Findings of Fact and Conclusion of Law by January 29, 2024; and

(4) For trial to remain the same, on February 13, 2024 at 8:30 a.m.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: May 17, 2023         ZUCKERMAN SPAEDER LLP

By: s/ BLAIR BROWN
BLAIR G. BROWN
JON R. FETTEROLF
NELL PEYSER
Attorneys for Plaintiff/counter-defendant
Trevor Bauer

DATED: May 17, 2023         FREEDMAN + TAITELMAN, LLP

By: s/ JESSE KAPLAN
JESSE A. KAPLAN Attorney for
Counterclaimant, Lindsey C. Hill

DATED: May 17, 2023         WESIERSKI & ZUREK LLP

By: s/ MICHELLE PRESCOTT
CHRISTOPHER P. WESIERSKI
MICHELLE R. PRESCOTT
Attorney for Defendant, Lindsey C. Hill