UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| TREVOR BAUER,<br><br>    Plaintiff,<br><br>vs.<br><br>LINDSEY C HILL AND NIRANJAN FRED THIAGARAJAH,<br><br>    Defendant. | Case No. 8:22-cv-00868 JVS (ADSx)<br><br>**[PROPOSED] ORDER TO MODIFY SCHEDULING ORDER**<br><br>Date Filed: April 25, 2022<br>Discovery Cut-off: June 26, 2023<br>Pretrial Conference: January 22, 2024<br>Trial Date: February 13, 2024 |

    The Court, having considered the parties' Joint Stipulation to Modify the Scheduling Order and finding good cause, hereby amends the Scheduling Order as follows:

    (1)    The non-expert discovery cut-off date shall be extended from June 26, 2023 to September 1, 2023;

    (2)    The initial disclosure of Experts shall occur not later than September 8, 2023;

    (3)    The rebuttal disclosure of Experts shall occur not later than October 13, 2023;

    (4)    The expert discovery cut-off date shall be extended from September 11,

2023 to November 10, 2023;

(5) The law and motion cut-off date shall be extended from November 27, 2023 to December 18, 2023, with motions to be filed and served not later than October 30, 2023;

(6) Motions in limine shall be filed not later than December 4, 2023;

(7) The date of the Final PreTrial Conference to remain the same, on January 22, 2024 at 11:00 a.m.

(8) Findings of Fact and Conclusion of Law shall be filed by January 29, 2024, and;

(9) The Trial date shall remain the same, on February 13, 2024 at 8:30 a.m.

IT IS SO ORDERED.

DATED: May \_\_\_, 2023

---

HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE