UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| TREVOR BAUER,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>LINDSEY C HILL AND NIRANJAN FRED THIAGARAJAH,<br><br>　　　　Defendant. | Case No. 8:22-cv-00868 JVS (ADSx)<br><br>**ORDER TO MODIFY SCHEDULING ORDER [100]**<br><br>Date Filed:　April 25, 2022<br>Discovery Cut-off:　June 26, 2023<br>Pretrial Conference:　January 22, 2024<br>Trial Date:　February 13, 2024 |

　　The Court, having considered the parties' Joint Stipulation to Modify the Scheduling Order and finding good cause, hereby amends the Scheduling Order as follows:

　　(1)　The non-expert discovery cut-off date shall be extended from June 26, 2023 to September 1, 2023;

　　(2)　The initial disclosure of Experts shall occur not later than September 8, 2023;

　　(3)　The rebuttal disclosure of Experts shall occur not later than October 13, 2023;

　　(4)　The expert discovery cut-off date shall be extended from September 11,

2023 to November 10, 2023;

  (5) The law and motion cut-off date shall be extended from November 27, 2023 to December 18, 2023, with motions to be filed and served not later than October 30, 2023;

  (6) Motions in limine shall be filed not later than December 4, 2023;

  (7) The date of the Final PreTrial Conference to remain the same, on January 22, 2024 at 11:00 a.m.

  (8) Findings of Fact and Conclusion of Law shall be filed by January 29, 2024, and;

  (9) The Trial date shall remain the same, on February 13, 2024 at 8:30 a.m.

  IT IS SO ORDERED.

DATED: May 18, 2023

            _____
            HONORABLE JAMES V. SELNA
            UNITED STATES DISTRICT JUDGE