Bryan J. Freedman, Esq. (SBN: 151990)
*bfreedman@ftllp.com*
Jesse A. Kaplan, Esq. (SBN: 255059)
*jkaplan@ftllp.com*
FREEDMAN + TAITELMAN, LLP
1801 Century Park West, 5th Floor
Los Angeles, California 90067
Telephone: (310) 201-0005
Facsimile: (310) 201-0045

Christopher P. Wesierski [Bar No. 086736]
*cwesierski@wzllp.com*
Michelle R. Prescott [Bar No. 262638]
*mprescott@wzllp.com*
Eileen Spadoni [Bar No. 133259]
*espadoni@wzllp.com*
Brett A. Smith [Bar No. 322707]
*bsmith@wzllp.com*
WESIERSKI & ZUREK LLP
29 Orchard Road
Lake Forest, California 92630
Telephone: (949) 975-1000
Facsimile: (949) 756-0517

Attorneys for Defendant and Counterclaimant Lindsey C. Hill

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| TREVOR BAUER,<br><br>　　Plaintiff,<br>　vs.<br><br>LINDSEY C. HILL AND NIRANJAN FRED THIAGARAJAH,<br><br>　　Defendants. | Case No. 8:22-cv-00868 JVS (ADSx)<br><br>Assigned to: Judge James V. Selna<br>Referred to: Magistrate Judge Autumn D. Spaeth<br><br>**DISCOVERY MATTER: LINDSEY C. HILL'S NOTICE OF MOTION AND MOTION TO COMPEL TREVOR BAUER TO PRODUCE DOCUMENTS** |

LINDSEY HILL'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS

| | |
|---|---|
| LINDSEY C. HILL,<br><br>    Counterclaimant,<br><br>vs.<br><br>TREVOR BAUER,<br><br>    Counter-defendant. | [Joint Stipulation; Declarations of Jesse A. Kaplan and Lindsey C. Hill in Support of Motion filed concurrently]<br><br>Date:         June 14, 2023<br>Time:        10:00 a.m.<br>Magistrate Judge: Autumn D. Spaeth<br>Courtroom:    6B<br><br>Action Filed: April 25, 2022<br>Discovery Deadline: June 26, 2023<br>Pretrial Conference: January 22, 2024<br>Trial Date: February 13, 2024 |

LINDSEY HILL'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on June 14, 2023, at 10:00 a.m., before the Honorable Autumn D. Spaeth, Magistrate Judge, in Courtroom 6B of the United States District Court of the Central District of California, Ronald Reagan Federal Building, located at 411 W. Fourth St., Santa Ana, CA 92701, defendant and counterclaimant Lindsey Hill ("Hill") will and hereby does move to compel plaintiff and counter-defendant Trevor Bauer ("Bauer") to produce responsive documents to Hill's Requests for Production 68-69, 87, 92-93 and 114.  This Motion is made on the grounds that any such documents are relevant to the subject matter of this action, and the refusal to produce them is without justification.

Before filing this Motion, the parties met and conferred pursuant to Local Rule37-1 and made a good faith attempt to resolve this dispute but were unable to do so.

This Motion is based upon this Notice, the concurrently filed Joint Stipulation, the declarations of Jesse Kaplan and Lindsey Hill, and other such matters as the Court deems necessary and proper.

DATED:  May 18, 2023          FREEDMAN + TAITELMAN, LLP

By: _____
Bryan J. Freedman, Esq.
Jesse A. Kaplan, Esq.
Attorneys for Defendant and
Counterclaimant, Lindsey C. Hill