Christopher P. Wesierski [Bar No. 086736]
cwesierski@wzllp.com
Michelle R. Prescott [Bar No. 262638]
mprescott@wzllp.com
Eileen Spadoni [Bar No. 133259]
espadoni@wzllp.com
Brett A. Smith [Bar No. 322707]
bsmith@wzllp.com
WESIERSKI & ZUREK LLP
29 Orchard Road
Lake Forest, California 92630
Telephone: (949) 975-1000
Facsimile: (949) 756-0517

Bryan J. Freedman, Esq. (SBN: 151990)
bfreedman@ftllp.com
Jesse A. Kaplan, Esq. (SBN: 255059)
jkaplan@ftllp.com
FREEDMAN + TAITELMAN, LLP
1801 Century Park West, 5th Floor
Los Angeles, California 90067
Telephone: (310) 201-0005
Facsimile: (310) 201-0045

Attorneys for Defendant and Counterclaimant
Lindsey C. Hill

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| TREVOR BAUER,<br><br>    Plaintiff,<br><br>vs.<br><br>LINDSEY C. HILL AND NIRANJAN FRED THIAGARAJAH,<br><br>    Defendant.<br><br>LINDSEY C. HILL,<br><br>    Counterclaimant,<br><br>vs. | Case No. 8:22-cv-00868 JVS (ADSx)<br><br>Assigned to: Judge James V. Selna<br>Referred to: Magistrate Judge Autumn D. Spaeth<br><br>**DISCOVERY MATTER: DECLARATION OF LINDSEY C. HILL IN SUPPORT OF MOTION TO COMPEL BAUER TO PRODUCE DOCUMENTS**<br><br>[Notice of Motion to Compel; Joint Stipulation; and Declarations of Jesse A. Kaplan and Blair G. Brown filed concurrently]<br><br>Date:    June 14, 2023<br>Time:    10:00 a.m.<br>Magistrate Judge: Autumn D. Spaeth<br>Courtroom:    6B |

DECLARATION OF LINDSEY C. HILL IN SUPPORT OF MOTION TO COMPEL

| | |
|---|---|
| TREVOR BAUER,<br><br>    Counterdefendant. | Action Filed: April 25, 2022<br>Discovery Deadline: June 26, 2023<br>Pretrial Conference: January 22, 2024<br>Trial Date: February 13, 2024 |

DECLARATION OF LINDSEY C. HILL IN SUPPORT OF MOTION TO COMPEL

# DECLARATION OF LINDSEY HILL

I, Lindsey C. Hill, declare as follows:

1. I am over the age of 18, and I have personal knowledge of the facts stated herein and, if called to testify, I could and would testify competently to them.

2. I am aware that Major League Baseball ("MLB") undertook an investigation of Trevor Bauer. I actively participated in MLB's investigation of Bauer. In approximately August 2021, I met with MLB's then Vice President of Investigations & Deputy General Counsel, Moira Weinberg, and her colleague. They interviewed me about Bauer's battery and sexual battery of me that is also at issue in this lawsuit.

3. I am aware that Bauer commenced an arbitration proceeding to appeal his suspension by MLB. I also actively participated in that Arbitration. I testified for 3-4 days during the Arbitration, which included multiple days of cross-examination by Bauer's attorneys, who are also attorneys of record in this lawsuit. That testimony concerned Bauer's battery and sexual battery of me that is also at issue in this lawsuit.

4. My father, Richard Hill, also testified in the MLB Arbitration.

5. At least one other victim, Madison Rasberg, also participated in the MLB Arbitration and testified about Bauer's battering her.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 2nd day of May, 2023, at Nashville, Tennessee.

Lindsey C. Hill

1

DECLARATION OF LINDSEY C. HILL IN SUPPORT OF MOTION TO COMPEL