UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.: 8:22-00868 JVS (ADSx)                                            Date: May 24, 2023

Title: *Trevor Bauer v. Lindsey C. Hill, et al.*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | CS 05/24/2023 |
|:---:|:---:|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|:---:|:---:|
| Nell Z. Peyser | Jesse A. Kaplan |
| Blair G. Brown | Brett A Smith |

**Proceedings:**     DEFENDANT LINDSEY C. HILL'S MOTION FOR A PROTECTIVE ORDER AND TO QUASH SUBPOENAS [92]

Case is called for hearing. Appearances entered.

Argument by counsel.

Defendant's motion is GRANTED IN PART, DENIED IN PART as reflected on the record. Third parties are ordered to produce documents by June 7, 2023, or any other mutually agreed upon date(s).

|  | 1:00 |
|---|:---:|
| Initials of Preparer | kh |