KINSELLA WEITZMAN ISER KUMP HOLLEY LLP
Shawn Holley (Cal. Bar No. 136811)
Suann MacIsaac (Cal. Bar No. 205659)
808 Wilshire Boulevard., 3rd Floor
Santa Monica, CA 90401
Tel: (310) 566-9800
Fax: (310) 566-9873
sholley@kwikhlaw.com

ZUCKERMAN SPAEDER LLP
Blair G. Brown (admitted *pro hac vice*)
Jon R. Fetterolf (admitted *pro hac vice*)
1800 M Street, N.W., Suite 1000
Washington, D.C. 20036
Tel: (202) 778-1800
Fax: (202) 882-8106
bbrown@zuckerman.com
jfetterolf@zuckerman.com

ZUCKERMAN SPAEDER LLP
Nell Z. Peyser (admitted *pro hac vice*)
485 Madison Avenue, 10th Floor
New York, NY 10022
Tel: (212) 704-9600
Fax: (212) 704-4256
npeyser@zuckerman.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| TREVOR BAUER,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>LINDSEY C. HILL AND NIRANJAN FRED THIAGARAJAH,<br><br>　　　　Defendants. | Case No. 8:22-cv-00868-JVS-ADS<br><br>Assigned to: Judge James V. Selna<br>Referred to: Magistrate Judge Autumn D. Spaeth<br><br>**DISCOVERY MATTER: JOINT STIPULATION TO CONTINUE JUNE 14, 2023 HEARING DATE FOR HILL'S MOTION TO COMPEL TO JUNE 28, 2023**<br><br>[*Filed concurrently with Proposed Order*]<br><br>Date:  June 14, 2023<br>Time:  10:00 a.m.<br>Magistrate Judge:  Autumn D. Spaeth<br>Courtroom:  6B |

Plaintiff TREVOR BAUER ("Plaintiff") and Defendant LINDSEY C. HILL ("Defendant"), by and through their respective counsel of record, hereby enter into this Joint Stipulation. This Stipulation is based on the following facts:

WHEREAS, Plaintiff initiated this action on April 25, 2022;

WHEREAS, Defendant filed an Answer to the Complaint on July 19, 2022, ECF No. 34, and a Counterclaim against Plaintiff on August 9, 2022, ECF No. 36;

WHEREAS, the case is now in the discovery phase and the parties are litigating various discovery disputes (many of which they have successfully resolved without the need to file any motions);

WHEREAS, on May 18, 2023, the parties filed a joint stipulation pursuant to Local Rule 37-2 regarding Defendant's Motion to Compel (the "Motion"), ECF No. 103;

WHEREAS, Defendant noticed the Motion to be heard on June 14, 2023;

WHEREAS, Plaintiff intends to file a joint stipulation regarding another discovery motion pursuant to Local Rule 37-2 with the Court (the "Forthcoming Motion") on June 7, 2023 with a hearing date of June 28, 2023;

WHEREAS, the parties agree that there are overlapping issues in the Motion noticed to be heard on June 14, 2023 and the Forthcoming Motion that will be noticed to be heard on June 28, 2023;

WHEREAS, the parties further agree that in the interest of judicial economy and case management, it makes practical sense for the Motion and the Forthcoming Motion to be heard on the same date;

THEREFORE, IT IS HEREBY STIPULATED by and between counsel for Plaintiff and counsel for Defendant that good cause exists to continue the hearing on the Motion set for June 14, 2023 to June 28, 2023, so that the Motion and the Forthcoming Motion can be heard in conjunction.

1     **IT IS SO STIPULATED.**

3   DATED: May 26, 2023            /s/ *Nell Peyser*
                                        NELL Z. PEYSER
                                        Attorney for Plaintiff TREVOR BAUER

6   DATED: May 26, 2023            /s/ *Jesse Kaplan*
                                        JESSE KAPLAN
                                        Attorney for Defendant LINDSEY C. HILL

**ATTESTATION**

Pursuant to Local Rule 5-4.3.4(2)(i), I hereby attest that all other signatories on behalf of whom this filing is submitted concur in the filing's content and have authorized the filing.

DATED: May 26, 2023          /s/ *Nell Z. Peyser*
                             NELL Z. PEYSER
                             Attorney for Plaintiff TREVOR BAUER