# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| TREVOR BAUER,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>LINDSEY C. HILL AND NIRANJAN FRED THIAGARAJAH,<br><br>　　　　Defendants. | Case No. 8:22-cv-00868-JVS-ADS<br><br>Assigned to: Judge James V. Selna<br>Referred to: Magistrate Judge Autumn D. Spaeth<br><br>**DISCOVERY MATTER: [PROPOSED] ORDER ON JOINT STIPULATION TO CONTINUE JUNE 14, 2023 HEARING DATE FOR HILL'S MOTION TO COMPEL TO JUNE 28, 2023**<br><br>[Filed Concurrently with Joint Stipulation]<br><br>Date:　June 14, 2023<br>Time:　10:00 a.m.<br>Magistrate Judge:　Autumn D. Spaeth<br>Courtroom:　6B |

　　　　The Court, having reviewed the stipulation of Plaintiff TREVOR BAUER ("Plaintiff") and Defendant LINDSEY C. HILL ("Hill") regarding a continuation of the June 14, 2023 hearing date set for Defendant's Motion to Compel (the "Motion"), ECF No. 103, hereby rules as follows:

　　　　Due to the parties' representation that there is a forthcoming discovery motion (the "Forthcoming Motion") that will be noticed for hearing on June 28, 2023, and that the issues in the Forthcoming Motion overlap with the issues in the Motion, the June 14, 2023 hearing date for the Motion is hereby continued to June 28, 2023 so that the Motion and Forthcoming Motion may be heard in conjunction.

**IT IS SO ORDERED**.

DATED: _____

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Autumn D. Spaeth
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge