UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**TRANSCRIPT ORDER FORM**
Please use one form per court reporter per case, and contact court reporter
directly immediately after e-filing form. *(Additional instructions on next page.)*

COURT USE ONLY
**DUE DATE:**

| 1a. Contact Person for this Order | Nell Z. Peyser | 2a. Contact Phone Number | 212.704.9600 | 3a. Contact E-mail Address | npeyser@zuckerman.com |
|---|---|---|---|---|---|
| 1b. Attorney Name (if different) | | 2b. Attorney Phone Number | | 3b. Attorney E-mail Address | |

**4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)**
Zuckerman Spaeder LLP
485 Madison Avenue, 10th Floor
New York, New York 10022

| 5. Name & Role of Party Represented | Trevor Bauer, Plaintiff |
|---|---|
| 6. Case Name | Bauer v. Hill, et al. |
| 7a. District Court Case Number | 8:22-cv-00868-JVS-ADS |
| 7b. Appeals Court Case Number | |

**8. INDICATE WHETHER PROCEEDING WAS** *(choose only one per form)*:

[x] DIGITALLY RECORDED    [ ] TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER: _____

**9. THIS TRANSCRIPT ORDER IS FOR:** [ ] Appeal  [x] Non-Appeal  [ ] Criminal  [x] Civil  [ ] CJA  [ ] USA  [ ] FPD  [ ] In forma pauperis (Court order for transcripts must be attached)

**10. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s), and delivery type): *You MUST check the docket to see if the transcript has already been filed, and if so, provide the "Release of Transcript Restriction" date in column c, below.*

a. HEARING(S) OR PORTIONS OF HEARINGS (*Attach additional pages if necessary. If sealed, a court order releasing transcript to the ordering party must be attached here or emailed to transcripts_cacd@cacd.uscourts.gov.*)

b. SELECT FORMAT(S) *(CM/ECF access included with purchase of transcript.)*

c. RELEASE OF TRANS. RESTRICTION DATE

d. DELIVERY TYPE 30-day, 14-day, 7-day, 3-day, Daily, Hourly

| HEARING DATE | Minute Order Docket# (if available) | JUDGE (name) | PROCEEDING TYPE / PORTION | PDF (email) | TEXT / ASCII (email) | PAPER | CONDEN-SED (email) | CM/ECF ACCESS (web) | WORD INDEXING | (Provide release date of efiled transcript, or check to certify none yet on file.) | (Check with court reporter before choosing any delivery time sooner than "Ordinary-30.") |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/24/2023 | 106 | J. Spaeth | Motion for a Protective Order and to Quash Subpoenas | (●) | ( ) | ( ) | ( ) | ( ) | ( ) | (●) _____ | 14-Day |
| | | | | ( ) | ( ) | ( ) | ( ) | ( ) | ( ) | ( ) _____ | |
| | | | | ( ) | ( ) | ( ) | ( ) | ( ) | ( ) | ( ) _____ | |
| | | | | ( ) | ( ) | ( ) | ( ) | ( ) | ( ) | ( ) _____ | |
| | | | | ( ) | ( ) | ( ) | ( ) | ( ) | ( ) | ( ) _____ | |

**11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC.** *CJA Orders: Explain necessity of non-appeal orders, orders for transcripts of proceedings involving only a co-defendant, & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach additional pages if needed).*

**12. ORDER & CERTIFICATION.** By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.

Date: May 26, 2023    Signature: /s/ Nell Z. Peyser

G-120 (06/18)