| | |
|---|---|
| 1 | KINSELLA WEITZMAN ISER KUMP HOLLEY LLP<br>Shawn Holley (Cal. Bar No. 136811) |
| 2 | Suann MacIsaac (Cal. Bar No. 205659)<br>808 Wilshire Boulevard., 3rd Floor |
| 3 | Santa Monica, CA 90401<br>Tel: (310) 566-9800 |
| 4 | Fax: (310) 566-9873<br>sholley@kwikhlaw.com |
| 5 | smacisaac@kwikhlaw.com |
| 6 | ZUCKERMAN SPAEDER LLP<br>Blair G. Brown (admitted *pro hac vice*) |
| 7 | Jon R. Fetterolf (admitted *pro hac vice*)<br>1800 M Street, N.W., Suite 1000 |
| 8 | Washington, D.C. 20036<br>Tel: (202) 778-1800 |
| 9 | Fax: (202) 882-8106<br>bbrown@zuckerman.com |
| 10 | jfetterolf@zuckerman.com |
| 11 | ZUCKERMAN SPAEDER LLP<br>Nell Z. Peyser (admitted *pro hac vice*) |
| 12 | 485 Madison Ave., 10th Floor<br>New York, NY 10022 |
| 13 | Tel: (212) 704-9600<br>Fax: (212) 704-4256 |
| 14 | npeyser@zuckerman.com |
| 15 | *Attorneys for Plaintiff* |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| TREVOR BAUER,<br><br>Plaintiff,<br><br>vs.<br><br>LINDSEY C. HILL AND NIRANJAN FRED THIAGARAJAH,<br><br>Defendant.<br>_____<br>LINDSEY C. HILL,<br><br>Counterclaimant, | Case No. 8:22-cv-00868 JVS (ADSx)<br><br>Assigned to: Judge James V. Selna<br>Referred to: Magistrate Judge Autumn D. Spaeth<br><br>**DISCOVERY MATTER: TREVOR BAUER'S NOTICE OF MOTION AND MOTION FOR A PROTECTIVE ORDER AND TO QUASH THIRD PARTY SUBPOENAS** |

|  |  |
|---|---|
| vs.<br><br>TREVOR BAUER,<br><br>Counter-defendant. | [Joint Stipulation and Declarations of Blair G. Brown and [ ] filed concurrently]<br><br>Date:  June 28, 2023<br>Time:  10:00 a.m.<br>Magistrate Judge: Autumn D. Spaeth<br>Courtroom:        6B<br><br>Action Filed: April 25, 2022<br>Discovery Deadline: September 1, 2023<br>Pretrial Conference: January 22, 2024<br>Trial Date: February 13, 2024 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on June 28, 2023 at 10:00 a.m. or as soon thereafter as this matter may be heard in Courtroom 6B of the above-entitled court, located at 411 West Fourth Street, Santa Ana, CA, 92701, Plaintiff/Counterclaim Defendant Trevor Bauer will and does hereby move this Court for a protective order and to quash five third-party subpoenas to Jane Does 1, 2, 3, 4, and 5 issued by Defendant/Counterclaim Plaintiff Lindsey Hill.

This Motion is made pursuant to Federal Rules of Civil Procedure 26 and 45. The Motion is made on the grounds that the subpoenas are oppressive, harassing and violate Bauer's and the third-parties' right to privacy under the U.S. and California Constitutions.  The Court should enter a protective order and quash these oppressive and invasive subpoenas because any interest Hill might have in the materials cannot override the significant privacy interests of the women and Bauer.

This Motion is made following the conference of counsel pursuant to Local Rule 37-1, which took place prior to the filing of this Motion. This Motion is based on the Notice of Motion, the Joint Stipulation filed with Bauer's Application for

1  Leave to Seal, the declaration of Blair Brown, the pleadings and papers on file with
2  the Court in this matter, all matters upon which this Court must or may take judicial
3  notice, and upon all arguments that this Court may allow at the time of the hearing
4  of the Motion.

6  DATED: June 7, 2023          ZUCKERMAN SPAEDER LLP

7                                By:   /s/ *Blair G. Brown*
8                                Blair G. Brown
                                  Attorney for Plaintiff Trevor Bauer

MOT. FOR PROTECTIVE ORDER