Christopher P. Wesierski [Bar No. 086736]
cwesierski@wzllp.com
Michelle R. Prescott [Bar No. 262638]
mprescott@wzllp.com
Eileen Spadoni [Bar No. 133259]
espadoni@wzllp.com
Brett A. Smith [Bar No. 322707]
bsmith@wzllp.com
WESIERSKI & ZUREK LLP
29 Orchard Road
Lake Forest, California 92630
Telephone: (949) 975-1000
Facsimile: (949) 756-0517

Bryan J. Freedman, Esq. (SBN: 151990)
bfreedman@ftllp.com
Jesse A. Kaplan, Esq. (SBN: 255059)
jkaplan@ftllp.com
FREEDMAN + TAITELMAN, LLP
1801 Century Park West, 5th Floor
Los Angeles, California 90067
Telephone: (310) 201-0005
Facsimile: (310) 201-0045

Attorneys for Defendant and Counterclaimant
Lindsey C. Hill

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| TREVOR BAUER,<br><br>Plaintiff,<br><br>vs.<br><br>LINDSEY C. HILL AND NIRANJAN FRED THIAGARAJAH,<br><br>Defendant.<br><br>LINDSEY C. HILL,<br><br>Counterclaimant,<br><br>vs. | Case No. 8:22-cv-00868 JVS (ADSx)<br><br>Assigned to: Judge James V. Selna<br>Referred to: Magistrate Judge Autumn D. Spaeth<br><br>**DISCOVERY MATTER: DECLARATION OF LINDSEY C. HILL IN OPPOSITION TO BAUER'S MOTION FOR A PROTECTIVE ORDER AND TO QUASH THIRD PARTY SUBPOENAS**<br><br>[Joint Stipulation; and Declaration of Jesse Kaplan filed concurrently]<br><br>Date:              June 28, 2023<br>Time:              10:00 a.m.<br>Magistrate Judge: Autumn D. Spaeth<br>Courtroom:        6B |

DECLARATION OF LINDSEY C. HILL

| | |
|---|---|
| 1  TREVOR BAUER, | Action Filed: April 25, 2022 |
| 2           Counterdefendant. | Discovery Deadline: September 1, 2023 |
| 3 | Pretrial Conference: January 22, 2024 |
| 4 | Trial Date: February 13, 2024 |

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DECLARATION OF LINDSEY C. HILL

## DECLARATION OF LINDSEY HILL

I, Lindsey C. Hill, declare as follows:

1. I am over the age of 18, and I have personal knowledge of the facts stated herein and, if called to testify, I could and would testify competently to them.

2. I am aware that Major League Baseball ("MLB") undertook an investigation of Trevor Bauer. I actively participated in MLB's investigation of Bauer. I am also aware that Bauer commenced an arbitration proceeding to appeal his suspension by MLB. I also actively participated in that Arbitration.

3. In 2021, I came into contact with Madison Rasberg. Between 2021 and the present, I have spoken to Rasberg on numerous occasions by telephone about her prior interactions with Bauer. During those numerous phone calls, Rasberg disclosed both her name and certain details about her sexual encounters with Bauer. Rasberg also disclosed that she was one of the victims that had come forward to the Washington Post and that one of the Washington Post articles reported on her encounters with Bauer.

4. For example, Rasberg told me that Bauer choked her to the point of unconsciousness on multiple occasions while they were having sex. She told me that Bauer initially did so without her permission and without discussing doing so first. She told me that after that incident, Bauer agreed not to choke her further if it appeared she was going to pass out. Rasberg told me that despite that agreement, that on numerous occasions, Bauer continued to choke her to the point of being unconsciousness without her consent while they were having sex, and that Bauer would often ignore her warnings. She told me that during one incident when Bauer choked her unconscious during sex, Bauer told her that she was convulsing while unconscious.

