Shawn Holley (Cal. Bar No. 136811)
Suann C. MacIsaac (Cal Bar. 205659)
KINSELLA WEITZMAN ISER KUMP HOLLEY LLP
808 Wilshire Boulevard., 3rd Floor
Santa Monica, CA 90401
Tel: (310) 566-9800
Fax: (310) 566-9873
sholley@kwikhlaw.com
smacisaac@kwikhlaw.com

Blair G. Brown (admitted *pro hac vice*)
Jon R. Fetterolf (admitted *pro hac vice*)
ZUCKERMAN SPAEDER LLP
1800 M Street, N.W., Suite 1000
Washington, D.C. 20036
Tel: (202) 778-1800
Fax: (202) 882-8106
bbrown@zuckerman.com
jfetterolf@zuckerman.com

Nell Z. Peyser (admitted *pro hac vice*)
ZUCKERMAN SPAEDER LLP
485 Madison Ave., 10th Floor
New York, NY 10022
Tel: (212) 704-9600
Fax: (212) 704-4256
npeyser@zuckerman.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| TREVOR BAUER,<br><br>Plaintiff,<br><br>v.<br><br>LINDSEY C. HILL and NIRANJAN FRED THIAGARAJAH,<br><br>Defendants. | Case No. 8:22-cv-00868-JVS-ADS<br>Assigned for all purposes to the Hon. James V. Selna<br>Referred to: Magistrate Judge Autumn D. Spaeth<br><br>**DECLARATION OF BLAIR G. BROWN IN SUPPORT OF PLAINTIFF'S UNOPPOSED EX PARTE APPLICATION FOR SEALING OF DOCKET ENTRY 111**<br><br>Hearing Date: June 28, 2023<br>Hearing Time: 10:00 a.m.<br>Magistrate Judge: Autumn D. Spaeth<br>Department: 6B<br><br>Action Filed: April 25, 2022 |

I, BLAIR G. BROWN, declare and state as follows:

1. I am an attorney licensed to practice in the District of Columbia, the States of Maryland and New York, and the Commonwealth of Virginia and have been admitted to practice *pro hac vice* in this action. I am a partner of the law firm Zuckerman Spaeder LLP, and counsel of record for Plaintiff/Counterclaim Defendant Trevor Bauer ("Bauer") in the above-captioned action. I have personal knowledge of the matters stated in this declaration, and I could and would testify competently about them if called upon to do so.

2. Docket Entry 111 is an application for leave to file under seal narrowly tailored portions of the parties' Joint Stipulation and accompanying exhibits regarding Bauer's motion for a protective order and to quash third party subpoenas to Jane Does 1, 2, 3, 4, and 5.

3. The parts of the Joint Stipulation and accompanying exhibits that Bauer sought to seal through the application in Docket Entry 111 included those portions that (i) disclosed the identities of third parties whose private sexual histories are discussed in the Joint Stipulation—as well as explicit references to descriptions of Bauer's purported sexual conduct with those third parties—disclosure of which would violate their and Bauer's rights to sexual privacy under the California and U.S. Constitutions; and (ii) exhibits that have been designated "Confidential" by a third-party—the Pasadena Police Department—under the parties' Protective Order (ECF No. 78) and which implicate third parties' rights to sexual privacy.

4. Due to a filing error, the unredacted portions of those documents were filed publicly in Docket Entry 111. Absent that mistake, the unredacted documents would have been filed under seal.

5. Good cause and compelling reasons exist to entirely seal Docket Entry 111 because that entry contains unredacted information intended to be filed under

1. seal, and sealing Docket Entry 111 will prevent public disclosure of private and confidential information.

6. Bauer also requests leave to re-file his application for leave to file under seal the Joint Stipulation and accompanying exhibits.

7. On June 8, 2023, I met and conferred by telephone with Jesse Kaplan, counsel for Lindsey Hill, who has no objection to the application to file Docket Entry 111 entirely under seal and for Bauer to have leave to re-file his application for leave to file under seal the Joint Stipulation and accompanying exhibits concerning his motion for a protective order and to quash third party subpoenas.

8. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 8th day of June, 2023, in Washington, D.C.

　　　　　　　　　　　　　　　　　　*/s/ Blair G. Brown*
　　　　　　　　　　　　　　　　　　Blair G. Brown