Shawn C. Holley, Esq.
Kate E. Mangels, Esq.
Suann MacIssac, Esq.
KINSELLA WEITZMAN ISER KUMP HOLLEY LLP
808 Wilshire Blvd, Suite 300
Santa Monica, CA  90401
Phone: 310-566-9822
Fax: 310-566-9850
E-Mail: sholley@kwikhlaw.com; kmangels@kwikalaw.com
smacisaac@kwikhlaw.com

Blair G. Brown, Esq.
Jon R. Fetterolf, Esq.
Nell Peyser, Esq.
ZUCKERMAN SPAEDER LLP
1800 M. Street, N. W. Suite 1000
Washington, D.C 20036
Phone: 202-778-1800
Fax: 202-882-8106
E-Mail: bbrown@zuckerman.com; jfetterolf@zuckerman.com
npeyser@zuckerman.com

Attorneys for Plaintiff/Counter-Defendant Trevor Bauer

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| TREVOR BAUER,<br><br>    Plaintiff,<br><br>    vs.<br><br>LINDSEY C. HILL AND NIRANJAN FRED THIAGARAJAH,<br><br>    Defendant.<br><br>LINDSEY C. HILL,<br><br>    Counterclaimant,<br><br>    vs.<br><br>TREVOR BAUER, | Case No. 8:22-cv-00868 JVS (ADSx)<br><br>Assigned to: Judge James V. Selna<br>Referred to: Magistrate Judge Autumn D. Spaeth<br><br>**UNOPPOSED EX PARTE APPLICATION FOR SEALING OF DOCKET ENTRY 111**<br><br>Date:  June 28, 2023<br>Time:  10:00 a.m.<br>Magistrate Judge: Autumn D. Spaeth<br>Courtroom:      6B<br><br>Action Filed: April 25, 2022<br>Discovery Deadline: September 1, 2023<br>Pretrial Conference:  January 22, 2024 |

EX PARTE APPLICATION FOR SEALING OF DOCKET ENTRY 111

Counter-defendant.

Trial Date: February 13, 2024

EX PARTE APPLICATION FOR SEALING OF DOCKET ENTRY 111

## **<u>EX PARTE APPLICATION FOR SEALING OF DOCKET ENTRY 111</u>**

Pursuant to Local Rule 7-19, plaintiff/counter-defendant Trevor Bauer submits this ex parte application for the Court to seal, in its entirety, Docket Entry 111 and for leave for Bauer to re-file his application for leave to file under seal the Joint Stipulation and accompanying exhibits. Due to a filing error, unredacted portions of Docket Entry 111 were not filed under seal, as was intended by counsel for Bauer.  On June 8, 2023, Bauer's counsel met and conferred by telephone with counsel for Lindsey Hill,[1] who has no objection to the application to file Docket Entry 111 entirely under seal and for Bauer to have leave to re-file his application for leave to file under seal the Joint Stipulation and accompanying exhibits concerning his motion for a protective order and to quash third party subpoenas. Brown Decl. ¶ 7. The relief sought by the present application is limited.  If the Court grants the relief sought in this application, Docket Entry 111 will be sealed in its entirety and not considered by the Court. Bauer will then re-file the application for leave to file under seal the Joint Stipulation and exhibits in which the unredacted portions will be properly sealed for purposes of the application; Hill may respond to the re-filed application; and the Court will then determine the extent to which the Joint Stipulation and exhibits shall remain under seal.

Docket Entry 111 is an application for leave to file under seal narrowly tailored portions of the parties' Joint Stipulation and accompanying exhibits regarding Bauer's motion for a protective order and to quash third party subpoenas to Jane Does 1, 2, 3, 4, and 5. Brown Decl. ¶ 2. The parts of the Joint Stipulation and accompanying exhibits that Bauer sought to seal through the application in Docket Entry 111 included those portions that (i) disclosed the identities of third parties whose private sexual histories are discussed in the Joint Stipulation—as well as explicit references to descriptions of Bauer's purported sexual conduct with those third parties—disclosure of which would

---

[1]  Bauer's counsel conferred with Jesse A. Kaplan, Esq. (SBN: 255059), jkaplan@ftllp.com , Freedman + Taitelman, LLP 1801 Century Park West, 5th Floor Los Angeles, California 90067, telephone number, (310) 201-0005.

violate their and Bauer's rights to sexual privacy under the California and U.S. Constitutions; and (ii) exhibits that have been designated "Confidential" by a third-party—the Pasadena Police Department—under the parties' Protective Order (ECF No. 78) and which implicate third parties' rights to sexual privacy. Brown Decl. ¶ 3.

Due to a filing error, the unredacted portions of those documents were filed publicly in Docket Entry 111. Brown Decl. ¶ 4. Absent that mistake, the unredacted documents would have been filed under seal. *Id.* To correct that filing error, Bauer files this application in order to entirely seal Docket Entry 111. Good cause and compelling reasons exist to entirely seal Docket Entry 111 because that entry contains unredacted information intended to be filed under seal, and sealing Docket Entry 111 will prevent public disclosure of private and confidential information. Brown Decl. ¶ 5. Bauer further requests that the Court not consider the entries under Docket Entry 111.

Bauer also seeks leave to re-file his application for leave to file the Joint Stipulation and accompanying exhibits under seal to properly ensure that the unredacted documents are filed under seal for the Court's consideration. Brown Decl. ¶ 6.

ZUCKERMAN SPAEDER LLP

DATED:  June 8, 2023

By: /s/ Blair G. Brown
    BLAIR G. BROWN
    JON R. FETTEROLF
    NELL PEYSER
    Attorneys for Plaintiff/counter-defendant
    Trevor Bauer