# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| TREVOR BAUER,<br><br>    Plaintiff,<br><br>    vs.<br><br>LINDSEY C. HILL AND NIRANJAN FRED THIAGARAJAH,<br><br>    Defendants. | Case No. 8:22-cv-00868-JVS-ADS<br><br>**ORDER ON UNOPPOSED EX PARTE APPLICATION BY PLAINTIFF/ COUNTERCLAIM DEFENDANT TREVOR BAUER TO FILE DOCKET ENTRY 111 UNDER SEAL**<br><br>Magistrate Judge:    Autumn D. Speath<br><br>Date: June 28, 2023<br>Time: 10:00 a.m.<br>Ctrm: 6B<br><br>Action Filed:    April 25, 2022<br>Trial Date:    February 13, 2024 |

1    Having considered the papers submitted by Plaintiff/Counterclaim Defendant Trevor Bauer in support of his Ex Parte Application To File Docket Entry 111 Under Seal, and all other pleadings and papers on record in this matter, the Court finds that good cause and compelling reasons exist to seal Docket Entry 111 in its entirety and for Mr. Bauer to re-file his application for leave to file under seal the Joint Stipulation and accompanying exhibits concerning his motion for protective order and to quash third party subpoenas. Therefore, Mr. Bauer's Application is **GRANTED**. It is **ORDERED** that Docket Entry 111 shall be filed entirely seal and Mr. Bauer has leave to re-file his application for leave to file under seal the Joint Stipulation and accompanying exhibits concerning his motion for a protective order and to quash third party subpoenas.

**IT IS SO ORDERED**.

DATED: June 8, 2023

/s/ Autumn D. Spaeth
The Honorable Autumn D. Spaeth
United States Magistrate Judge