**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| TREVOR BAUER,<br><br>    Plaintiff,<br><br>vs.<br><br>LINDSEY C. HILL AND NIRANJAN FRED THIAGARAJAH,<br><br>    Defendants. | Case No. 8:22-cv-00868-JVS-ADS<br><br>Assigned to: Judge James V. Selna<br>Referred to: Magistrate Judge Autumn D. Spaeth<br><br>**[PROPOSED] ORDER ON PLAINTIFF'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF THE JOINT STIPULATION ON PLAINTIFF'S MOTION FOR A PROTECTIVE ORDER AND CERTAIN EXHIBITS TO THE DECLARATIONS OF BLAIR G. BROWN AND JESSE KAPLAN IN SUPPORT THEREOF**<br><br>[Filed Concurrently with Administrative Motion to Seal]<br><br>Date:  June 28, 2023<br>Time:  10:00 a.m.<br>Magistrate Judge:  Autumn D. Spaeth<br>Courtroom:  6B |

The Court, having reviewed Plaintiff's Administrative Motion to Seal Portions of the Joint Stipulation on Plaintiff's Motion for a Protective Order and to Quash and Certain Exhibits to the Declarations of Blair G. Brown and Jesse Kaplan (the "Administrative Motion to Seal"), hereby rules as follows:

For the reasons set forth in the Administrative Motion to Seal, the following portions of the Joint Stipulation and Declarations of Blair G. Brown, Jesse Kaplan, and Lindsey Hill shall be sealed, with a redacted version available to the public:

- All portions of the Joint Stipulation, the Declaration of Blair G. Brown and accompanying exhibits, the Declaration of Jesse Kaplan and accompanying exhibits, and the Declaration of Lindsey Hill that contain personally identifying information regarding the third parties at issue and explicit descriptions of

1  Bauer's purported sexual conduct with those third parties;

2  • Exhibit J to the Brown Declaration;

3  • Exhibit 2 to the Kaplan Declaration;

4  • All portions of the Joint Stipulation that reference the content of Exhibit J to the Brown Declaration and Exhibit 2 to the Kaplan Declaration.

**IT IS SO ORDERED**.

DATED: _____

Autumn D. Spaeth
United States Magistrate Judge