1  Christopher P. Wesierski [Bar No. 086736]
     cwesierski@wzllp.com
2  Michelle R. Prescott [Bar No. 262638]
     mprescott@wzllp.com
3  Eileen Spadoni [Bar No. 133259]
     espadoni@wzllp.com
4  Brett A. Smith [Bar No. 322707]
     bsmith@wzllp.com
5  WESIERSKI & ZUREK LLP
   29 Orchard Road
6  Lake Forest, California 92630
   Telephone: (949) 975-1000
7  Facsimile: (949) 756-0517

8  Bryan J. Freedman, Esq. (SBN: 151990)
     bfreedman@ftllp.com
9  Jesse A. Kaplan, Esq. (SBN: 255059)
     jkaplan@ftllp.com
10 FREEDMAN + TAITELMAN, LLP
   1801 Century Park West, 5th Floor
11 Los Angeles, California 90067
   Telephone: (310) 201-0005
12 Facsimile: (310) 201-0045

13 Attorneys for Defendant and Counterclaimant
14 Lindsey C. Hill

15                    UNITED STATES DISTRICT COURT

16           CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

17

18 TREVOR BAUER,                      Case No. 8:22-cv-00868 JVS (ADSx)

19          Plaintiff,                Assigned to: Judge James V. Selna
                                      Referred to: Magistrate Judge Autumn
20     vs.                            D. Spaeth

21 LINDSEY C. HILL AND NIRANJAN       **DISCOVERY MATTER:**
   FRED THIAGARAJAH,                  **DECLARATION OF JESSE**
22                                    **KAPLAN IN OPPOSITION TO**
                                      **BAUER'S MOTION FOR A**
23          Defendant.                **PROTECTIVE ORDER AND TO**
                                      **QUASH THIRD PARTY**
24                                    **SUBPOENAS**

25 LINDSEY C. HILL,                   [Joint Stipulation; and Declaration of
                                      Lindsey Hill  filed concurrently]
26          Counterclaimant,
                                      Date:          June 28, 2023
27     vs.                            Time:          10:00 a.m.
                                      Magistrate Judge: Autumn D. Spaeth
28                                    Courtroom:     6B

                          DECLARATION OF JESSE KAPLAN

1   TREVOR BAUER,

2          Counterdefendant.          Action Filed: April 25, 2022
                                       Discovery Deadline: September 1,
3                                      2023
                                       Pretrial Conference:  January 22, 2024
4                                      Trial Date: February 13, 2024

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF JESSE KAPLAN

# DECLARATION OF JESSE KAPLAN

I, Jesse A. Kaplan, declare as follows:

1.    I am an attorney at law, licensed to practice in the State of California.  I am a partner of Freedman + Taitelman, LLP ("F+T").  I submit this Declaration in opposition to Trevor Bauer's Motion for a Protective Order and to Quash Subpoenas, and the positions set forth in the Joint Stipulation regarding same (the "Joint Stipulation").  I have personal knowledge of the facts stated herein and, if called upon to testify, could and would testify competently thereto.

2.    I obtained a Washington Post article dated August 14, 2021, entitled "Dodgers star Trevor Bauer, on leave amid assault probe, was subject of previous protection order."  A true and correct copy of that article is attached hereto as **Exhibit 1**.

3.    In response to a subpoena to the Pasadena Police Department (the "PPD"), the PPD produced a letter from Joseph Darwal to the PPD dated August 24, 2021 with enclosures.  A true and correct copy of that letter with enclosures is attached hereto as **Exhibit 2**.

4.    I obtained a Washington Post article dated April 29, 2022, entitled "As MLB suspends Trevor Bauer, a new accuser speaks out."  A true and correct copy of that article is attached hereto as **Exhibit 3**.

5.    I obtained a Yahoo Sports article dated April 29, 2022, entitled "Trevor Bauer has 3rd accuser come forward after 2-year MLB suspension." A true and correct copy of that article is attached hereto as **Exhibit 4**.

6.    My office has obtained a copy of a Civil Complaint dated December 14, 2022, that JANE DOE 3 filed against Bauer in the Superior Court of Arizona in Maricopa Country (the "Arizona Action").  A true and correct copy of that Civil Complaint is attached hereto as **Exhibit 5**.  My office has also obtained a copy of an Amendment dated February 1, 2023, that JANE DOE 3 filed in the Civil Action.  A true and correct copy of that Amendment is attached hereto as **Exhibit 6**.

7.    I have spoken to Hill's former counsel, Doreen Olson.  Olson informed me that in 2021, JANE DOE 5 reached out to her about <sup>JANE DOE 5</sup> sexual interaction with Bauer, and they spoke by telephone.

8.    According to Olson, during that call in 2021, JANE DOE 5

JANE DOE 5

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 7th day of June, 2023, at Los Angeles, California.

_____
Jesse A. Kaplan

2

DECLARATION OF JESSE KAPLAN

# EXHIBIT 1

## The Washington Post

*Democracy Dies in Darkness*

EXCLUSIVE

# Dodgers star Trevor Bauer, on leave amid assault probe, was subject of previous protection order

By Gus Garcia-Roberts and Molly Hensley-Clancy

August 14, 2021 at 11:00 a.m. EDT

Trevor Bauer, the star Los Angeles Dodgers pitcher under investigation on allegations of sexual assault in California, was the subject of a temporary order of protection sought by a different woman last year, according to sealed court records reviewed by The Washington Post.

An Ohio woman sought the order in June 2020 after repeated threats from the then-Cincinnati Reds pitcher, according to her lawyer and records separately obtained by The Post. Photographs independently obtained by The Post also show bruises on the woman's face and blood in her eyes, which her attorney said were caused by Bauer punching and choking her during sex without consent. Those allegations are similar to ones made by a woman in Los Angeles this summer when she applied for a temporary restraining order.

A police report obtained by The Post shows that in 2017, during an incident at Bauer's apartment, the Ohio woman attempted to show officers photos of injuries to her eyes that she said were caused by Bauer, who played for the Cleveland Indians at the time. The police arrested her for underage drinking. (The woman was an adult but not of legal drinking age; The Post is not specifying her age in order to not disclose identifying details.) There is no indication in the report of what, if anything, police did to investigate her allegations.

The Post also obtained copies of messages Bauer allegedly sent the woman, which her lawyers said prompted her to seek an order of protection. "I don't feel like spending time in jail for killing someone," reads one. "And that's what would happen if I saw you again."

The Ohio woman's allegations, which have not previously been reported, pose a new test for Major League Baseball, which is investigating Bauer over the California woman's assault claims and is grappling with other allegations of mistreatment of women by players and coaches. Before Bauer was put on paid leave last month, he was one of baseball's top stars, having won the Cy Young Award as the National League's best pitcher in 2020, the same year the Ohio woman sought the order of protection. In February, he signed a three-year, $102 million deal with the Dodgers that includes $40 million in 2021, the highest single-season salary in MLB history.

In a statement to The Post, Bauer's lawyer and agent, Jon Fetterolf, and agent Rachel Luba called the allegations of physical abuse against Bauer "categorically false." They questioned the validity of the photographs, which they said were provided "years after the alleged incidents and with no corroboration," and the threatening messages. They have called the California woman's claims "baseless" and "defamatory."

Bauer's representatives called the Ohio woman's request for a restraining order last year "bogus" and part of a "pattern of threatening behavior toward Mr. Bauer after numerous requests for her to cease contact." They later clarified that they were not referring to "threats of bodily harm."

Bauer and the woman had an "on-and-off, wholly consensual relationship" lasting around three years, his representatives said. After Bauer attempted to end the relationship, they said, she "proceeded to contact him hundreds of times" and attempted to visit Bauer in another city against his wishes. They said the woman's request for an order of protection last year was part of an "extortion attempt" carried out by her and her then-lawyer.

After the publication of this story, Bauer and his representatives, in statements posted to Twitter, denied the woman's allegations and denounced The Post's reporting.



