1  Christopher P. Wesierski [Bar No. 086736]
    *cwesierski@wzllp.com*
2  Michelle R. Prescott [Bar No. 262638]
    *mprescott@wzllp.com*
3  Eileen Spadoni [Bar No. 133259]
    *espadoni@wzllp.com*
4  Brett A. Smith [Bar No. 322707]
    *bsmith@wzllp.com*
5  WESIERSKI & ZUREK LLP
   29 Orchard Road
6  Lake Forest, California 92630
   Telephone: (949) 975-1000
7  Facsimile: (949) 756-0517

8  Bryan J. Freedman, Esq. (SBN: 151990)
    *bfreedman@ftllp.com*
9  Jesse A. Kaplan, Esq. (SBN: 255059)
    *jkaplan@ftllp.com*
10 FREEDMAN + TAITELMAN, LLP
   1801 Century Park West, 5th Floor
11 Los Angeles, California 90067
   Telephone: (310) 201-0005
12 Facsimile: (310) 201-0045

13 Attorneys for Defendant and Counterclaimant
   Lindsey C. Hill
14

15                    UNITED STATES DISTRICT COURT

16         CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

17

| | |
|---|---|
| 18 TREVOR BAUER, | Case No. 8:22-cv-00868 JVS (ADSx) |
| 19        Plaintiff, | Assigned to: Judge James V. Selna<br>Referred to: Magistrate Judge Autumn D. Spaeth |
| 20        vs. | **DISCOVERY MATTER: DECLARATION OF LINDSEY C. HILL IN OPPOSITION TO BAUER'S MOTION FOR A PROTECTIVE ORDER AND TO QUASH THIRD PARTY SUBPOENAS** |
| 21 | |
| 22 LINDSEY C. HILL AND NIRANJAN FRED THIAGARAJAH, | |
| 23        Defendant. | |
| 24 | [Joint Stipulation; and Declaration of Jesse Kaplan filed concurrently] |
| 25 LINDSEY C. HILL, | |
| 26        Counterclaimant, | Date:          June 28, 2023 |
| 27        vs. | Time:          10:00 a.m.<br>Magistrate Judge: Autumn D. Spaeth |
| 28 | Courtroom:          6B |

                    DECLARATION OF LINDSEY C. HILL

1   TREVOR BAUER,

2              Counterdefendant.

3

4

Action Filed: April 25, 2022
Discovery Deadline: September 1, 2023
Pretrial Conference:  January 22, 2024
Trial Date: February 13, 2024

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF LINDSEY C. HILL

## **DECLARATION OF LINDSEY HILL**

I, Lindsey C. Hill, declare as follows:

1.      I am over the age of 18, and I have personal knowledge of the facts stated herein and, if called to testify, I could and would testify competently to them.

2.      I am aware that Major League Baseball ("MLB") undertook an investigation of Trevor Bauer.  I actively participated in MLB's investigation of Bauer. I am also aware that Bauer commenced an arbitration proceeding to appeal his suspension by MLB. I also actively participated in that Arbitration.

3.      In 2021, I came into contact with JANE DOE 4   Between 2021 and the present, I have spoken to JANE DOE 4 on numerous occasions by telephone about her prior interactions with Bauer.  During those numerous phone calls, JANE DOE 4 disclosed both her name and certain details about her sexual encounters with Bauer.  JANE DOE 4 also disclosed that she was one of the victims that had come forward to the Washington Post and that one of the Washington Post articles reported on her encounters with Bauer.

4.      For example, JANE DOE 4

5.      JANE DOE 4

1

DECLARATION OF LINDSEY C. HILL

1  JANE DOE 4

2      6.     JANE DOE 4

3

4      7.     JANE DOE 4

5

6

7

8

9

10

11

12

13

14     8.     JANE DOE 4

15

16     9.     I continued to speak with <sup>JANE DOE 4</sup> after MLB began investigating Bauer

17  through the MLB arbitration.   <sup>JANE DOE 4</sup> told me that she cooperated with MLB, and

18  voluntarily testified about her sexual encounters with Bauer at the MLB arbitration.

19  JANE DOE 4

20

21

22

23

24     10.    In 2021, I came into contact with JANE DOE 2     Between 2021 and

25  the present, I have spoken to <sup>JANE DOE 2</sup> on many occasions by telephone about her

26  prior interactions with Bauer.   During those numerous phone calls, <sup>JANE DOE 2</sup>

27  disclosed her name and certain details about her sexual encounters with Bauer.

28  <sup>JANE DOE 2</sup> also disclosed that she was one of the victims that had come forward to the

DECLARATION OF LINDSEY C. HILL

1    Washington Post and that one of the Washington Post articles reported on her

2    encounters with Bauer.

3         11.    For example, JANE DOE 2

4

5

6

7         12.    JANE DOE 2

8

9

10

11

12

13

14

15

16

17

18         13.    JANE DOE 2

19

20         14.    JANE DOE 2

21

22

23

24         15.    After the MLB investigation of Bauer began, I also spoke with JANE DOE 2

25    about her participation in the MLB investigation.   JANE DOE 2 told me that she had

26    spoken to MLB about her sexual encounters with Bauer.

27    / / /

28    / / /

3

DECLARATION OF LINDSEY C. HILL

1      I, declare under penalty of perjury under the laws of the United States of America

2 that the foregoing is true and correct. Executed this 6th day of June, 2023, at Nashville,

3 Tennessee.

4

5 _____

6 Lindsey C. Hill

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF LINDSEY C. HILL