# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| TREVOR BAUER,<br><br>      Plaintiff,<br><br>vs.<br><br>LINDSEY C. HILL AND NIRANJAN FRED THIAGARAJAH,<br><br>      Defendants. | Case No. 8:22-cv-00868-JVS-ADS<br><br>**[PROPOSED] ORDER ON PLAINTIFF/ COUNTERCLAIM DEFENDANT TREVOR BAUER'S MOTION FOR SANCTIONS FOR WITNESS TAMPERING**<br><br>Judge:  Hon. James V. Selna<br><br>Date: July 24, 2023<br>Time: 1:30 p.m.<br>Ctrm: 10C<br><br>Action Filed:     April 25, 2022<br>Trial Date:       February 13, 2024 |

Plaintiff/Counterclaim Defendant TREVOR BAUER's Motion for Sanctions for Witness Tampering under the Court's inherent powers came on for hearing on July 24, 2023 in Courtroom 10C of the above-entitled Court. Having considered the papers submitted by the parties in support of and in opposition to Mr. Bauer's Motion, the argument of counsel at the hearing, and all other pleadings and papers on record in this matter, the Court finds that Ms. Hill tampered with several witnesses and dismissal is the appropriate sanction. Therefore, Mr. Bauer's Motion is **GRANTED** and the Counterclaim Complaint is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**.

DATED: _____

_____
James V. Selna
United States District Judge