1  Christopher P. Wesierski [Bar No. 086736]
   cwesierski@wzllp.com
2  Michelle R. Prescott [Bar No. 262638]
   mprescott@wzllp.com
3  Eileen Spadoni [Bar No. 133259]
   espadoni@wzllp.com
4  Brett A. Smith [Bar No. 322707]
   bsmith@wzllp.com
5  WESIERSKI & ZUREK LLP
   29 Orchard Road
6  Lake Forest, California 92630
   Telephone: (949) 975-1000
7  Facsimile: (949) 756-0517

8  Bryan J. Freedman, Esq. (SBN: 151990)
   bfreedman@ftllp.com
9  Jesse A. Kaplan, Esq. (SBN: 255059)
   jkaplan@ftllp.com
10 FREEDMAN + TAITELMAN, LLP
   1801 Century Park West, 5th Floor
11 Los Angeles, California 90067
   Telephone: (310) 201-0005
12 Facsimile: (310) 201-0045

13 Attorneys for Defendant and Counterclaimant
   Lindsey C. Hill
14

15

                     UNITED STATES DISTRICT COURT
16
           CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION
17

| | |
|---|---|
| TREVOR BAUER,<br><br>    Plaintiff,<br><br>vs.<br><br>LINDSEY C. HILL AND NIRANJAN FRED THIAGARAJAH,<br><br>    Defendant.<br><br>LINDSEY C. HILL,<br><br>    Counterclaimant,<br><br>vs. | Case No. 8:22-cv-00868 JVS (ADSx)<br><br>Assigned to: Judge James V. Selna<br>Referred to: Magistrate Judge Autumn D. Spaeth<br><br>**DISCOVERY MATTER: SUPPLEMENTAL DECLARATION OF JESSE A. KAPLAN IN SUPPORT OF MOTION TO COMPEL**<br><br>[Supplemental Memorandum filed concurrently]<br><br>Date:            June 28, 2023<br>Time:            10:00 a.m.<br>Magistrate Judge: Autumn D. Spaeth<br>Courtroom:       6B<br><br>Action Filed: April 25, 2022 |

DECLARATION OF JESSE A. KAPLAN IN SUPPORT OF MOTION TO COMPEL

| | | |
|---|---|---|
| 1 | TREVOR BAUER, | Discovery Deadline: September 1, 2023 |
| 2 | Counter-defendant. | Pretrial Conference: January 22, 2024 |
| 3 | | Trial Date: February 13, 2024 |

DECLARATION OF JESSE A. KAPLAN IN SUPPORT OF MOTION TO COMPEL

## DECLARATION OF JESSE KAPLAN

I, Jesse A. Kaplan, declare as follows:

1. I am an attorney at law, licensed to practice in the State of California. I am a partner of Freedman + Taitelman, LLP ("F+T"). I submit this Declaration in further support of Lindsey Hill's Motion to Compel. I have personal knowledge of the facts stated herein and, if called upon to testify, could and would testify competently thereto.

2. In August 2021, Hill and the Office of the Commissioner of Baseball entered into a certain Confidential Agreement. A redacted version of the Confidential Agreement is attached hereto as **Exhibit 1**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 14th day of June, 2023, at Los Angeles, California.

_____
Jesse A. Kaplan

1
DECLARATION OF JESSE A. KAPLAN IN SUPPORT OF MOTION TO COMPEL

## CONFIDENTIAL AGREEMENT

This Confidential Agreement (the "Agreement") is made and entered into this 24 day of August, 2021 by and between the Office of the Commissioner of Baseball ("MLB"), on the one hand, and Lindsey Hill ("Hill"), on the other hand. MLB and Hill shall hereinafter be referred to, collectively, as the "Parties." The Parties make reference to the following facts:

## RECITALS

A. [REDACTED]

B.  Soon afterward, MLB commenced an investigation into the facts concerning Hill's allegations against Bauer to assess whether Bauer violated Major League Baseball's Joint Domestic Violence, Sexual Assault and Child Abuse Policy ("MLB Investigation").

C.  Major League Baseball's Joint Domestic Violence, Sexual Assault and Child Abuse Policy ("Policy"), [REDACTED]

D. [REDACTED]

E. [REDACTED]

F. [REDACTED]

1



3.      Confidentiality. Except to the extent disclosure is required under the Policy or applicable law, MLB and Hill agree to keep this Agreement confidential. Subject to the exclusions outlined in the Policy, MLB agrees to adhere to the Policy's obligation that it keep confidential any statements made by Hill to MLB concerning or relating to her allegations against Bauer during, or as part of, the MLB Investigation ("Confidential Information").



██████████████████████████████████████████

IN WITNESS WHEREOF, the Parties have executed this Agreement as of the date first above written.

Major League Baseball

By: *Moira Weinberg*

Its: Vice President, Investigations & Deputy General Counsel

Lindsey Hill

By: *Lindsey C. Hill*

Its: _____

_____

Counsel for Lindsey Hill

3