KINSELLA WEITZMAN ISER KUMP HOLLEY LLP
Shawn Holley (Cal. Bar No. 136811)
Suann MacIsaac (Cal. Bar No. 205659)
808 Wilshire Boulevard., 3rd Floor
Santa Monica, CA 90401
Tel: (310) 566-9800
Fax: (310) 566-9873
sholley@kwikhlaw.com

ZUCKERMAN SPAEDER LLP
Blair G. Brown (admitted *pro hac vice*)
Jon R. Fetterolf (admitted *pro hac vice*)
1800 M Street, N.W., Suite 1000
Washington, D.C. 20036
Tel: (202) 778-1800
Fax: (202) 882-8106
bbrown@zuckerman.com
jfetterolf@zuckerman.com

ZUCKERMAN SPAEDER LLP
Nell Z. Peyser (admitted *pro hac vice*)
485 Madison Avenue, 10th Floor
New York, NY 10022
Tel: (212) 704-9600
Fax: (212) 704-4256
npeyser@zuckerman.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| TREVOR BAUER,<br><br>          Plaintiff,<br><br>     vs.<br><br>LINDSEY C. HILL AND NIRANJAN FRED THIAGARAJAH,<br><br>          Defendants. | Case No. 8:22-cv-00868-JVS-ADS<br><br>Assigned to: Judge James V. Selna<br><br>**PLAINTIFF'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF CERTAIN EXHIBITS TO THE DECLARATION OF NELL Z. PEYSER IN SUPPORT OF PLAINTIFF'S MOTION FOR SANCTIONS FOR WITNESS TAMPERING**<br><br>[*Filed concurrently with Proposed Order*]<br><br>Date:  July 24, 2023<br>Time:  1:30 p.m.<br>District Judge:  James V. Selna<br>Courtroom:  10C |

Pursuant to Local Rule 79-5, Plaintiff/Counterclaim Defendant Trevor Bauer ("Bauer") respectfully moves this Court for leave to file under seal names of two third parties in certain exhibits attached to the Declaration of Nell Z. Peyser in support of Bauer's Motion for Sanctions for Witness Tampering. Specifically, Bauer seeks to file under seal the names of two third parties subjected to tampering by Defendant/Counterclaim Plaintiff Lindsey Hill. Hill threatened to release information about Jane Doe's sexual relations and information about Jane Roe's alleged improprieties, including purported theft. Pursuant to Local Rule 79-5.2.2(a)(i), this Motion is accompanied by the Declaration of Nell Z. Peyser in Support of Bauer's Administrative Motion to Seal and a proposed order in accordance with Local Rule 79-5.2.2(a)(ii). Counsel for Hill consents to redacting the names of the two third parties.

The Ninth Circuit employs two standards for evaluating a request to seal: (1) the "compelling reasons" standard, for materials used at trial or filed as part of dispositive motions; and (2) the more lenient "good cause" standard for materials used as part of non-dispositive motions during the pendency of an action. *See Kamakana v. City & Cty. Of Honolulu*, 447 F.3d 1172, 1179-80 (9th Cir. 2006). Bauer's motion seeks dismissal for witness tampering, and he has shown compelling reasons for redacting the names of two third parties. Compelling reasons include where "court files might have become a vehicle for improper purposes, such as the use of records to gratify private spite, promote public scandal, circulate libelous statements, or release trade secrets." *Id.* As Bauer explained in his motion, Dkt. 119, Hill has threatened to expose sensitive information about these two third parties, including regarding the sexual life of Jane Doe and alleged improprieties committed by Jane Roe. Hill threatened to reveal that Jane Doe was "fuckin married men." Declaration of Nell Peyser in Support of Bauer's Motion for Sanctions, Ex. F. She told Jane Roe that she should be "nowhere near" this matter, that Hill would "burn" Roe "to the fucking ground," that Hill would have Roe's residents at the sober living house that

2

Roe supervises testify against her character, and that Roe "steal[s] residents adivan [and] buy[s] ambien in Mexico." *See id.* Ex. B. Because Bauer's motion involves witness tampering, including intimidation of the two third parties, redacting those individuals' names to avoid public scandal is a compelling reason justifying this motion.[1] *See Mendiola v. Regents of Univ. of California*, 2021 WL 9721281, at *1 (C.D. Cal. Dec. 1, 2021) (granting motion to seal third party names in connection with summary judgment because "the proposed redactions are narrowly tailored to protect third-party privacy interests and accordingly finds it appropriate to redact this information as proposed"). Moreover, Judge Spaeth has granted an application to seal for good cause the identities of certain third parties in this matter, including Jane Doe, in the context of a discovery dispute regarding those third parties' sexual history. *See* Dkt. No. 118.

## CONCLUSION

For the reasons set forth above, compelling reasons exist to file portions of the accompanying exhibits containing names of two third parties under seal. Thus, Bauer respectfully requests that the Court grant his administrative motion to file under seal.

---

[1] Bauer also seeks to redact an irrelevant portion of Exhibit B, which contains Jane Doe's messages to other nonparties and thus are not relevant to Bauer's motion.

ADMINISTRATIVE MOTION TO SEAL

8778005.1

| | | |
|---|---|---|
| 1 | Dated:      June 15, 2023 | */s/ Blair G. Brown*_____ |
| 2 | | Blair G. Brown (admitted *pro hac vice*) |
| | | Jon R. Fetterolf (admitted *pro hac vice*) |
| 3 | | Zuckerman Spaeder LLP |
| 4 | | 1800 M Street, N.W., Suite 1000 |
| | | Washington, D.C. 20036 |
| 5 | | Tel: (202) 778-1800 |
| 6 | | Fax: (202) 882-8106 |
| | | bbrown@zuckerman.com |
| 7 | | jfetterolf@zuckerman.com |
| 8 | | |
| | | Nell Peyser (admitted *pro hac vice*) |
| 9 | | Zuckerman Spaeder LLP |
| 10 | | 485 Madison Avenue, 10th Floor |
| | | New York, NY 10022 |
| 11 | | Tel: (212) 704-9600 |
| 12 | | Fax: (212) 704-4256 |
| | | npeyser@zuckerman.com |
| 13 | | |
| 14 | | Shawn Holley (Cal. Bar No. 136811) |
| | | Suann MacIsaac (Cal Bar No. 205659) |
| 15 | | Kinsella Weitzman Iser Kump Holley LLP |
| 16 | | 808 Wilshire Boulevard., 3rd Floor |
| | | Santa Monica, CA 90401 |
| 17 | | Tel: (310) 566-9800 |
| 18 | | Fax: (310) 566-9873 |
| | | sholley@kwikhlaw.com |
| 19 | | smacisaac@kwikhlaw.com |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

4