UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| TREVOR BAUER,<br><br>       Plaintiff,<br><br>    vs.<br><br>LINDSEY C. HILL AND NIRANJAN FRED THIAGARAJAH,<br><br>       Defendants. | Case No. 8:22-cv-00868-JVS-ADS<br><br>Assigned to: Judge James V. Selna<br><br>**ORDER ON PLAINTIFF'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF CERTAIN EXHIBITS TO THE DECLARATION OF NELL Z. PEYSER IN SUPPORT OF PLAINTIFF'S MOTION FOR SANCTIONS FOR WITNESS TAMPERING [122]**<br><br>[Filed Concurrently with Administrative Motion to Seal]<br><br>Date:  July 24, 2023<br>Time:  1:30 p.m.<br>District Judge:  James V. Selna<br>Courtroom:  10C |

    The Court, having reviewed Plaintiff's Administrative Motion to Seal Portions of Certain Exhibits to the Declaration of Nell Z. Peyser In Support of Plaintiff's Motion for Sanctions for Witness Tampering (the "Administrative Motion to Seal"), hereby rules as follows:

    For the reasons set forth in the Administrative Motion to Seal, the following portions of the Exhibits to the Declaration of Nell Z. Peyser shall be sealed, with a

redacted version available to the public:

- The identity of the third party labeled as Jane Roe, as well as irrelevant information, in Exhibit B to the Peyser Declaration;
- The identity of the third party labeled as Jane Doe in Exhibit F to the Peyser Declaration;
- The identity of the two third parties, labeled Janes Doe and Roe, in Exhibit L to the Peyser Declaration; and
- The identity of the two third parties, labeled Janes Doe and Roe, in Exhibit N to the Peyser Declaration.

**IT IS SO ORDERED**.

DATED: June 16, 2023

_____
James V. Selna
United States District Judge