# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Trevor Bauer<br><br>             v.              Plaintiff(s)<br><br>Lindsey C. Hill, et al.<br><br>                          Defendant(s) | CASE NUMBER:<br><br>8:22-cv-00868-JVS-ADSx<br><br>MOTION RE: INFORMAL DISCOVERY DISPUTE |

The parties have requested an informal discovery conference with Magistrate Judge Autumn D. Spaeth. Counsel for each party has submitted their respective positions and the issue will be adjudicated in accordance with the Magistrate Judge's procedures.

☐ No Hearing Required     ☒ Hearing Required
                                    ☐ In-Person Court Hearing
                                    ☐ Video Conference
                                    ☒ Telephonic

Magistrate Judge    Autumn D. Spaeth

Date/Time    June 21, 2023 at 1:30 p.m.

Courtroom:    Telephonic Call information will be provided by separate email).

**The parties are ORDERED to submit the Interrogatories at issue by 9:00 a.m. on June 21, 2023, directly to the Chambers of Judge Spaeth via email to ADS_Chambers@cacd.uscourts.gov. They should not be filed and they will not be made part of the casefile.**

Dated:    March 29, 2023                          By:    K. Hopkins
                                                                            Deputy Clerk