Shawn C. Holley, Esq.
Kate E. Mangels, Esq.
Suann MacIssac, Esq.
KINSELLA WEITZMAN ISER KUMP HOLLEY LLP
808 Wilshire Blvd, Suite 300
Santa Monica, CA 90401
Phone: 310-566-9822
Fax: 310-566-9850
E-Mail: sholley@kwikhlaw.com; kmangels@kwikalaw.com
smacisaac@kwikhlaw.com

Blair G. Brown, Esq.
Jon R. Fetterolf, Esq.
Nell Peyser, Esq.
ZUCKERMAN SPAEDER LLP
1800 M. Street, N. W. Suite 1000
Washington, D.C 20036
Phone: 202-778-1800
Fax: 202-882-8106
E-Mail: bbrown@zuckerman.com; jfetterolf@zuckerman.com
npeyser@zuckerman.com

Attorneys for Plaintiff/Counter-Defendant Trevor Bauer

Christopher P. Wesierski [Bar No. 086736]
  cwesierski@wzllp.com
Michelle R. Prescott [Bar No. 262638]
  mprescott@wzllp.com
Eileen Spadoni [Bar No. 133259]
  espadoni@wzllp.com
Brett A. Smith [Bar No. 322707]
  bsmith@wzllp.com
WESIERSKI & ZUREK LLP
29 Orchard Road
Lake Forest, California 92630
Telephone: (949) 975-1000
Facsimile: (949) 756-0517

Bryan J. Freedman, Esq. (SBN: 151990)
  bfreedman@ftllp.com
Jesse A. Kaplan, Esq. (SBN: 255059)
  jkaplan@ftllp.com
FREEDMAN + TAITELMAN, LLP
1801 Century Park West, 5th Floor
Los Angeles, California 90067
Telephone: (310) 201-0005
Facsimile: (310) 201-0045

Attorneys for Defendant and Counterclaimant
Lindsey C. Hill

JOINT STIPULATION TO CONTINUE HEARING ON SANCTIONS MOTION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| TREVOR BAUER,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>LINDSEY C. HILL AND NIRANJAN FRED THIAGARAJAH,<br><br>　　　　Defendant.<br><br>LINDSEY C. HILL,<br><br>　　　　Counterclaimant,<br><br>　　vs.<br><br>TREVOR BAUER,<br><br>　　　　Counterdefendant. | Case No. 8:22-cv-00868 JVS (ADSx)<br><br>Assigned to Hon. James V. Selna<br><br>**JOINT STIPULATION TO CONTINUE HEARING ON SANCTIONS MOTION**<br><br>Date:　　July 24, 2023<br>Time:　　1:30 p.m.<br>Courtroom: 10C<br><br>Action Filed: April 25, 2022<br>Trial Date: February 13, 2024 |

JOINT STIPULATION TO CONTINUE HEARING ON SANCTIONS MOTION

Plaintiff and counter-defendant Trevor Bauer ("Plaintiff") and defendant and counterclaimant Lindsey Hill ("Defendant"), by and through their respective counsel of record, hereby enter into this Joint Stipulation. This Stipulation is based on the following facts:

1. On or about June 14, 2023, Plaintiff filed a Motion for Sanctions against Defendant, ECF No. 119 (the "Sanctions Motion"). The Sanctions Motion is set to be heard on July 24, 2023.

2. Counsel for Defendant has personal and professional conflicts that render it very difficult to oppose the Sanctions Motion based on the current hearing date and briefing schedule.

3. The parties have met and conferred, and have agreed to continue the hearing on the Sanctions Motion to July 31, 2023, and to set a new briefing schedule based on that hearing date.

THEREFORE, IT IS HEREBY STIPULATED by and between counsel for Plaintiff and counsel for Defendant that good cause exists to continue the hearing on the Sanctions Motion to July 31, 2023. Defendant's opposition to the Sanctions Motion must be filed by July 10, 2023. Plaintiff's reply must be filed by July 17, 2023.

DATED: June 20, 2023              ZUCKERMAN SPAEDER LLP

                                  By: /s/ Blair G. Brown
                                      Blair G. Brown
                                      Jon R. Fetterolf
                                      Nell Peyser
                                      Attorneys for Plaintiff/counter-
                                      defendant Trevor Bauer

| | |
|---|---|
| 1 | DATED: June 20, 2023 |

                                          FREEDMAN + TAITELMAN, LLP

                                          By:  /s/ Jesse Kaplan
                                                  Bryan J. Freedman, Esq.
                                                  Jesse A. Kaplan, Esq.
                                                  Attorneys for Defendant and
                                                  Counterclaimant Lindsey C. Hill

**ATTESTATION OF SIGNATURE**

I, Jesse Kaplan, am the ECF User whose ID and Password were used to electronically file this Joint Stipulation. Pursuant to Central District of California Local Rule 5-4.3.4(a)(2), I hereby attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the content of this filing and have authorized the electronic filing thereof.

DATED: June 20, 2023                FREEDMAN + TAITELMAN, LLP

                                    By:  /s/ Jesse Kaplan
                                         Bryan J. Freedman, Esq.
                                         Jesse A. Kaplan, Esq.
                                         Attorneys for Defendant and
                                         Counterclaimant Lindsey C. Hill