UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| TREVOR BAUER,<br><br>    Plaintiff,<br><br>vs.<br><br>LINDSEY C. HILL AND NIRANJAN FRED THIAGARAJAH,<br><br>    Defendant.<br><br>LINDSEY C. HILL,<br><br>    Counterclaimant,<br><br>vs.<br><br>TREVOR BAUER,<br><br>    Counterdefendant. | Case No. 8:22-cv-00868 JVS (ADSx)<br><br>Assigned to Hon. James V. Selna<br><br>**[PROPOSED] ORDER TO CONTINUE HEARING ON SANCTIONS MOTION**<br><br>Date:    July 24, 2023<br>Time:   1:30 p.m.<br>Courtroom: 10C<br><br>Action Filed: April 25, 2022<br>Trial Date: February 13, 2024 |

[PROPOSED] ORDER TO CONTINUE HEARING ON SANCTIONS MOTION

1  The Court, having reviewed the Stipulation to continue the July 24, 2023
2  hearing on Plaintiff's Motion for Sanctions against Defendant, ECF No. 119 (the
3  "Sanctions Motion"), hereby rules as follows:  the July 24, 2023 hearing date on the
4  Sanctions Motion is continued to July 31, 2023.  Defendant's opposition to the
5  Sanctions Motion must be filed by July 10, 2023.  Plaintiff's reply must be filed by
6  July 17, 2023.

8  IT IS SO ORDERED.

10  DATED: _____                    _____
                                            HON. JAMES V. SELNA