UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| TREVOR BAUER,<br><br>    Plaintiff,<br><br>vs.<br><br>LINDSEY C. HILL AND NIRANJAN FRED THIAGARAJAH,<br><br>    Defendant.<br><br>LINDSEY C. HILL,<br><br>    Counterclaimant,<br><br>vs.<br><br>TREVOR BAUER,<br><br>    Counterdefendant. | Case No. 8:22-cv-00868 JVS (ADSx)<br><br>Assigned to Hon. James V. Selna<br><br>**ORDER TO CONTINUE HEARING ON SANCTIONS MOTION**<br><br>Date:    July 24, 2023<br>Time:   1:30 p.m.<br>Courtroom: 10C<br><br>Action Filed: April 25, 2022<br>Trial Date: February 13, 2024 |

ORDER TO CONTINUE HEARING ON SANCTIONS MOTION

The Court, having reviewed the Stipulation to continue the July 24, 2023 hearing on Plaintiff's Motion for Sanctions against Defendant, ECF No. 119 (the "Sanctions Motion"), hereby rules as follows:   the July 24, 2023 hearing date on the Sanctions Motion is continued to July 31, 2023.  Defendant's opposition to the Sanctions Motion must be filed by July 10, 2023.  Plaintiff's reply must be filed by July 17, 2023.

IT IS SO ORDERED.

DATED:  June 21, 2023

*[signature]*

HON. JAMES V. SELNA
UNITED STATES DISTRICT JUDGE