UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 8:22-00868 JVS (ADSx)　　　　　　　　　　Date: June 21, 2023

Title: *Trevor Bauer v. Lindsey C. Hill, et al.*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | CS 06/21/2023 |
|:---:|:---:|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|:---:|:---:|
| Nell Z. Peyser | Jesse A. Kaplan |
| Blair G. Brown | Brett A Smith |
|  | Eileen Spadoni |

**Proceedings:**　　TELEPHONIC INFORMAL DISCOVERY CONFERENCE

　　Informal Discovery Conference held regarding Motion Re: Informal Discovery Dispute [126]. Argument by counsel.

　　Plaintiff's request is DENIED as reflected on the record. The Court orders that the parties are limited to 35 interrogatories and 12 depositions (non-expert). Plaintiff is also permitted to re-serve an additional 10 interrogatories.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　:45
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Initials of Preparer　　kh