

## Supreme Court of Pennsylvania

### CERTIFICATE OF GOOD STANDING

**Ivano Michael Ventresca, Esq.**

DATE OF ADMISSION

November 4, 2013

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: June 23, 2023

*Elizabeth Zisk*

Elizabeth E. Zisk
Chief Clerk