

On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

# Ivano Michael Ventresca

was duly qualified and admitted on March 10, 2017 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

*In Testimony Whereof,*
*I have hereunto subscribed my*
*name and affixed the seal of this*
*Court at the City of*
*Washington, D.C., on June 23, 2023.*

*JULIO A. CASTILLO*
*Clerk of the Court*

Issued By:

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.*