

## Supreme Court of Pennsylvania

### CERTIFICATE OF GOOD STANDING

Ivano Michael Ventresca, Esq.

DATE OF ADMISSION

November 4, 2013

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: June 23, 2023

Elizabeth E. Zisk
Chief Clerk