# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREVOR BAUER,<br><br>                                    Plaintiff(s),<br>v.<br>LINDSEY C. HILL AND NIRANJAN FRED THIAGARAJAH,<br><br>                                    Defendant(s). | CASE NUMBER<br>8:22-cv-00868 JVS (ADSx)<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* [131, 133]** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Ventresca, Ivano M.
*Applicant's Name (Last Name, First Name & Middle Initial)*

202.778.1800       202.822.8106
*Telephone Number*    *Fax Number*

iventresca@zuckerman.com
*E-Mail Address*

of

Zuckerman Spaeder LLP
1800 M Street, N.W., Suite 1000
Washington, D.C. 20036
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Trevor Bauer

*Name(s) of Party(ies) Represent*      ✓ Plaintiff(s)   ☐ Defendant(s)   ☒ Other: Counter Defendant

**and designating as Local Counsel**

Holley, Shawn
*Designee's Name (Last Name, First Name & Middle Initial)*

136811       310.566-9800       310-566-9850
*Designee's Cal. Bar No.*    *Telephone Number*    *Fax Number*

sholley@kwikhlaw.com
*E-Mail Address*

of

Kinsella Weitzman Iser Kump LLP
11766 Wilshire Boulevard, Suite 750
Los Angeles, CA 90025
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED

☐ DENIED:
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application: _____
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
- ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded   ☐ not be refunded.

Dated: June 27, 2023

*[signature]*
**U.S. District Judge**