UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 8:22-00868 JVS (ADSx)          Date: June 28, 2023

Title: *Trevor Bauer v. Lindsey C. Hill, et al.*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | CS 06/28/2023 |
|---|---|
| Deputy Clerk | Court Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Blair G. Brown | Jesse A. Kaplan |
| Ivano M. Ventresca | Brett A Smith |

**Proceedings:**   **DEFENDANT LINDSEY C. HILL'S MOTION TO COMPEL PLAINTIFF TO PRODUCE DOCUMENTS [102]**

**PLAINTIFF TREVOR BAUER'S MOTION FOR PROTECTIVE ORDER AND TO QUASH THIRD PARTY SUBPOENAS [110]**

Case is called for hearing. Appearances entered.

Argument by counsel.

The motions [102], [110] are GRANTED IN PART, DENIED IN PART as reflected on the record. Document production and supplemental responses are due in 30 days or a date mutually agreed to by the parties.

|  | 1:00 |
|---|---|
| Initials of Preparer | kh |