1 Christopher P. Wesierski [Bar No. 086736]
cwesierski@wzllp.com
2 Michelle R. Prescott [Bar No. 262638]
mprescott@wzllp.com
3 Eileen Spadoni [Bar No. 133259]
espadoni@wzllp.com
4 Brett A. Smith [Bar No. 322707]
bsmith@wzllp.com
5 WESIERSKI & ZUREK LLP
29 Orchard Road
6 Lake Forest, California 92630
Telephone: (949) 975-1000
7 Facsimile: (949) 756-0517

8 Bryan J. Freedman, Esq. (SBN: 151990)
bfreedman@ftllp.com
9 Jesse A. Kaplan, Esq. (SBN: 255059)
jkaplan@ftllp.com
10 FREEDMAN + TAITELMAN, LLP
1801 Century Park West, 5th Floor
11 Los Angeles, California 90067
Telephone: (310) 201-0005
12 Facsimile: (310) 201-0045

Attorneys for Defendant and Counterclaimant
Lindsey C. Hill

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| TREVOR BAUER, | Case No. 8:22-cv-00868 JVS (ADSx) |
| Plaintiff, | [Assigned to Hon. James V. Selna] |
| vs. | **DEFENDANT AND COUNTERCLAIMANT LINDSEY C. HILL'S APPLICATION FOR LEAVE TO FILE DOCUMENTS CONDITIONALLY UNDER SEAL PURSUANT TO LOCAL RULE 79-5.2.2 (b)** |
| LINDSEY C. HILL AND NIRANJAN FRED THIAGARAJAH, | |
| Defendant. | |

APPLICATION FOR LEAVE TO FILE UNDER SEAL

| | |
|---|---|
| LINDSEY C. HILL,<br><br>    Counterclaimant,<br><br>vs.<br><br>TREVOR BAUER,<br><br>    Counter-defendant. | [Declaration of Jesse Kaplan filed concurrently]<br><br>Action Filed: April 25, 2022 |

## MEMORANDUM OF POINTS AND AUTHORITIES

PLEASE TAKE NOTICE that pursuant to Local Rule 79-5.2.2(b), Defendant and Counterclaimant Lindsey C. Hill ("Hill") respectfully submits this Application for an order to conditionally seal certain documents, in whole or in part, in connection with Hill's Opposition to Plaintiff and Counter-Defendant Trevor Bauer's Motion for Sanctions (the "Sanctions Motion"). Specifically, Hill, as the "Filing Party" seeks to file the following documents conditionally under seal, which were designated as "CONFIDENTIAL" by non-party Pasadena Police Department (the "Designating Party") – under the parties Protective Order [Dkt. 78]:

- Exhibit 4 to the Declaration of Jesse A. Kaplan in Opposition to Bauer's Motion for Sanctions – a Pasadena Police Department report memorializing an interview of Doe. (PPD0000229-230); and
- Hill's Opposition to the Sanction's Motion which contains a discussion and description of the aforementioned Pasadena Police Department report memorializing an interview of Doe. (*See* Opposition, 6:15-7:1).

Because the aforementioned document was designated as "CONFIDENTIAL" by the Designating Party, as well as those specified in the Declarations of Jesse A. Kaplan filed in support of this Application, Hill respectfully requests that the Court conditionally seal the aforementioned documents. Hill does not have a position on whether they should be permanently sealed.

DATED: July 10, 2023    FREEDMAN + TAITELMAN, LLP

By: _____
Jesse A. Kaplan, Esq.
Attorneys for Lindsey C. Hill

1
APPLICATION FOR LEAVE TO FILE UNDER SEAL