1 | Christopher P. Wesierski [Bar No. 086736]
    cwesierski@wzllp.com
2 | Michelle R. Prescott [Bar No. 262638]
    mprescott@wzllp.com
3 | Eileen Spadoni [Bar No. 133259]
    espadoni@wzllp.com
4 | Brett A. Smith [Bar No. 322707]
    bsmith@wzllp.com
5 | WESIERSKI & ZUREK LLP
    29 Orchard Road
6 | Lake Forest, California 92630
    Telephone: (949) 975-1000
7 | Facsimile: (949) 756-0517

8 | Bryan J. Freedman, Esq. (SBN: 151990)
    bfreedman@ftllp.com
9 | Jesse A. Kaplan, Esq. (SBN: 255059)
    jkaplan@ftllp.com
10 | FREEDMAN + TAITELMAN, LLP
     1801 Century Park West, 5th Floor
11 | Los Angeles, California 90067
     Telephone: (310) 201-0005
12 | Facsimile: (310) 201-0045

Attorneys for Defendant and Counterclaimant
Lindsey C. Hill

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| TREVOR BAUER, | Case No. 8:22-cv-00868 JVS (ADSx) |
|---|---|
| Plaintiff, | [Assigned to Hon. James V. Selna] |
| vs. | **[PROPOSED] ORDER RE APPLICATION FOR LEAVE TO FILE UNDER SEAL PURSUANT TO LOCAL RULE 79-5.2.2(b) DEFENDANT TREVOR BAUER'S MOTION FOR SANCTIONS** |
| LINDSEY C. HILL AND NIRANJAN FRED THIAGARAJAH, | |
| Defendant. | |

[PROPOSED] ORDER

| | |
|---|---|
| 1  LINDSEY C. HILL, | [Application for Leave filed concurrently] |
| 2         Counterclaimant, | |
| 3 | Action Filed: April 25, 2022 |
| 4    vs. | |
| 5  TREVOR BAUER, | |
| 6         Counter-defendant. | |

1  Having reviewed the Application to File Under Seal (the "Application")
2  submitted by Defendant and Counterclaimant Lindsey C. Hill ("Hill") in connection
3  with Hill's Opposition to Plaintiff and Counter-Defendant Trevor Bauer's Motion
4  for Sanctions, and good cause appearing, the Court orders the following:

5  Hill's Application is GRANTED.  The following documents shall be filed
6  conditionally under seal:

- Exhibit 4 to the Declaration of Jesse A. Kaplan in Opposition to Bauer's Motion for Sanctions – a Pasadena Police Department report memorializing an interview of Doe.  (PPD0000229-230); and
- Hill's Opposition to the Sanction's Motion which contains a discussion and description of the aforementioned Pasadena Police Department report memorializing an interview of Doe.  (*See* Opposition, 6:15-7:1).

IT IS SO ORDERED.

Dated: July ___, 2023              _____
                                    Hon. James V. Selna

1
[PROPOSED] ORDER