# EXHIBIT 4

# REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL PURSUANT TO LOCAL RULE 79-5.2.2(b)