Christopher P. Wesierski [Bar No. 086736]
cwesierski@wzllp.com
Michelle R. Prescott [Bar No. 262638]
mprescott@wzllp.com
Eileen Spadoni [Bar No. 133259]
espadoni@wzllp.com
Brett A. Smith [Bar No. 322707]
bsmith@wzllp.com
WESIERSKI & ZUREK LLP
29 Orchard Road
Lake Forest, California 92630
Telephone: (949) 975-1000
Facsimile: (949) 756-0517

Bryan J. Freedman, Esq. (SBN: 151990)
bfreedman@ftllp.com
Jesse A. Kaplan, Esq. (SBN: 255059)
jkaplan@ftllp.com
FREEDMAN + TAITELMAN, LLP
1801 Century Park West, 5th Floor
Los Angeles, California 90067
Telephone: (310) 201-0005
Facsimile: (310) 201-0045

Attorneys for Defendant and Counterclaimant
Lindsey C. Hill

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| TREVOR BAUER,<br><br>Plaintiff,<br><br>vs.<br><br>LINDSEY C. HILL AND NIRANJAN FRED THIAGARAJAH,<br><br>Defendant.<br><br>LINDSEY C. HILL,<br><br>Counterclaimant,<br><br>vs. | Case No. 8:22-cv-00868 JVS (ADSx)<br><br>[Assigned to Hon. James V. Selna]<br><br>**DECLARATION OF JESSE KAPLAN IN OPPOSITION TO BAUER'S MOTION FOR SANCTIONS**<br><br>[Opposition to Motion for Sanctions and Declaration of Lindsey Hill filed concurrently]<br><br>Hearing Date: July 31, 2023<br>Time: 1:30 p.m.<br>Courtroom: 10C<br><br>Action Filed: April 25, 2022 |

DECLARATION OF JESSE KAPLAN

TREVOR BAUER,

    Counter-defendant.

# **DECLARATION OF JESSE KAPLAN**

I, Jesse A. Kaplan, declare as follows:

1. I am an attorney at law, licensed to practice in the State of California. I am a partner of Freedman + Taitelman, LLP ("F+T"). I have personal knowledge of the facts stated herein and, if called upon to testify, could and would testify competently thereto.

2. In March 15, 2023, Bauer issued a subpoena to Derek Dawson for documents. A true and correct copy of that subpoena and cover e-mail is attached hereto as **Exhibit 1**. Bauer never subpoenaed Dawson for a deposition in this lawsuit.

3. In April 2023, Bauer's counsel, Nell Peyser, sent me a copy of an e-mail she had sent to Dawson's counsel, informing Dawson of certain agreed upon limitations to the Dawson subpoena. A true and correct copy of that e-mail is attached hereto as **Exhibit 2**.

4. In March 2023, Bauer issued subpoenas to both Roe and the Ohana Recovery Residences ("Ohana"). In response to the subpoenas, Roe and Ohana produced 255 pages of bates stamped pdf documents along with several native documents.

5. It appears that Bauer is moving forward with Roe's deposition. Bauer's counsel has sent emails dated June 26, 2023 and July 5, 2023, indicating that Roe is available for her deposition in mid-August 2023. True and correct copies of those e-mails are attached hereto as **Exhibit 3**.

6. In response to a subpoena to the Pasadena Police Department (the "PPD"), the PPD has produced a report memorializing an interview of Doe. A true and correct copy of that report (PPD0000229-230) is attached hereto as **Exhibit 4**.

7. On or about May 15, 2023, my co-counsel subpoenaed Doe and four other women who had accused Bauer of sexual assault. While Doe did not accuse Bauer of sexual assault, she appeared to have information that would be probative of Bauer's plan and intent to sexually batter women. After Hill issued the five subpoenas to Doe

and the Bauer victims, Bauer moved for a protective order and to quash those subpoenas, including the subpoena to Doe. On June 28, 2023, Judge Spaeth denied Bauer's motion to quash as to the four Bauer victims, but granted Bauer's motion as to the subpoena to Doe.

8. I have reviewed the PPD's document production in this lawsuit. It includes several thousand pages of Hill's communications with multiple persons, including her text messages. The PPD document production includes almost a year of text messages between Hill and Tortorigi between May 2020 and May 11, 2021. I have confirmed that copies of the text messages that Tortorigi produced in response to a subpoena in this lawsuit were all included in the PPD's prior document production.

9. On or about June 30, 2023, Frank Tortorigi appeared at his deposition in this matter. A true and correct copy of the relevant portions of his deposition transcript are attached hereto as **Exhibit 5**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 10th day of July, 2023, at Los Angeles, California.

_____
Jesse A. Kaplan