**EXHIBIT 2**

# Peyser, Nell Z

| | |
|---|---|
| **From:** | Peyser, Nell Z |
| **Sent:** | Thursday, April 13, 2023 12:48 PM |
| **To:** | Jim Mitchell |
| **Cc:** | Dan Gilleon |
| **Subject:** | RE: FW: Bauer v. Hill; Subpoena To Derek Dawson |

Hi Jim,

After conferring with Ms. Hill's counsel, I'm writing to inform you that for Requests 1(d-i) and 8(d-i), your client should only send us documents from the following timeframe: April 2019 to the present. For those Requests, please do not send us documents that came into existence earlier than April 2019. All of the other requests remain the same, including some other requests that require production of documents dated prior to April 2019. You should send us documents you have that are responsive to all of the requests by the date listed on the subpoena.

Thanks,
Nell



**Nell Peyser**
**Zuckerman Spaeder LLP**
NPeyser@zuckerman.com

485 MADISON AVENUE, 10TH FLOOR • NEW YORK, NY 10022-5871
212.897.3436 direct • 212.704.4256 fax

► Download vCard | zuckerman.com

This transmission (including any attachments) from the law firm of Zuckerman Spaeder LLP may contain information that is confidential and/or subject to the attorney-client privilege or the work product doctrine. Use or dissemination of this information by anyone other than the intended recipient is prohibited and may be unlawful. If you have received this transmission in error, please immediately notify the sender by return email or contact us by telephone at 202.778.1800 and permanently delete all copies.