# EXHIBIT 3

| | |
|---|---|
| **From:** | Peyser, Nell Z |
| **To:** | Jesse Kaplan; Michelle R. Prescott; Brett Smith; Eileen Spadoni |
| **Cc:** | Brown, Blair G.; Ventresca, Ivano; Simmerson, Kelsey |
| **Subject:** | RE: Bauer v. Hill - Mary Lou Rodgers Deposition |
| **Date:** | Wednesday, July 5, 2023 6:38:30 AM |
| **Attachments:** | image001.png |

Counsel –

I hope everyone had a nice July 4 holiday. I'm following up on my email below regarding the scheduling of Ms. Rodgers' deposition. Please let us know if August 14 works. Also, we plan to take Justin Veasau's deposition on Wednesday, August 16 in LA. Please let us know if this works for you as well.

Thanks,
Nell



**Nell Peyser**
**Zuckerman Spaeder LLP**
NPeyser@zuckerman.com

485 MADISON AVENUE, 10TH FLOOR  •  NEW YORK,  NY 10022-5871
212.897.3436 direct • 212.704.4256 fax

▶ Download vCard | zuckerman.com

This transmission (including any attachments) from the law firm of Zuckerman Spaeder LLP may contain information that is confidential and/or subject to the attorney-client privilege or the work product doctrine. Use or dissemination of this information by anyone other than the intended recipient is prohibited and may be unlawful.  If you have received this transmission in error, please immediately notify the sender by return email or contact us by telephone at 202.778.1800 and permanently delete all copies.

---

**From:** Peyser, Nell Z
**Sent:** Monday, June 26, 2023 12:37 PM
**To:** Jesse Kaplan <jkaplan@ftllp.com>; Michelle R. Prescott <mprescott@WZLLP.COM>; 'Brett Smith' <BSmith@WZLLP.COM>; Eileen Spadoni <ESpadoni@WZLLP.COM>
**Cc:** Brown, Blair G. <bbrown@zuckerman.com>; Ventresca, Ivano <iventresca@zuckerman.com>; Simmerson, Kelsey <ksimmerson@zuckerman.com>
**Subject:** Bauer v. Hill - Mary Lou Rodgers Deposition

Counsel:

Ms. Rodgers is available for her deposition on Monday, August 14 in San Diego. Please let us know if this date works for you.

Best,

Nell



**Nell Peyser**
**Zuckerman Spaeder LLP**
**NPeyser@zuckerman.com**

485 MADISON AVENUE, 10TH FLOOR •   NEW YORK,  NY 10022-5871
212.897.3436 direct • 212.704.4256 fax

► **Download vCard** | **zuckerman.com**

This transmission (including any attachments) from the law firm of Zuckerman Spaeder LLP may contain information that is confidential and/or subject to the attorney-client privilege or the work product doctrine. Use or dissemination of this information by anyone other than the intended recipient is prohibited and may be unlawful.  If you have received this transmission in error, please immediately notify the sender by return email or contact us by telephone at 202.778.1800 and permanently delete all copies.