# EXHIBIT 1



1320 Columbia Street, Ste. 200
San Diego, CA 92101
Ph. 619.702.8623
Fax. 619.374.7040
www.gilleonlawfirm.com

July 5, 2021

Ms. Shawn Holley
Kinsella Weitzman Iser Kump LLC
808 Wilshire Boulevard, Suite 300
Santa Monica, CA 90401

  Re: *Jane Doe v. Trevor Bauer*

Dear Ms. Holley:

We recently discussed my client's possession of exculpatory evidence for your client, Trevor Bauer. Given the intense attention my client has received over the last few days, he asked me to release the exculpatory evidence in a respectful, neutral manner. To maintain neutrality, we provided the evidence to a well-informed news source which intends to make the information public. As such, Mr. Bauer is now authorized to use the attached Instagram direct messages and iPhone instant messages in any lawful manner that you advise.

The relationship between my client and Jane Doe is best described as (plutonic) "friends," in that my client has, for several years, socialized with Jane Doe. He also supported her in times of distress. One such event was mentioned in a message Jane Doe sent to my client, asking, "*Was it about when you took me to the hospital lol*." For context, my client had informed Jane Doe that he was speaking with your investigator, Russell Greene, who was asking for information about her. The hospital incident, which she referenced in reply, refers to a night out with Jane Doe when she became so inebriated on alcohol and weed that my client was compelled to rush her to an emergency room. After she was released from the ER, Jane Doe said her parents told her to seek treatment or move out of the family home. Jane Doe asked my client if she could live with him instead, but my client said no. During this discussion, Jane Doe claimed she had been "raped" by a mutual friend of theirs, something my client then found difficult to believe. Looking back, my client questions whether Jane Doe falsely accused his friend because she was trying to manipulate my client into letting her stay at his home.

The other messages are somewhat self-explanatory. If you would like more context for any of them, please feel free to call me. However, please make sure that nobody from the defense side contacts my client without my consent.

Coming forward like this was not easy for my client. He feels torn between exposing a friend he believes is suffering from a mental sickness, and remaining silent while your client's career is derailed because he has been falsely accused. During our first conversation, I asked my client why he would get involved in this mess and his response was simply, "to *do the right thing*."

As you know from the *Jane Doe v. Grant Robicheaux* case, my firm almost exclusively represents female victims of sexual assaults. But we also defend men who have been falsely accused. Not only do fake claims turn the defendants' lives into a living nightmares, they also hurt other victims, particularly those who are scared to come forward out of fear that nobody will believe them. Although I rarely see a case brought under false pretenses, all it takes is one high-profile matter like this to impact public perception of thousands of righteous sex assault actions. For these reasons, my client has asked me to release this information—which Jane Doe remains free to refute or explain--because he is convinced that it's the right thing to do.

Sincerely,

Gilleon Law Firm, APC

Daniel M. Gilleon

4:53

LINDSEY HILL
lindseyhilll

OCT 2, 9:41 PM

Replied to your story

Only you can see this

Thats how he hopped on top of me

OCT 6, 3:07 PM

Mentioned you in their story

You mentioned LINDSEY HILL in your story

Only you can see this

Message...

5:09

LINDSEY HILL

lindseyhilll

Thats my baby 

He called me mama the other night and I reached enlightenment

You're talking to him?

This is my house

Stop it rn yes we still talk

He is king

Best sex OF MY LIFE

Message...

4:57

LINDSEY HILL
lindseyhilll

NOV 16, 2019

Replied to your story

Hot

Lol

Cant believe I achieved that

You did?!?!

Life changing

He was the reason I had to resign from pad squad!

Welllllll, now we have to hook up casually

Truly

Wait

You know who I'm talking about here?

Message...






11:04 5G

LINDSEY HILL
lindseyhilll

NOV 15, 2019

Video

WHERE U AT IM COMING TO MOONSHINE

I'm at moonshine

Flats

NOV 16, 2019

Replied to your story

Hot

Lol

Cant believe I achieved that

You did?!?!

Life changing

He was the reason I had to resign from pad squad!

Message...

8:08

LINDSEY HILL
lindseyhilll

APR 19, 12:22 PM

You replied to their story

Don't tag this 

Im going to his house wednesday

I already have my hooks in

Tryouts dont scare me Bauer
Bring it
I'm willing and able whenever you're ready
Pick a day and I am there
No problem driving to LA huh?!
Oh I am a pro at that drive
Love me some LA
Well, tryouts as soon as we get back home on Tuesday
Message...

You know how I roll

Dude, i knew it before i sent the message

Ewwwwwwwwe

Message...






LTE

baueroutage

Easy.

