1 | Bryan J. Freedman, Esq. (SBN: 151990)
  | bfreedman@ftllp.com
2 | Jesse A. Kaplan, Esq. (SBN: 255059)
  | jkaplan@ftllp.com
3 | FREEDMAN + TAITELMAN, LLP
  | 1801 Century Park West, 5th Floor
4 | Los Angeles, California 90067
  | Telephone: (310) 201-0005
5 | Facsimile: (310) 201-0045

6 | Attorneys for Defendant and Counterclaimant
  | Lindsey C. Hill

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| TREVOR BAUER, | Case No. 8:22-cv-00868 JVS (ADSx) |
|---|---|
| Plaintiff, | Assigned to Hon. James V. Selna |
| vs. | **PROOF OF SERVICE** |
| LINDSEY C. HILL AND NIRANJAN FRED THIAGARAJAH, | Date: July 31, 2023<br>Time: 1:30 p.m.<br>Courtroom: 10C |
| Defendant. | [Declarations of Jesse A. Kaplan and Lindsey Hill in Support of Opposition to Motion; Application to File Under Seal; Declaration of Jesse A. Kaplan in Support of Application to File Under Seal; and [Proposed] Order re Application to File Under Seal filed concurrently] |
| LINDSEY C. HILL, | |
| Counterclaimant, | |
| vs. | |
| TREVOR BAUER, | |
| Counterdefendant. | Action Filed: April 25, 2022 |

PROOF OF SERVICE

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 1801 Century Park West, 5th Floor, Los Angeles, CA 90067.

On **July 10, 2023,** I served the foregoing document(s) described as:

- **[140] DEFENDANT AND COUNTERCLAIMANT LINDSEY C. HILL'S APPLICATION FOR LEAVE TO FILE DOCUMENTS CONDITIONALLY UNDER SEAL PURSUANT TO LOCAL RULE 79-5.2.2 (b)**
- **[141] DECLARATION OF JESSE A. KAPLAN IN SUPPORT OF APPLICATION FOR LEAVE TO FILE DOCUMENTS CONDITIONALLY UNDER SEAL PURSUANT TO LOCAL RULE 79-5.2.2 (b)**
- **[142] DEFENDANT AND COUNTERCLAIMANT LINDSEY C. HILL'S OPPOSITION TO PLAINTIFF AND COUNTER – DEFENDANT TREVOR BAUER'S MOTION FOR SANCTIONS**
- **[143] DECLARATION OF JESSE KAPLAN IN OPPOSITION TO BAUER'S MOTION FOR SANCTIONS**
- **[144] DECLARATION OF LINDSEY HILL IN OPPOSITION TO BAUER'S MOTION FOR SANCTIONS**

on the interested parties in this action as follows:

| | |
|---|---|
| 1 | Christopher P. Wesierski |
| 2 | Michelle R. Prescott |
|   | Eileen Spadoni |
| 3 | Brett A. Smith |
|   | WESIERSKI & ZUREK LLP |
| 4 | 29 Orchard Road |
| 5 | Lake Forest, CA 92630 |
|   | Telephone: (949) 975-1000 |
| 6 | Facsimile: (949) 756-0517 |
| 7 | Email: cwesierski@wzllp.com; mprescott@wzllp.com; espadoni@wzllp.com; bsmith@wzllp.com |
| 8 | Attorneys for Defendant and Counterclaimant Lindsey C. Hill |
| 9 | |
| 10 | Shawn C. Holley |
|    | Suann MacIssac |
| 11 | KINSELLA WEITZMAN ISER KUMP HOLLEY LLP |
| 12 | 808 Wilshire Blvd, Suite 300 |
|    | Santa Monica, CA 90401 |
| 13 | Phone: 310-566-9822 |
|    | Fax: 310-566-9850 |
| 14 | E-Mail: sholley@kwikhlaw.com; kmangels@kwikalaw.com |
| 15 | smacisaac@kwikhlaw.com |
|    | Attorneys for Plaintiff/Counter-Defendant Trevor Bauer |
| 16 | |
| 17 | Blair G. Brown, Esq. |
| 18 | Jon R. Fetterolf, Esq. |
|    | Nell Peyser, Esq. |
| 19 | ZUCKERMAN SPAEDER LLP |
|    | 1800 M. Street, N. W. Suite 1000 |
| 20 | Washington, D.C 20036 |
| 21 | Phone: 202-778-1800 |
|    | Fax: 202-882-8106 |
| 22 | E-Mail: bbrown@zuckerman.com; jfetterolf@zuckerman.com |
| 23 | npeyser@zuckerman.com |
|    | Attorneys for Plaintiff/Counter-Defendant Trevor Bauer |
| 24 | |
| 25 | Javan N. Rad |
|    | Chief Assistant City Attorney |
| 26 | CITY OF PASADENA |
|    | 1800 M. Street, N. W. Suite 1000 |
| 27 | Washington, D.C 20036 |
| 28 | Phone: (626) 744-7521 |
|    | E-Mail: jrad@cityofpasadena.net |

PROOF OF SERVICE

1  ☒ **By E-Mail Or E-Service:** by transmitting via electronic mail the document(s) listed above to the addresses set forth above on this date from **slaurant@ftllp.com** to the addresses above.

☒ **State**. I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on **July 10, 2023** at Los Angeles, California.

                                                 */s/Shauntece Laurant*
                                                       Shauntece Laurant