Name and address:
Shawn Holley (Cal. Bar No. 136811)
KINSELLA HOLLEY ISER KUMP STEINSAPIR LLP
11766 Wilshire Blvd., Suite 750
Los Angeles, CA 90025
Tel: (310) 566-9800

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

TREVOR BAUER,

Plaintiff(s)

v.

LINDSEY C. HILL AND NIRANJAN FRED THIAGARAJAH,

Defendant(s).

CASE NUMBER

8:22-cv-00868 CJC (ADSx)

**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Simmerson, Kelsey J.
*Applicant's Name (Last Name, First Name & Middle Initial)*

202.778.1800
*Telephone Number*

202.822.8106
*Fax Number*

ksimmerson@zuckerman.com
*E-Mail Address*

Zuckerman Spaeder LLP
1800 M Street, Suite 1000
Washington, DC 20036
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Trevor Bauer

*Name(s) of Party(ies) Represented*

[x] Plaintiff(s)  [ ] Defendant(s)  [ ] Other:

**and designating as Local Counsel**

Holley, Shawn
*Designee's Name (Last Name, First Name & Middle Initial)*

136811
*Designee's Cal. Bar No.*

310.566.9800
*Telephone Number*

310.566.9850
*Fax Number*

sholley@khiks.com
*E-Mail Address*

Kinsella Holley Iser Kump Steinsapir LLP
11766 Wilshire Blvd., Suite 750
Los Angeles, CA 90025
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

[ ] GRANTED.
[ ] DENIED: [ ] for failure to pay the required fee.
  [ ] for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  [ ] for failure to complete Application: _____
  [ ] pursuant to L.R. 83-2.1.3.2: [ ] Applicant resides in California; [ ] previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  [ ] pursuant to L.R. 83-2.1.3.4; Local Counsel: [ ] is not member of Bar of this Court; [ ] does not maintain office in District.
  [ ] because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** [ ] be refunded  [ ] not be refunded.

**Dated** _____

U.S. District Judge/U.S. Magistrate Judge

G-64 ORDER (5/16)   (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*   Page 1 of 1