UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| TREVOR BAUER,<br><br>　　　Plaintiff,<br>　　vs.<br><br>LINDSEY C. HILL AND NIRANJAN FRED THIAGARAJAH,<br><br>　　　Defendant.<br>LINDSEY C. HILL,<br><br>　　　Counterclaimant,<br><br>　　vs.<br><br>TREVOR BAUER,<br><br>　　　Counter-defendant. | Case No. 8:22-cv-00868 JVS (ADSx)<br><br>[Assigned to Hon. James V. Selna]<br><br>**ORDER RE APPLICATION FOR LEAVE TO FILE UNDER SEAL PURSUANT TO LOCAL RULE 79-5.2.2(b) DEFENDANT TREVOR BAUER'S MOTION FOR SANCTIONS   [137, 140]**<br><br>[Application for Leave filed concurrently]<br><br>Action Filed: April 25, 2022 |

ORDER

Having reviewed the Application to File Under Seal (the "Application") submitted by Defendant and Counterclaimant Lindsey C. Hill ("Hill") in connection with Hill's Opposition to Plaintiff and Counter-Defendant Trevor Bauer's Motion for Sanctions, and good cause appearing, the Court orders the following:

Hill's Application is GRANTED. The following documents shall be filed conditionally under seal:

- Exhibit 4 to the Declaration of Jesse A. Kaplan in Opposition to Bauer's Motion for Sanctions – a Pasadena Police Department report memorializing an interview of Doe. (PPD0000229-230); and
- Hill's Opposition to the Sanction's Motion which contains a discussion and description of the aforementioned Pasadena Police Department report memorializing an interview of Doe. (*See* Opposition, 6:15-7:1).

IT IS SO ORDERED.

Dated: July 11, 2023

_____
Hon. James V. Selna
United States District Judge