Christopher P. Wesierski [Bar No. 086736]
cwesierski@wzllp.com
Michelle R. Prescott [Bar No. 262638]
mprescott@wzllp.com
Eileen Spadoni [Bar No. 133259]
espadoni@wzllp.com
Brett A. Smith [Bar No. 322707]
bsmith@wzllp.com
WESIERSKI & ZUREK LLP
29 Orchard Road
Lake Forest, California 92630
Telephone: (949) 975-1000
Facsimile: (949) 756-0517

Bryan J. Freedman, Esq. (SBN: 151990)
bfreedman@ftllp.com
Jesse A. Kaplan, Esq. (SBN: 255059)
jkaplan@ftllp.com
FREEDMAN + TAITELMAN, LLP
1801 Century Park West, 5th Floor
Los Angeles, California 90067
Telephone: (310) 201-0005
Facsimile: (310) 201-0045

Attorneys for Defendant and Counterclaimant
Lindsey C. Hill

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| TREVOR BAUER,<br><br>    Plaintiff,<br><br>  vs.<br><br>LINDSEY C. HILL AND NIRANJAN FRED THIAGARAJAH,<br><br>    Defendant. | Case No. 8:22-cv-00868 JVS (ADSx)<br><br>[Assigned to Hon. James V. Selna]<br><br>**DEFENDANT AND COUNTERCLAIMANT LINDSEY C. HILL'S APPLICATION FOR LEAVE TO FILE DOCUMENTS 137 AND 139 UNDER SEAL PURSUANT TO LOCAL RULE 79-5.2.2 (b)** |

---

APPLICATION FOR LEAVE TO FILE
DOCUMENTS 137 ND 139 UNDER SEAL

| | |
|---|---|
| LINDSEY C. HILL, | [Declaration of Jesse Kaplan filed concurrently] |
| Counterclaimant, | |
| vs. | Action Filed: April 25, 2022 |
| TREVOR BAUER, | |
| Counter-defendant. | |

APPLICATION FOR LEAVE TO FILE
DOCUMENTS 137 AND 139 UNDER SEAL

## **MEMORANDUM OF POINTS AND AUTHORITIES**

PLEASE TAKE NOTICE that pursuant to Local Rule 79-5.2.2(b), Defendant and Counterclaimant Lindsey C. Hill ("Hill") respectfully submits this Application for an order to seal certain documents, in whole, which contained inadvertent clerical errors.

Specifically, on July 10, 2023, Hill filed the following documents which described documents designated as "CONFIDENTIAL" by non-party Pasadena Police Department (the "Designating Party") – under the parties Protective Order [Dkt. 78]:

- Defendant and Counterclaimant Lindsey C. Hill's Application for Leave to File Documents Conditionally Under Seal Pursuant to Local Rule 79-5.2.2 [Dkt. 137] (the "Application")
- Defendant and Counterclaimant Lindsey C. Hill's Opposition to Plaintiff and Counterdefendant Trevor Bauer's Motion for Sanctions [Dkt. 139] (the "Opposition")

The aforementioned documents appeared to contain redactions protecting the confidential information therein. However, as stated in the accompanying Declaration of Jesse A. Kaplan filed in support of this Application, due to an inadvertent clerical error, the necessary redactions were not made permanent in the documents, leaving the confidential text therein exposed for potential public viewing.

Because the aforementioned documents were included or described documents designated as "CONFIDENTIAL" by the Designating Party, as well as those specified in the Declaration of Jesse A. Kaplan filed in support of the Application [Dkt. 141], Hill respectfully requests that the Court seal the aforementioned documents [Dkts. 137 and 139].

The corrected and properly redacted Application and Opposition have since been re-filed at Dkts. 140 and 142.

/ / /

/ / /

| | |
|---|---|
| DATED:  July 10, 2023 | FREEDMAN + TAITELMAN, LLP |

By: _____
　　　Jesse A. Kaplan, Esq.
　　　Attorneys for Lindsey C. Hill