Christopher P. Wesierski [Bar No. 086736]
cwesierski@wzllp.com
Michelle R. Prescott [Bar No. 262638]
mprescott@wzllp.com
Eileen Spadoni [Bar No. 133259]
espadoni@wzllp.com
Brett A. Smith [Bar No. 322707]
bsmith@wzllp.com
WESIERSKI & ZUREK LLP
29 Orchard Road
Lake Forest, California 92630
Telephone: (949) 975-1000
Facsimile: (949) 756-0517

Bryan J. Freedman, Esq. (SBN: 151990)
bfreedman@ftllp.com
Jesse A. Kaplan, Esq. (SBN: 255059)
jkaplan@ftllp.com
FREEDMAN + TAITELMAN, LLP
1801 Century Park West, 5th Floor
Los Angeles, California 90067
Telephone: (310) 201-0005
Facsimile: (310) 201-0045

Attorneys for Defendant and Counterclaimant
Lindsey C. Hill

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| TREVOR BAUER, | Case No. 8:22-cv-00868 JVS (ADSx) |
|---|---|
| Plaintiff, | [Assigned to Hon. James V. Selna] |
| vs. | **DECLARATION OF JESSE A. KAPLAN IN SUPPORT OF APPLICATION FOR LEAVE TO FILE DOCUMENTS 137 AND 139 CONDITIONALLY UNDER SEAL PURSUANT TO LOCAL RULE 79-5.2.2 (b)** |
| LINDSEY C. HILL AND NIRANJAN FRED THIAGARAJAH, | |
| Defendant. | |

DECLARATION OF JESSE A. KAPLAN IN SUPPORT OF
APPLICATION FOR LEAVE TO FILE DOCUMENTS 137 AND 139 UNDER SEAL

| | |
|---|---|
| 1  LINDSEY C. HILL, | |
| 2       Counterclaimant, | [Application for Leave filed concurrently] |
| 3 | |
| 4       vs. | Action Filed: April 25, 2022 |
| 5  TREVOR BAUER, | |
| 6       Counter-defendant. | |

DECLARATION OF JESSE A. KAPLAN IN SUPPORT OF
APPLICATION FOR LEAVE TO FILE DOCUMENTS 137 AND 139 UNDER SEAL

## DECLARATION OF JESSE A. KAPLAN

I, Jesse A. Kaplan, declare as follows:

1. I am an attorney admitted to practice before all the courts of the State of California and before this Court. I am a partner in the law firm of Freedman + Taitelman, LLP, and I am counsel of record for Defendant and Counterclaimant Lindsey C. Hill ("Hill"). The facts stated below are true of my own personal knowledge, and, if called to testify, I could and would competently testify to these facts.

2. On July 10, 2023, my office, on behalf of Hill filed the following documents:

- Defendant and Counterclaimant Lindsey C. Hill's Application for Leave to File Documents Conditionally Under Seal Pursuant to Local Rule 79-5.2.2 [Dkt. 137] (the "Application")
- Defendant and Counterclaimant Lindsey C. Hill's Opposition to Plaintiff and Counterdefendant Trevor Bauer's Motion for Sanctions [Dkt 139] (the "Opposition")

3. The Opposition (which appeared on its face to have been properly redacted) was attached to the Application. After filing the documents, my office discovered that the redactions were not permanent, leaving the confidential text therein exposed for potential public viewing. This was in inadvertent clerical error.

4. Likewise, the Opposition which was filed as a standalone document [Dkt. 139], contained the same inadvertent clerical error where confidential text was exposed for potential public viewing.

5. Hill has since corrected and properly redacted the Application and Opposition at Dkts. 140 and 142.

///

///

///

1

DECLARATION OF JESSE A. KAPLAN IN SUPPORT OF
APPLICATION FOR LEAVE TO FILE DOCUMENTS 137 AND 139 UNDER SEAL

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration was executed on this 11th day of July, 2023 in Los Angeles, California.

_____
Jesse A. Kaplan

DECLARATION OF JESSE A. KAPLAN IN SUPPORT OF
APPLICATION FOR LEAVE TO FILE DOCUMENTS 137 AND 139 UNDER SEAL