Bryan J. Freedman, Esq. (SBN: 151990)
bfreedman@ftllp.com
Jesse A. Kaplan, Esq. (SBN: 255059)
jkaplan@ftllp.com
FREEDMAN + TAITELMAN, LLP
1801 Century Park West, 5th Floor
Los Angeles, California 90067
Telephone: (310) 201-0005
Facsimile: (310) 201-0045

Attorneys for Defendant and Counterclaimant
Lindsey C. Hill

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| TREVOR BAUER,<br><br>Plaintiff,<br><br>vs.<br><br>LINDSEY C. HILL AND NIRANJAN FRED THIAGARAJAH,<br><br>Defendant.<br><br>LINDSEY C. HILL,<br><br>Counterclaimant,<br><br>vs.<br><br>TREVOR BAUER,<br><br>Counterdefendant. | Case No. 8:22-cv-00868 JVS (ADSx)<br><br>Assigned to Hon. James V. Selna<br><br>**PROOF OF SERVICE**<br><br>Date: July 31, 2023<br>Time: 1:30 p.m.<br>Courtroom: 10C<br><br>Action Filed: April 25, 2022 |

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 1801 Century Park West, 5th Floor, Los Angeles, CA 90067.

On **July 11, 2023,** I served the foregoing document(s) described as:

- **[149] DEFENDANT AND COUNTERCLAIMANT LINDSEY C. HILL'S APPLICATION FOR LEAVE TO FILE DOCUMENTS 137 AND 139 UNDER SEAL PURSUANT TO LOCAL RULE 79-5.2.2 (b)**

on the interested parties in this action as follows:

Christopher P. Wesierski
Michelle R. Prescott
Eileen Spadoni
Brett A. Smith
WESIERSKI & ZUREK LLP
29 Orchard Road
Lake Forest, CA 92630
Telephone: (949) 975-1000
Facsimile: (949) 756-0517
Email: cwesierski@wzllp.com; mprescott@wzllp.com; espadoni@wzllp.com; bsmith@wzllp.com
Attorneys for Defendant and Counterclaimant Lindsey C. Hill

Shawn C. Holley
Suann MacIssac
KINSELLA WEITZMAN ISER KUMP HOLLEY LLP
808 Wilshire Blvd, Suite 300
Santa Monica, CA 90401
Phone: 310-566-9822
Fax: 310-566-9850
E-Mail: sholley@kwikhlaw.com; kmangels@kwikalaw.com
smacisaac@kwikhlaw.com
Attorneys for Plaintiff/Counter-Defendant Trevor Bauer

Blair G. Brown, Esq.
Jon R. Fetterolf, Esq.
Nell Peyser, Esq.
ZUCKERMAN SPAEDER LLP
1800 M. Street, N. W. Suite 1000
Washington, D.C 20036
Phone: 202-778-1800
Fax: 202-882-8106
E-Mail: bbrown@zuckerman.com; jfetterolf@zuckerman.com
npeyser@zuckerman.com
Attorneys for Plaintiff/Counter-Defendant Trevor Bauer

Javan N. Rad
Chief Assistant City Attorney
CITY OF PASADENA
1800 M. Street, N. W. Suite 1000
Washington, D.C 20036
Phone: (626) 744-7521
E-Mail: jrad@cityofpasadena.net

☒ **By E-Mail Or E-Service:** by transmitting via electronic mail the document(s) listed above to the addresses set forth above on this date from **slaurant@ftllp.com** to the addresses above.

☒ **State**. I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on **July 11, 2023** at Los Angeles, California.

*/s/Shauntece Laurant*
Shauntece Laurant