MICHELE BEAL BAGNERIS, City Attorney
  State Bar No. 115423
JAVAN N. RAD, Chief Assistant City Attorney
  State Bar No. 209722
100 N. Garfield Avenue, Room N210
Pasadena, California 91101
Telephone: (626) 744-4141
Facsimile: (626) 744-4190

Attorneys for Designating Party (L.R. 79-5.2.2(b))
PASADENA POLICE DEPARTMENT

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| TREVOR BAUER,<br><br>          Plaintiff,<br><br>vs.<br><br>LINDSEY C. HILL AND NIRANJAN FRED THIAGARAJAH,<br><br>          Defendant.<br><br>LINDSEY C. HILL,<br><br>          Counterclaimant,<br><br>vs.<br><br>TREVOR BAUER<br><br>          Counterdefendant. | CASE NO.:  22-cv-00868 JVS (ADSx)<br>[Assigned to Hon. James V. Selna]<br><br>**DECLARATION OF DET. KIMBERLY E. JONES RE: DEFENDANT AND COUNTERCLAIMANT LINDSEY C. HILL'S APPLICATION FOR LEAVE TO FILE DOCUMENTS CONDITIONALLY UNDER SEAL PURSUANT TO LOCAL RULE 79-5.2.2(b)**<br><br>DATE: July 31, 2023<br>TIME:  1:30 PM<br>DEPT.: 10C |

///

///

///

I, Kimberly E. Jones, declare as follows:

1. I am a Corporal in the Pasadena Police Department ("PPD"). I have personal knowledge of the facts set forth herein and if called as a witness in this matter, I could competently testify thereto.

2. I am currently assigned to the Special Victims Unit in PPD's Criminal Investigations Division.

3. I conducted a criminal investigation into matters at issue in the pending civil case at bar. The criminal investigation concluded in 2021, and no criminal charges were filed.

4. I am providing this declaration pursuant to Local Rule 79-5.2.2(b), as the representative for the Pasadena Police Department, which designated the records as subject to the Protective Order (ECF No. 77).

5. I have reviewed Plaintiff's response to the subject application (ECF No. 146). I agree with Plaintiff that Defendant Hill's Exhibit 4 to the Kaplan Declaration and references to that Exhibit 4 in Hill's opposition brief contain sexually explicit communications involving Bauer and a third party. Additionally, I am unaware whether that third party consents to their identity or the information contained in Exhibit 4 being made public.

6. The Pasadena Police Department does not take a position on the merits of the subject application, and will abide by any court order on the application.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 12th day of July, 2023, at Pasadena, California.

          */s/ Kimberly E. Jones*
          KIMBERLY E. JONES
          Declarant