UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| TREVOR BAUER,<br><br>　　　Plaintiff,<br>　　vs.<br><br>LINDSEY C. HILL AND NIRANJAN FRED THIAGARAJAH,<br><br>　　　Defendant.<br>LINDSEY C. HILL,<br><br>　　　Counterclaimant,<br><br>　　vs.<br><br>TREVOR BAUER,<br><br>　　　Counter-defendant. | Case No. 8:22-cv-00868 JVS (ADSx)<br><br>[Assigned to Hon. James V. Selna]<br><br>**ORDER RE APPLICATION FOR LEAVE TO FILE DOCUMENTS 137 AND 139 UNDER SEAL PURSUANT TO LOCAL RULE 79-5.2.2 (b) [149]**<br><br>[Application for Leave filed concurrently]<br><br>Action Filed: April 25, 2022 |

ORDER

1  Having reviewed the Application to File Under Seal [Dkt. 149] (the
2  "Application") submitted by Defendant and Counterclaimant Lindsey C. Hill
3  ("Hill"), and good cause appearing, the Court orders the following:
4  Hill's Application is GRANTED. Documents at entry 137 and 139 shall be
5  filed under seal.

7  IT IS SO ORDERED.

9  Dated: July 12, 2023

_____
Hon. James V. Selna
U.S. District Judge