# TRANSCRIPT ORDER FORM

**UNITED STATES DISTRICT COURT — CENTRAL DISTRICT OF CALIFORNIA**

Please use one form per court reporter per case, and contact court reporter directly immediately after e-filing form. *(Additional instructions on next page.)*

**COURT USE ONLY — DUE DATE:** _____

| Field | Value |
|---|---|
| 1a. Contact Person for this Order | Eileen Spadoni |
| 1b. Attorney Name (if different) | Michelle R. Prescott |
| 2a. Contact Phone Number | 949-975-1000 |
| 2b. Attorney Phone Number | 949-975-1000 |
| 3a. Contact E-mail Address | espadoni@wzllp.com |
| 3b. Attorney E-mail Address | mprescott@wzllp.com |
| 4. Mailing Address | Wesierski & Zurek LLP, 29 Orchard Road, Lake Forest, CA 92630 |
| 5. Name & Role of Party Represented | Attorney for Defendant, Lindsey C. Hill |
| 6. Case Name | Bauer v. Hill |
| 7a. District Court Case Number | 8:22-cv-00868-JVS-ADS |
| 7b. Appeals Court Case Number | |

**8. INDICATE WHETHER PROCEEDING WAS** *(choose only one per form):*
[x] DIGITALLY RECORDED   [ ] TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER: _____

**9. THIS TRANSCRIPT ORDER IS FOR:** [ ] Appeal   [x] Non-Appeal   [ ] Criminal   [x] Civil   [ ] CJA   [ ] USA   [ ] FPD   [ ] In forma pauperis

**10. TRANSCRIPT(S) REQUESTED**

| HEARING DATE | Minute Order Docket# | JUDGE | PROCEEDING TYPE / PORTION | b. SELECT FORMAT(S) | | | | | c. RELEASE OF TRANS. RESTRICTION DATE | d. DELIVERY TYPE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | CM/ECF ACCESS (web) | WORD INDEXING | | |
| 06/28/2023 | 135 | J. Spaeth | Hill's Motion to Compel Bauer to Produce Documents and Bauer's Motion for Protective order and to quash Subpoena | ● | ○ | ○ | ○ | ○ | ○ | 10/17/2023 | EXPEDITED (7-day) |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | | |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | | |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | | |

**11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC.** _____

**12. ORDER & CERTIFICATION.** By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.

Date: 7/21/2023   Signature: /s/ Michelle R. Prescott

G-120 (06/18)