# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 22-00868-JVS(ADSx) | Date | July 31, 2023 |
|---|---|---|---|
| Title | Trevor Bauer v. Lindsey C. Hill, et al | | |

**Present: The Honorable** James V. Selna, U.S. District Court Judge

| Elsa Vargas | Sharon Seffens |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Jon Fetterolf | Jesse Kaplan |
| Kate Mangels | Brett Smith |

**Proceedings:** **Plaintiff's Motion for Sanctions [119]**

Cause is called for hearing and counsel make their appearances. The Court's tentative ruling is issued. Motion is argued and taken under submission. A separate order to follow.

: 31

Initials of Preparer    eva