1  Christopher P. Wesierski [Bar No. 086736]
   *cwesierski@wzllp.com*
2  Michelle R. Prescott [Bar No. 262638]
   *mprescott@wzllp.com*
3  Eileen Spadoni [Bar No. 133259]
   *espadoni@wzllp.com*
4  Brett A. Smith [Bar No. 322707]
   *bsmith@wzllp.com*
5  WESIERSKI & ZUREK LLP
   29 Orchard Road
6  Lake Forest, California 92630
   Telephone: (949) 975-1000
7  Facsimile: (949) 756-0517

8  Bryan J. Freedman, Esq. (SBN: 151990)
   *bfreedman@ftllp.com*
9  Jesse A. Kaplan, Esq. (SBN: 255059)
   *jkaplan@ftllp.com*
10 FREEDMAN + TAITELMAN, LLP
   1801 Century Park West, 5th Floor
11 Los Angeles, California 90067
   Telephone: (310) 201-0005
12 Facsimile: (310) 201-0045

13 Attorneys for Defendant/CounterClaimant,
   Lindsey C. Hill

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| TREVOR BAUER,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>LINDSEY C HILL AND NIRANJAN FRED THIAGARAJAH,<br><br>　　　　Defendants.<br>―――――――――――――――<br>LINDSEY C. HILL,<br><br>　　　　Counterclaimant,<br><br>　　vs.<br><br>TREVOR BAUER,<br><br>　　　　Counter-Defendant. | Case No. 8:22-cv-00868 JVS(ADSx)<br><br>Assigned for all purposes to the Hon. James V. Selna<br>Referred to Magistrate Judge Autumn D. Spaeth<br><br>**[PROPOSED] ORDER**<br><br>Action Filed:　　　April 25, 2022<br>Discovery Deadline: September 1, 2023<br>Pretrial Conference: January 22, 2024<br>Trial Date:　　　　February 13, 2024 |

Defendant and Counterclaimant Lindsey C. Hill's Ex Parte Application Requesting Modification of the Amended Scheduling Order came before the Honorable James V. Selna in Courtroom 10C of the above- entitled Court. Having considered the papers in support of, the Court finds that good cause exists to extend the deadlines in the Amended Scheduling Order.

Therefore, Ms. Hill's Ex Parte Application is **GRANTED**.

The deadlines are extended as follows:

1. Nonexpert discovery cut-off is now 10/2/2022
2. Initial Expert Disclosures are now due 10/9/2023
3. Rebuttal Disclosures are now due 10/27/2023
4. Expert Discovery cut-off is now 11/27/2023

Counsel for Ms. Hill is to prepare a Further Amended Scheduling Order for the Court's execution.

IT IS SO ORDERED

DATED: _____          _____
                                James V. Selna
                                United States District Judge

WESIERSKI & ZUREK LLP
LAWYERS
29 ORCHARD ROAD
LAKE FOREST, CALIFORNIA 92630
(949) 975-1000