# EXHIBIT A

```
                                                                    1

           UNITED STATES DISTRICT COURT
           CENTRAL DISTRICT OF CALIFORNIA
           SOUTHERN DIVISION - SANTA ANA


TREVOR BAUER,              ) Case No. SACV 22-868-JVS (ADSx)
                           )
     Plaintiff,            ) Santa Ana, California
                           ) Wednesday, June 28, 2023
          v.               ) 10:04 A.M. to 10:53 A.M.
                           ) 11:02 A.M. to 11:30 A.M.
LINDSEY C. HILL, et al.,   ) 11:53 A.M. to 11:58 A.M.
                           )
     Defendants.           )
_____)




                  TRANSCRIPT OF PROCEEDINGS
          BEFORE THE HONORABLE AUTUMN D. SPAETH
               UNITED STATES MAGISTRATE JUDGE



Appearances:             See Page 2

Deputy Clerk:            Kristee Hopkins

Court Reporter:          Recorded; CourtSmart

Transcription Service:   JAMS Certified Transcription
                         16000 Ventura Boulevard #1010
                         Encino, California  91436
                         (661) 609-4528







Proceedings recorded by electronic sound recording;
transcript produced by transcription service.
```

1 the argument --
2     MR. KAPLAN: Thank you, Your Honor.
3     THE COURT: -- and I'll come back with my ruling.
4 (Recess from 11:30 a.m. to 11:53 a.m.)
5
6                   AFTER RECESS
7 (Call to Order of the Court.)
8     THE COURT: All right. Have a seat.
9     MR. KAPLAN: Thank you, Your Honor.
10     THE COURT: All right. This is my ruling:
11     With regard to RFP Nos. 68 and 69, I am denying the
12 motion to compel but will require that Mr. Bauer file an --
13 not file -- serve amended responses that specifically state
14 that they are withdrawing those allegations.
15     With regard to RFP No. 114, because the tortious
16 interference with contract allegation still exists in this
17 case -- claim -- I am granting the motion to compel. I find
18 that the information is relevant to the claims asserted in
19 this case, that the Court is not bound by the MLB's contract
20 requirements of confidentiality with Bauer and Hill, and that
21 Bauer has waived his privacy objections by failing to assert
22 them in his initial response to the RFP.
23     With regard to RFP No. 87, I am granting the motion
24 to compel RFP No. 87. I find that Hill has met her burden to
25 establish that the requested information is relevant. The

1  investigations conducted by MLB or law enforcement have all
2  the same underlying facts at issue in this case, and while
3  there may be a privacy right, it does not apply to these
4  specific documents, and the interests our outweighed by
5  Hill's compelling need for the information for the claims and
6  defenses at issue.
7          Now, with regard to RFP No. 92, I'm granting the
8  motion to compel as to RFP No. 92.  I find that Hill has met
9  her burden of establishing that the requested information is
10 relevant and that any rights of privacy are outweighed by
11 Hill's compelling need for the information for the claims and
12 defenses asserted in this case.
13         With regard to RFP No. 93, I am denying the motion
14 to compel.  This request is largely overbroad, and I find
15 that Ms. Hill has not met her burden of establishing that the
16 requested information is proportional in this case.  To a
17 large degree, my ruling with regard to that is the fact that
18 there are the depositions.  My ruling might be different if
19 we find out that the depositions don't occur.  If witnesses
20 don't show up, then maybe I would have -- might have a
21 different ruling.
22         All right?
23         MR. KAPLAN:  Your Honor, may I ask a clarifying
24 question as to No. 93?
25         THE COURT:  Uh-huh.

53

1         MR. KAPLAN: Is it -- the ruling with or without
2 prejudice to propounding, I guess, new discovery that's more
3 focused on certain documents from the arbitration, such as --
4 the things that I have in mind are dealing with transcripts,
5 for example, with my client and Mr. Bauer -- stuff like that.
6         THE COURT: I'm not going to give a hypothetical
7 ruling. I really don't like to do that if I can avoid it. I
8 like to really try to make my rulings based on the facts in
9 front of me. If your discovery cutoff has not passed, you
10 are free to serve any discovery that you think is
11 appropriate, and then we can take up any arguments that may
12 be appropriate, but this request as written, I'm denying the
13 motion to compel.
14         MR. KAPLAN: Thank you, Your Honor.
15         THE COURT: Okay?
16         All right. Now, my law clerks tell me that there
17 may be some ambiguity about my ruling on the motion to quash.
18 To be -- with regard to Doe No. 4. I think I said one thing;
19 they heard something else. I wanted to make sure that you
20 guys understood that I was denying the motion to quash as to
21 2, 3, 4, and 5.
22         MR. BROWN: Yes, I understood that.
23         THE COURT: Okay. All right.
24         MR. BROWN: Although I did not hear you say "4."
25         THE COURT: Okay. Yeah. I think I said,

```
 1   "2 through 5" --
 2              MR. BROWN:  Okay.  Yeah.
 3              THE COURT:  -- which sounded like "2, 3, 5" to
 4   other people and in my own head sounded like "2 through 5" so
 5   --
 6              MR. BROWN:  But I certainly understood what you
 7   were ruling.
 8              THE COURT:  Okay.  All right.
 9              All right.  Thank you, everybody.
10              MR. BROWN:  Thank you.
11              THE COURT:  Now, I will not be issuing a written
12   ruling.  So, if you need a transcript or something like that,
13   it's up to you to order.  Okay?
14              MR. BROWN:  Thank you, Your Honor.
15              THE COURT:  If you want a written ruling, then I
16   would request that somebody -- that one of the parties
17   propose one, you get the other side to sign off on it, and
18   then you lodge it.  If I have both signatures and if it
19   comports with my memory of the hearing, then, I'll enter it.
20   Okay?  Otherwise, we'll just be going based on your best
21   memory.
22              MR. KAPLAN:  Thank you, Your Honor.
23              THE COURT:  All right.  Thank you, everybody.
24              THE CLERK:  Court is now adjourned.
25         (Proceedings adjourned at 11:58 a.m.)
```

## CERTIFICATE

I certify that the foregoing is a correct transcript from the electronic sound recording of the proceedings in the above-entitled matter.

```
/s/ Julie Messa                    July 19, 2023
Julie Messa, CET**D-403             Date
Transcriber
```