# EXHIBIT E

# Leslie S. Sotelo

| | |
|---|---|
| **From:** | Michelle R. Prescott |
| **Sent:** | Thursday, August 3, 2023 12:22 PM |
| **To:** | Brown, Blair G.; Leslie S. Sotelo; Fetterolf, Jon R.; Peyser, Nell Z; Simmerson, Kelsey; sholley@kwikhlaw.com; kmangels@kwikalaw.com; smacisaac@kwikhlaw.com |
| **Cc:** | Christopher Wesierski; Eileen Spadoni; Brett Smith; Debbie Cooper; Antonio Ramos; Kelly Atherton; Chelsea Anderson; Jesse Kaplan |
| **Subject:** | RE: Bauer v. Hill \| Ex Parte Notice |

Thank you, Blair

I do not think the proposed dates will give us enough time due to issue with the MLB records. The hearing on the MTC will not happen until 8/30 and if Bauer is ordered to provide documents you will likely be given several days more to produce. Those documents will then need to be given to the experts and/or used in various depositions.

We will note you side opposes the dates we have proposed.


Michelle R. Prescott
**Wesierski & Zurek LLP**
29 Orchard Road, Lake Forest, CA 92630
Tel. No. (949) 975-1000
Fax. No. (949) 756-0517
Email mprescott@wzllp.com



Follow us on:
Confidential Communication: Emails from this firm normally contain confidential and privileged material and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. This communication and all attachments are confidential, in anticipation of litigation or in furtherance of litigation. The attorney client privilege, work product doctrine and privacy rights of the sender, recipients and third parties are specifically asserted as to this communication and all attachments, in addition to all other protections afforded by law, including without limitation, HIPAA, physician/patient privilege, trade secret, tax privacy, copyright and trademark laws. If you believe that you received this email in error, please do not read this email or any attached items. Please delete the email and all attachments, including any copies thereof, and inform the sender that you have deleted the email, all attachments and any copies thereof. Thank you.

**From:** Brown, Blair G. <bbrown@zuckerman.com>
**Sent:** Thursday, August 3, 2023 12:02 PM
**To:** Michelle R. Prescott <mprescott@WZLLP.COM>; Leslie S. Sotelo <LSotelo@wzllp.com>; Fetterolf, Jon R. <JFetterolf@zuckerman.com>; Peyser, Nell Z <NPeyser@zuckerman.com>; Simmerson, Kelsey <ksimmerson@zuckerman.com>; sholley@kwikhlaw.com; kmangels@kwikalaw.com; smacisaac@kwikhlaw.com
**Cc:** Christopher Wesierski <CWesierski@WZLLP.COM>; Eileen Spadoni <ESpadoni@WZLLP.COM>; Brett Smith <BSmith@WZLLP.COM>; Debbie Cooper <dcooper@wzllp.com>; Antonio Ramos <ARamos@WZLLP.COM>; Kelly Atherton <KAtherton@WZLLP.COM>; Chelsea Anderson <CAnderson@WZLLP.COM>; Jesse Kaplan <jkaplan@ftllp.com>
**Subject:** RE: Bauer v. Hill \| Ex Parte Notice

**\*\*CAUTION: This email originated from outside of the organization.\*\***

Michelle:

We are willing to agree to the following deadlines, with the understanding that the extension is for the purpose of allowing more time for depositions and does not extend the existing deadline, which has passed, for serving written discovery requests:

Nonexpert discovery cut-off 9/15/23
Initial Expert Disclosures 9/29/23
Rebuttal Disclosures 10/20/23
Expert Discovery cut-off 11/17/23

If you do file an ex parte application for your proposed deadlines, please note that it is opposed.

- Blair



Blair G. Brown
Zuckerman Spaeder LLP
bbrown@zuckerman.com

1800 M STREET NW, SUITE 1000 • WASHINGTON, DC 20036-5807
202.778.1829 direct • 202.320.8369 mobile • 202.822.8106 fax

► Download vCard | zuckerman.com

This transmission (including any attachments) from the law firm of Zuckerman Spaeder LLP may contain information that is confidential and/or subject to the attorney-client privilege or the work product doctrine. Use or dissemination of this information by anyone other than the intended recipient is prohibited and may be unlawful. If you have received this transmission in error, please immediately notify the sender by return email or contact us by telephone at 202.778.1800 and permanently delete all copies.

