Shawn Holley (Cal. Bar No. 136811)
Suann C. MacIsaac (Cal Bar. 205659)
KINSELLA HOLLEY ISER KUMP STEINSAPIR LLP
11766 Wilshire Boulevard., Suite 750
Los Angeles, CA 90025
Tel: (310) 566-9800
Fax: (310) 566-9850
sholley@khiks.com
smacisaac@khiks.com

Blair G. Brown (admitted *pro hac vice*)
Jon R. Fetterolf (admitted *pro hac vice*)
ZUCKERMAN SPAEDER LLP
1800 M Street, N.W., Suite 1000
Washington, D.C. 20036
Tel: (202) 778-1800
Fax: (202) 882-8106
bbrown@zuckerman.com
jfetterolf@zuckerman.com

Nell Z. Peyser (admitted *pro hac vice*)
ZUCKERMAN SPAEDER LLP
485 Madison Ave., 10th Floor
New York, NY 10022
Tel: (212) 704-9600
Fax: (212) 704-4256
npeyser@zuckerman.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| TREVOR BAUER,<br><br>Plaintiff,<br><br>v.<br><br>LINDSEY C. HILL and NIRANJAN FRED THIAGARAJAH,<br><br>Defendants. | Case No. 8:22-cv-00868-JVS-ADS<br>Assigned for all purposes to the Hon. James V. Selna<br>Referred to: Magistrate Judge Autumn D. Spaeth<br><br>**DECLARATION OF BLAIR G. BROWN IN OPPOSITION TO EX PARTE APPLICATION REQUESTING MODIFICATION OF THE SCHEDULING ORDER**<br><br>Action Filed: April 25, 2022 |

I, BLAIR G. BROWN, declare and state as follows:

1. I am an attorney licensed to practice in the District of Columbia, the States of Maryland and New York, and the Commonwealth of Virginia and have been admitted to practice *pro hac vice* in this action. I am a partner of the law firm Zuckerman Spaeder LLP, and counsel of record for Plaintiff/Counterclaim Defendant Trevor Bauer in the above-captioned action. I have personal knowledge of the matters stated in this declaration, and I could and would testify competently about them if called upon to do so.

2. On August 2, 2023, I engaged in a meet and confer with Hill's counsel regarding Hill's anticipated Ex Parte Application, among other topics. In that meet and confer, Hill's counsel acknowledged that the parties had not completed the meet and confer process, but Hill's counsel maintained that they would file this Ex Parte Application nevertheless because time was of the essence.

3. During the August 2, 2023 meet and confer, counsel for the parties also discussed the scheduling of Mr. Bauer's remote deposition. Counsel for Hill raised concerns about the 5:00 p.m. start time, and counsel for Bauer raised the possibility of conducting the deposition over two days due to the time difference between California and Japan. Hill's counsel responded that this may resolve their concerns.

4. At no time during the August 2, 2023 meet and confer did Hill's counsel raise an objection to conducting Mr. Bauer's deposition remotely.

5. At no time during the August 2, 2023 meet and confer did Hill's counsel advise that the location of Mr. Bauer's deposition would be a primary argument, or an argument at all, in Hill's Ex Parte Application.

6. For more than four months prior to the August 2, 2023 meet and confer, I have communicated to Hill's counsel that Mr. Bauer's deposition would occur remotely due to the fact that he is under contract playing professional baseball in Japan.

7. At no time did Hill's counsel ever raise an issue with Mr. Bauer's deposition being conducted remotely.

8. Ironically, for the only two depositions taken so far in this case (depositions taken by Mr. Bauer's counsel), Hill's counsel has voluntarily appeared remotely.

9. Understanding that multiple depositions would need to occur before the close of fact discovery on September 1, 2023, I have repeatedly contacted Hill's counsel over the past two months with proposed deposition dates for the witnesses Mr. Bauer intends to depose and counterproposals (or acceptances) of deposition dates for individuals Hill intends to depose. Many of my communications have been met with silence from Hill's counsel.

10. Finally, on July 12, 2023, I requested a meet and confer with Hill's counsel regarding deposition scheduling. In that email, I wrote: "We consider this request urgent. We have proposed to you dates for a number of depositions without receiving a response." That email is attached as **Exhibit A**.

11. On July 14, 2023, we had the meet and confer with Hill's counsel regarding deposition scheduling and a number of deposition dates I had proposed. The meet and confer was cordial. However, Hill's counsel could not commit to any dates certain at that time.

