Christopher P. Wesierski [Bar No. 086736]
 *cwesierski@wzllp.com*
Michelle R. Prescott [Bar No. 262638]
 *mprescott@wzllp.com*
Eileen Spadoni [Bar No. 133259]
 *espadoni@wzllp.com*
Brett A. Smith [Bar No. 322707]
 *bsmith@wzllp.com*
WESIERSKI & ZUREK LLP
29 Orchard Road
Lake Forest, California 92630
Telephone: (949) 975-1000
Facsimile: (949) 756-0517

Bryan J. Freedman, Esq. (SBN: 151990)
 *bfreedman@ftllp.com*
Jesse A. Kaplan, Esq. (SBN: 255059)
 *jkaplan@ftllp.com*
FREEDMAN + TAITELMAN, LLP
1801 Century Park West, 5th Floor
Los Angeles, California 90067
Telephone: (310) 201-0005
Facsimile: (310) 201-0045

Attorneys for Defendant/CounterClaimant,
Lindsey C. Hill

**DENIED BY ORDER OF THE COURT**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| TREVOR BAUER,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>LINDSEY C HILL AND NIRANJAN FRED THIAGARAJAH,<br><br>　　　　Defendants.<br><br>LINDSEY C. HILL,<br><br>　　　　Counterclaimant,<br><br>　vs.<br><br>TREVOR BAUER,<br><br>　　　　Counter-Defendant. | Case No. 8:22-cv-00868 JVS(ADSx)<br><br>Assigned for all purposes to the Hon. James V. Selna<br>Referred to Magistrate Judge Autumn D. Spaeth<br><br>**[PROPOSED] ORDER**<br><br>Action Filed:　　　April 25, 2022<br>Discovery Deadline: September 1, 2023<br>Pretrial Conference: January 22, 2024<br>Trial Date:　　　February 13, 2024 |

Defendant and Counterclaimant Lindsey C. Hill's Ex Parte Application Requesting Modification of the Amended Scheduling Order came before the Honorable James V. Selna in Courtroom 10C of the above- entitled Court. Having considered the papers in support of, the Court finds that good cause exists to extend the deadlines in the Amended Scheduling Order.

Therefore, Ms. Hill's Ex Parte Application is **GRANTED**.

The deadlines are extended as follows:

1. Nonexpert discovery cut-off is now 10/2/2022
2. Initial Expert Disclosures are now due 10/9/2023
3. Rebuttal Disclosures are now due 10/27/2023
4. Expert Discovery cut-off is now 11/27/2023

Counsel for Ms. Hill is to prepare a Further Amended Scheduling Order for the Court's execution.

IT IS SO ORDERED

DATED: _____

**DENIED**
BY ORDER OF THE COURT

_____
James V. Selna
United States District Judge

Denied without prejudice. May be represented after Judge Spaeth rules on pending discovery matters, provided parties have a meaningful meet-and-discuss conference in advance.

JVS August 08, 2023