Christopher P. Wesierski [Bar No. 086736]
  cwesierski@wzllp.com
Michelle R. Prescott [Bar No. 262638]
  mprescott@wzllp.com
Eileen Spadoni [Bar No. 133259]
  espadoni@wzllp.com
Brett A. Smith [Bar No. 322707]
  bsmith@wzllp.com
WESIERSKI & ZUREK LLP
29 Orchard Road
Lake Forest, California 92630
Telephone: (949) 975-1000
Facsimile: (949) 756-0517

Bryan J. Freedman, Esq. (SBN: 151990)
  bfreedman@ftllp.com
Jesse A. Kaplan, Esq. (SBN: 255059)
  jkaplan@ftllp.com
FREEDMAN + TAITELMAN, LLP
1801 Century Park West, 5th Floor
Los Angeles, California 90067
Telephone: (310) 201-0005
Facsimile: (310) 201-0045

Attorneys for Defendant/Counterclaimant,
Lindsey C. Hill

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| TREVOR BAUER,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>LINDSEY C HILL AND NIRANJAN FRED THIAGARAJAH,<br><br>　　　　Defendants.<br><br>LINDSEY C. HILL,<br><br>　　　　Counterclaimant,<br><br>　vs.<br><br>TREVOR BAUER,<br><br>　　　　Counter-Defendant, | Case No. 8:22-cv-00868 JVS (ADSx)<br><br>Assigned for all purposes to the Hon. James V. Selna<br>Referred to Magistrate Judge Autumn D. Spaeth<br><br>**DISCOVERY MATTER: LINDSEY C. HILL'S NOTICE OF MOTION AND MOTION TO COMPEL COMPLIANCE WITH THE JUNE 28th 2023 COURT ORDER REGARDING REQUESTS FOR PRODUCTION NOS. 87, 92 and 114**<br><br>*[Filed Concurrently with Joint Stipulation]*<br><br>Hearing Date: August 30, 2023<br>Hearing Time: 10:00 am<br>Magistrate Judge: Autumn D. Spaeth<br>Department: 6B |

1

|     | Action Filed: April 25, 2022<br>Discovery Deadline: September 1, 2023<br>Pretrial Conference: January 22, 2024<br>Trial Date: February 13, 2024 |
|---|---|

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

    PLEASE TAKE NOTICE that on August 30, 2023, at 10:00 a.m., before the Honorable Autumn D. Spaeth, Magistrate Judge, in Courtroom 6B of the United States District Court of the Central District of California, Ronald Reagan Federal Building, located at 411 W. Fourth St., Santa Ana, CA 92701, defendant and counterclaimant Lindsey Hill ("Hill") will and hereby does move to compel plaintiff and counter- defendant Trevor Bauer ("Bauer") compliance with the June 28, 2023 Court Order regarding Requests for Production Nos. 87, 92 and 114. This Motion is made on the grounds that any such documents are relevant to the subject matter of this action, and the refusal to produce them is without justification.

    Before filing this Motion, the parties met and conferred pursuant to Local Rule37-1 and made a good faith attempt to resolve this dispute but were unable to do so.

    This Motion is based upon this Notice, the concurrently filed Joint Stipulation, the declarations of Jon R. Fetterolf, and other such matters as the Court deems necessary and proper.

DATED: August 9, 2023    WESIERSKI & ZUREK LLP

By: s/ MICHELLE R. PRESCOTT
CHRISTOPHER P. WESIERSKI
MICHELLE R. PRESCOTT
Attorney for Defendant, Lindsey C. Hill

2

NOTICE OF MOTION