1  Christopher P. Wesierski [Bar No. 086736]
     cwesierski@wzllp.com
2  Michelle R. Prescott [Bar No. 262638]
     mprescott@wzllp.com
3  Eileen Spadoni [Bar No. 133259]
     espadoni@wzllp.com
4  Brett A. Smith [Bar No. 322707]
     bsmith@wzllp.com
5  WESIERSKI & ZUREK LLP
   29 Orchard Road
6  Lake Forest, California 92630
   Telephone: (949) 975-1000
7  Facsimile: (949) 756-0517

8  Bryan J. Freedman, Esq. (SBN: 151990)
     bfreedman@ftllp.com
9  Jesse A. Kaplan, Esq. (SBN: 255059)
     jkaplan@ftllp.com
10 FREEDMAN + TAITELMAN, LLP
   1801 Century Park West, 5th Floor
11 Los Angeles, California 90067
   Telephone: (310) 201-0005
12 Facsimile:  (310) 201-0045

13 Attorneys for Defendant/CounterClaimant,
   Lindsey C. Hill

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| TREVOR BAUER,<br><br>    Plaintiff,<br><br>vs.<br><br>LINDSEY C HILL AND NIRANJAN FRED THIAGARAJAH,<br><br>    Defendants.<br><br>LINDSEY C. HILL,<br><br>    Counterclaimant,<br><br>vs.<br><br>TREVOR BAUER,<br><br>    Counter-Defendant. | Case No. 8:22-cv-00868 JVS(ADSx)<br><br>Assigned for all purposes to the Hon. James V. Selna<br>Referred to Magistrate Judge Autumn D. Spaeth<br><br>**[PROPOSED] ORDER**<br><br>Action Filed:        April 25, 2022<br>Discovery Deadline: September 1, 2023<br>Pretrial Conference: January 22, 2024<br>Trial Date:          February 13, 2024 |

The Joint Stipulation of Plaintiff and Counter-Defendant Trevor Bauer ("Bauer"), and Defendant and Counter-Claimant Lindsey C. Hill ("Hill") regarding enforcement of the June 28, 2023 Court Order regarding Requests for Production Nos. 87, 92 and 114 came before the Honorable Autumn D. Spaeth in Courtroom 16B of the above- entitled Court. Having considered the papers in support thereof, the Court finds that good cause exists to require Bauer's further compliance with the June 28, 2023 Court Order.

Therefore, Ms. Hill's request is **GRANTED**.

The Bauer is ordered to produce the documents related to Major League Baseball's ("MLB") investigation of Bauer, MLB's discipline of Bauer for violating the Domestic Violence Policy, and Bauer's challenge of that suspension through the MLB Arbitration, within 10 days of the date of this Order.

IT IS SO ORDERED

DATED: _____          _____
                                Hon. Autumn D. Spaeth
                                United States Magistrate Judge