Christopher P. Wesierski [Bar No. 086736]
cwesierski@wzllp.com
Michelle R. Prescott [Bar No. 262638]
mprescott@wzllp.com
Eileen Spadoni [Bar No. 133259]
espadoni@wzllp.com
Brett A. Smith [Bar No. 322707]
bsmith@wzllp.com
WESIERSKI & ZUREK LLP
29 Orchard Road
Lake Forest, California 92630
Telephone: (949) 975-1000
Facsimile: (949) 756-0517

Bryan J. Freedman, Esq. (SBN: 151990)
bfreedman@ftllp.com
Jesse A. Kaplan, Esq. (SBN: 255059)
jkaplan@ftllp.com
FREEDMAN + TAITELMAN, LLP
1801 Century Park West, 5th Floor
Los Angeles, California 90067
Telephone: (310) 201-0005
Facsimile: (310) 201-0045

Attorneys for Defendant/Counterclaimant
Lindsey C. Hill

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| TREVOR BAUER,<br><br>   Plaintiff,<br><br>vs.<br><br>LINDSEY C HILL AND NIRANJAN FRED THIAGARAJAH,<br><br>   Defendants,<br><br>LINDSEY C. HILL,<br><br>   Counterclaimant,<br><br>vs.<br><br>TREVOR BAUER,<br><br>   Counter-Defendant, | Case No. 8:22-cv-00868 JVS (ADSx)<br><br>Assigned for all purposes to the Hon. James V. Selna<br>Referred to Magistrate Judge Autumn D. Spaeth<br><br>**DECLARATION OF MICHELLE R. PRESCOTT IN SUPPORT OF JOINT STIPULATION**<br><br>*Filed concurrently with Joint Stipulation Regarding Discovery Matter*<br><br>Hearing Date: August 30, 2023<br>Hearing Time: 10:00 am<br>Magistrate Judge: Autumn D. Spaeth<br>Department: 6B<br><br>Action Filed:   April 25, 2022<br>Discovery Deadline: September 1, 2023<br>Pretrial Conference: January 22, 2024<br>Trial Date:   February 13, 2024 |

1

## DECLARATION OF MICHELLE R. PRESCOTT

I, Michelle R. Prescott, declare as follows:

1. I am an attorney at law licensed to practice before all the courts of the State of California and am a partner with Wesierski & Zurek LLP, counsel of record for Defendant/Counterclaimant LINDSAY HILL.

2. The following facts are within my own personal knowledge, except as to those matters stated to be on information and belief, which I believe to be true. If called as a witness, I could and would competently testify to these facts.

3. On June 28, 2023 the parties in this action came before the Hon. Autumn D. Spaeth, Magistrate Judge, for a hearing on discovery motions brought by the parties. Most significantly, Defendant sought production of records of the Major League Baseball ("MLB") proceedings in which Plaintiff was suspended, which suspension was upheld after arbitration. On information and belief, at this June 28, 2023 hearing, Judge Spaeth ordered the production of certain amended discovery responses by Plaintiff Trevor Bauer ("Plaintiff" or "Bauer"), as well as production of MLB records. Attached hereto for the Court's convenience as **Exhibit A** is a true and correct copy of a Transcript of Proceedings from the June 28, 2023 hearing.

3. In response to the hearing, on July 28, 2023 I was served a copy of Plaintiff's Amended Responses to Requests for Production Nos. 68, 69, 87, 92, and 114. Attached hereto as **Exhibit B** is a true and correct copy of Plaintiff's Responses. Rather than providing the substantive responses or production of MLB documents that Judge Spaeth ordered, Bauer simply added more objections to his supplemental responses. *Id*. More critically, Bauer produced very few MLB documents, which consisted mostly of information already in the public domain, such as tweets by his agent and the MLB, a Forbes article, and press releases. He produced no transcripts, evidentiary submissions, arbitration ruling, or any of the other information sought by the Requests for Production Nos. 68, 69, 87, 92, and 114.

4. After examining the responses, I determined that Plaintiff had still failed to comply with the Court's June 28, 2023 order regarding these Requests. Accordingly, I sent an electronic meet and confer letter pursuant to LR 37-1 to counsel regarding the Responses. Attached hereto as **Exhibit C** is a true and correct copy of my July 31, 2023 meet and confer letter. In response, counsel scheduled a call to further discuss the issues relating to the MLB production and Judge Spaeth's Order, to take place on August 2, 2023.

5. In furtherance of our meet and confer efforts, Plaintiff's counsel served Corrected Amended Responses to Requests for Production Nos. 68, 69, 87, 92, and 114. Attached hereto as **Exhibit D** is a true and correct copy of Plaintiff's Amended and Corrected Responses to the Requests for Production. Plaintiff did not make any further production of MLB records in connection with these Amended and Corrected Responses, and in fact, added further belated objections to the responses. Judge Spaeth did not grant Plaintiff leave to assert further after-the-fact objections. Indeed, she found that Plaintiff's initial responses governed, and that he had in fact waived his privacy objections. Transcript, p. 51:15-22.

6. On August 2, 2023 I had a detailed meet and confer telephone conference with opposing counsel. We discussed in detail the deposition schedule, Bauer's deposition, the issues with Bauer's failure to produce MLB documents, and Defendant's request for an extension of the discovery and expert cutoff dates to allow time to address these issues. Plaintiff's counsel was cordial and responded in good faith, but could not commit to the request for an amendment of the Amended Scheduling Order without first conferring among themselves.

7. In our August 2, 2023 discussions, I advised Plaintiff's counsel that due to the imminent deadlines and the pending depositions set throughout August, if we could not reach agreement on the extension of deadlines, our office would: (1) bring an ex parte application to modify the Amended Scheduling Order; and (2) provide a Joint Stipulation to bring the MLB production issue before Judge Spaeth in order to

seek resolution by the Court. This Declaration is made in support of that Joint Stipulation.

8. Plaintiff's counsel requested specific deadlines proposed to modify the Amended Scheduling Order. I immediately emailed Plaintiff's counsel with the proposed dates. Attached hereto as **Exhibit E** is a true and correct copy of my August 2, 2023 email with proposed deadlines.

9. As of the filing of this Declaration, the parties have been unable to reach an agreement regarding the Responses which necessitated the filing of the Joint Stipulation, despite our good faith efforts.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 2, 2023, at Lake Forest, California.

_____
Michelle R. Prescott

I1916644-1 MER-5137

DECLARATION OF MICHELLE R. PRESCOTT