# EXHIBIT E

Chelsea Anderson

| | |
|---|---|
| **From:** | Michelle R. Prescott |
| **Sent:** | Wednesday, August 2, 2023 12:06 PM |
| **To:** | Brown, Blair G.; Leslie S. Sotelo; Fetterolf, Jon R.; Peyser, Nell Z; Simmerson, Kelsey; sholley@kwikhlaw.com; kmangels@kwikalaw.com; smacisaac@kwikhlaw.com |
| **Cc:** | Christopher Wesierski; Eileen Spadoni; Brett Smith; Debbie Cooper; Antonio Ramos; Kelly Atherton; Chelsea Anderson; Jesse Kaplan |
| **Subject:** | RE: Bauer v. Hill | Meet and Confer re Plaintiff's Discovery responses (MER-5137) |

Blair,

As always it was nice speaking with you today.  We are proposing the following modifications to the scheduling order:

1.  Nonexpert discovery cut-off 10/2/2022
2.  Initial Expert Disclosures 10/9/2023
3.  Rebuttal Disclosures 10/27/2023
4.  Expert Discovery cut-off 11/27/2023

Please let us know if you will stipulate to these dates.

My assistant will be sending the draft of the joint stip regarding the discovery at issue shortly.


Michelle R. Prescott
**Wesierski & Zurek LLP**
29 Orchard Road, Lake Forest, CA 92630
Tel. No. (949) 975-1000
Fax. No. (949) 756-0517
Email mprescott@wzllp.com



Follow us on:

Confidential Communication: Emails from this firm normally contain confidential and privileged material and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. This communication and all attachments are confidential, in anticipation of litigation or in furtherance of litigation. The attorney client privilege, work product doctrine and privacy rights of the sender, recipients and third parties are specifically asserted as to this communication and all attachments, in addition to all other protections afforded by law, including without limitation, HIPAA, physician/patient privilege, trade secret, tax privacy, copyright and trademark laws. If you believe that you received this email in error, please do not read this email or any attached items. Please delete the email and all attachments, including any copies thereof, and inform the sender that you have deleted the email, all attachments and any copies thereof. Thank you.

**From:** Brown, Blair G. <bbrown@zuckerman.com>
**Sent:** Wednesday, August 2, 2023 10:01 AM
**To:** Michelle R. Prescott <mprescott@WZLLP.COM>; Leslie S. Sotelo <LSotelo@wzllp.com>; Fetterolf, Jon R. <JFetterolf@zuckerman.com>; Peyser, Nell Z <NPeyser@zuckerman.com>; Simmerson, Kelsey <ksimmerson@zuckerman.com>; sholley@kwikhlaw.com; kmangels@kwikalaw.com; smacisaac@kwikhlaw.com
**Cc:** Christopher Wesierski <CWesierski@WZLLP.COM>; Eileen Spadoni <ESpadoni@WZLLP.COM>; Brett Smith <BSmith@WZLLP.COM>; Debbie Cooper <dcooper@wzllp.com>; Antonio Ramos <ARamos@WZLLP.COM>; Kelly Atherton <KAtherton@WZLLP.COM>; Chelsea Anderson <CAnderson@WZLLP.COM>; Jesse Kaplan <jkaplan@ftllp.com>
**Subject:** RE: Bauer v. Hill | Meet and Confer re Plaintiff's Discovery responses (MER-5137)


**\*\*CAUTION: This email originated from outside of the organization.\*\***

As I mentioned, I'd like to also discuss the deposition schedule on our call today. Attached is where I believe we are with the schedule.



**Blair G. Brown**
**Zuckerman Spaeder LLP**
**bbrown@zuckerman.com**

1800 M STREET NW, SUITE 1000 •  WASHINGTON,  DC 20036-5807
202.778.1829 direct • 202.320.8369 mobile • 202.822.8106 fax

► Download vCard | zuckerman.com

This transmission (including any attachments) from the law firm of Zuckerman Spaeder LLP may contain information that is confidential and/or subject to the attorney-client privilege or the work product doctrine. Use or dissemination of this information by anyone other than the intended recipient is prohibited and may be unlawful.  If you have received this transmission in error, please immediately notify the sender by return email or contact us by telephone at 202.778.1800 and permanently delete all copies.

**From:** Brown, Blair G. <bbrown@zuckerman.com>
**Sent:** Wednesday, August 2, 2023 8:36 AM
**To:** Michelle R. Prescott <mprescott@WZLLP.COM>; Leslie S. Sotelo <LSotelo@wzllp.com>; Fetterolf, Jon R. <JFetterolf@zuckerman.com>; Peyser, Nell Z <NPeyser@zuckerman.com>; Simmerson, Kelsey <ksimmerson@zuckerman.com>; sholley@kwikhlaw.com; kmangels@kwikalaw.com; smacisaac@kwikhlaw.com
**Cc:** Christopher Wesierski <CWesierski@WZLLP.COM>; Eileen Spadoni <ESpadoni@WZLLP.COM>; Brett Smith <BSmith@WZLLP.COM>; Debbie Cooper <dcooper@wzllp.com>; Antonio Ramos <ARamos@WZLLP.COM>; Kelly Atherton <KAtherton@WZLLP.COM>; Chelsea Anderson <CAnderson@WZLLP.COM>; Jesse Kaplan <jkaplan@ftllp.com>
**Subject:** RE: Bauer v. Hill | Meet and Confer re Plaintiff's Discovery responses (MER-5137)

