KINSELLA HOLLEY ISER KUMP STEINSAPIR LLP
Shawn Holley (Cal. Bar No. 136811)
Suann MacIsaac (Cal. Bar No. 205659)
11766 Wilshire Boulevard, Suite 750
Los Angeles, CA 90025
Tel: (310) 566-9800
Fax: (310) 566-9850
sholley@khiks.com
smacisaac@khiks.com

ZUCKERMAN SPAEDER LLP
Blair G. Brown (admitted *pro hac vice*)
Jon R. Fetterolf (admitted *pro hac vice*)
1800 M Street, N.W., Suite 1000
Washington, D.C. 20036
Tel: (202) 778-1800
Fax: (202) 882-8106
bbrown@zuckerman.com
jfetterolf@zuckerman.com

Nell Z. Peyser (admitted *pro hac vice*)
485 Madison Ave., 10th Floor
New York, NY 10022
Tel: (212) 704-9600
Fax: (212) 704-4256
npeyser@zuckerman.com

Attorneys for Plaintiff/Counterclaim-defendant Trevor Bauer

Christopher P. Wesierski [Bar No. 086736]
  *cwesierski@wzllp.com*
Michelle R. Prescott [Bar No. 262638]
  *mprescott@wzllp.com*
Eileen Spadoni [Bar No. 133259]
  *espadoni@wzllp.com*
Brett A. Smith [Bar No. 322707]
  *bsmith@wzllp.com*
WESIERSKI & ZUREK LLP
29 Orchard Road
Lake Forest, California 92630
Telephone: (949) 975-1000
Facsimile: (949) 756-0517

Bryan J. Freedman, Esq. (SBN: 151990)
  *bfreedman@ftllp.com*
Jesse A. Kaplan, Esq. (SBN: 255059)
  *jkaplan@ftllp.com*
FREEDMAN + TAITELMAN, LLP
1801 Century Park West, 5th Floor
Los Angeles, California 90067
Telephone: (310) 201-0005
Facsimile: (310) 201-0045

Attorneys for Defendant/counterclaimant,
Lindsey C. Hill

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| TREVOR BAUER,<br><br>        Plaintiff,<br><br>vs.<br><br>LINDSEY C HILL AND NIRANJAN FRED THIAGARAJAH,<br><br>        Defendant. | Case No. 8:22-cv-00868 JVS (ADSx)<br><br>**JOINT STIPULATION REQUESTING MODIFICATION OF THE SCHEDULING ORDER**<br><br>Date Filed:            April 25, 2022<br>Discovery Cut-off:  September 1, 2023<br>Pretrial Conference: January 22, 2024<br>Trial Date:             February 13, 2024 |

Plaintiff and counterclaim-defendant Trevor Bauer ("Bauer") and Defendant and counterclaimant Lindsey Hill submit this Joint Stipulation (the "Stipulation") relating to the parties' joint request to modify the Scheduling Order to allow for the depositions of Bauer, Lindsey Hill, and Richard Hill the week of August 28 (between August 28, 2023, and September 1, 2023), which would not require modifying any other deadlines, including the trial date or the Final Pre-Trial Conference date. This Stipulation is based on the following facts:

1.  On May 18, 2023, the Court granted a joint stipulation to extend certain discovery deadlines, including the deadline for non-expert discovery cut-off to September 1, 2023. Dkt. 101. According to the Court's Scheduling Order (Dkt. 43), "[a]ll depositions shall be scheduled to commence at least five (5) working days prior

1. to the discovery cut-off date." Dkt. 43 ¶ 4.A. That would require all depositions to be completed by August 25, 2023.

2. Counsel for the parties have acted diligently in conducting discovery in this case. Extensive written discovery has been served and responded to, subpoenas have been issued, various depositions have been noticed, and multiple depositions have already been taken.

3. Counsel for the parties have met and conferred and reached agreement on the scheduling of more than a dozen third-party depositions. Because the majority of the deponents are third parties, the parties in this action have engaged in extensive discussions concerning the scheduling of those depositions and worked to find times when those third parties are available for depositions. Based on the availability of those deponents, the remaining time in the discovery period will be focused principally on those depositions.

4. Counsel for the parties previously had disagreements related to the scheduling and format for the depositions of the parties and one third party witness-- Richard Hill. They have met and conferred and resolved those issues, subject to the Court's approval of allowing those depositions to occur during the week of August 28. The parties jointly request that they be allowed to take the depositions of Lindsey Hill, Richard Hill, and Bauer during the last week of the discovery period (August 28 through September 1, 2023). Mr. Bauer's deposition will be remote. This modest modification to the discovery scheduling order would allow sufficient time to depose the named parties remaining in this action while also completing the third-party depositions.

5. Good cause exists for this modest modification. A party must show "good cause" for relief from a scheduling order. Fed. R. Civ. P. 16(b)(4); *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 607–08 (9th Cir. 1992). The good cause standard "primarily considers the diligence of the party seeking the amendment." *Johnson*, 975 F.2d at 609. Here, both parties have been diligent in conducting

Wesierski & Zurek LLP
Lawyers

discovery—including the scheduling of many third-party depositions—as described above. In addition, there is no prejudice to either party, and no change to any other deadlines in this case. As a result, there is good cause for a short, five-day extension to conduct the depositions of the two named parties.

Based on the foregoing, the parties hereby stipulate, by and through their counsel of record, subject to this Court's approval, to allow for the depositions of Bauer (remotely), Lindsey Hill, and Richard Hill between August 28, 2023 and September 1, 2023. No other dates would be modified.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: August 15, 2023   ZUCKERMAN SPAEDER LLP

By: /s/ *Blair G. Brown*
BLAIR G. BROWN
JON R. FETTEROLF
NELL PEYSER
Attorneys for Plaintiff/counterclaim-defendant Trevor Bauer

DATED: August 15, 2023   FREEDMAN + TAITELMAN, LLP

By: /s/ *Jesse A. Kaplan*
JESSE A. KAPLAN Attorney for Counterclaimant, Lindsey C. Hill

| | | |
|---|---|---|
| 1 | DATED: August 15, 2023 | WESIERSKI & ZUREK LLP |

By: /s/ *Eileen Spadoni*
CHRISTOPHER P. WESIERSKI
MICHELLE R. PRESCOTT
EILEEN SPADONI
Attorney for Defendant, Lindsey C. Hill