# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| TREVOR BAUER,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>LINDSEY C. HILL AND NIRANJAN FRED THIAGARAJAH,<br><br>　　　　Defendants. | Case No. 8:22-cv-00868-JVS-ADS<br><br>Assigned to: Judge James V. Selna<br><br>**ORDER ON JOINT STIPULATION TO MODIFY THE SCHEDULING ORDER [169]**<br><br>Date Filed: April 25, 2022<br>Discovery Cut-off: September 1, 2023<br>Pretrial Conference: January 22, 2024<br>Trial Date: February 13, 2024 |

The Court, having considered the parties' Joint Stipulation to Modify the Scheduling Order and finding good cause, hereby amends the Scheduling Order to allow the depositions of Plaintiff Trevor Bauer, Defendant Lindsey Hill, and Richard Hill during the week of August 28, 2023.

**IT IS SO ORDERED**.

DATED: August 16, 2023

　　　　　　　　　　　　　　　　　　*/s/ James V. Selna*
　　　　　　　　　　　　　　　　　　James V. Selna
　　　　　　　　　　　　　　　　　　United States District Judge

30744-00002/835712.1