Christopher P. Wesierski [Bar No. 086736]
  *cwesierski@wzllp.com*
Michelle R. Prescott [Bar No. 262638]
  *mprescott@wzllp.com*
Eileen Spadoni [Bar No. 133259]
  *espadoni@wzllp.com*
Brett A. Smith [Bar No. 322707]
  *bsmith@wzllp.com*
WESIERSKI & ZUREK LLP
29 Orchard Road
Lake Forest, California 92630
Telephone: (949) 975-1000
Facsimile: (949) 756-0517

Bryan J. Freedman, Esq. (SBN: 151990)
  *bfreedman@ftllp.com*
Jesse A. Kaplan, Esq. (SBN: 255059)
  *jkaplan@ftllp.com*
FREEDMAN + TAITELMAN, LLP
1801 Century Park West, 5th Floor
Los Angeles, California 90067
Telephone: (310) 201-0005
Facsimile: (310) 201-0045

Attorneys for Defendant and Counterclaimant, Lindsey C. Hill

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| TREVOR BAUER,<br><br>             Plaintiff,<br><br>     vs.<br><br>LINDSEY C HILL AND NIRANJAN FRED THIAGARAJAH,<br><br>             Defendants,<br>_____<br>LINDSEY C. HILL,<br><br>             Counterclaimant,<br><br>     vs.<br><br>TREVOR BAUER,<br><br>             Counter-Defendant, | Case No. 8:22-cv-00868 JVS (ADSx)<br><br>Assigned for all purposes to the Hon. James V. Selna<br><br>**DECLARATION OF MICHELLE R. PRESCOTT IN SUPPORT OF SUPPLEMENTAL BRIEFING**<br><br>[*Filed concurrently with Supplemental Briefing*]<br><br>Action Filed:          April 25, 2022<br>Discovery Deadline: September 1, 2023<br>Pretrial Conference: January 22, 2024<br>Trial Date:              February 13, 2024 |

1

## DECLARATION OF MICHELLE R. PRESCOTT

I, Michelle R. Prescott, declare as follows:

1. I am an attorney at law licensed to practice before all the courts of the State of California and am a partner with Wesierski & Zurek LLP, counsel of record for Defendant LINDSEY C. HILL.

2. The following facts are within my own personal knowledge, except as to those matters stated to be on information and belief, which I believe to be true. If called as a witness, I could and would competently testify to these facts.

3. This Declaration will not have any exhibits attached hereto in order to preserve the privacy interests of Does 1 and 2, whose names and identities have not been revealed publicly. If the Court desires, I will file a supplemental declaration under seal recounting the same facts embodied in this Declaration but with the pertinent exhibits attached thereto.

4. On July 14, 2023, my office noticed the deposition of Doe 1 and set the deposition for August 17, 2023. Doe 1 was personally served with the deposition notice on July 15, 2023.

5. Shortly thereafter, my office received a voicemail from Doe 1 indicating that Doe 1 would not attend the deposition noticed for August 17, 2023.

6. Nevertheless, on August 17, 2023 I appeared for the lawfully noticed deposition of Doe 1. I waited approximately 30 minutes after the start of the deposition for Doe 1 to appear. Doe 1 did not appear, and I took a Notice of Non-Appearance for Doe 1.

7. In an effort to compel the deposition of Doe 1, Defendant has retained local counsel in the appropriate jurisdiction and is in the process of filing a confidential Motion to compel Doe 1's attendance at deposition. As of the filing of this Declaration, Defendant's local counsel has already filed an application for the confidential Motion to be filed under seal. Local counsel also intends to request the Motion be transferred to this Court once it has been filed under seal.

8. Defendant acted diligently and retained local counsel to file the Motion and Request to File under Seal as soon as practicable.

9. Defendant originally noticed the deposition of Doe 2 on May 12, 2023 and set the deposition date for May 30, 2023 via Zoom. Defendant personally served Doe 2 with the deposition notice. Counsel for Plaintiff objected to the deposition and it was subsequently taken off calendar while the parties met and conferred.

10. Defendant subsequently re-noticed the deposition of Doe 2 for August 25, 2023 after the parties finished meeting and conferring. Doe 2 was also personally served with this deposition notice.

11. I appeared at the August 25, 2023 deposition of Doe 2 and waited approximately 30 minutes for Doe 2 to appear as ordered. Doe 2 did not appear, and I subsequently took a Notice of Non-Appearance for Doe 2.

12. Absent being able to take the depositions of Does 1 and 2, Defendant's sole avenue to obtain the critical and highly relevant MLB arbitration documents remains Plaintiff being compelled to produce the MLB arbitration documents.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 28, 2023, at Lake Forest, California.

*/s/ Michelle Prescott*

MICHELLE R. PRESCOTT

3

DECLARATION OF MICHELLE R. PRESCOTT

I1933876-1 MER-5137