UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 8:22-00868 JVS (ADSx)　　　　　　　　　　Date: August 30, 2023

Title: *Trevor Bauer v. Lindsey C. Hill, et al.*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | CS 08/30/2023 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Nell Z. Peyser | Mary H. Kim |
|  | Jesse A. Kaplan |

**Proceedings:**   DEFENDANT LINDSEY C. HILL'S MOTION TO COMPEL COMPLIANCE WITH THE JUNE 28, 2023 COURT ORDER REGARDING REQUESTS FOR PRODUCTION NOS. 87, 92 and 114 [164]

Case is called for hearing. Appearances entered.

Argument by counsel.

Defendant's motion is DENIED as reflected on the record.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　：30
　　　　　　　　　　　　　　　　　　　　Initials of Preparer　　kh