UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| TREVOR BAUER,<br><br>    Plaintiff,<br><br>vs.<br><br>LINDSEY C HILL AND NIRANJAN FRED THIAGARAJAH,<br><br>    Defendants.<br><br>LINDSEY C. HILL,<br><br>    Counterclaimant,<br><br>vs.<br><br>TREVOR BAUER,<br><br>    Counter-Defendant. | Case No. 8:22-cv-00868 JVS(ADSx)<br><br>Assigned for all purposes to the Hon. James V. Selna<br>Referred to Magistrate Judge Autumn D. Spaeth<br><br>**ORDER [173]**<br><br>Action Filed: April 25, 2022<br>Discovery Deadline: September 1, 2023<br>Pretrial Conference: January 22, 2024<br>Trial Date: February 13, 2024 |

The Joint Stipulation of Plaintiff and Counter-Defendant Trevor Bauer, and Defendant and Counter-Claimant Lindsey C. Hill, came before the Honorable James V. Selna in Courtroom 10C of the above-entitled Court. Having considered the papers in support thereof, the Court finds that good cause exists to extend the deadlines in the Amended Scheduling Order for the limited purpose of taking the deposition of third party witness Darcy Esemonu.

Therefore, the Parties' Joint Stipulation is **GRANTED**.

The deposition of Darcy Esemonu may proceed within the first two weeks of September, 2023; e.g., on or before September 15, 2023, at a date and time to be mutually agreed upon by all counsel and Ms. Esemonu's attorney of record.

IT IS SO ORDERED

DATED: August 30, 2023

_____
James V. Selna
United States District Judge