Christopher P. Wesierski [Bar No. 086736]
 cwesierski@wzllp.com
Michelle R. Prescott [Bar No. 262638]
 mprescott@wzllp.com
Eileen Spadoni [Bar No. 133259]
 espadoni@wzllp.com
Brett A. Smith [Bar No. 322707]
 bsmith@wzllp.com
WESIERSKI & ZUREK LLP
29 Orchard Road
Lake Forest, California 92630
Telephone: (949) 975-1000
Facsimile: (949) 756-0517

Bryan J. Freedman, Esq. (SBN: 151990)
 bfreedman@ftllp.com
Jesse A. Kaplan, Esq. (SBN: 255059)
 jkaplan@ftllp.com
FREEDMAN + TAITELMAN, LLP
1801 Century Park West, 5th Floor
Los Angeles, California 90067
Telephone: (310) 201-0005
Facsimile:  (310) 201-0045

Attorneys for Defendant and Counterclaimant, Lindsey C. Hill

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| TREVOR BAUER,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>LINDSEY C HILL AND NIRANJAN FRED THIAGARAJAH,<br><br>　　　　Defendants,<br><br>LINDSEY C. HILL,<br><br>　　　　Counterclaimant,<br><br>vs.<br><br>TREVOR BAUER,<br><br>　　　　Counter-Defendant, | Case No. 8:22-cv-00868 JVS (ADSx)<br><br>Assigned for all purposes to the Hon. James V. Selna<br><br>***NOTICE OF WITHDRAWING EX PARTE APPLICATION FOR AN ORDER ALLOWING HILL TO FILE AN UNREDACTED MOTION FOR CONTEMPT IN THE SOUTHERN DISTRICT OF OHIO TO COMPEL COMPLIANCE WITH SUBPOENA AND AN ORDER EXTENDING THE DISCOVERY CUTOFF TO ALLOW FOR THE TAKING OF THE DEPOSITION OF JANE DOE***<br><br>Action Filed:　　　April 25, 2022<br>Discovery Deadline: September 1, 2023 |

Pretrial Conference: January 22, 2024
Trial Date:           February 13, 2024

Defendant, LINDSEY C. HILL hereby requests that the Ex Parte Application for An Order Allowing Hill To File An Unredacted Motion For Contempt In The Southern District Of Ohio To Compel Compliance With Subpoena And An Order Extending The Discovery Cutoff To Allow For The Taking Of The Deposition Of Jane Doe, filed on September 1, 2023, be withdrawn.

DATED: September 2, 2023         WESIERSKI & ZUREK LLP

By: _____*/s/ Michelle Prescott*_____
MICHELLE R. PRESCOTT
Attorneys for Defendant and
Counterclaimant, Lindsey C. Hill