Christopher P. Wesierski [Bar No. 086736]
  cwesierski@wzllp.com
Michelle R. Prescott [Bar No. 262638]
  mprescott@wzllp.com
Eileen Spadoni [Bar No. 133259]
  espadoni@wzllp.com
Brett A. Smith [Bar No. 322707]
  bsmith@wzllp.com
WESIERSKI & ZUREK LLP
29 Orchard Road
Lake Forest, California 92630
Telephone: (949) 975-1000
Facsimile: (949) 756-0517

Bryan J. Freedman, Esq. (SBN: 151990)
  bfreedman@ftllp.com
Jesse A. Kaplan, Esq. (SBN: 255059)
  jkaplan@ftllp.com
FREEDMAN + TAITELMAN, LLP
1801 Century Park West, 5th Floor
Los Angeles, California 90067
Telephone: (310) 201-0005
Facsimile: (310) 201-0045

Attorneys for Defendant and
Counterclaimant, Lindsey C. Hill

**DENIED**
BY ORDER OF THE COURT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| TREVOR BAUER,<br><br>　　Plaintiff,<br><br>　　vs.<br><br>LINDSEY C HILL AND NIRANJAN FRED THIAGARAJAH,<br><br>　　Defendants,<br><br>LINDSEY C. HILL,<br><br>　　Counterclaimant,<br><br>　　vs.<br><br>TREVOR BAUER,<br><br>　　Counter-Defendant, | Case No. 8:22-cv-00868 JVS (ADSx)<br><br>Assigned for all purposes to the Hon. James V. Selna<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT AND COUNTERCLAIMANT LINDSEY C. HILL'S EX PARTE APPLICATION**<br><br>*Filed concurrently with Ex Parte Application, Declaration of Michelle Prescott, Declaration of Joseph Gerling*<br><br>Action Filed:　　　April 25, 2022<br>Discovery Deadline: September 1, 2023<br>Pretrial Conference: January 22, 2024<br>Trial Date:　　　February 13, 2024 |

1

I1938349-1 MER-5137 　　　　　　　　　　　　　　　　　　　　　　　　　　[Proposed] Order

Defendant and Counterclaimant Lindsey C. Hill's Ex Parte Application for an Order Allowing Hill to File an Unredacted Motion For Contempt In the Southern District of Ohio to Compel Compliance with Subpoena ("Motion for Contempt") and an Order Extending the Discovery Cutoff to Allow form the Taking of the Deposition of Jane Doe came before the Honorable James V. Selna in Courtroom 10C of the above-entitled Court. Having considered the papers in support of, the Court finds that good cause exists to extend the deadlines in the Amended Scheduling Order and to allow Hill to file an Unredacted Motion for Contempt.

Therefore, Ms. Hill's Ex Parte Application is **GRANTED**. Ms. Hill is granted leave to file the unredacted version of the Motion for Contempt in the Southern District of Ohio to compel the deposition of Jane Doe.

The discovery cutoff shall also be extended to allow solely for Hill to take the deposition of Jane Doe. The Discovery cutoff shall be extended as follows:

1. 45 days after the disposition of Hill's Motion for Contempt provided Hill is successful on the Motion for Contempt
2. If Hill is unsuccessful on the Motion for contempt, any extension to discovery cutoff shall be immediately revoked.

Counsel for Ms. Hill is to prepare a Further Amended Scheduling Order for the Court's execution.

IT IS SO ORDERED

DATED: September 5, 2023



James V. Selna
United States District Judge

**Denied as moot in view of withdrawal.  JVS September 05, 2023**