1  Christopher P. Wesierski [Bar No. 086736]
     *cwesierski@wzllp.com*
2  Michelle R. Prescott [Bar No. 262638]
     *mprescott@wzllp.com*
3  Eileen Spadoni [Bar No. 133259]
     *espadoni@wzllp.com*
4  Brett A. Smith [Bar No. 322707]
     *bsmith@wzllp.com*
5  WESIERSKI & ZUREK LLP
   29 Orchard Road
6  Lake Forest, California 92630
   Telephone: (949) 975-1000
7  Facsimile: (949) 756-0517

8  Bryan J. Freedman, Esq. (SBN: 151990)
     *bfreedman@ftllp.com*
9  Jesse A. Kaplan, Esq. (SBN: 255059)
     *jkaplan@ftllp.com*
10 FREEDMAN + TAITELMAN, LLP
   1801 Century Park West, 5th Floor
11 Los Angeles, California 90067
   Telephone: (310) 201-0005
12 Facsimile:  (310) 201-0045

13 Attorneys for Defendant and
   Counterclaimant, Lindsey C. Hill

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| TREVOR BAUER,<br><br>    Plaintiff,<br><br>vs.<br><br>LINDSEY C HILL AND NIRANJAN FRED THIAGARAJAH,<br><br>    Defendants, | Case No. 8:22-cv-00868 JVS (ADSx)<br><br>Assigned for all purposes to the Hon. James V. Selna<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT AND COUNTERCLAIMANT LINDSEY C. HILL'S AMENDED EX PARTE APPLICATION**<br><br>*[Filed concurrently with Ex Parte Application, Declaration of Michelle Prescott, Declaration of Joseph Gerling]* |
| LINDSEY C. HILL,<br><br>    Counterclaimant,<br><br>vs.<br><br>TREVOR BAUER,<br><br>    Counter-Defendant, | Action Filed:          April 25, 2022<br>Discovery Deadline: September 1, 2023<br>Pretrial Conference: January 22, 2024<br>Trial Date:              February 13, 2024 |

1

Defendant and Counterclaimant Lindsey C. Hill's Ex Parte Application for an Order Allowing Hill to File an Unredacted Motion For Contempt In the Southern District of Ohio to Compel Compliance with Subpoena ("Motion for Contempt") and an Order Extending the Discovery Cutoff to Allow form the Taking of the Deposition of Jane Doe came before the Honorable James V. Selna in Courtroom 10C of the above-entitled Court. Having considered the papers in support of, the Court finds that good cause exists to extend the deadlines in the Amended Scheduling Order and to allow Hill to file an Unredacted Motion for Contempt.

Therefore, Ms. Hill's Ex Parte Application is **GRANTED**. Ms. Hill is granted leave to file the unredacted version of the Motion for Contempt in the Southern District of Ohio to compel the deposition of Jane Doe.

The discovery cutoff shall also be extended to allow solely for Hill to take the deposition of Jane Doe. The Discovery cutoff shall be extended as follows:

1. 45 days after the disposition of Hill's Motion for Contempt provided Hill is successful on the Motion for Contempt
2. If Hill is unsuccessful on the Motion for contempt, any extension to discovery cutoff shall be immediately revoked.

Counsel for Ms. Hill is to prepare a Further Amended Scheduling Order for the Court's execution.

IT IS SO ORDERED

DATED: _____            _____
                                  James V. Selna
                                  United States District Judge