Christopher P. Wesierski [Bar No. 086736]
 cwesierski@wzllp.com
Michelle R. Prescott [Bar No. 262638]
 mprescott@wzllp.com
WESIERSKI & ZUREK LLP
29 Orchard Road
Lake Forest, California 92630
Telephone: (949) 975-1000
Facsimile: (949) 756-0517

Bryan J. Freedman, Esq. (SBN: 151990)
 bfreedman@ftllp.com
Jesse A. Kaplan, Esq. (SBN: 255059)
 jkaplan@ftllp.com
FREEDMAN + TAITELMAN, LLP
1801 Century Park West, 5th Floor
Los Angeles, California 90067
Telephone: (310) 201-0005
Facsimile:  (310) 201-0045

Attorneys for Defendant and Counterclaimant,
Lindsey C. Hill

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| TREVOR BAUER, | Case No. 8:22-cv-00868 JVS (ADSx) |
|     Plaintiff, | [Assigned to Hon. James V. Selna Referred to Magistrate Judge Autumn D. Spaeth] |
|     vs. | |
| LINDSEY C HILL AND NIRANJAN FRED THIAGARAJAH, | **DISCOVERY MATTER: DECLARATION OF MICHELLE R. PRESCOTT IN SUPPORT OF DEFENDANT'S MOTION FOR RECONSIDERATION** |
|     Defendants, | |
| LINDSEY C. HILL, | [Motion for Reconsideration; Proposed Order; and Declaration of Joseph Gerling filed concurrently] |
|     Counterclaimant, | |
|     vs. | Hearing Date:  October 11, 2023<br>Time:  10:00 a.m.<br>Courtroom:  6B |
| TREVOR BAUER, | |
|     Counter-Defendant, | Action Filed: April 25, 2022<br>Discovery Deadline: September 1, 2023<br>Pretrial Conference:  January 22, 2024<br>Trial Date: February 13, 2024 |

1

# DECLARATION OF MICHELLE R. PRESCOTT

I, Michelle R. Prescott, declare as follows:

1.      I am an attorney at law licensed to practice before all the courts of the State of California and am a partner with Wesierski & Zurek LLP, counsel of record for Defendant LINDSEY C. HILL.

2.      The following facts are within my own personal knowledge, except as to those matters stated to be on information and belief, which I believe to be true.  If called as a witness, I could and would competently testify to these facts.

3.      On June 28, 2023, Judge Autumn D. Spaeth heard Defendant's Motion to Compel Further Responses to Requests for Production. Therein, Judge Spaeth granted in part and denied in part the Motion to Compel. Regarding Request for Production No. 93, Judge Spaeth denied the Motion to Compel. Attached hereto as **Exhibit A** is a true and correct copy of the relevant portions of the June 28, 2023 hearing transcript.

4.      On July 14, 2023, my office issued an Amended Subpoena to Testify at a Deposition in a Civil Action ("Amended Subpoena") to Doe.  The Amended Subpoena sought Doe's deposition and  certain documents. The deposition was noticed for August 17, 2023.  Attached hereto as **Exhibit B** is a true and correct copy of the Amended Subpoena to Doe.

5.      On July 15, 2023, Doe was lawfully served with the Amended Subpoena by personal service. Attached hereto as **Exhibit C** is a true and correct copy of the proof of service of the Subpoena evidencing Doe being personally served on July 15, 2023.

6.      While not entirely clear, Doe had previously told my client that she was represented by Joe Tacopina, Esq. of Tacopina, Seigel, and Deoreo in connection with other proceedings.  My co-counsel had tried several times to contact Mr. Tacopina by telephone about the contemplated Doe deposition without success.

7.      Unsure of whether Doe was represented by counsel in connection with

WESIERSKI & ZUREK LLP
LAWYERS
29 ORCHARD ROAD
LAKE FOREST, CALIFORNIA 92630
(949) 975-1000

2

1   the Subpoena (or any other matter), on July 26, 2023 my office sent a letter to Mr.

2   Tacopina regarding Subpoena to Doe and the upcoming deposition.  The letter also

3   requested that Mr. Tacopina confirm by close of business on July 28, 2023 whether

4   he represented Doe and whether Doe was available for her deposition noticed for

5   August 17, 2023.  Attached hereto as **Exhibit D** is a true and correct copy of my

6   correspondence to Mr. Tacopina. As of the date of this Declaration, I have not

7   received any response from Mr. Tacopina.

8          8.     The next day, my office attempted to contact Doe via text message about

9   the subpoena and to request that Doe or her counsel contact counsel my office and

10  confirm her availability for the August 17, 2023 date noticed for Doe's deposition.

11         9.     Shortly thereafter, on or about August 2, 2023, Doe called me and left a

12  voicemail indicating that she wanted to discuss the Subpoena.

13         10.    On August 14, 2023, my co-counsel called Doe to hopefully confer

14  about her contemplated deposition.  When Doe picked up the call, my co-counsel

15  immediately asked Doe if she was represented by counsel.  Doe claimed that she

16  was represented by Mr. Tacopina.  Consequently, my co-counsel immediately ended

17  the phone call.

18         11.    On August 17, 2023, I appeared for Doe's deposition as noticed in the

19  Amended Subpoena. I waited approximately thirty (30) minutes for Doe to arrive,

20  and when it was clear she would not be appearing I took a Notice of Non-

21  Appearance on behalf of Doe. Attached hereto as **Exhibit E** is a true and correct

22  copy of the Notice of Non-Appearance of Doe for her deposition on August 17,

23  2023.

