1  Christopher P. Wesierski [Bar No. 086736]
     *cwesierski@wzllp.com*
2  Michelle R. Prescott [Bar No. 262638]
     *mprescott@wzllp.com*
3  Eileen Spadoni [Bar No. 133259]
     *espadoni@wzllp.com*
4  Brett A. Smith [Bar No. 322707]
     *bsmith@wzllp.com*
5  WESIERSKI & ZUREK LLP
   29 Orchard Road
6  Lake Forest, California 92630
   Telephone: (949) 975-1000
7  Facsimile: (949) 756-0517

8  Bryan J. Freedman, Esq. (SBN: 151990)
     *bfreedman@ftllp.com*
9  Jesse A. Kaplan, Esq. (SBN: 255059)
     *jkaplan@ftllp.com*
10 FREEDMAN + TAITELMAN, LLP
   1801 Century Park West, 5th Floor
11 Los Angeles, California 90067
   Telephone: (310) 201-0005
12 Facsimile:  (310) 201-0045

13 Attorneys for Defendant and
   Counterclaimant, Lindsey C. Hill

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| TREVOR BAUER,<br><br>    Plaintiff,<br><br>    vs.<br><br>LINDSEY C HILL AND NIRANJAN FRED THIAGARAJAH,<br><br>    Defendants, | Case No. 8:22-cv-00868 JVS (ADSx)<br><br>Assigned for all purposes to the Hon. James V. Selna<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT AND COUNTERCLAIMANT LINDSEY C. HILL'S MOTION FOR RECONSIDERATION**<br><br>*[Filed concurrently with Notice of Motion and Motion, Declaration of Michelle Prescott, Declaration of Joseph Gerling]* |
| LINDSEY C. HILL,<br><br>    Counterclaimant,<br><br>    vs.<br><br>TREVOR BAUER,<br><br>    Counter-Defendant, | Action Filed:             April 25, 2022<br>Discovery Deadline: September 1, 2023<br>Pretrial Conference: January 22, 2024<br>Trial Date:                 February 13, 2024 |

1

Defendant and Counterclaimant Lindsey C. Hill's Motion for Reconsideration of the Court's June 28, 2023 ruling ("Motion for Reconsideration") came before the Honorable Autumn D. Spaeth in Courtroom 6B of the above- entitled Court. Having considered the papers in support of, the Court finds that good cause exists to reconsider the Court's prior June 28, 2023 ruling concerning Request for Production No. 93.

Therefore, Ms. Hill's Motion for Reconsideration is **GRANTED**. Plaintiff Trevor Bauer is **ORDERED** to provide further responses within thirty (30) days of the entry of this order.

IT IS SO ORDERED

DATED: _____          _____
                                Autumn D. Spaeth
                                United States Magistrate Judge

I1942051-1 MER-5137                                      [Proposed] Order