UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 22-00868-JVS(ADSx) | Date | September 11, 2023 |
| Title | Trevor Bauer v. Lindsey C. Hill et al | | |

Present: The Honorable **James V. Selna, U.S. District Court Judge**

| Elsa Vargas | Debbie Hino-Spaan |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Blair Brown | Jesse Kaplan |
| Ivano Ventresca | Michelle Prescott |

**Proceedings:** Telephonic Status Conference

Cause is called for hearing and counsel make their appearances. Court and counsel confer.

For the reasons stated on the record the Court over rules all objections and allows the deposition of Doe to be taken. The parties are ordered to advise the Court of the result further efforts to enforce the Doe subpoena and whether there is a need for another telephonic status conference.

The Court will hold the Ex Parte application in abeyance.

|  | : | 05 |
|---|---|---|
| Initials of Preparer | eva | |