KINSELLA HOLLEY ISER KUMP STEINSAPIR LLP
Shawn Holley (Cal. Bar No. 136811)
Suann MacIsaac (Cal. Bar No. 205659)
11766 Wilshire Blvd, Suite 750
Los Angeles, CA 90401
Tel: (310) 566-9800
Fax: (310) 566-9873
sholley@khiks.com
smacisaac@khiks.com

ZUCKERMAN SPAEDER LLP
Blair G. Brown (admitted *pro hac vice*)
Jon R. Fetterolf (admitted *pro hac vice*)
1800 M Street, N.W., Suite 1000
Washington, D.C. 20036
Tel: (202) 778-1800
Fax: (202) 882-8106
bbrown@zuckerman.com
jfetterolf@zuckerman.com

ZUCKERMAN SPAEDER LLP
Nell Z. Peyser (admitted *pro hac vice*)
485 Madison Ave., 10th Floor
New York, NY 10022
Tel: (212) 704-9600
Fax: (212) 704-4256
npeyser@zuckerman.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| TREVOR BAUER,<br><br>Plaintiff,<br><br>vs.<br><br>LINDSEY C. HILL AND NIRANJAN FRED THIAGARAJAH,<br><br>Defendant.<br><br>————————————————<br>LINDSEY C. HILL,<br><br>Counterclaimant, | Case No. 8:22-cv-00868 JVS (ADSx)<br><br>Assigned to: Judge James V. Selna<br>Referred to: Magistrate Judge Autumn D. Spaeth<br><br>**DISCOVERY MATTER: TREVOR BAUER'S NOTICE OF MOTION AND MOTION TO COMPEL A MENTAL HEALTH EXAMINATION OF MS. HILL PURSUANT TO FRCP RULE 35** |

|   |   |
|---|---|
| vs.<br><br>TREVOR BAUER,<br><br>Counter-defendant. | [Joint Stipulation and Declarations of Blair G. Brown and Jesse Kaplan filed concurrently]<br><br>Date:  October 11, 2023<br>Time:  10:00 a.m.<br>Magistrate Judge: Autumn D. Spaeth<br>Courtroom:          6B<br><br>Action Filed: April 25, 2022<br>Discovery Deadline: September 1, 2023<br>Pretrial Conference: January 22, 2024<br>Trial Date: February 13, 2024 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on October 11, 2023 at 10:00 a.m. or as soon thereafter as this matter may be heard in Courtroom 6B of the above-entitled court, located at 411 West Fourth Street, Santa Ana, CA, 92701, Plaintiff/Counterclaim Defendant Trevor Bauer will and does hereby move this Court for an order compelling Defendant/Counterclaim Plaintiff Lindsey Hill to undergo a mental health examination under Rule 35 of the Federal Rules of Civil Procedure.

This Motion is made pursuant to Federal Rule of Civil Procedure 35. The Motion is made on the grounds that good cause exists for Ms. Hill to submit to a mental health examination because she has put her mental condition squarely in controversy in this case, including having definitively stated that she seeks damages based on her ongoing mental health condition. The Court should thus enter an order compelling her to undergo a Rule 35 mental health examination.

This Motion is made following Mr. Bauer's good faith effort to confer with Ms. Hill's counsel pursuant to Local Rule 37-1, which took place prior to the filing of this Motion and is continuing to take place. This Motion is based on the Notice of

1  Motion, the Joint Stipulation, the Declaration of Blair G. Brown, the pleadings and
2  papers on file with the Court in this matter, all matters upon which this Court must
3  or may take judicial notice, and upon all arguments that this Court may allow at the
4  time of the hearing of the Motion.

6  DATED: September 11, 2023                    ZUCKERMAN SPAEDER LLP

7                                               By:  /s/ *Blair G. Brown*
                                                 Blair G. Brown
8                                                Attorney for Plaintiff Trevor Bauer