5. Rasberg also told me that when Bauer would choke her to the point of unconsciousness while they were having sex, he would continue to have sex with her while she was unconscious. She also told me that Bauer had anal sex with her while she was unconscious. She told me that when she would regain consciousness, Bauer

1

DECLARATION OF LINDSEY C. HILL

1 was penetrating her without her consent.

2   6.   Rasberg also told me that on multiple times, Bauer struck her without her
3 consent while they were having sex.

4   7.   Rasberg also told me that she has videos of Bauer having sex with her.
5 Rasberg also told me that she has a video of Bauer having sex with her while she was
6 unconscious.  According to Rasberg, in that video, Rasberg's body almost falls over
7 while Bauer is having sex with her while she was unconscious.  According to Rasberg,
8 in another video, Bauer is choking Rasberg excessively during sex.  According to
9 Rasberg, that video shows Bauer choking her during sex, that she was struggling to
10 escape because she could not breathe, that she tapped Bauer's arm to let go of her, and
11 Bauer ignored her and continued to choke her.  According to Rasberg, she also has a
12 video where Bauer is hitting Rasberg in the face without her consent while they were
13 having sex.

14   8.   Rasberg also indicated that she has text messages from Bauer whereby
15 Bauer expressed his desire to have sex with her while she was unconscious.

16   9.   I continued to speak with Rasberg after MLB began investigating Bauer
17 through the MLB arbitration.  Rasberg told me that she cooperated with MLB, and
18 voluntarily testified about her sexual encounters with Bauer at the MLB arbitration.
19 She told me that she also provided to MLB the various videos identified above and
20 many of her text messages with Bauer.  She told me that while she was testifying at
21 the MLB arbitration, she testified about those videos and those videos were presented
22 to the arbitrators.  She also shared with me that she was cross-examined by Bauer's
23 attorney at the MLB arbitration.

24   10.   In 2021, I came into contact with Meghan Kistemaker.  Between 2021 and
25 the present, I have spoken to Kistemaker on many occasions by telephone about her
26 prior interactions with Bauer.  During those numerous phone calls, Kistemaker
27 disclosed her name and certain details about her sexual encounters with Bauer.
28 Kistemaker also disclosed that she was one of the victims that had come forward to the

2
DECLARATION OF LINDSEY C. HILL

Washington Post and that one of the Washington Post articles reported on her encounters with Bauer.

11. For example, Kistemaker told me that while having sex with Bauer, Bauer choked her unconscious without her consent and after she told him to stop. Kistemaker told me that the blood vessels in her eyes ruptured and her eyes filled with blood as a result.

12. Kistemaker also told me that Bauer had sex with her when she was extremely intoxicated to the point that she did not know or remember that he was having sex with her. Kistemaker told me that she initially did not think that she had sex with Bauer on that occasion because she was so intoxicated and had blacked out. Kistemaker further told me that at some point later on when she was discussing the night with Bauer, she told Bauer that she was thankful that she did not have sex with Bauer that night. According to Kistemaker, in response to her statement to Bauer, Bauer told her that they had in fact had sex that night, and he had videotaped it. According to Kistemaker, Bauer then sent Kistemaker a video of Bauer having sex with her that night while she was heavily intoxicated. Kistemaker told me that she has a copy of that video.

13. Kistemaker also told me that Bauer hit her in the face which left marks on her face.

14. Kistemaker also told me that she had certain written messages from Bauer where Bauer told her that he wanted to choke her unconscious and sexually assault her while she was unconscious. She also told me that in another message, Bauer threatened to kill her.

15. After the MLB investigation of Bauer began, I also spoke with Kistemaker about her participation in the MLB investigation. Kistemaker told me that she had spoken to MLB about her sexual encounters with Bauer.

///

///

1   I, declare under penalty of perjury under the laws of the United States of America
2   that the foregoing is true and correct. Executed this 6th day of June, 2023, at Nashville,
3   Tennessee.

_____
Lindsey C. Hill

4
DECLARATION OF LINDSEY C. HILL