**Trevor Bauer (トレバー・バウアー)** ✔
@BauerOutage · **Follow**

While I have allowed my representatives to speak on my behalf over the last six weeks, I can no longer be silent. I will speak very candidly about the current petition when appropriate, but need to address the allegations made today in The Washington Post.

8:30 AM · Aug 14, 2021

Read the full conversation on Twitter

❤ 14K    💬 Reply    ⬆ Share

**Read 2.2K replies**

In an interview, Timothy Hess, the Cleveland lawyer who filed for the order of protection on the woman's behalf, said she sought it because of threats Bauer sent her, including that he would disseminate a video of them having sex to a member of the woman's family. Like the temporary restraining order obtained by Bauer's accuser in California, the Ohio order is the result of an "ex parte" proceeding, temporarily granted by a Cuyahoga County judge without hearing from the opposing side.

The Ohio woman dismissed the protection order six weeks later, after Bauer's attorneys threatened legal action, court records and legal correspondence show. She then drafted but never filed a civil suit against him, the records show.

After independently obtaining the records, photographs and messages, The Post contacted the woman, who declined to be interviewed. Her representatives then spoke to The Post, which does not name alleged victims of domestic violence unless they ask to be identified.

In early July, an MLB investigator sought records related to the 2017 incident, emails obtained by The Post show, but the related police report has been expunged. An MLB spokesperson said in a statement that "MLB takes these and all allegations very seriously" but declined to comment further, citing the ongoing investigation of Bauer.

The Ohio woman's representatives said the woman is cooperating with MLB, but they declined to comment further, citing the ongoing investigation. They declined to comment on whether she had spoken to the Pasadena Police Department, which is investigating the California woman's claims. The Dodgers declined to comment about whether they were aware of the records in Ohio.

The records shed light on the aggressive tactics Bauer's lawyers and agents have used to rebut his accusers in Ohio and now California, where the accuser's claims include that Bauer sexually assaulted and punched her after choking her unconscious during sex.

In a filing Tuesday in Los Angeles, Bauer's attorneys claimed the California woman requested the temporary restraining order in an effort to win a financial settlement from the pitcher. Bauer's attorneys previously made the same arguments about the Ohio woman, records show, saying in legal correspondence that her alleged demand for $3.4 million amounted to "nothing short of criminal extortion."

Since making her claims, the California woman's private messages with third parties have been detailed in news stories and public court filings. She is expected to testify in open court at a multiday hearing next week.

Her attorney, Bryan Freedman, has previously said "Bauer's legal team feels the only way to defend himself is to trash and ruin his victim." Freedman declined to be interviewed for this article.

Joseph Darwal, the Ohio woman's lawyer, said his client's fear of publicizing her story has only increased as she has observed what has transpired in California.

"My client had no interest in coming forward about her experience as she feared the possible consequences of doing so, as seen in what is occurring in California," Darwal said in a statement. "However, once The Post reached out for comment regarding documents they received from third parties, she was left with no other choice but to come forward and confirm the documents they received."

# A call to police

The Ohio woman's allegations date from the summer of 2017, when police were called to Bauer's Cleveland-area apartment and found the woman drunk, wearing only a shirt and underwear, according to the police report. The report was later expunged but was obtained by The Post.

Bauer was in the midst of a career-high 17-win season, and Cleveland led its division. Around 2 a.m. Aug. 6, Bauer called Westlake police to complain that a woman he called "a friend of his" had assaulted him and refused to leave, the report said.

Bauer told police that she showed up at his apartment drunk and "struck him several times," according to the report. He showed the police "scratches on his right arm," which he said were from the woman. Police found the woman vomiting in the bathroom, observing she was "obviously heavily intoxicated."

The report says the officers twice asked Bauer if he wanted to press charges against the woman for assault, and he declined. The woman denied she struck Bauer, the report said.

The woman then "attempted to show me some pictures on her phone of her 'red eyes' which she claimed were caused by Bauer on a previous occasion," wrote the police report's author, Sgt. Thomas Cummings. Cummings did not again refer to those allegations, noting only that she "was observed to be extremely unsteady on her feet as she stood with me."

The Post separately obtained photos that Darwal, the woman's attorney, said were the same images she attempted to show police. The photos show the corners of the woman's eyes flooded with blood that reached her irises. Darwal said the woman later recalled telling the police that the injuries were from Bauer choking her. That choking occurred without consent during sex with Bauer, Darwal alleged.

Fetterolf and Luba denied that he ever injured the woman and told The Post that she made an "unwanted and unsolicited visit in which she was belligerent, heavily intoxicated and physically attacked [Bauer]."

Darwal disputed that the visit was unwanted, noted that the building has a locked lobby and said the woman spent "a considerable amount of time" there before police were called.

The police asked the woman — who was roughly 10 inches and 80 pounds smaller than Bauer, according to her size as listed on the report — "if she was going to cause any further disturbance if allowed to stay at the apartment," according to the report. They wrote that she responded, "That depends on him."

Because of the woman's "extreme state of intoxication" and the fact that she was under 21, the police arrested her for underage drinking, the report shows, handcuffing her and booking her into jail.

Cummings declined to comment. It's not clear how the underage drinking arrest was resolved; the case was expunged by Rocky River Municipal Court, according to Westlake Police Capt. Gerald Vogel. He told The Post he could not comment on the contents of an expunged police report.

A spokesperson for the Indians said the team didn't have any knowledge of the incident in 2017 and declined further comment, citing the pending investigation.


# 'Continuous threats'

Bauer's alleged menacing behavior continued over the course of the following years, according to the Ohio woman's attorney and former attorney. The Post separately obtained photos that appeared to show her face with dark bruises on her cheeks and around her left eye. She claims the injuries were from Bauer striking her without her consent during sex in 2018, Darwal said.

The Post could not independently confirm the date when or place where the photographs were taken. Bauer's representatives questioned the validity of the photos, which they noted had been obtained by The Post long after the alleged incident.

The Post also obtained copies of messages allegedly from Bauer to the Ohio woman. In one undated Snapchat message, Bauer allegedly wrote: "Like the only reason I'd ever consider seeing you again is to choke you unconscious punch you in the face shove my first up your a-- skull f--- you and kick you out naked. And obviously I would never do something like that to anyone. So cant even enjoy the one thing I sometimes enjoyed with you."

Fetterolf and Luba said they "strongly call into question the validity" of the Snapchat messages, to which they said Bauer no longer has access.

But in correspondence with the woman's lawyer last year, obtained by The Post, Fetterolf did not challenge the authenticity of the same Snapchat message. Instead, he pointed to the woman's response to the message: "Kind of hot I bother you that much aw." Fetterolf, who became Bauer's agent and lawyer following the 2019 season, called the response evidence that Bauer's message "caused her no distress at all."

Bauer's representatives said they also questioned the authenticity of the text message in which he allegedly wrote that he didn't "feel like spending time in jail for killing someone." They had "not had the opportunity to authenticate them, nor have we had a chance to review them," they said. A copy of that message shows it was sent from a phone number known to be registered to Bauer.

On June 10, 2020, a year after Bauer was traded from Cleveland to Cincinnati, the Ohio woman filed for a temporary civil stalking protection order against Bauer, according to sealed court records obtained by The Post. The records do not specify any allegations against him.

In seeking the order, Bauer's representatives said, the Ohio woman was "perpetrating a fraud on the court in Ohio." In legal correspondence obtained by The Post, Fetterolf said the woman "omitted from her report to the court that she had not seen Mr. Bauer in person for approximately a year." The letter also details what Fetterolf claims was a "pattern of threats" and "disturbing conduct" that escalated after Bauer attempted to end the relationship.

Darwal, the Ohio woman's lawyer, said she sought the restraining order in part "to protect [herself] against his continued vile threats against her body as well as to prevent him from disseminating photographs and videos of her, which he also threatened on numerous occasions."