Tryouts dont scare me Bauer

Bring it

I'm willing and able whenever you're ready

Pick a day and I am there

No problem driving to LA huh?!

Oh I am a pro at that drive 😘

Love me some LA

Well, tryouts as soon as we get back home on Tuesday

Message...

Q W E R T Y U I O P

A S D F G H J K L

Z X C V B N M

123 space return

Reply...

5:58

LINDSEY HILL
lindseyhilll

If you don't tell him "Tatis was better" after you are done via dm, this is an ultimate fail

Im literally going to get in his head

And find pine tar 

Trust me I know what im doing

I can get in his head

Ugh

Linds

You're worth more than this nonsense

Ugh. Hes so intriguing to me tho.

Sure, in an I want to punch him in the face kind of way

Hes a whackadoodle. Like Clev.

No wonder they are best friends

Message...   

5:49

LINDSEY HILL
lindseyhilll

#Art

Only you can see this

Ur welcome for getting in bauers head 🤑

APR 25, 8:52 AM

Hahaha

Reacted to your story

Only you can see this

Such a great dad

Seen

Message...





8:17

Lindsey >

You good?

Just read a very interesting article that made me think of you. Not knowing the situation, I won't say too much, but wanted to check in either way.

Recovering. Legally cant talk about anything, but what you see in the media right now is really going down

But im okay 

Thank you for reaching out

Ok good. Here if you need anything.

Tuesday 7:29 PM

Are you in SD?

Can we meet up?

Please let me know.

With the fam now. Will let you

iMessage



8:18

LH

Lindsey >

what da hell

I can't say anything the same way you can't say anything

OOOO so it was pasadena pf

Pd

Those corrupt fuckers

That's why I wanted to meet you

There isn't anything corrupt, IMO.

Omg yeah i mean they already interrogated me about "setting this up" and i spoke firmly about how i joked about his amount of money and how i wanted to be a baseball wife and my attorney totally ripped them for that

They have all my texts & dms i said from day one there is NOTHING to hidr

So sorry they dragged u into this wrf

iMessage

8:18

Lindsey >

So sorry they dragged u into this wrf

Wtf

It's fine

Still so confused on what it is but know i love u and truth always wins!

Our dms literally say nothing bad what in the fuck

Thursday 9:14 PM

Can ya fill me in now? Im still so confused

I'm just as confused

Can you please just open up to me about what it is about

You can send a voice memo

I can't. Same way you can't. I'm sorry. I wanted to talk to you yesterday for that reason.

iMessage

8:17

Lindsey

Is it a good thing?

I need to stay pretty hidden for the next few days so idk if ill be able to

Just dont let me stress and tell me

I don't want to text, Linds

You gotta trust me

Im so confused

Is it good or bad

Can you call me?

Tomorrow

Can you at least make me feel better about what this is lol

You are making this worse for me!

I found out about this thing from a random phone call today. I text you to be sure it was true.

iMessage

      



8:18

Lindsey >

You are making this worse for me!

I found out about this thing from a random phone call today. I text you to be sure it was true.

They know things and have things that you may think were private. They asked me about it.

I don't want to text.

Oh man. Well whatever it is you know im fully open about my story

I have nothing to hide and do not fear anything!!

Random that they called you

1 Reply

Ok good. That's all I need to know

Random that they called you

Yeah, i thought it was a prank

8:18

Lindsey >

Random that they called you

Yeah, i thought it was a prank

Oh yeah they are gonna lie and say that im a prostitute and all this crazy shit! And i know they will bring up my stuff about tatis and clev and whoever

Literally nothing to hide

So you can tell me!!! Texting about that is okay

Was it about when you took me to the hospital lol

Nah, I don't want to be involved any more than I already am apparently

Good call on your part

What the hell could they involve you with? Lol

iMessage



8:19

Lindsey >

By who? Literally what the hell

My lawyer

they are trying to pin something bad about you? Wtf

No. Not at all.

I didn't do anything

Trying to pin something bad on me?

I don't know

this is extremely disheartening that you even brought it up with me then. In the future, don't re traumatize a victim who did nothing wrong by doing this.

Are you serious? I reached out to you right when this was brought to me. I asked to speak to you in person. Don't try to guilt me into

iMessage



8:19

Lindsey >

me?

I don't know

this is extremely disheartening that you even brought it up with me then. In the future, don't re traumatize a victim who did nothing wrong by doing this.

Are you serious? I reached out to you right when this was brought to me. I asked to speak to you in person. Don't try to guilt me into feeling bad here. I have done nothing.

Usually people don't forget the people who were there for them in the darkest times. I'm pretty damn hurt right now.

I hope you are ok, and keeping true to yourself. My thoughts are with you. I have nothing more to say on this matter. Please don't text me.

Delivered

iMessage