**From:** Michelle R. Prescott <mprescott@WZLLP.COM>
**Sent:** Thursday, August 3, 2023 2:37 PM
**To:** Brown, Blair G. <bbrown@zuckerman.com>; Leslie S. Sotelo <LSotelo@wzllp.com>; Fetterolf, Jon R. <JFetterolf@zuckerman.com>; Peyser, Nell Z <NPeyser@zuckerman.com>; Simmerson, Kelsey <ksimmerson@zuckerman.com>; sholley@kwikhlaw.com; kmangels@kwikalaw.com; smacisaac@kwikhlaw.com
**Cc:** Christopher Wesierski <CWesierski@WZLLP.COM>; Eileen Spadoni <ESpadoni@WZLLP.COM>; Brett Smith <BSmith@WZLLP.COM>; Debbie Cooper <dcooper@wzllp.com>; Antonio Ramos <ARamos@WZLLP.COM>; Kelly Atherton <KAtherton@WZLLP.COM>; Chelsea Anderson <CAnderson@WZLLP.COM>; Jesse Kaplan <jkaplan@ftllp.com>
**Subject:** RE: Bauer v. Hill | Ex Parte Notice

**EXTERNAL**

Counsel,

We will be filing an ex parte application to modify the scheduling order as provided below. As discussed in our call yesterday, we need the MLB documents that are in dispute and subject to the motion to compel before expert disclosures and before taking some of the depositions. Since we have not heard back regarding the requested stipulation, we will be filing the ex parte application today.

2

Michelle R. Prescott
**Wesierski & Zurek LLP**
29 Orchard Road, Lake Forest, CA 92630
Tel. No. (949) 975-1000
Fax. No. (949) 756-0517
Email mprescott@wzllp.com



Follow us on:
Confidential Communication: Emails from this firm normally contain confidential and privileged material and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. This communication and all attachments are confidential, in anticipation of litigation or in furtherance of litigation. The attorney client privilege, work product doctrine and privacy rights of the sender, recipients and third parties are specifically asserted as to this communication and all attachments, in addition to all other protections afforded by law, including without limitation, HIPAA, physician/patient privilege, trade secret, tax privacy, copyright and trademark laws. If you believe that you received this email in error, please do not read this email or any attached items. Please delete the email and all attachments, including any copies thereof, and inform the sender that you have deleted the email, all attachments and any copies thereof. Thank you.

**From:** Michelle R. Prescott
**Sent:** Wednesday, August 2, 2023 12:06 PM
**To:** Brown, Blair G. <bbrown@zuckerman.com>; Leslie S. Sotelo <LSotelo@wzllp.com>; Fetterolf, Jon R. <JFetterolf@zuckerman.com>; Peyser, Nell Z <NPeyser@zuckerman.com>; Simmerson, Kelsey <ksimmerson@zuckerman.com>; sholley@kwikhlaw.com; kmangels@kwikalaw.com; smacisaac@kwikhlaw.com
**Cc:** Christopher Wesierski <CWesierski@WZLLP.COM>; Eileen Spadoni <ESpadoni@WZLLP.COM>; Brett Smith <BSmith@WZLLP.COM>; Debbie Cooper <dcooper@wzllp.com>; Antonio Ramos <ARamos@WZLLP.COM>; Kelly Atherton <KAtherton@WZLLP.COM>; Chelsea Anderson <CAnderson@WZLLP.COM>; Jesse Kaplan <jkaplan@ftllp.com>
**Subject:** RE: Bauer v. Hill | Meet and Confer re Plaintiff's Discovery responses (MER-5137)

Blair,
As always it was nice speaking with you today. We are proposing the following modifications to the scheduling order:

1. Nonexpert discovery cut-off 10/2/2022
2. Initial Expert Disclosures 10/9/2023
3. Rebuttal Disclosures 10/27/2023
4. Expert Discovery cut-off 11/27/2023

Please let us know if you will stipulate to these dates.

My assistant will be sending the draft of the joint stip regarding the discovery at issue shortly.


Michelle R. Prescott
**Wesierski & Zurek LLP**
29 Orchard Road, Lake Forest, CA 92630
Tel. No. (949) 975-1000
Fax. No. (949) 756-0517
Email mprescott@wzllp.com



Follow us on:
Confidential Communication: Emails from this firm normally contain confidential and privileged material and are for the sole use of the intended recipient. Use or distribution by
3