12. On July 18, 2023, Hill's counsel finally responded with potential dates for the witnesses they sought to depose. Hill's counsel's proposed date for Hill's deposition was outside of the fact discovery window.

13. Attached as **Exhibit B** is an email from me to Hill's counsel, dated July 21, 2023, in which I provide comments on the proposed deposition schedule. Hill's counsel did not respond to my comments.

14. Attached as **Exhibit C** is an email from me to Hill's counsel, dated July 26, 2023, where I follow up on the proposed deposition schedule after receiving no response from to my July 21, 2023 email.

15. Hill's counsel later informed me, during the August 2, 2023 meet and confer, that many of the deposition dates they had proposed on July 18, 2023 have not been provided to the witnesses and/or have not been confirmed by the witnesses. To my knowledge, this is still the case.

16. For Mr. Bauer's part, the dates for all depositions Mr. Bauer intends to take have been communicated to Hill's counsel and have been properly disclosed to each respective witness by validly issued subpoena.

17. On May 18, 2023, Hill filed a Motion to Compel Mr. Bauer to produce certain MLB-related documents.

18. Judge Spaeth granted Hill's Motion to Compel responses to Request Nos. 87, 92, and 114. As explained in the paragraphs below, all of these Requests seek information relating to Mr. Bauer's administrative leave, MLB's investigation of Hill's allegations, and the suspension imposed by MLB. They do not seek information relating to the arbitration proceeding between MLB and the Major League Baseball Players Association ("Players Association") that later occurred and is the subject of separate document requests propounded by Hill.

19. Request No. 87 seeks: "[A]ll DOCUMENTS containing statements, interviews or testimony YOU have provided in connection with any investigation regarding allegations of physical violence, abuse, sexual battery, sexual abuse, battery, assault, and/or rape made against YOU, including without limitation, any investigation conducted by any LAW ENFORCEMENT authorities or Major League Baseball."

20. In response, Mr. Bauer timely produced, on July 28, 2023, all of the statements, interviews, or testimony he provided during MLB's investigation, although not many exist. To be sure, MLB did interview Mr. Bauer in the context of the investigation, but that interview was not videotaped, transcribed, or recorded in any way. Thus, there is nothing more for Mr. Bauer to produce in response to this Request.

21. Request No. 92 seeks "[A]ll DOCUMENTS that reflect communications with Major League Baseball regarding allegations of physical violence, abuse, sexual battery, sexual abuse, battery, assault, and/or rape against YOU."

22. In response, Bauer timely produced, on July 28, 2023, all communications with MLB on this subject matter in his possession. However, MLB almost exclusively communicated with the Players Association about this subject matter, not Mr. Bauer or his litigation counsel directly, prior to the onset of the arbitration. Mr. Bauer does not possess those communications between MLB and the Players Association. Any direct communications between Mr. Bauer and/or his litigation counsel (Zuckerman Spaeder LLP and Kinsella Holley Iser Kump Steinsapir LLP) and MLB responsive to this Request have been produced. Any communications between Mr. Bauer's litigation counsel and the Players Association are subject to a common interest privilege. Mr. Bauer has committed to provide Hill's counsel with more detailed information about the handful of documents he contends are subject to this privilege, as has been the practice in this case in lieu of a privilege log.

23. Request No. 114 seeks "[A]ll DOCUMENTS related to Major League Baseball's suspension of YOU and/or placing YOU on administrative leave."

24. Mr. Bauer has timely produced, on July 28, 2023, all information responsive to this Request in his possession. He has not produced communications between his litigation counsel and the Players Association that are subject to the common interest privilege referenced above. He is not in possession of any other documents that the Players Association may possess on this subject matter.

25. Separately, Judge Spaeth **denied** Hill's Motion to Compel a response to Request No. 93, which seeks records from the arbitration proceeding that followed Mr. Bauer's suspension.

26. Request No. 93 seeks: "[A]ll DOCUMENTS from the Major League Baseball arbitration proceeding concerning YOUR suspension from Major League Baseball, including without limitation, all pleadings, briefs, statements, interviews, transcripts, DOCUMENTS exchanged in that proceeding, and DOCUMENTS produced through discovery in that proceeding."

27. In terms of Request No. 93, Judge Spaeth ruled that: "[t]his request is largely overbroad, and I find that Ms. Hill has not met her burden of establishing that the requested information is proportional to this case." Tr. 52:14-16. This excerpt from Judge Spaeth's ruling is attached to Hill's Ex Parte Application as Exhibit A, although Hill fails to mention it in her Ex Parte Application.