I also would like to discuss deposition scheduling on the 11.30 am PDT/2.30 pm EDT call. Use conference dial-in:
800.784.0491 code 2027781829#



**Blair G. Brown**
**Zuckerman Spaeder LLP**
**bbrown@zuckerman.com**

1800 M STREET NW, SUITE 1000 •  WASHINGTON,  DC 20036-5807
202.778.1829 direct • 202.320.8369 mobile • 202.822.8106 fax

► Download vCard | zuckerman.com

This transmission (including any attachments) from the law firm of Zuckerman Spaeder LLP may contain information that is confidential and/or subject to the attorney-client privilege or the work product doctrine. Use or dissemination of this information by anyone other than the intended recipient is prohibited and may be unlawful.  If you have received this transmission in error, please immediately notify the sender by return email or contact us by telephone at 202.778.1800 and permanently delete all copies.

**From:** Michelle R. Prescott <mprescott@WZLLP.COM>
**Sent:** Tuesday, August 1, 2023 6:02 PM
**To:** Brown, Blair G. <bbrown@zuckerman.com>; Leslie S. Sotelo <LSotelo@wzllp.com>; Fetterolf, Jon R. <JFetterolf@zuckerman.com>; Peyser, Nell Z <NPeyser@zuckerman.com>; Simmerson, Kelsey <ksimmerson@zuckerman.com>; sholley@kwikhlaw.com; kmangels@kwikalaw.com; smacisaac@kwikhlaw.com
**Cc:** Christopher Wesierski <CWesierski@WZLLP.COM>; Eileen Spadoni <ESpadoni@WZLLP.COM>; Brett Smith <BSmith@WZLLP.COM>; Debbie Cooper <dcooper@wzllp.com>; Antonio Ramos <ARamos@WZLLP.COM>; Kelly Atherton <KAtherton@WZLLP.COM>; Chelsea Anderson <CAnderson@WZLLP.COM>; Jesse Kaplan <jkaplan@ftllp.com>
**Subject:** RE: Bauer v. Hill | Meet and Confer re Plaintiff's Discovery responses (MER-5137)

**EXTERNAL**

I am available tomorrow at 11:30 a.m.


Michelle R. Prescott
**Wesierski & Zurek LLP**
29 Orchard Road, Lake Forest, CA 92630
Tel. No. (949) 975-1000
Fax. No. (949) 756-0517
Email mprescott@wzllp.com



Follow us on:
Confidential Communication: Emails from this firm normally contain confidential and privileged material and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. This communication and all attachments are confidential, in anticipation of litigation or in furtherance of litigation. The attorney client privilege, work product doctrine and privacy rights of the sender, recipients and third parties are specifically asserted as to this communication and all attachments, in addition to all other protections afforded by law, including without limitation, HIPAA, physician/patient privilege, trade secret, tax privacy, copyright and trademark laws. If you believe that you received this email in error, please do not read this email or any attached items. Please delete the email and all attachments, including any copies thereof, and inform the sender that you have deleted the email, all attachments and any copies thereof. Thank you.

**From:** Brown, Blair G. <bbrown@zuckerman.com>
**Sent:** Tuesday, August 1, 2023 2:36 PM
**To:** Michelle R. Prescott <mprescott@WZLLP.COM>; Leslie S. Sotelo <LSotelo@wzllp.com>; Fetterolf, Jon R. <JFetterolf@zuckerman.com>; Peyser, Nell Z <NPeyser@zuckerman.com>; Simmerson, Kelsey <ksimmerson@zuckerman.com>; sholley@kwikhlaw.com; kmangels@kwikalaw.com; smacisaac@kwikhlaw.com
**Cc:** Christopher Wesierski <CWesierski@WZLLP.COM>; Eileen Spadoni <ESpadoni@WZLLP.COM>; Brett Smith <BSmith@WZLLP.COM>; Debbie Cooper <dcooper@wzllp.com>; Antonio Ramos <ARamos@WZLLP.COM>; Kelly Atherton <KAtherton@WZLLP.COM>; Chelsea Anderson <CAnderson@WZLLP.COM>; Jesse Kaplan <jkaplan@ftllp.com>
**Subject:** RE: Bauer v. Hill | Meet and Confer re Plaintiff's Discovery responses (MER-5137)


**\*\*CAUTION: This email originated from outside of the organization.\*\***

Michelle:

We are not available today. We are available to discuss this any time between 10.30 am and 1 pm PDT tomorrow.