24         12.    In an effort to compel Doe's attendance at her deposition, I retained Joe

25  Gerling, local counsel admitted to practice before the United States District Court

26  for the Southern District of Ohio to file a Motion to File Under Seal and a Motion

27  for Contempt to Compel Compliance with Deposition Subpoena ("Motion for

28  Contempt") to compel Doe to sit for her deposition. Doe lives in the Southern

WESIERSKI & ZUREK LLP
LAWYERS
29 ORCHARD ROAD
LAKE FOREST, CALIFORNIA 92630
(949) 975-1000

3

District of Ohio and accordingly this was the proper venue to file the Motion to File Under Seal and the Motion for Contempt. I retained Mr. Gerling and specifically instructed him to file a Motion to File Under Seal prior to filing the Motion for Contempt in order to: (1) protect Doe's identity and (2) be able to file the Motion for Contempt to compel the deposition of Doe to obtain critical and highly relevant testimony and documents concerning Doe's relationship with Bauer without being forced to disclose her identity publicly.

13.     On August 28, 2023 the Motion to File Under Seal was denied.

14.     Because the Motion to File Under Seal was denied, on September 6, 2023 I filed an *ex parte* application seeking an order allowing the Motion for Contempt to be filed in unredacted form an effort to comply with the Court's June 28, 2023 order indicating the deposition of Doe was the preferred avenue to obtain the information sought by Request for Production No. 93. The *ex parte* application is docket number 180 in this Action. As of the execution of this Declaration, the Court has not ruled on the September 6, 2023 *ex parte* application.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on September 8, 2023, at Lake Forest, California.

_Michelle R. Prescott_
Michelle R. Prescott

WEISERSKI & ZUREK LLP
LAWYERS
29 ORCHARD ROAD
LAKE FOREST, CALIFORNIA 92630
(949) 975-1000

I1942027-1 MER-5137

4

DECLARATION OF MICHELLE R. PRESCOTT

# EXHIBIT A

51

1   the argument --

2           MR. KAPLAN:  Thank you, Your Honor.

3           THE COURT:  -- and I'll come back with my ruling.

4       (Recess from 11:30 a.m. to 11:53 a.m.)

5

6                   AFTER RECESS

7       (Call to Order of the Court.)

8           THE COURT:  All right.  Have a seat.

9           MR. KAPLAN:  Thank you, Your Honor.

10          THE COURT:  All right.  This is my ruling:

11          With regard to RFP Nos. 68 and 69, I am denying the

12  motion to compel but will require that Mr. Bauer file an --

13  not file -- serve amended responses that specifically state

14  that they are withdrawing those allegations.

15          With regard to RFP No. 114, because the tortious

16  interference with contract allegation still exists in this

17  case -- claim -- I am granting the motion to compel.  I find

18  that the information is relevant to the claims asserted in

19  this case, that the Court is not bound by the MLB's contract

20  requirements of confidentiality with Bauer and Hill, and that

21  Bauer has waived his privacy objections by failing to assert

22  them in his initial response to the RFP.

23          With regard to RFP No. 87, I am granting the motion

24  to compel RFP No. 87.  I find that Hill has met her burden to

25  establish that the requested information is relevant.  The

52

1   investigations conducted by MLB or law enforcement have all

2   the same underlying facts at issue in this case, and while

3   there may be a privacy right, it does not apply to these

4   specific documents, and the interests our outweighed by

5   Hill's compelling need for the information for the claims and

6   defenses at issue.

7          Now, with regard to RFP No. 92, I'm granting the

8   motion to compel as to RFP No. 92.  I find that Hill has met

9   her burden of establishing that the requested information is

10  relevant and that any rights of privacy are outweighed by

11  Hill's compelling need for the information for the claims and

12  defenses asserted in this case.

13          With regard to RFP No. 93, I am denying the motion

14  to compel.  This request is largely overbroad, and I find

15  that Ms. Hill has not met her burden of establishing that the

16  requested information is proportional in this case.  To a

17  large degree, my ruling with regard to that is the fact that

18  there are the depositions.  My ruling might be different if

19  we find out that the depositions don't occur.  If witnesses

20  don't show up, then maybe I would have -- might have a

21  different ruling.

22          All right?

23          MR. KAPLAN:  Your Honor, may I ask a clarifying

24  question as to No. 93?

25          THE COURT:  Uh-huh.

# EXHIBIT B

AO 88A  (Rev. 12/20) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of California  ▼

| | | |
|---|---|---|
| Trevor Bauer | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  8:22-cv-00868-JVS-ADS |
| Lindsey C. Hill and Niranjan Fred Thiagarajah | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To: _____

*(Name of person to whom this subpoena is directed)*

☑ Testimony:  YOU ARE COMMANDED to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must promptly confer in good faith with the party serving this subpoena about the following matters, or those set forth in an attachment, and you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about these matters:

| Place: ~~Veritext Legal Solutions 41 S. High St., Ste 1670,~~ Columbus, OH 43215 or via Zoom Meeting ID: 85726784062; Passcode: 279368 | Date and Time: 08/17/2023 10:00 am |
|---|---|

The deposition will be recorded by this method:  Stenographic and Videotape

☑ *Production:*  You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:  SEE ATTACHED EXHIBIT 1 - DOCUMENTS TO BE PRODUCED

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:  07/14/2023

*CLERK OF COURT*

OR

/s/ Michelle R. Prescott

_____          _____
*Signature of Clerk or Deputy Clerk*                    *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*  Lindsey C. Hill , who issues or requests this subpoena, are:

Michelle R. Prescott, Wesierski & Zurek LLP, 29 Orchard Rd., Lake Forest, CA 92630
mprescott@wzllp.com, (949) 975-1000

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88A  (Rev.  12/20) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No. 8:22-cv-00868-JVS-ADS

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

❏  I served the subpoena by delivering a copy to the named individual as follows: _____

_____ on *(date)* _____ ; or

❏  I returned the subpoena unexecuted because: _____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

ATTACHMENT 1 - ██████████

1.    All communications regarding non-consensual conduct ██████████ has had with Trevor Bauer, or his representative(s), at any time.