Those threats included him suggesting he would send a video of them having sex to one of her family members, said Hess, the woman's former attorney. The Post obtained a copy of that text message, in which Bauer allegedly wrote, "I'd really hate for him to see a video of you getting f---ed."

"Why are you threatening me right now?" the woman responded, according to the copy obtained by The Post. Bauer wrote: "Haha I'm just joking with relax... That's completely off-limits... But... assuming it wasn't you and it was a completely different situation, gotta admit, that would be funny."

Fetterolf said he could not respond to questions about that message without reviewing the copy obtained by The Post, which The Post declined to share.

The order set off a heated back-and-forth between the Ohio woman's lawyers and Bauer's. A month after the order of protection was issued, Hess, her lawyer at the time, sent an email to Roger Synenberg, a prominent Cleveland attorney hired by Bauer.

Hess wrote that his client "has grown increasingly agitated about the entire situation and stated to me that she does not feel that it would be fair to remain silent about what happened over the course of their relationship." He then referred to what he described as a prior request from Synenberg for "an actual demand amount" and said his client "has provided the number of 3.4 million dollars."

The email was forwarded to Fetterolf, who responded by saying her naming a dollar amount "takes her conduct from the realm of potential civil liability and into the realm of extortion and blackmail."

"Your client is attempting to use the process of requesting a civil protection order — designed to help individuals who are legitimately in fear of being stalked or approached — for a wholly improper purpose: to make public her private relationship with Trevor Bauer," Fetterolf wrote.

But emails obtained by The Post show it was Bauer's Cleveland lawyer, Synenberg, who first mentioned the possibility of a financial settlement, and he asked Hess to put a dollar amount in writing. "I only mentioned money as a possible motive," Synenberg told The Post in an email. "I did not offer any, assured Mr. Hess I had no authority to offer any as well as making it clear that Mr. Bauer had never even suggested it."

Hess, in an interview, insisted it was never about money. "She was just really angry with the fact that they thought they could buy her off, so she gave a pretty inflated number," Hess said.

A hearing on the order, in which the Ohio woman's allegations would have been detailed and Bauer could have provided a defense, was postponed, according to court records reviewed by The Post. On the first day of the pandemic-shortened 2020 baseball season, July 23, the woman voluntarily dismissed her petition, records show.

Records concerning the protection proceedings are not publicly available. When given the case number over the phone, an employee of the Cuyahoga County Clerk of Courts relayed the first name of the woman but then said: "The record is sealed. I can't tell you anything." The Reds, Bauer's team at the time, did not respond to a request for comment about whether the team was aware of the temporary order of protection.

After the woman dismissed the petition, her lawyer sent Bauer's attorney a draft complaint containing allegations that would be in a potential civil suit, including references to the pitcher's alleged threats, the legal correspondence shows. Fetterolf responded by again threatening legal action against her for "a potential abuse of the court system" and wrote "there is no circumstance where Mr. Bauer will ever pay [the woman] money."

By then, Bauer was a month into his Cy Young-winning season with the Reds. The woman did not file suit against Bauer.

"What started out as our client's attempt to protect herself — first by filing a protective order — turned into months of additional fear, stress and continuous threats," Darwal and Kendra Barkoff Lamy, a spokeswoman for the woman, said in a statement. "Ultimately, our client made the decision that moving forward with any legal action was not worth the potential public shaming and baseless lawsuits threatened by Bauer's team. She never wanted any of this public."

*Chelsea Janes contributed to this report, which has been updated.*

*Correction: A previous version of this story said the Ohio woman's representatives declined to comment on whether she had spoken to MLB. Her representatives told The Post the woman has assisted MLB but declined to comment further, citing the ongoing investigation.*

# EXHIBIT 2

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

CONFIDENTIAL

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

CONFIDENTIAL

PPD0000192

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

CONFIDENTIAL

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

CONFIDENTIAL

PPD0000194

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

CONFIDENTIAL

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

CONFIDENTIAL
PPD0000196

REDACTED VERSIONS OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

CONFIDENTIAL

PPD0000198

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

CONFIDENTIAL

PPD0000199

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

CONFIDENTIAL

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

CONFIDENTIAL

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

CONFIDENTIAL                                                                                   PPD0000202

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

CONFIDENTIAL

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

CONFIDENTIAL
PPD0000204

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

CONFIDENTIAL

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

CONFIDENTIAL
PPD0000206

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

CONFIDENTIAL
PPD0000207

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

CONFIDENTIAL                                                                                      PPD0000208

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

CONFIDENTIAL

PPD0000209

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

CONFIDENTIAL
PPD0000210

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

CONFIDENTIAL

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 3

# The Washington Post

*Democracy Dies in Darkness*

**EXCLUSIVE**

# As MLB suspends Trevor Bauer, a new accuser speaks out

 By Gus Garcia-Roberts

Updated April 30, 2022 at 12:01 a.m. EDT  |  Published April 29, 2022 at 6:35 p.m. EDT

The first time Trevor Bauer choked her unconscious without her consent — in 2013, a woman in Columbus, Ohio, said — all she remembered afterward was waking up on his bathroom floor.

Months later, she said, she was having sex with Bauer, then a minor league pitcher for Cleveland's Major League Baseball franchise, when she again passed out with his hands around her neck. She said she awoke to a frantic Bauer explaining that she had been convulsing on their hotel room bed.

As their years-long sexual relationship continued, the woman said, they agreed he would stop choking her before she passed out. But he frequently ignored her warnings, she said. He also slapped her without her consent and anally penetrated her while she was unconscious, she said.

In interviews with The Washington Post, the Columbus woman said she decided to share her story after Bauer denied similar allegations made by two other women and accused them of lying for potential financial gain. The Columbus woman asked not to be named, and The Post typically does not name alleged victims of domestic violence unless they ask to be identified.

The Columbus woman shared photos and screenshots of text messages documenting that she had a relationship with Bauer. One screenshot shows a text message bearing Bauer's name in which he allegedly wrote, "I want to f--- you while you're completely unconscious."

MLB suspended Bauer for two years on Friday, the longest suspension in the history of the league's domestic abuse and sexual assault policy. Bauer immediately proclaimed his innocence and vowed to appeal. MLB cited an "extensive investigation" but did not disclose its findings because of the policy's terms of confidentiality, and said "it will not issue any further statements."

The Columbus woman and her lawyer, Joe Tacopina, said she shared her allegations with MLB. She said she is willing to testify in the arbitration hearing that would result from Bauer appealing. MLB declined to comment for this story.

Bauer declined through his attorney and agent, Jon Fetterolf, to be interviewed. A statement issued by Bauer's representatives did not deny that the Columbus woman had a relationship with Bauer but said the pitcher "unequivocally denies" her "false and defamatory" allegations.

"Any neutral reader of the scores of text messages, compromising photos and sexually explicit videos this woman sent of herself to Mr. Bauer over the last three years demanding the very sex acts that she now claims were problematic — without any prior complaint — would strongly question the veracity of her allegations," the statement read.

Bauer's representatives would not provide any of that alleged correspondence to The Post. The woman told The Post that she previously lost all of her text messages with Bauer, except for those she took screenshots of, when she switched phones. But she said any intimate messages she sent to Bauer did not excuse his alleged actions without her consent during sex. She said she felt "slut-shamed" by Bauer's representatives citing those texts as a defense.

She made clear that she did consent to sex with Bauer. "But during sex," she said, "things happened outside of my consent."

After the publication of this story, Bauer responded on Twitter, explicitly denying some of the woman's allegations and accusing her of attempting to extort him. "The incidents she detailed to the Washington Post — and specifically the one that involved non-consensual choking in which she claims to have convulsed and woken up on a hotel floor — absolutely never occurred, in any capacity," Bauer wrote. "Additionally, at no point during sex or otherwise did I ever hit her."

**Trevor Bauer (トレバー・バウアー)** ✔
@BauerOutage · **Follow**

My response to the Washington Post.