28. Naturally, Mr. Bauer did not produce any arbitration records, including communications between the parties that occurred in the arbitration, because he was not required to do so.

29. On August 2, 2023, Hill's counsel served Mr. Bauer's counsel with a joint stipulation on a motion to compel compliance with Judge Spaeth's June 28, 2023 Order. The basis for Hill's motion to compel compliance is that Mr. Bauer violated the June 28, 2023 Order by failing to produce arbitration records. The parties are currently briefing the motion through the joint stipulation process, and the hearing date is set for August 30, 2023. Given Judge Spaeth's clear ruling denying Hill's motion to compel arbitration records, Hill's motion to compel compliance is unsupportable by the record in this case and has no chance of success.

Executed this 4th day of August, 2023, in Washington, D.C.

*/s/ Blair G. Brown*
Blair G. Brown

# EXHIBIT A

| | |
|---|---|
| **From:** | Brown, Blair G. |
| **Sent:** | Wednesday, July 12, 2023 3:54 PM |
| **To:** | Jesse Kaplan; Michelle R. Prescott; Brett Smith; Eileen Spadoni |
| **Cc:** | Peyser, Nell Z; Fetterolf, Jon R.; Ventresca, Ivano; Simmerson, Kelsey; Cohen, Jay |
| **Subject:** | Bauer v. Hill Meet and Confer |

Counsel:

We request a meet and confer regarding deposition scheduling. **We propose that we do it tomorrow (Thursday) any time between 11 am to 1:30 pm PDT/2 pm to 4:30 pm EDT or Friday any time between 10 am to 2 pm PDT/1 pm to 5 pm EDT.** We consider this request urgent. We have proposed to you dates for a number of depositions without receiving a response. Several have required coordination with witnesses' schedules and/or their counsel's schedules. Set forth below are the deponents and dates we already have proposed, as well as additional deponents and dates we now propose. We also have identified the locations of the depositions. We are willing to allow an option for Ms. Hill's counsel to participate remotely, subject to agreement regarding remote deposition procedures.

1. Kyle Eriksen – Denver - August 4
2. Lisa Decker – Nashville – August 7
3. Mary Lou Rogers – San Diego -August 14
4. Justin Vaesau – San Diego - August 16
5. Rich Hill – remote - August 18
6. Lindsey Hill – LA – August 23
7. Pasadena Police Department - Pasadena
    a. Silva 8/21
    b. Jones 8/22
    c. Murphy 8/24

Please respond regarding the time of the meet and confer.
Thanks,
Blair



**Blair G. Brown**
**Zuckerman Spaeder LLP**
**bbrown@zuckerman.com**

1800 M STREET NW, SUITE 1000 • WASHINGTON, DC 20036-5807
202.778.1829 direct • 202.320.8369 mobile • 202.822.8106 fax

► Download vCard | zuckerman.com

This transmission (including any attachments) from the law firm of Zuckerman Spaeder LLP may contain information that is confidential and/or subject to the attorney-client privilege or the work product doctrine. Use or dissemination of this information by anyone other than the intended recipient is prohibited and may be unlawful. If you have received this transmission in error, please immediately notify the sender by return email or contact us by telephone at 202.778.1800 and permanently delete all copies.

# EXHIBIT B

| | |
|---|---|
| **From:** | Brown, Blair G. |
| **Sent:** | Friday, July 21, 2023 4:21 PM |
| **To:** | Chelsea Anderson; sholley@kwikhlaw.com; kmangels@kwikalaw.com; smacisaac@kwikhlaw.com; Fetterolf, Jon R.; Peyser, Nell Z; Simmerson, Kelsey; Ventresca, Ivano |
| **Cc:** | Brett Smith; Eileen Spadoni; Jesse Kaplan; Leslie S. Sotelo; Antonio Ramos; Michelle R. Prescott |
| **Subject:** | RE: Bauer v. Hill - Proposed Deposition Schedule (MER-5137) |
| **Attachments:** | 2023-07-21 BGB Response to Propsed Deposition Schedule (Bauer-Hill) (I1904200xC2BA8).DOCX |

Counsel:

See attached. I added a column to the deposition schedule you sent with our reactions. We accepted some deposition dates, proposed alternative dates for others, and added some comments. I did not make changes in first date column, pending your responses.