- Blair



**Blair G. Brown**
**Zuckerman Spaeder LLP**
bbrown@zuckerman.com

**ZUCKERMAN SPAEDER**

1800 M STREET NW, SUITE 1000 • WASHINGTON,  DC 20036-5807
202.778.1829 direct • 202.320.8369 mobile • 202.822.8106 fax

► Download vCard | zuckerman.com

This transmission (including any attachments) from the law firm of Zuckerman Spaeder LLP may contain information that is confidential and/or subject to the attorney-client privilege or the work product doctrine. Use or dissemination of this information by anyone other than the intended recipient is prohibited and may be unlawful.  If you have received this transmission in error, please immediately notify the sender by return email or contact us by telephone at 202.778.1800 and permanently delete all copies.

**From:** Michelle R. Prescott <mprescott@WZLLP.COM>
**Sent:** Tuesday, August 1, 2023 4:53 PM
**To:** Leslie S. Sotelo <LSotelo@wzllp.com>; Brown, Blair G. <bbrown@zuckerman.com>; Fetterolf, Jon R. <JFetterolf@zuckerman.com>; Peyser, Nell Z <NPeyser@zuckerman.com>; Simmerson, Kelsey <ksimmerson@zuckerman.com>; sholley@kwikhlaw.com; kmangels@kwikalaw.com; smacisaac@kwikhlaw.com
**Cc:** Christopher Wesierski <CWesierski@WZLLP.COM>; Eileen Spadoni <ESpadoni@WZLLP.COM>; Brett Smith <BSmith@WZLLP.COM>; Debbie Cooper <dcooper@wzllp.com>; Antonio Ramos <ARamos@WZLLP.COM>; Kelly Atherton <KAtherton@WZLLP.COM>; Chelsea Anderson <CAnderson@WZLLP.COM>; Jesse Kaplan <jkaplan@ftllp.com>
**Subject:** RE: Bauer v. Hill | Meet and Confer re Plaintiff's Discovery responses (MER-5137)

EXTERNAL

Counsel
I am following up on this letter.  Time is of the essence, and we need to discuss the issues raised.  I am available today until 6:30 p.m. PST to discuss.


Michelle R. Prescott
**Wesierski & Zurek LLP**
29 Orchard Road, Lake Forest, CA 92630
Tel. No. (949) 975-1000
Fax. No. (949) 756-0517
Email mprescott@wzllp.com



Follow us on: **f** t in

Confidential Communication: Emails from this firm normally contain confidential and privileged material and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. This communication and all attachments are confidential, in anticipation of litigation or in furtherance of

litigation. The attorney client privilege, work product doctrine and privacy rights of the sender, recipients and third parties are specifically asserted as to this communication and all attachments, in addition to all other protections afforded by law, including without limitation, HIPAA, physician/patient privilege, trade secret, tax privacy, copyright and trademark laws. If you believe that you received this email in error, please do not read this email or any attached items. Please delete the email and all attachments, including any copies thereof, and inform the sender that you have deleted the email, all attachments and any copies thereof. Thank you.

**From:** Leslie S. Sotelo <LSotelo@wzllp.com>
**Sent:** Monday, July 31, 2023 5:12 PM
**To:** bbrown@zuckerman.com; jfetterolf@zuckerman.com; NPeyser@Zuckerman.com; ksimmerson@zuckerman.com; sholley@kwikhlaw.com; kmangels@kwikalaw.com; smacisaac@kwikhlaw.com
**Cc:** Christopher Wesierski <CWesierski@WZLLP.COM>; Michelle R. Prescott <mprescott@WZLLP.COM>; Eileen Spadoni <ESpadoni@WZLLP.COM>; Brett Smith <BSmith@WZLLP.COM>; Debbie Cooper <dcooper@wzllp.com>; Antonio Ramos <ARamos@WZLLP.COM>; Kelly Atherton <KAtherton@WZLLP.COM>; Chelsea Anderson <CAnderson@WZLLP.COM>; Jesse Kaplan <jkaplan@ftllp.com>
**Subject:** Bauer v. Hill | Meet and Confer re Plaintiff's Discovery responses (MER-5137)

Counsel,

Please see attached correspondence.


Thank You,
Leslie S. Sotelo, Assistant to
Kathryn J. Harvey, Esq., and Eileen Spadoni, Esq.
**Wesierski & Zurek LLP**
29 Orchard Road, Lake Forest, CA 92630
Tel. No. (949) 975-1000
Fax. No. (949) 756-0517
Email lsotelo@wzllp.com



Follow us on: 

Confidential Communication: Emails from this firm normally contain confidential and privileged material and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. This communication and all attachments are confidential, in anticipation of litigation or in furtherance of litigation. The attorney client privilege, work product doctrine and privacy rights of the sender, recipients and third parties are specifically asserted as to this communication and all attachments, in addition to all other protections afforded by law, including without limitation, HIPAA, physician/patient privilege, trade secret, tax privacy, copyright and trademark laws. If you believe that you received this email in error, please do not read this email or any attached items. Please delete the email and all attachments, including any copies thereof, and inform the sender that you have deleted the email, all attachments and any copies thereof. Thank you.