2.    All documents reflecting communications with Trevor Bauer about him choking or hitting ██████████, or about ██████████ being unconscious.

3.    All photographs, videos or motion pictures of Trevor Bauer choking or hitting ██████ ██████ or of ██████████ being unconscious or partially unconscious, and/or any injuries ██████████ allegedly sustained as a result of Trevor Bauer.

4.    All photographs or videos ██████████ has taken, recorded, or caused to be recorded, depicting Trevor Bauer and ██████████ at any time.

5.    All documents regarding any accusations by ██████████ of physical violence, abuse, sexual battery, sexual abuse, battery, assault, and/or rape made against Trevor Bauer.

6.    All documents ██████████ has received from Major League Baseball that address any allegations ██████████ has made against Trevor Bauer.

**██████████ should contact Ms. Hill's counsel, Brett Smith, Esq, at (949) 975-1000 or at bsmith@wzllp.com, to discuss scheduling the deposition.**

# EXHIBIT C

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| Michelle R. Prescott (SBN 262638)<br>WESIERSKI & ZUREK, LLP<br>29 Orchard Rd<br>Lake Forest, CA 92630<br>  Telephone No: 949-975-1000 | | |
|   Attorney For: Lindsey C. Hill | Ref. No. or File No.:<br>MER-5137 | |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| UNITED STATES DISTRCT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA |

| Plaintiff: Trevor Bauer |
|---|
| Defendant: Lindsey C. Hill and Niranjan Fred Thiagarajah |

| PROOF OF SERVICE | Hearing Date:<br>08/17/2023 | Time:<br>10:00 a.m. | Dept/Div: | Case Number:<br>8:22-cv-00868-JVS-ADS |
|---|---|---|---|---|

1. At the time of service, I was at least 18 years of age and not a party to this action.

2. I served copies of the Subpoena to Testify at a Deposition in a Civil Action

3.   a.  Party served: ▮▮▮▮▮▮▮▮
    b.  Person served: Party in item 3.a.

4. Address where the party was served: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

5. I served the party:
  a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Sat, Jul 15, 2023 (2) at: 11:00 AM

  6. Witness fees were offered or demanded, and paid: $40.00

7. Person Who Served Papers:
  a. ANTONIO GREEN
  b. FIRST LEGAL INVESTIGATIONS
    2070 N. TUSTIN AVENUE, 2ND FLOOR
    SANTA ANA, CA 92705
  c. (714) 550-1375

                                                      d. The Fee for Service was:

8. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____07/17/2023_____       _____
                (Date)                                     (Signature)

**FL** FIRSTLEGAL

PROOF OF
SERVICE

9202376
(5301)

# EXHIBIT D

CHRISTOPHER P. WESIERSKI‡
RONALD ZUREK†
TERENCE P. CARNEY†
THOMAS G. WIANECKI‡
PAUL J. LIPMAN
MICHELLE R. PRESCOTT
DAVID M. FERRANTE-ALAN
MARY H. KIM*
JENNIFER W. NAPLES
CHRISTIAN C.H. COUNTS
KATHRYN J. HARVEY
STEPHANIE H. HSIEH
ABE G. SALEN
EILEEN SPADONI
LAURA J. BARNS
ARFINEH YEREMIAN

THOMAS B. CUMMINGS†
LISA J. McMAINS†
LYNNE RASMUSSEN
KRISTEN R. RODRIGUEZ
BRETT A. SMITH
MATTHEW C. SEYMOUR
ABRAHAM S. ODABACHIAN
LAYNE M. BUKOVSKIS
CHRISTOPHER A. RICHARDSON
DANIELA I. DYKES
SCARLET R. RUSH
KAREN A. RAGLAND
GREGORY S. MILLER
ERIC J. STENBERG
JOSHUA A. NUZZO
NADEZHDA B. OSIPOVA

# WESIERSKI & ZUREK LLP

LAWYERS

28 ORCHARD ROAD

LAKE FOREST, CALIFORNIA 92630

TELEPHONE (949) 975-1000

FACSIMILE (949) 756-0517

100 CORSON STREET, SUITE 300
PASADENA, CALIFORNIA 91103
TELEPHONE (213) 627-2300
FACSIMILE (213) 629-2725

SENDER'S E-MAIL:
MPRESCOTT@WZLLP.COM

† AMERICAN BOARD OF TRIAL
ADVOCATES (ABOTA)

ALSO ADMITTED IN
*CONNECTICUT

July 26, 2023

## VIA ELECTRONIC MAIL ONLY

Joe Tacopina, Esq.
Tacopina, Seigel, & Deoreo
jtacopina@tacopinalaw.com; info@tacopinalaw.com
275 Madison Ave., 35th Floor
New York, NY 10016

Re:    <u>Bauer v. Hill</u>
Case No.:    8:22-cv-00868-JVS-ADS
Venue:    USDC – Central District of CA, Southern Division.
Trial Date:    February 13, 2024
Our File No.:    MER-5137

Dear Mr. Tacopina:

This letter is to inform you of our office's July 15, 2023 service of a deposition subpoena upon ▮▮▮▮▮▮▮▮▮▮▮▮ Over the course of discovery in the above-listed matter, we have attempted to contact your office on multiple occasions by phone and email without success, response, or acknowledgement. As such, we are unaware of the status of your representation of ▮▮▮▮▮▮ <u>This correspondence serves as a final effort to connect before reaching out to ▮▮▮▮▮▮ directly.</u>

▮▮▮▮▮▮ deposition in this matter is set to occur on **August 17, 2023** at **10:00 a.m. PST,** at **Veritext Legal Solutions, 41 S. High St., Ste 1670, Columbus, OH 43215.** Again, ▮▮▮▮ was served with a deposition subpoena on July 15, 2023.