6:05 PM · Apr 29, 2022

ⓘ

Read the full conversation on Twitter

♥ 3.1K     💬 Reply     ⬆ Share

Read 429 replies

Before being suspended, Bauer had been on paid administrative leave since last summer, when a <u>woman in California sought a restraining order against him</u>, alleging that he choked her to unconsciousness and punched and anally penetrated her without her consent during sex, leading to her hospitalization. The Dodgers were obligated to continue paying his three-year, $102 million contract while he was sidelined.

Bauer has denied the California woman's allegations, too, claiming that they had consensual rough sex. A judge denied his California accuser's petition for a restraining order in August, finding that she wasn't clear enough about her boundaries during sex.

The Post also reported last summer that a different <u>woman in Ohio sought a restraining order against Bauer in 2020</u>, during his Cy Young Award-winning season with the Cincinnati Reds. That woman also accused Bauer of choking and striking her without her consent during sex and sending her threatening messages. She cooperated with MLB investigators, too, her lawyer said.

Bauer also has denied that woman's allegations, and the woman withdrew her request for the restraining order after Bauer's lawyer threatened legal action against her, court records and legal correspondence show.

The emergence of a new accuser is the latest chapter in MLB's nearly year-long effort to gain control of a scandal like none it previously faced.

In every previous case in the history of MLB's seven-year-old domestic violence policy, the accused players and their representatives negotiated the lengths of suspension. But with Bauer, MLB officials were tasked with determining the punishment of an unapologetic figure buoyed by favorable legal decisions related to his case.

When the judge denied the restraining order against him last summer, she found that elements of the woman's court petition were "materially misleading." In February, Los Angeles prosecutors declined to charge Bauer, saying they were "unable to prove the relevant charges beyond a reasonable doubt."

Bauer filed defamation lawsuits against two media outlets, Deadspin and the Athletic, that have covered his case. (Both outlets have denied his claims.) And Monday, Bauer sued his California accuser and one of her attorneys. Bauer claimed that the woman's pursuit of a restraining order was part of a scheme to "lure Mr. Bauer into having a rougher sexual experience" and "lay the groundwork for a financial settlement."

During the restraining order hearing, Bauer declined to testify, exercising his Fifth Amendment right to stay silent. But after learning that he would not face charges, he explicitly denied that he punched the California woman during sex or sodomized her without her consent, acts that would be potential grounds for MLB punishment under its abuse policy.

Bauer's denials appear to have motivated the Columbus woman, who said she decided to speak up to support the women he has attempted to publicly brand as liars.

"My hope is that people will see that these girls aren't making this up," she said. "I have no reason to come forward other than to back up what they're saying and to say that, like, this happened to me years ago, before he was anybody."

# 'A very gentle person'

The Columbus woman provided a screenshot of what she says was her first text conversation with Bauer, upon meeting him on a dating app in April 2013. They were in their early 20s; he told her he was in "player development" for the minor league Columbus Clippers. Only after he left her tickets to a game, she said, did she learn he was actually a starting pitcher.

He made four spot starts for Cleveland's big league club that year. After one game in Cleveland, the woman said, he drove immediately back to Columbus so they could watch a DVD from Redbox. "That's the kind of person that he was back then," she said. "He was very sweet, very thoughtful — like a very gentle person. From then on, we were never, like, officially together, but we were together all of the time."

The Columbus woman provided photos depicting moments from their relationship, including of them lying in bed together and one of him eating cereal with apple juice. It was his minor league custom, she said, to not buy milk that would spoil while he was on the road.

The woman said she was in an unhealthy mind-set at the time, including suffering from a severe eating disorder, which she now believes led her to rationalize Bauer's alleged abuse during sex. She liked his company otherwise, she said.

"I think that he enjoyed pushing the limits where he could because he knew that I wasn't able to stand up to him or that I wasn't going to, despite the fact that he knew that wasn't okay," the woman said.

The Columbus woman said Bauer began choking her unconscious during sex without them ever speaking of it first. She said she then told him that she was okay with him choking her "to a certain point," which was when she looked as though she was about to pass out. After he then allegedly choked her to the point of convulsions in January 2014, when they were in a Cleveland hotel after Tribe Fest, the team's fan festival, she said he was apologetic in response to her anger that he had violated what they agreed upon.

But then, she said, he continued to choke her to unconsciousness in ensuing sexual encounters. "He'd kind of push it, and kind of push it, and kind of push it," she said of the choking, "and I'm like, 'Dude, you got to f---ing listen.' "

She said that when Bauer choked her during sex, he would only let go if she "got pissed and was like desperate about it" — or if she passed out, which she said happened dozens of times. The woman said Bauer often recorded their sex, with a GoPro camera mounted on a tripod or sometimes worn on his head. She is in possession of a video, she said, that shows him choking her during sex as she struggled to escape.

The woman's lawyer, Tacopina, said he has viewed the video. "She's clearly struggling to breathe and tapping his arm to let go, and you see her skin color darkening," Tacopina said. They declined to share the video with The Post and said they also have not shared it with MLB, out of fear of it being circulated more widely.

The Columbus woman claimed that at times when she regained consciousness, she found that Bauer was anally penetrating her without consent. She claimed he was referencing such conduct when he texted her July 22, 2014, that he wanted to have sex with her while she was "completely unconscious." The screenshot she shared with The Post does not show what, if anything, she wrote back.

The woman also claimed that after an argument at the movies, they had "hate sex," during which he repeatedly slapped her in the face out of evident anger — one of multiple times she claimed he struck her without her consent.

She said that after sex, she often had an aching throat from being choked or pain in her collarbone caused by the strength of his arm. "We would be having sex and I would just be like in the pillow crying because this isn't fun, I don't enjoy this," the woman said.

Bauer's representatives did not respond on the record to repeated requests for comment on the alleged video and text message, or whether Bauer ever saw the Columbus woman crying during sex.

Like the other women who have publicly accused Bauer of abuse, the Columbus woman's allegations stemmed from his actions during sexual encounters that were initially consensual. She said that only in recent years, as the public discussion of such matters has become more common, did she come to believe that his alleged actions with her violated the rules of consent.

Natalie Nanasi, an associate professor of law specializing in domestic violence at the SMU Dedman School of Law in Texas, said the difficulty of proving a lack of consent "is why you rarely see prosecutions" stemming from allegations of violence during rough sex. She said questions of consent are also complicated by abusers seeking out or creating relationships featuring an imbalance of power: "They pick victims who they see as vulnerable in one way or another."

Nanasi said strangulation — which she said was the accurate term for the activity colloquially known as choking — is an act that can be consensual during sex. But she said that in the case of a man allegedly strangling a sex partner to unconsciousness and then performing sex acts while she is passed out, "that certainly seems like not something she consented to."

MLB's Joint Domestic Violence, Sexual Assault and Child Abuse Policy, adopted in 2015, gives it wide latitude to determine discipline even in those cases where there have been no criminal charges.

The policy defines sexual assault as a "nonconsensual sex act" and states that lack of consent is "inferred" when the victim is "asleep, incapacitated, unconscious or legally incapable of consent." The policy also defines domestic violence as "a pattern of abusive behavior in any intimate relationship that is used by one partner to gain or maintain power and control over another intimate partner." A player can appeal any discipline from MLB to an independent arbitrator.

The Columbus woman said she expects people may not understand why she continued to stay with Bauer as the alleged abuse continued. "I was probably naive back then, but I was like: 'Maybe he doesn't mean to be doing it. This person that I care about, that claims to care about me, too, he wouldn't be purposefully hurting me,' " the woman said. "But now I'm kind of like: 'Yeah, yeah, he was. He knew what he was doing.' "

# A major shift

After Bauer was promoted for good to the majors during the 2014 season, the Columbus woman said, their relationship became more casual, usually consisting of her driving to visit him in Cleveland. And she said his personality shifted as he had more success.