- Blair



**Blair G. Brown**
**Zuckerman Spaeder LLP**
**bbrown@zuckerman.com**

1800 M STREET NW, SUITE 1000 • WASHINGTON, DC 20036-5807
202.778.1829 direct • 202.320.8369 mobile • 202.822.8106 fax

► Download vCard | zuckerman.com

This transmission (including any attachments) from the law firm of Zuckerman Spaeder LLP may contain information that is confidential and/or subject to the attorney-client privilege or the work product doctrine. Use or dissemination of this information by anyone other than the intended recipient is prohibited and may be unlawful. If you have received this transmission in error, please immediately notify the sender by return email or contact us by telephone at 202.778.1800 and permanently delete all copies.

**From:** Chelsea Anderson <CAnderson@WZLLP.COM>
**Sent:** Tuesday, July 18, 2023 7:53 PM
**To:** sholley@kwikhlaw.com; kmangels@kwikalaw.com; smacisaac@kwikhlaw.com; Brown, Blair G. <bbrown@zuckerman.com>; Fetterolf, Jon R. <JFetterolf@zuckerman.com>; Peyser, Nell Z <NPeyser@zuckerman.com>; Simmerson, Kelsey <ksimmerson@zuckerman.com>; Ventresca, Ivano <iventresca@zuckerman.com>
**Cc:** Brett Smith <BSmith@WZLLP.COM>; Eileen Spadoni <ESpadoni@WZLLP.COM>; Jesse Kaplan <jkaplan@ftllp.com>; Leslie S. Sotelo <LSotelo@wzllp.com>; Antonio Ramos <ARamos@WZLLP.COM>; Michelle R. Prescott <mprescott@WZLLP.COM>
**Subject:** Bauer v. Hill - Proposed Deposition Schedule (MER-5137)

**EXTERNAL**

Good afternoon,

Please see the attached proposed deposition schedule for your review. Please also see the comment about Lindsey's availability.

Sincerely,

Chelsea Anderson
Assistant to Michelle R. Prescott and Scarlet Rush
**Wesierski & Zurek LLP**
29 Orchard Road, Lake Forest, CA 92630
Tel. No. (949) 975-1000, ext. 6429
Fax. No. (949) 756-0517
Email canderson@wzllp.com



Follow us on:

Confidential Communication: Emails from this firm normally contain confidential and privileged material and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. This communication and all attachments are confidential, in anticipation of litigation or in furtherance of litigation. The attorney client privilege, work product doctrine and privacy rights of the sender, recipients and third parties are specifically asserted as to this communication and all attachments, in addition to all other protections afforded by law, including without limitation, HIPAA, physician/patient privilege, trade secret, tax privacy, copyright and trademark laws. If you believe that you received this email in error, please do not read this email or any attached items. Please delete the email and all attachments, including any copies thereof, and inform the sender that you have deleted the email, all attachments and any copies thereof. Thank you.

# EXHIBIT C

| | |
|---|---|
| **From:** | Brown, Blair G. |
| **Sent:** | Wednesday, July 26, 2023 8:15 AM |
| **To:** | Chelsea Anderson; sholley@kwikhlaw.com; kmangels@kwikalaw.com; smacisaac@kwikhlaw.com; Fetterolf, Jon R.; Peyser, Nell Z; Simmerson, Kelsey; Ventresca, Ivano |
| **Cc:** | Brett Smith; Eileen Spadoni; Jesse Kaplan; Leslie S. Sotelo; Antonio Ramos; Michelle R. Prescott |
| **Subject:** | RE: Bauer v. Hill - Proposed Deposition Schedule (MER-5137) |
| **Attachments:** | 2023-07-26 BGB Response to Propsed Deposition Schedule (Bauer-Hill) (I1904200xC2BA8).DOCX |

Counsel for Ms. Hill:

Following up on this. Revised deposition schedule attached. I have put the times into the schedule based on your subpoenas and our understandings with PPD. No proposed dates are changed from my prior revised schedule. Please advise us today whether the proposed dates are acceptable for the witnesses whose dates are not confirmed.

Thanks,

Blair



**Blair G. Brown**
**Zuckerman Spaeder LLP**
**bbrown@zuckerman.com**

1800 M STREET NW, SUITE 1000 • WASHINGTON, DC 20036-5807
202.778.1829 direct • 202.320.8369 mobile • 202.822.8106 fax

► Download vCard | zuckerman.com

This transmission (including any attachments) from the law firm of Zuckerman Spaeder LLP may contain information that is confidential and/or subject to the attorney-client privilege or the work product doctrine. Use or dissemination of this information by anyone other than the intended recipient is prohibited and may be unlawful. If you have received this transmission in error, please immediately notify the sender by return email or contact us by telephone at 202.778.1800 and permanently delete all copies.