As you may know, this is a bicoastal lawsuit which involves a number of attorneys who will be traveling to Ohio for the purpose of soliciting ▮▮▮▮▮▮ testimony relevant to this matter. On June 28, 2023, Magistrate Judge Autumn D. Spaeth denied Trevor Bauer's

---

[1] For your reference, please see attached Subpoena and Amended Deposition Notice to ▮▮▮▮▮▮

I1911366-1 MER-5137

Joe Tacopina
July 26, 2023
Page 2

Motion for a Protective Order to prevent ▓▓▓▓▓ from testifying at a deposition in this lawsuit. Accordingly, our office has revised and reissued its subpoena to ▓▓▓▓▓ based on the Court's order.

By the close of business on **Friday July 28, 2023**, please advise if you are still representing ▓▓▓▓▓ and whether ▓▓▓▓▓ is available for her deposition on August 17th, or if alternative arrangements are necessary. If we do not hear back from you by then, we will reasonably assume that you are not representing ▓▓▓▓▓, and we will reach out to ▓▓ directly about ▓▓ deposition.

Very truly yours,

WESIERSKI & ZUREK LLP

Michelle R. Prescott
Senior Partner

MP:BAS
Enclosed: Subpoena to ▓▓▓▓▓▓

cc:   Jesse Kaplan, Esq.

11911366-1 MER-5137

AO 88A  (Rev.  12/20) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No. 8:22-cv-00868-JVS-ADS

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

❑ I served the subpoena by delivering a copy to the named individual as follows: _____

_____

_____ on *(date)* _____ ; or

❑ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $     0.00     .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

AO 88A  (Rev. 12/20) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Central District of California ▾

| | | |
|---|---|---|
| Trevor Bauer | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   8:22-cv-00868-JVS-ADS |
| Lindsey C. Hill and Niranjan Fred Thiagarajah | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To: ▁▁▁▁▁▁▁▁▁▁▁▁▁▁▁▁▁▁▁▁▁▁

*(Name of person to whom this subpoena is directed)*

☑ Testimony:  YOU ARE COMMANDED to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must promptly confer in good faith with the party serving this subpoena about the following matters, or those set forth in an attachment, and you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about these matters:

| Place: Veritext Legal Solutions 41 S. High St., Ste 1670, Columbus, OH 43215 or via Zoom Meeting ID: 85726784062; Passcode: 279368 | Date and Time: 08/17/2023 10:00 am |
|---|---|

The deposition will be recorded by this method:   Stenographic and Videotape

☑ *Production:*  You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:  SEE ATTACHED EXHIBIT 1 - DOCUMENTS TO BE PRODUCED

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:   07/14/2023

| CLERK OF COURT | | |
|---|---|---|
| | OR | /s/ Michelle R. Prescott |
| *Signature of Clerk or Deputy Clerk* | | *Attorney's signature* |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*   Lindsey C. Hill
, who issues or requests this subpoena, are:

Michelle R. Prescott, Wesierski & Zurek LLP, 29 Orchard Rd., Lake Forest, CA 92630
mprescott@wzllp.com, (949) 975-1000

## Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

ATTACHMENT 1 - ██████████████

1.   All communications regarding non-consensual conduct ████████████ has had with Trevor Bauer, or his representative(s), at any time.

2.   All documents reflecting communications with Trevor Bauer about him choking or hitting ███████████ or about ██████████ being unconscious.

3.   All photographs, videos or motion pictures of Trevor Bauer choking or hitting ███████ ████████ or of ██████████ being unconscious or partially unconscious, and/or any injuries ████████████ allegedly sustained as a result of Trevor Bauer.

4.   All photographs or videos ██████████ has taken, recorded, or caused to be recorded, depicting Trevor Bauer and ██████████ at any time.

5.   All documents regarding any accusations by ████████████ of physical violence, abuse, sexual battery, sexual abuse, battery, assault, and/or rape made against Trevor Bauer.

6.   All documents ██████████ has received from Major League Baseball that address any allegations ██████████ has made against Trevor Bauer.

**████████████ should contact Ms. Hill's counsel, Brett Smith, Esq, at (949) 975-1000 or at bsmith@wzllp.com, to discuss scheduling the deposition.**

11902603-1 MER-5137

| Attorney or Party without Attorney:<br>Michelle R. Prescott (SBN 262638)<br>WESIERSKI & ZUREK, LLP<br>29 Orchard Rd<br>Lake Forest, CA 92630<br>  Telephone No: 949-975-1000 | | For Court Use Only |
|---|---|---|
| Attorney For: Lindsey C. Hill | Ref. No. or File No.:<br>MER-5137 | |
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRCT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA | | |

Plaintiff: Trevor Bauer
Defendant: Lindsey C. Hill and Niranjan Fred Thiagarajah

| PROOF OF SERVICE | Hearing Date:<br>08/17/2023 | Time:<br>10:00 a.m. | Dept/Div: | Case Number:<br>8:22-cv-00868-JVS-ADS |
|---|---|---|---|---|

1. *At the time of service, I was at least 18 years of age and not a party to this action.*

2. I served copies of the Subpoena to Testify at a Deposition in a Civil Action

3. *a.* Party served: ▓▓▓▓▓▓▓▓▓▓▓
   b. Person served: Party in item 3.a.