They clashed, she said, after he sent a video of another woman performing oral sex on him. With his profile rising, on the field and online, he started to find sexual partners on social media, which is how he met the other two women who have publicly accused him.

The Columbus woman said that in 2019, after Bauer had been traded to the Cincinnati Reds, he invited her to see him there but suggested that she could return to Columbus the same night.

The woman said that, by then, she was tired of actions that she now felt were demeaning, such as leaving baseball tickets for her under the name "Dog on Leash." (Bauer's representatives did not comment on whether he had ever done that.) And she said she had also begun to realize that she was in "an incredibly toxic and incredibly unhealthy situation" with Bauer. She balked at the idea of having to "drive two hours to have sex I'm going to end up not enjoying," the woman said. They argued over text messages, she said, and she never saw him in person again.

The woman said that after changing cellphones, the only messages with Bauer she still has are those she had made screenshots of over the years, consisting of both good memories and bad.

She acknowledged that in some messages with Bauer that she no longer has access to, she may have referred favorably to being choked. "That doesn't negate the fact that he pushed boundaries I don't want pushed," the woman said, arguing that such messages are irrelevant to sex acts, including choking her unconscious, that she claims occurred without her consent.

Bauer's representatives said in the statement denying the woman's allegations that she had sent "scores" of intimate texts, photos and videos "over the last three years." But the woman said she had little correspondence with him following the argument in the fall of 2019.

She said she texted Bauer on his birthday in 2020, but he didn't respond. The following year, she said, she read about the restraining order against Bauer in California and spent that workday in a "fog," reeling from allegations similar to those she claimed to have experienced, too.

# 'These girls aren't lying'

Within two weeks of the restraining order being filed against Bauer in Los Angeles Superior Court, records and interviews show, MLB's attorneys and investigators were chasing down leads concerning other women believed to have similar allegations.

But those who have gone public with allegations against Bauer have faced financial exposure and public humiliation. In August, after The Post revealed the existence of a previous order of protection filed against Bauer in Ohio, Bauer claimed her allegations were part of an extortion attempt and released hundreds of her text messages on Twitter. (That woman and her lawyer have denied any financial motive in seeking her order of protection.)

Also that month, during a four-day hearing in the California woman's efforts to secure a restraining order, Bauer's attorneys questioned that woman about past sex partners and introduced text messages they claimed were evidence of her alleged plot to extract a financial settlement, which she has denied.

As she followed the coverage of the restraining order hearing, the Columbus woman began to feel an obligation to share her story. "I feel like I didn't speak out when it was happening in the past; I kept it really quiet," she said of Bauer's alleged abuse. "And so I feel like I could have prevented it from happening to other people if I spoke out then and I didn't."

After the judge denied the California accuser's petition for a restraining order, the Columbus woman sent her a private Instagram message saying that she believed her — because the same things had happened to her.

Shortly afterward, she said, she had a phone conversation with MLB attorneys in which she shared her allegations. She also decided to tell her story publicly in The Post.

"You can only call so many women crazy before people are like, 'But, hey, what's the common theme here?' " she said of Bauer. "And it's you."

She's scared of what comes next, the woman said, especially after Bauer's lawsuit this week against his accuser in California. She fears that Bauer will publicly release intimate text messages from her. But the woman said such tactics won't deter her.

"Now I feel that I need to speak out and back up what they're saying because my experience with him goes back so far," the Columbus woman said of the other accusers. "And it kind of just proves, like: 'Hey, these girls aren't lying. They're not looking for something. They're telling the truth.' "

*This story has been updated.*

# EXHIBIT 4

6/7/23, 8:1...
Case 8:22-cv-00868-JVS-ADS   Document 114-4   Filed 06/08/23   Page 47 of 72   Page ID
#:3548
Trevor Bauer has 3rd accuser come forward after 2-year MLB suspension

News    Finance    **Sports**    More ⌄

Search                                                                            Sign in

 **BREAKING NEWS:**    **Lionel Messi has reportedly decided to join Inter Miami of MLS this summer**

**yahoo!**sports

# Trevor Bauer has 3rd accuser come forward after 2-year MLB suspension

**Jack Baer**
Staff writer
Fri, Apr 29, 2022  · 8 min read

⬆    💬 62

Scroll back up to restore default view.

*Clarification*: This story has been updated with corrected details regarding the ruling in Trevor Bauer's restraining order hearing.

*Warning: The following article contains graphic allegations of domestic violence and sexual assault.*

A third woman has accused Trevor Bauer of sexual assault, the same day the Los Angeles Dodgers pitcher was hit with an unprecedented two-year suspension for violations of MLB's domestic violence and sexual assault policy.

Before Friday, Bauer had been publicly accused by two differe... choking them to unconscious during consensual sex and... them while they were out. The third accuser claimed to The W... Post he did the same to her several times during a years-lon... relationship.



News Finance **Sports** ⌄   ✉   Sign in

her allegations and is willing to testify against Bauer in his appeal of MLB's suspension.

Soon after the woman's account was published, Bauer tweeted a statement from his representatives denying the allegations, accusing the woman of trying to extort him and claiming the Post reporter called him "the Harvey Weinstein of baseball." The full statement can be read below.



Bauer has not pitched in an MLB game since June 28, 2021, having been placed on administrative leave after his first accuser came forward and requested a temporary restraining order. The Los Angeles County district attorney's office declined to press charges against Bauer over the allegations, but a player does not need to be charged to be punished by MLB.

Bauer has since sued his first accuser and two media outlets — Deadspin and The Athletic — over claims of defamation. According to the Post, the second accuser withdrew her request for a restraining order a... lawyer threatened her with legal action, but has cooperated w...

**Trevor Bauer's 3rd accuser**

This accuser, who lives in Columbus, claims to have met Bauer... app while he was still a minor leaguer in the Cleveland Guardi... organization, The Post reported. She claims he choked her to...

denied committing any violation



News    Finance    **Sports**    ⌄          Sign in

The woman said she consented to being choked, but only up to the point where she looked like she was about to lose consciousness. At one point, the woman said she was choked to the point of convulsions while the two were at Cleveland's fan festival, The Post reported.

She is reportedly in possession of video of herself struggling to breathe as Bauer chokes her during sex, but declined to share it with the Post or MLB due to concerns of it leaking:

> She said that when Bauer choked her during sex, he would only let go if she "got pissed and was like desperate about it," or if she passed out, which she said happened dozens of times. The woman said Bauer often recorded their sex, with a GoPro camera mounted on a tripod or sometimes worn on his head. She is in possession of a video, she said, that shows him choking her during sex while she struggled to escape.

> The woman's lawyer, [Joe] Tacopina, said he's viewed the video. "She's clearly struggling to breathe and tapping his arm to let go, and you see her skin color darkening," Tacopina said. They declined to share the video with The Post and said they also have not shared it with MLB, out of fear of it being circulated more widely.

The woman also reportedly claims to have regained consciousness with Bauer anally penetrating her without her consent, citing a text message she received from him on July 22, 2014:

> "I want to f*** you while you're completely unconscious."

The relationship allegedly continued until 2019, when Bauer was traded to the Cincinnati Reds and the woman said she balked at the idea of having to "drive two hours to have sex I'm going to end up not enjoying." She claims they also argued over him sending her video of another woman performing oral sex on him and tired of being demeaned in ways like having tickets left for her under the name "Dog on Leash."

In response to the allegations, Bauer posted what he said are of his text messages with the woman.

He objected to her describing "a fight" as ending their relatio... she is seen sending him a message reading "Let me know whe... enough to not be shoved out the door immediately after." She...

denied committing any violation



News Finance **Sports** ⌄   ✉   Sign in



Trevor Bauer has had three women accuse him of strangling them to unconsciousness. (Photo by Kiyoshi Mio/Icon Sportswire via Getty Images)

The allegations are similar with what the other two woman have claimed about Bauer.