**From:** Brown, Blair G. <bbrown@zuckerman.com>
**Sent:** Friday, July 21, 2023 4:21 PM
**To:** Chelsea Anderson <CAnderson@WZLLP.COM>; sholley@kwikhlaw.com; kmangels@kwikalaw.com; smacisaac@kwikhlaw.com; Fetterolf, Jon R. <JFetterolf@zuckerman.com>; Peyser, Nell Z <NPeyser@zuckerman.com>; Simmerson, Kelsey <ksimmerson@zuckerman.com>; Ventresca, Ivano <iventresca@zuckerman.com>
**Cc:** Brett Smith <BSmith@WZLLP.COM>; Eileen Spadoni <ESpadoni@WZLLP.COM>; Jesse Kaplan <jkaplan@ftllp.com>; Leslie S. Sotelo <LSotelo@wzllp.com>; Antonio Ramos <ARamos@WZLLP.COM>; Michelle R. Prescott <mprescott@WZLLP.COM>
**Subject:** RE: Bauer v. Hill - Proposed Deposition Schedule (MER-5137)

Counsel:

See attached. I added a column to the deposition schedule you sent with our reactions. We accepted some deposition dates, proposed alternative dates for others, and added some comments. I did not make changes in first date column, pending your responses.

- Blair



**Blair G. Brown**
**Zuckerman Spaeder LLP**
**bbrown@zuckerman.com**

1800 M STREET NW, SUITE 1000 • WASHINGTON, DC 20036-5807
202.778.1829 direct • 202.320.8369 mobile • 202.822.8106 fax

► Download vCard | zuckerman.com

This transmission (including any attachments) from the law firm of Zuckerman Spaeder LLP may contain information that is confidential and/or subject to the attorney-client privilege or the work product doctrine. Use or dissemination of this information by anyone other than the intended recipient is prohibited and may be unlawful. If you have received this transmission in error, please immediately notify the sender by return email or contact us by telephone at 202.778.1800 and permanently delete all copies.

**From:** Chelsea Anderson <CAnderson@WZLLP.COM>
**Sent:** Tuesday, July 18, 2023 7:53 PM
**To:** sholley@kwikhlaw.com; kmangels@kwikalaw.com; smacisaac@kwikhlaw.com; Brown, Blair G. <bbrown@zuckerman.com>; Fetterolf, Jon R. <JFetterolf@zuckerman.com>; Peyser, Nell Z <NPeyser@zuckerman.com>; Simmerson, Kelsey <ksimmerson@zuckerman.com>; Ventresca, Ivano <iventresca@zuckerman.com>
**Cc:** Brett Smith <BSmith@WZLLP.COM>; Eileen Spadoni <ESpadoni@WZLLP.COM>; Jesse Kaplan <jkaplan@ftllp.com>; Leslie S. Sotelo <LSotelo@wzllp.com>; Antonio Ramos <ARamos@WZLLP.COM>; Michelle R. Prescott <mprescott@WZLLP.COM>
**Subject:** Bauer v. Hill - Proposed Deposition Schedule (MER-5137)

**EXTERNAL**

Good afternoon,

Please see the attached proposed deposition schedule for your review. Please also see the comment about Lindsey's availability.

Sincerely,

Chelsea Anderson
Assistant to Michelle R. Prescott and Scarlet Rush
**Wesierski & Zurek LLP**
29 Orchard Road, Lake Forest, CA 92630
Tel. No. (949) 975-1000, ext. 6429
Fax. No. (949) 756-0517
Email canderson@wzllp.com


Follow us on:
Confidential Communication: Emails from this firm normally contain confidential and privileged material and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. This communication and all attachments are confidential, in anticipation of litigation or in furtherance of litigation. The attorney client privilege, work product doctrine and privacy rights of the sender, recipients and third parties are specifically asserted as to this communication and all attachments, in addition to all other protections afforded by law, including without limitation, HIPAA, physician/patient privilege, trade secret, tax privacy, copyright and trademark laws. If you believe that you received this email in error, please do not read this email or any attached items. Please delete the email and all attachments, including any copies thereof, and inform the sender that you have deleted the email, all attachments and any copies thereof. Thank you.