4. *Address where the party was served:* ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Sat, Jul 15, 2023 (2) at: 11:00 AM

   6. Witness fees were offered or demanded, and paid: $40.00

7. *Person Who Served Papers:*
   a. ANTONIO GREEN
   b. FIRST LEGAL INVESTIGATIONS                   d. *The Fee for Service was:*
      2070 N. TUSTIN AVENUE, 2ND FLOOR
      SANTA ANA, CA 92705
   c. (714) 550-1375

8. *I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

07/17/2023                          _____
(Date)                                   (Signature)



PROOF OF
SERVICE

9202376
(5301)

1 | Christopher P. Wesierski [Bar No. 086736]
*cwesierski@wzllp.com*
2 | Michelle R. Prescott [Bar No. 262638]
*mprescott@wzllp.com*
3 | Eileen Spadoni [Bar No. 133259]
*espadoni@wzllp.com*
4 | Brett A. Smith [Bar No. 322707]
*bsmith@wzllp.com*
5 | WESIERSKI & ZUREK LLP
29 Orchard Road
6 | Lake Forest, California 92630
Telephone: (949) 975-1000
7 | Facsimile: (949) 756-0517

8 | Bryan J. Freedman, Esq. (SBN: 151990)
*bfreedman@ftllp.com*
9 | Jesse A. Kaplan, Esq. (SBN: 255059)
*jkaplan@ftllp.com*
10 | FREEDMAN + TAITELMAN, LLP
1801 Century Park West, 5th Floor
11 | Los Angeles, California 90067
Telephone: (310) 201-0005
12 | Facsimile: (310) 201-0045

13 | Attorneys for Defendant, Lindsey C. Hill

14

15 | UNITED STATES DISTRICT COURT

16 | CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

17

18 | TREVOR BAUER,                          Case No. 8:22-cv-00868 JVS(ADSx)

19 |            Plaintiff,                  **AMENDED NOTICE OF DEPOSITION OF** ▇▇▇▇▇

20 |     vs.                               ▇▇▇▇▇

21 | LINDSEY C HILL AND NIRANJAN            Action Filed:     April 25, 2022
FRED THIAGARAJAH,
22
23 |            Defendant.

24

25 | **PLEASE TAKE NOTICE** that, pursuant to the Federal Rule of Civil

26 | Procedure 45, Defendant LINDSEY C. HILL, by and through the undersigned

27 | attorneys, will take the videotaped deposition of ▇▇▇▇▇ pursuant

28 | to the Subpoena to Testify at Deposition in a Civil Action attached hereto as Exhibit

*Sidebar (vertical text):* WESIERSKI & ZUREK LLP · Lawyers · 29 ORCHARD ROAD · LAKE FOREST, CALIFORNIA 92630 · (949) 975-1000

1  "A" on **August 17, 2023** beginning at **10:00 a.m. PST**, at **Veritext Legal Solutions,**

2  **41 S. High St., Ste 1670, Columbus, OH**, or via Zoom.

3      If for any reason the taking of the deposition is not completed on the scheduled

4  date, it shall be continued from day to day, excluding Sundays and holidays until

5  completed.

6      Notice is further given that under Fed.R.Civ.P. 30(b)(2) that the deposition may

7  be recorded stenographically and may also be recorded by real-time transcription

8  and/or by videotape.

9      PLEASE TAKE FURTHER NOTICE that under Fed.R.Civ.P. 45 the deponent

10 is required to produce the following documents at the time of deposition:

11      1.    All communications regarding non-consensual conduct ███████

12            ███████ has had with Trevor Bauer, or his representative(s), at any

13            time.

14      2.    All documents reflecting communications with Trevor Bauer about him

15            choking or hitting ███████████, or about ███████████ being

16            unconscious.

17      3.    All photographs, videos or motion pictures of Trevor Bauer choking or

18            hitting ███████████, or of ███████████ being unconscious or

19            partially unconscious, and/or any injuries ███████████ allegedly

20            sustained as a result of Trevor Bauer.

21      4.    All photographs or videos ███████████ has taken, recorded, or

22            caused to be recorded, depicting Trevor Bauer and ███████████ at

23            any time.

24      5.    All documents regarding any accusations by ███████████ of

25            physical violence, abuse, sexual battery, sexual abuse, battery, assault,

26            and/or rape made against Trevor Bauer.

27      6.    All documents ███████████ has received from Major League

28            Baseball that address any allegations ███████████ has made

WESIERSKI & ZUREK LLP
LAWYERS
29 ORCHARD ROAD
LAKE FOREST, CALIFORNIA 92630
(949) 975-1000

against Trevor Bauer.

NOTICE IS HEREBY GIVEN that deponent's deposition transcript may be the official record and may be used in lieu of testimony at the time of trial of the above-entitled action.

NOTICE IS HEREBY GIVEN that the oral examination is to be taken for purposes of discovery, for use at trial, or for such other purposes as are permitted under the Federal Rules of Civil Procedure, the local rules of the United States District Court for the Central District of California, and all Case Management Orders entered by the Court.