The first accuser, who lives in California, claims to have connected with Bauer for consensual sex twice in 2021, with both times resulting in her being choked to unconsciousness. In the first encounter, she says she woke up to him anally penetrating her, which she said she did not consent to. The second time, she says she woke up to him punching her in the head.

The accuser's restraining order was lifted after a judge denied a permanent order, ruling Bauer had honored the accuser's boundaries as she had set them and the accuser was "materially misleading" with an omission of certain text messages, including "get a couple of slaps in there" and "give me all the pain" in her filing for the temporary order.

The second accuser, who lives in Ohio, sought a protective order in 2017 after allegedly receiving threats from Bauer following an incident in which she claims she showed police photos of her blood-reddened eyes, which she said were from being non-consensually choked to unconsciousness.

Both cases, and Bauer's all-out denials and reprisals, reported[...] third accuser to come forward despite her own fears of retali[...]

From the Post:

> "You can only call so many women crazy before people a[...]
> hey, what's the common theme here?'" she said of Bauer[...]

denied committing any violation



The full statement from Bauer's representatives:

> "Mr. Bauer unequivocally denies the false and defamatory allegations made in The Washington Post. Throughout our interactions, Gus Garcia-Roberts has continued to ignore and failed to thoroughly investigate any information contrary to his intended narrative."

> As it relates to the Columbus woman, we had a casual and wholly consensual sexual relationship from 2013-2018 that began during my time with Triple-A Columbus Clippers. We primarily saw each other in 2013-2014 and we met maybe 1-2x per year after that until 2018. We met for sex the majority of times we saw each other, primarily in 2013, early 2014 and last in 2018. None of our meetings ever involved a single non-consensual, let alone illegal, act. In fact, she is the one who introduced me to choking, both in our relationship and as a consensual act during sex.

> The incidents she detailed to the Washington Post – and specifically the one that involved non-consensual choking in which she claims to have convulsed and woken up on a hotel floor – absolutely never occurred, in any capacity. Additionally, at no point during sex or otherwise did I ever hit her.

> Since 2019 alone, this woman has sent me 139 sexually explicit photos and videos in which she is self-performing various acts and self-penetrating with various objects, often saying things like "wish this was you". Across hundreds of messages during this period, she also requested on numerous occasions the various acts which she now claims, for the first time, were problematic. For example, writing "just fuck my ass and choke me… that's all I want" and "will you fuck me with [anal beads] in… it would be fun to try… and I want you to film it". Given the explicit contents of these messages, I do not plan share them in their entirety.

> Despite claiming to the Washington Post that she did no[t] to me after a "fight" in 2019 — which involved her wanti[ng to] visit me for sex and me asking if she planned to stay the[re] not because I wasn't sure if she had work the next day, a[nd] took offense— this woman has continued to contact me[ in] 2021 to share additional unsolicited sexually explicit vide[os]

denied committing any violation

News Finance **Sports**

Sign in



*since the non-existent "fight".*

*Following these messages with no response, the woman hired a lawyer who attempted to solicit a financial settlement on October 19, 2021 in exchange for resolving her "issue" and not to speak with MLB. I refuse to be extorted and declined.*

*Upon Gus Garcia-Roberts reaching out with the usual fire drill deadline, my representatives made him, his editor and WP legal counsel aware of a wealth of information contrary to what was alleged and again questioned his motivations and the pattern of unethical conduct he has exhibited since July. After spending 10 months looking into my sex life, he spent at most 3.5 days looking into any contrary information that didn't align with the narrative he already decided on. Since July, Gus has referred to me as the "Harvey Weinstein of baseball" among other similar references. He has continued to pursue anything — regardless of evidence, corroboration, contrary information or motives — that he can force into supporting this concept while ignoring everything that contradicts that notion.*

ADVERTISEMENT

denied committing any violation

News    Finance    **Sports**          ✉    Sign in

ADVERTISEMENT

ADVERTISEMENT

denied committing any violation

ADVERTISEMENT

ADVERTISEMENT

denied committing any violation

ADVERTISEMENT

ADVERTISEMENT

denied committing any violation

News   Finance   **Sports**   ✉   Sign in

denied committing any violation

Case 8:22-cv-00868-JVS-ADS   Document 114-4   Filed 06/08/23   Page 57 of 72   Page ID
#:3558

y! sports                                           News  Finance  **Sports**  ⌄        ✉    Sign in

denied committing any violation

# EXHIBIT 5

**Person Filing:** JANE DOE 3

**Address (if not protected):** JANE DOE 3

**City, State, Zip Code:** JANE DOE 3

**Telephone:** JANE DOE 3

**Email Address:** JANE DOE 3

**Lawyer's Bar Number:**

JEFF FINE
Clerk of the Superior Court
By Teresa Varela, Deputy
Date 12/14/2022 Time 17:03:03

| Description | Amount |
|---|---|
| -------- CASE# CV2022-016483 -------- | |
| CIVIL NEW COMPLAINT Clerk's Us | 333.00 |
| ----------------------------- | |
| TOTAL AMOUNT | 333.00 |
| Receipt# 29053172 | |

Representing ☒ Self, without a Lawyer  or  ☐ Attorney for  ☐ Petitioner  OR  ☐ Respondent

# SUPERIOR COURT OF ARIZONA
# IN MARICOPA COUNTY

JANE DOE 3

Name of Plaintiff

Trevor Andrew Bauer

Name of Defendant

**Case Number:** CV2022-016483

**Title:** **CIVIL COMPLAINT**

Plaintiff hereby submits this complaint against Defendant(s) and alleges the following:

### JURISDICTION and VENUE

1.   Maricopa County Superior Court has the legal authority to hear and decide this case because: *(Check all boxes that are true.)*

    ☒ The value of this case exceeds $10,000 dollars.

    ☒ Replevin or other nonmonetary remedy will take place in Maricopa County.

    ☒ The Plaintiff resides in Maricopa County.

    ☐ The Defendant resides in Maricopa County.

    ☒ The Defendant does business in Maricopa County.

    ☒ The events, actions, or debts subject of this Complaint occurred in Maricopa County.

    ☐ Other reason:

Case Number: _____

## DISCOVERY TIER

2.   Pursuant to Arizona Rules of Civil Procedure, Rule 26.2 (c) (3), the Court should assign my case to the following tier based on the amount of damages I request.

☐ Tier 1 = Actions claiming $50,000 or less in damages.

☐ Tier 2 = Actions claiming more than $50,000 and less than $300,000 in damages,

OR  Actions claiming nonmonetary relief.

☒ Tier 3 = Actions claiming $300,000 or more in damages.

## PARTIES

3.   The Plaintiff in this case is __JANE DOE 3__

4.   The Defendant in this case is _Trevor Andrew Bauer_

## STATEMENT OF FACTS AND BREACH

5.   Assualt and sexual assualt from 2020 to 2021.

6.   The Defendant sexually assaulted me twice against my concent December 2020.

7.   The Defendant strangled me on or around November 2020.

8.   The Defendant held me at knife point on or around December 2020

9.   The Defendant slapped and strangled me in December 2020

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

CVC10f 070118

Case Number: _____

10. The Defendent threw me on my computer, breaking it in March 2021.

(If you need more space, add an attachment labeled "Statement of Facts and Breach," and continue consecutive numbering.)

## APPLICABLE LAW SUPPORTING CLAIMS

(  ) AZ; ARS 13-1406 A.

_____

(  ) AZ; ARS 13-1203

_____

(  ) _____

_____

(  ) _____

_____

(  ) _____

_____

(  ) _____

_____

(If you need more space, add an attachment labeled "Applicable Laws Supporting Claims," and continue consecutive numbering.)

## INJURIES

(  ) Physical and emotional trauma. Psychological abuse. Physical injuries.

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

Page 3 of 4

CVC10f 070118

(    ) _____

      _____

(    ) _____

      _____

(    ) _____

      _____

(    ) _____

      _____

(If you need more space, add an attachment labeled "Injuries," and continue consecutive numbering.)