DATED:  July 14, 2023                    WESIERSKI & ZUREK LLP

By: _____
    CHRISTOPHER P. WESIERSKI
    MICHELLE R. PRESCOTT
    Attorneys for Defendant, Lindsey C. Hill

WESIERSKI & ZUREK LLP
LAWYERS
29 ORCHARD ROAD
LAKE FOREST, CALIFORNIA 92630
(949) 975-1000

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of Orange, State of California.  My business address is 29 Orchard Road, Lake Forest, CA 92630.

On July 14, 2023, I served true copies of the following document(s) described as **AMENDED NOTICE OF DEPOSITION OF** ▋▋▋▋▋▋ on the interested parties in this action as follows:

| | |
|---|---|
| Shawn C. Holley, Esq. | Attorney for Plaintiff, Trevor Bauer |
| Kate E. Mangels, Esq. | |
| Suann MacIssac, Esq. | |
| Kinsella Weitzman Iser Kump Holley LLP | |
| 11766 Wilshire Blvd., Suite 750 | |
| Los Angeles, CA  90025 | |
| Phone: 310-566-9822 | |
| Fax: 310-566-9850 | |
| E-Mail: sholley@kwikhlaw.com; | |
| kmangels@kwikalaw.com; | |
| smacisaac@kwikhlaw.com | |

| | |
|---|---|
| Blair G. Brown, Esq. | Attorney for Plaintiff, Trevor Bauer |
| Jon R. Fetterolf, Esq. | |
| Nell Peyser, Esq. | |
| Zuckerman Spaeder LLP | |
| 1800 M. Street, N. W. Suite 1000 | |
| Washington, D.C  20036 | |
| Phone: 202-778-1800 | |
| Fax: 202-882-8106 | |
| E-Mail: bbrown@zuckerman.com; | |
| jfetterolf@zuckerman.com; | |
| NPeyser@Zuckerman.com; | |
| ksimmerson@zuckerman.com | |

**BY E-MAIL OR ELECTRONIC TRANSMISSION:**  I caused a copy of the document(s) to be sent from e-mail address canderson@wzllp.com to the persons at the e-mail addresses listed in the Service List.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 14, 2023, at Lake Forest, California.

s/ CHELSEA ANDERSON
Chelsea Anderson

Case No. 8:22-cv-00868 JVS(ADSx)

I1856297-1 MER-5137

AMENDED NOTICE OF DEPOSITION OF ▋▋▋▋

WESIERSKI & ZUREK LLP
LAWYERS
29 ORCHARD ROAD
LAKE FOREST, CALIFORNIA 92630
(949) 975-1000

# EXHIBIT E

████████████████

August 17, 2023

```
1              UNITED STATES DISTRICT COURT
    CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION
2
3                        *   *   *

   TREVOR BAUER,
4
         Plaintiff,
5
         vs.          CASE NO. 8:22-cv-00868-JVS(ADSx)
6
   LINDSEY C. HILL and
7  NIRANJAN FRED THIAGARAJAH,
8       Defendants.
9                        *   *   *
10          CERTIFICATE OF NON-APPEARANCE
              OF ████████████████
11
12      I, Monica K. Schrader, Court Reporter in and
13  for the State of Ohio, do hereby certify that I
14  was present at the office of Veritext Legal
15  Solutions, 41 South High Street, Suite 1670,
16  Columbus, Ohio, on August 17, 2023, at 10:00 a.m.,
17  for the purpose of reporting the deposition of
18  ████████████████ scheduled to begin at 10:00 a.m.,
19  and the deponent did not appear.
20      Under penalties of perjury, I declare that I
21  have read the foregoing certificate and that the
22  facts stated in it are true.
23      DATED TH: Monica K. Schrader
24
                  MONICA K. SCHRADER, Court Reporter
25                       *   *   *

                                        Page 1
```

Atkinson-Baker, A Veritext Company
(818) 551-7300                    www.veritext.com

California Code of Civil Procedure

Article 5. Transcript or Recording

Section 2025.520

(a)  If the deposition testimony is stenographically recorded, the deposition officer shall send written notice to the deponent and to all parties attending the deposition when the Original transcript of the testimony for each session of the deposition is available for reading, correcting, and signing, unless the deponent and the attending parties agree on the record that the reading, correcting, and signing of the transcript of the testimony will be waived or that the reading, correcting, and signing of a transcript of the testimony will take place after the entire deposition has been concluded or at some other specific time.

(b)  For 30 days following each notice under subdivision (a), unless the attending parties and the deponent agree on the record or otherwise in writing to a longer or shorter time period, the deponent may change the form or the substance of the answer to a question, and may either approve the transcript of the deposition by signing it, or

refuse to approve the transcript by not signing it.

(c) Alternatively, within this same period, the deponent may change the form or the substance of the answer to any question and may approve or refuse to approve the transcript by means of a letter to the deposition officer signed by the deponent which is mailed by certified or registered mail with return receipt requested. A copy of that letter shall be sent by first-class mail to all parties attending the deposition.

(d) For good cause shown, the court may shorten the 30-day period for making changes, approving, or refusing to approve the transcript.

(e) The deposition officer shall indicate on the original of the transcript, if the deponent has not already done so at the office of the deposition officer, any action taken by the deponent and indicate on the original of the transcript, the deponent's approval of, or failure or refusal to approve, the transcript. The deposition officer shall also notify in writing the parties attending the deposition of any changes which the deponent timely made in person.

(f) If the deponent fails or refuses to approve the transcript within the allotted period, the

deposition shall be given the same effect as though it had been approved, subject to any changes timely made by the deponent.