## DEMAND FOR RELIEF


**WHEREFORE**, Plaintiff demands judgment against defendant(s), and each of them (if applicable) for the following dollars, interest, costs and expenses incurred herein, **or** non-monetary remedy, including reasonable attorneys' fees, and for such other and further relief as the Court may deem just and proper.

(    ) 3,690,000 $ ordered to the Plaintiff.

      _____

(    ) ~~Public~~ apology to ~~other~~ any women the Defendant

has sexually humiliated) & abused against their

(    ) consent.

      _____

(    ) _____

(If you need more space, add an attachment labeled "Demand for Relief," and continue consecutive numbering.)


Dated this _14 December 2022_.
               *(Date of signature)*

# JANE DOE 3

     *(Signature of Plaintiff or Plaintiff's Attorney)*


© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED      Page 4 of 4      CVC10f 070118

# EXHIBIT 6

**Person Filing:** JANE DOE 3

**Address (if not protected):** JANE DOE 3

**City, State, Zip Code:** JANE DOE 3

**Telephone:** JANE DOE 3

**Email Address:** JANE DOE 3

**Lawyer's Bar Number:** _____

**Representing** ☒ Self, without a Lawyer  or  ☐ Attorney for  ☐ Petitioner  OR  ☐ Respondent

CLERK OF THE SUPERIOR COURT
FILED
V. SATURNINO, DEP
2023 FEB -1  PM 3:41
FOR CLERK'S USE ONLY

# SUPERIOR COURT OF ARIZONA
# IN MARICOPA COUNTY

JANE DOE 3

Name of Plaintiff or Petitioner

TREVOR ANDREW BAUER

Name of Defendant or Respondent

**Case Number:** CV2022-016483

**Title:** AMENDMENT

Explain what you want the Court to order. The Judge may grant, deny, or change your request (or "motion").  A ruling will be issued by "minute entry."

TITLE 13 was noted in error of applicable law to support claims. Amending Civil Suit with applicable law: ARS 12-542.

Providing supplemental Statement of Facts and Breach (attached).

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

GN10f-040517

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**Today's Date:** *1 Feb 2023*

# JANE DOE 3

*Your signature*

Page 2 of 3

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

GN10f-040517

Case No. CV2022-016483

# This page must be completed and attached to the LAST page of your Motion/Request

[X] I filed the ORIGINAL of the attached document(s) with the Clerk of the Superior Court in Maricopa County on:   2   1   2023   .

                                Month        Date        Year

[ ] I mailed/delivered a COPY of the attached document(s) to the Judicial Officer assigned to my case, Judge (or Commissioner): _____ , on

_____
Month        Date       Year                (Judicial Officer assigned to your case)

[X] I mailed/delivered a COPY of the attached document(s) on this date:

2   1   2023   To: *Defendant*
Month      Date      Year

***(You must mail a copy of all documents to the other side and his/her lawyer)***

TREVOR ANDREW BAUER
Name of Other Side                       Name of Other Side's Lawyer

7863 E. McCLAIN DR
Address                                 Lawyer's Address

SCOTTSDALE, AZ, 85260
City, State, Zip                            City, State, Zip

**By signing below, I state to the Court, under penalty of law, that the information stated on these pages is true and correct to the best of my knowledge and belief.**

**I further state that I have filed/mailed the attached document(s) as shown above. I understand that if I do not file/mail the attached document(s) as shown above, the judge in my case will not read my request/motion.**

# JANE DOE 3

Your signature

Page 3 of 3

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

GN10f-040517

11/04/2020

The Defendant Trevor Andrew Bauer "snapped", grabbing me by my forearms, forcefully pushed me out of the residence located at 10527 E. Fanfol Ln, Scottsdale, AZ 85258. The Defendant locked me outside while indecent, without my car fob, shoes, wallet, phone, and purse after my lack of response and confusion in his multiple demands of me to "Hit him!" as he gestured to his face in his second demand. Upon re-entry, the Defendant slams my back against the wall and begins to choke me after attempting to understand what happened. The Defendant chokes me with one hand and the other pinning me against the wall. Whilst on my tip toes in attempt to offset the strangulation and my hands trying to escape, the Defendant stared and intimidated me dead in the eyes without word nor acknowledging my desire to physically break free. The Defendant severely impeded my breathing, caused physical harm as he further intimidated and humiliated me. As I barely began to gasps for air, I was able to free my right hand and jabbed my thumb nail into his thumb nail. The Defendant did not react whatsoever, not in pain nor did he blink. Once he realized he was bleeding, he spoke acknowledging it "You drew blood". He pressed his thumb and index finger together and dripped his blood onto my blouse* as if to mark me before unhanding me. *Incident documented, meta data available. Blouse collected in process of forensic evidence at crime lab. A.R.S. § 13-3601; ARS 12-542.

11/30/2020

Upon rising forward out of bed the Defendant, Trevor Andrew Bauer, forcefully grabbed me by my hair, snapped my head back, and held on to it holding me in the vulnerable position where it was extremely difficult to breathe. What the Defendant did could be described as whiplash. As I was then able to barely raise my head to release my hair from his closed fist, the Defendant caught me off guard and once again snapped my head back by yanking my hair. The Defendant immediately and with violence, pushed me out of bed by means of pushing my head with such force I went forward*. Some of my hair came out and was on the bed. I was not comfortable to discuss this over phone as it was humiliating and painful. I told the Defendant the next time we spoke in person, I did not like that and it made me feel less-than and which I am not. The Defendant had acknowledged his intentional harm of me. This incident happened at the residence located at 10527 E. Fanfol Ln, Scottsdale, AZ 85258. *incident documented, meta data available. A.R.S. § 13-3601; ARS 12-542.

December/2020

While going to sleep before dawn, the Defendant wanted to tell me a promise. The Defendant said, "Adanna? I promise I will never physically hurt you, but I can't promise that I won't hurt your feelings." The Defendant lied. I woke in the morning, very fragile, and was not feeling well.

1

I texted the Defendant to come upstairs from working to spend time with me. When I needed
to leave the room to get water downstairs, the Defendant placed me in a grappling hold,
pinning me down on the bed. I beg him repeatedly to release me, that he was hurting me and I
believed I was going to pass out and needed water. The Defendant began to laugh, not allowing
me to leave the room while still grappling me. I went silent and physically spent. After a few
moments, the Defendant released me and I ran down stairs.

12/12/2020

I arrived at the residence located at 10527 E. Fanfol Ln, Scottsdale, AZ 85258. The Defendant
made dinner. I had sat on the Defendant's lap while we shared a plate and watched UFC. The
Defendant swiftly caught me off guard and held me at knife point. The Defendant placed his
jagged steak knife to my throat. I was stunned and did not dare to move. The Defendant asked
me, "Have you ever been held at Knife point?" to which I hesitantly respond, "No..". The
Defendant took a deep breath in and exhaled. The Defendant's steak knife scratched my throat
as he released me and I got up from his lap. A.R.S. § 13-3601; ARS 12-542.

12/13/2020 - I had texted the Defendant to come upstairs and asked for an ibuprofen as I had a
headache. The Defendant gave me two tiny light blue pills to take. I had asked what it was in
which the Defendant told me "it was just Tylenol". I took one as I do not like to take medication,
ever. After taking one pill, I was grew immensely tired and heavy, and not able to wake until
5:00 PM. When the Defendant came upstair to rest next to me. I later learnt, he gave purposely
gave me Tylenol PM Extra Strength Sleeping pills. Around the next hour or so, I was standing at
the balcony and viewing the moon, taking in fresh air to wake up. The Defendant came over
behind me and I rested my head on the Defendant's chest. The Defendant began to smother me
with his arms only to progress it into a chokehold. I tried to get out of his chokehold but
absolutely could not. I called his name to stop but he disregarded me without word or action. I
was nor longer able to speak. The last account I recall is tapping his forearm and next the the
Defendant telling me it is time for us to go before. This incident happened at the residence
located at 10527 E. Fanfol Ln, Scottsdale, AZ 85258. *incident documented, meta data available.
A.R.S. § 13-3601; ARS 12-542.