(g) Notwithstanding subdivision (f), on a seasonable motion to suppress the deposition, accompanied by a meet and confer declaration under Section 2016.040, the court may determine that the reasons given for the failure or refusal to approve the transcript require rejection of the deposition in whole or in part.

(h) The court shall impose a monetary sanction under Chapter 7 (commencing with Section 2023.010) against any party, person, or attorney who unsuccessfully makes or opposes a motion to suppress a deposition under this section, unless the court finds that the one subject to the sanction acted with substantial justification or that other circumstances make the imposition of the sanction unjust.

DISCLAIMER: THE FOREGOING CIVIL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019.  PLEASE REFER TO THE APPLICABLE STATE RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the

foregoing transcript is a true, correct and complete

transcript of the colloquies, questions and answers

as submitted by the deposition officer. Veritext

Legal Solutions further represents that the attached

exhibits, if any, are true, correct and complete

documents as submitted by the deposition officer

and/or attorneys in relation to this deposition and

that the documents were processed in accordance with

our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining

the confidentiality of client and witness information,

in accordance with the regulations promulgated under

the Health Insurance Portability and Accountability

Act (HIPAA), as amended with respect to protected

health information and the Gramm-Leach-Bliley Act, as

amended, with respect to Personally Identifiable

Information (PII). Physical transcripts and exhibits

are managed under strict facility and personnel access

controls. Electronic files of documents are stored

in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in SSAE 16 certified facilities.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of deposition services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.

# EXHIBIT F

Original Message-----
From: Michelle R. Prescott
Sent: Wednesday, September 6, 2023 9:13 AM
To: Brown, Blair G. <bbrown@zuckerman.com>
Cc: Leslie S. Sotelo <LSotelo@wzllp.com>; Fetterolf, Jon R. <JFetterolf@zuckerman.com>; Peyser, Nell Z <NPeyser@zuckerman.com>; Simmerson, Kelsey <ksimmerson@zuckerman.com>; sholley@kwikhlaw.com; kmangels@kwikalaw.com; smacisaac@kwikhlaw.com; Christopher Wesierski <CWesierski@WZLLP.COM>; Eileen Spadoni <ESpadoni@WZLLP.COM>; Brett Smith <BSmith@WZLLP.COM>; Debbie Cooper <dcooper@wzllp.com>; Antonio Ramos <ARamos@WZLLP.COM>; Kelly Atherton <KAtherton@WZLLP.COM>; Chelsea Anderson <CAnderson@WZLLP.COM>; Jesse Kaplan <jkaplan@ftllp.com>
Subject: RE: Bauer v. Hill | Ex Parte Notice - Filing Today 9-6-2023

Counsel,

Please allow this email to serve as a formal meet and confer attempt in advance of our filing an Ex Parte Application for an Order Allowing Lindsey C. Hill to File a Motion For Contempt for Failure to Appear at Deposition and For an Order Extending the Discovery Cutoff to Allow Hill to Depose Jane Doe.

Ms. Hill is seeking ex parte relief because Doe is the sole avenue for Hill to obtain critical information relevant to her claims and defenses and Hill has already diligently attempted to compel Doe's deposition while complying with the Amended Stipulated Protective Order and by not naming Doe publicly. In order to compel Doe's attendance, a motion for contempt must be filed in unredacted form in the Southern District of Ohio where Doe resides. The requested relief will allow Hill to comply with the Southern District of Ohio's regulations and with the Amended Stipulated Protective Order.  We will further being asking for relief to be able to take Doe's deposition after the close of discovery.

We had withdrawn the prior ex parte application based on Mr. Brown's communication below and corrected the mistakes contained in the prior ex parte application.  On Monday, September 4, 2023, Mr. Brown and I discussed the ex parte application and he indicated that plaintiff would oppose.  Please advise if that is still your intention.

Michelle R. Prescott
Wesierski & Zurek LLP
29 Orchard Road, Lake Forest, CA 92630
Tel. No. (949) 975-1000
Fax. No. (949) 756-0517
Email mprescott@wzllp.com

Follow us on:
Confidential Communication: Emails from this firm normally contain confidential and privileged material and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. This communication and all attachments are confidential, in anticipation of litigation or in furtherance of litigation. The attorney client privilege, work product doctrine and privacy rights of the sender, recipients and third parties are specifically asserted as to this communication and all attachments, in addition to all other protections afforded by law, including without limitation, HIPAA, physician/patient privilege, trade secret, tax privacy, copyright and trademark laws. If you believe that you received this email in error, please do not read this email or any attached

items. Please delete the email and all attachments, including any copies thereof, and inform the sender
that you have deleted the email, all attachments and any copies thereof. Thank you.

Original Message-----
From: Michelle R. Prescott
Sent: Wednesday, September 6, 2023 9:13 AM
To: Brown, Blair G. <bbrown@zuckerman.com>
Cc: Leslie S. Sotelo <LSotelo@wzllp.com>; Fetterolf, Jon R. <JFetterolf@zuckerman.com>; Peyser, Nell Z
<NPeyser@zuckerman.com>; Simmerson, Kelsey <ksimmerson@zuckerman.com>;
sholley@kwikhlaw.com; kmangels@kwikalaw.com; smacisaac@kwikhlaw.com; Christopher Wesierski
<CWesierski@WZLLP.COM>; Eileen Spadoni <ESpadoni@WZLLP.COM>; Brett Smith
<BSmith@WZLLP.COM>; Debbie Cooper <dcooper@wzllp.com>; Antonio Ramos
<ARamos@WZLLP.COM>; Kelly Atherton <KAtherton@WZLLP.COM>; Chelsea Anderson
<CAnderson@WZLLP.COM>; Jesse Kaplan <jkaplan@ftllp.com>
Subject: RE: Bauer v. Hill | Ex Parte Notice - Filing Today 9-6-2023

Counsel,

Please allow this email to serve as a formal meet and confer attempt in advance of our filing an Ex Parte
Application for an Order Allowing Lindsey C. Hill to File a Motion For Contempt for Failure to Appear at
Deposition and For an Order Extending the Discovery Cutoff to Allow Hill to Depose Jane Doe.