12/14/2020

On night of 12/13/2020, the Defendant, Trevor Andrew Bauer, had another fuss that I had
"rejected" him and I was going to tell people "how I rejected Trevor Bauer" but I "reached out"
to him even if unintentional. The Defendant then went on to tell me he was to end his intimate
situation-ship with his agent, a woman named Rachel Luba and another woman he has an on

2

and off situation with of six years. As the Defendant held me outside, he told me in a resentful
tone, I am "Out of his league". In bed, I wanted to acknowledge his plights of rejection. To start
a dialogue on it, I had asked the Defendant why he hadn't really come onto me. He asked if I
wanted to in which I said I didn't know. The Defendant vigorously sat up and asked if that's a
yes. I was uncomfortable and answered I don't know. As I was answering, the Defendant began
pulling my top over my head, removing my bra and panties without my consent. The Defendant
yanked me down to my back. The Defendant started to perform aggressive oral sex on me. I
was shocked and tried to close my legs several times but the Defendant kept prying them open
and swatting my hand away, to the point I gave up and hoped it will end soon. The Defendant
then repeatedly tried to penetrate me without a condom to which I tried to stop him.
Eventually, told the Defendant to stop and go get a condom as a means to have separation. The
Defendant now had stopped and got out of bed. I immediately sat myself up and closed my legs
in shock. I told the Defendant I was not ready for all of this but the Defendant intentionally
disregarded my consent whilst messing around with his condom at the bedside getting ready as
to still push intercourse. I repeated to the Defendant again my lack of consent and told him I'm
not ready as I was also vaginally dry, not turned on. The Defendant took that as an "in" to rip
my legs apart and begin spitting on my vagina while forcing his nails in me! He then got in the
bed and pulled me down. The Defendant begin to chock me out. He was crazy. In fear i tried to
stop him by clutching onto his inclosed fist around my neck while pinning me. To my surprise I
was able to stop him and told him I'm not ready. He stopped and said OK, that I have to tell him
and I exclaimed I did try. I believe it was over but the Defendant began forcing himself into me
again, violently. The Defendant flipped me over, slapped me every which way on my
back/backside that he could make contact with. I was screaming extremely loud I thought and
hopped the neighbors would hear me and call the police to help me. The Defendant pushed my
head into the pillow to quiet me all while saying how beautiful I am. The Defendant was violent.
The Defendant then takes my butterfly braids and uses them as rope to choke me unconscious
with my hair.* When I was conscious yet delirious, I recall being on my back while hearing the
Defendant yell unusual sounds/moaning. Not understanding what happened I recall asking if
finished, to which the Defendant said, "Yes.." as if he was confused. I immediately asked where
was the condom. It was no where to be found and I had believed the Defendant removed it.
The Defendant opened my legs and painfully rammed his fingers in my vagina as if he was
looking for a nickel that fell between his driver's seat! The Defendant RAPED me; violently. The
Defendant had his way with me with disregard of my dignity, my temple, and lack of respect for
his own self. I believe the Defendant did this out his constant triad of complaints that there was
a power dynamic between us. The Defendant RAPED me to enforce power and control over me.
When I went to the washroom and turned the light on, I saw the Defendant had marked my
body up I could not bear look at myself. When I came out of the washroom, the Defendant
looked pitiful, claiming he "put me in a bad situation and he shouldn't have". I believe he was
talking about himself. He wouldn't allow me to leave and made me promise to stay and forcing
me to verbally tell him I am OK while he leaned over me as I laid with his hand wrapped my

3

arm. The Defendant had me tell him my last missed period which I did by opening up my app tracker. The Defendant had me answer various and intrusive questions. In the morning I quietly called for my nurse outside. I came back upstair and quietly packed my things and woke the Defendant up that I am leaving. The Defendant grabbed my arm as I was walking out and had me promise I would stay in contact with him before he let me go. *incident documented, meta data available. A.R.S. § 13-3601; A.R.S. § 13-1404; A.R.S. § 13-1406; ARS 12-542.

12/15/2020

The Defendant alleged he was worried about me and the situation* (RAPE) (via text) with concerns of the impact this has on his life. He disregard the physical and psychological turmoil that was to follow on my life at his hands. For several days I was bed ridden, my body, along with my scalp, neck, and head were in pain. *documentation, meta data; medical records severe vaginal pain, x-ray injury to neck.

12/21/2020

I was going forward through a four-way stop, before entering my condominium. A white male wearing a ski mask*, driving a truck similar to the Defendant's truck, turned quickly to follow behind me as he tailgated me. He chased me as I began to speed up. I turned into the condominium and found myself backed in by the truck. He turned his high beams on me so that I would not be able to see him; I saw his hand. I pressed on my horn as he got out of his truck and approached me. He ran back and unblocked me. I drove to CVS and called the Scottsdale PD. *media available.

January/2021

As a result of being RAPED by the Defendant, Trevor Andrew Bauer, I became pregnant and trapped. The Defendant began revealing even more controlling, manipulative, and calculative behaviour. I had brought paperwork from my medical visits. When I met with the Defendant at his facility as his friends in town were getting ready to leave. I wanted to discuss the rape and then how I think I've fallen pregnant I took test and did not get consistent results and wanted him to take one with me as I was scared. The Defendant said he already knew I was pregnant and that he knew all long since 12/14/2020. I was emotionally sick and very afraid and extremely anxious to tell him. The Defendant immediately punished me for becoming pregnant by telling me our discovery flight is now cancelled! Now I was even more afraid to confront the Defendant as I know he does not like any sense of criticism. I began to discuss what the

4

Defendant did to me on 12/14/2020. I told the Defendant he really hurt me and it wasn't OK. As I am explaining, he minimizes, pulls me in, begins laughing that he's sorry and kisses me. I pulled away as it was not funny I understood he did not want to hear about it. I told him I brought some paperwork from my appointment and gave it to him. The Defendant pushed them away from me with an adverse reaction that he did not what to look at anything. The Defendant proceeded to tell me we cannot keep record of anything and that we must keep this private between only him and I — that we are in this together and he will take care of me, he will provide for me financially and for me to to seek the best medical treatment, just don't buy a jet. I asked if he was going to tell his mum and dad and I will have to tell mine too. The Defendant grabbed me by my chin and told me to look at him, look at him, as he said over his dead body will he ever tell anyone and sweared. I became afraid and concerned as the message was clear I was not to do so either. The Defendant followed by telling me he has a secret that only he knows. It was eery. In the facility, the Defendant hugged me and let me know he knows "I am not going to tell anyone about what happened, I am a kind person and a Christian. I wouldn't try to come after him, right." I told the Defendant I wouldn't. I felt I had to make this better; I had to make it work.


1/16/2021

The Defendant berated me on the phone. The Defendant was punishing me and I still couldn't process the RAPE for what it was as I was shut down about it and was masking it. I fell into a severe mental health crisis I ended up in the hospital as a way for help. The Defendant on his own account, recognized at the time how I was emotionally fragile* yet was grossly negligent. *documentation available.


1/17/2021

The Defendant began to emotionally accost me over the phone. The Defendant told me I am just like his mother* and I don't trust him and need to, that we have absolutely nothing in common to even have this relationship with a child. *text msg recounting this followed.


3/25/2021

The Defendant invited himself into my home, gaslit me as he recorded me. Later in my bedroom, the Defendant disrobes himself without care while my bedroom windows are wide open for all to see. Knowing I am pregnant, the defendant body slams me on my back on top of my computer breaking the screen* before telling me he will no longer be in a relationship with

5

me if I have this baby. *text to Bauer regarding breaking my computer. ARS § 13-402; ARS
12-542.