Ms. Hill is seeking ex parte relief because Doe is the sole avenue for Hill to obtain critical information
relevant to her claims and defenses and Hill has already diligently attempted to compel Doe's deposition
while complying with the Amended Stipulated Protective Order and by not naming Doe publicly. In
order to compel Doe's attendance, a motion for contempt must be filed in unredacted form in the
Southern District of Ohio where Doe resides. The requested relief will allow Hill to comply with the
Southern District of Ohio's regulations and with the Amended Stipulated Protective Order. We will
further being asking for relief to be able to take Doe's deposition after the close of discovery.

We had withdrawn the prior ex parte application based on Mr. Brown's communication below and
corrected the mistakes contained in the prior ex parte application. On Monday, September 4, 2023, Mr.
Brown and I discussed the ex parte application and he indicated that plaintiff would oppose. Please
advise if that is still your intention.

Michelle R. Prescott
Wesierski & Zurek LLP
29 Orchard Road, Lake Forest, CA 92630
Tel. No. (949) 975-1000
Fax. No. (949) 756-0517
Email mprescott@wzllp.com

Follow us on:
Confidential Communication: Emails from this firm normally contain confidential and privileged material
and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is
prohibited and may be a violation of law. This communication and all attachments are confidential, in
anticipation of litigation or in furtherance of litigation. The attorney client privilege, work product
doctrine and privacy rights of the sender, recipients and third parties are specifically asserted as to this
communication and all attachments, in addition to all other protections afforded by law, including
without limitation, HIPAA, physician/patient privilege, trade secret, tax privacy, copyright and trademark
laws. If you believe that you received this email in error, please do not read this email or any attached

items. Please delete the email and all attachments, including any copies thereof, and inform the sender that you have deleted the email, all attachments and any copies thereof. Thank you.

-----Original Message-----
From: Brown, Blair G. <bbrown@zuckerman.com>
Sent: Wednesday, September 6, 2023 10:44 AM
To: Michelle R. Prescott <mprescott@WZLLP.COM>
Cc: Leslie S. Sotelo <LSotelo@wzllp.com>; Fetterolf, Jon R. <JFetterolf@zuckerman.com>; Peyser, Nell Z <NPeyser@zuckerman.com>; Simmerson, Kelsey <ksimmerson@zuckerman.com>; sholley@kwikhlaw.com; Kate Mangels <KMangels@khiks.com>; Christopher Wesierski <CWesierski@WZLLP.COM>; Eileen Spadoni <ESpadoni@WZLLP.COM>; Brett Smith <BSmith@WZLLP.COM>; Debbie Cooper <dcooper@wzllp.com>; Antonio Ramos <ARamos@WZLLP.COM>; Kelly Atherton <KAtherton@WZLLP.COM>; Chelsea Anderson <CAnderson@WZLLP.COM>; Jesse Kaplan <jkaplan@ftllp.com>; Ventresca, Ivano <iventresca@zuckerman.com>
Subject: RE: Bauer v. Hill | Ex Parte Notice - Filing Today 9-6-2023

**CAUTION: This email originated from outside of the organization.**

Michelle:
For the reasons discussed on our meet-and-confer call on Monday, September 4, as well as my email of Friday, September 1, we intend to oppose the ex parte application.  Those reasons include, but are not limited to:

(1) Your local counsel could have filed a properly supported motion to seal in the S.D. Ohio by the court-imposed deadline of yesterday but chose not to.  Indeed, your local counsel's initial motion did not even mention the protective order in this case, Judge Spaeth's prior ruling ordering Doe's name to be redacted in a prior filing in this case, or that the information at issue concerned the sexual history of Doe and Mr. Bauer. Indeed, if your local counsel had simply attached and described the protective order in this case, it is unlikely the motion would have been denied. There is no basis for ex parte relief or amendment of the protective order where you could have complied with the protective order through a proper motion in S.D. Ohio.

(2) You have waited too long to seek to compel the deposition of Doe, who you knew as of August 2 would not attend her deposition on August 17. Accordingly, amendment of the protective order and an extension of fact discovery are not warranted.

(3) Your application is not a proper basis for ex parte relief.  You could have filed a properly noticed joint stipulation or motion in this court instead of using the extraordinary process of an ex parte application.

We reserve the right to make additional points based on the arguments in your ex parte application.

- Blair


Blair G. Brown
Zuckerman Spaeder LLP
mailto:bbrown@zuckerman.com

1800 M STREET NW, SUITE 1000 • WASHINGTON • DC , 20036-5807
202.778.1829 direct • 202.320.8369 mobile • 202.822.8106

► https://www.zuckerman.com/vcard/Blair_G_Brown/ | http://www.zuckerman.com

This transmission (including any attachments) from the law firm of Zuckerman Spaeder LLP may contain information that is confidential and/or subject to the attorney-client privilege or the work product doctrine. Use or dissemination of this information by anyone other than the intended recipient is prohibited and may be unlawful. If you have received this transmission in error, please immediately notify the sender by return email or contact us by telephone at 202.778.1800 and permanently delete all copies.