KINSELLA HOLLEY ISER KUMP STEINSAPIR LLP
Shawn Holley (Cal. Bar No. 136811)
Suann MacIsaac (Cal. Bar No. 205659)
11766 Wilshire Blvd, Suite 750
Los Angeles, CA 90401
Tel: (310) 566-9800
Fax: (310) 566-9850
sholley@khiks.com

ZUCKERMAN SPAEDER LLP
Blair G. Brown (admitted *pro hac vice*)
Jon R. Fetterolf (admitted *pro hac vice*)
1800 M Street, N.W., Suite 1000
Washington, D.C. 20036
Tel: (202) 778-1800
Fax: (202) 882-8106
bbrown@zuckerman.com
jfetterolf@zuckerman.com

ZUCKERMAN SPAEDER LLP
Nell Z. Peyser (admitted *pro hac vice*)
485 Madison Avenue, 10th Floor
New York, NY 10022
Tel: (212) 704-9600
Fax: (212) 704-4256
npeyser@zuckerman.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| TREVOR BAUER, | Case No. 8:22-cv-00868-JVS-ADS |
| Plaintiff, | Assigned to: Judge James V. Selna |
| vs. | Referred to: Magistrate Judge Autumn D. Spaeth |
| LINDSEY C. HILL AND NIRANJAN FRED THIAGARAJAH, | **PLAINTIFF'S APPLICATION FOR LEAVE TO FILE DOCUMENTS CONDITIONALLY UNDER SEAL PURSUANT TO LOCAL RULE 79-5.2.2 (b)** |
| Defendants. | [*Filed concurrently with Proposed Order*] |
| | Date: October 11, 2023<br>Time: 10:00 a.m.<br>Magistrate Judge: Autumn D. Spaeth<br>Courtroom: 6B |

PLEASE TAKE NOTICE that pursuant to Local Rule 79-5.2.2(b), Plaintiff/Counterclaim Defendant Trevor Bauer ("Bauer") respectfully moves this Court for leave to conditionally file under seal certain documents, in whole or in part, in connection with the Joint Stipulation Regarding Bauer's Motion To Compel FRCP Rule 35 Mental Health Examination Of Hill ("Joint Stipulation"). Specifically, Bauer, as the "Filing Party" seeks to file the following documents conditionally under seal, which were designated as "CONFIDENTIAL" by Hill, the "Designating Party," under the parties' Protective Order (Dkt. No. 78):

- Exhibit H to the Declaration of Blair G. Brown in Support of Bauer's Motion To Compel FRCP Rule 35 Mental Health Examination Of Hill, which contains portions of the deposition transcript of Hill; and
- All references to Exhibit H in the Joint Stipulation.

Because the aforementioned document was designated as "CONFIDENTIAL" by Hill, the Designating Party, Bauer respectfully requests that the Court conditionally seal the aforementioned document and all references thereto in the Joint Stipulation. Bauer takes no position on whether these materials should be permanently sealed.[1]

---

[1] Bauer also notes that he has redacted the names of the Does in Exhibits B and E to the Declaration of Blair G. Brown and Exhibits A and B to the Declaration of Jesse Kaplan in accordance with Judge Spaeth's previous granting of an application to seal for good cause the identities of the Does in discovery in this matter. *See* Dkt. No. 118. The identities of the Does are irrelevant to the instant Joint Stipulation in any event.

| | | |
|---|---|---|
| 1 | Dated: September 11, 2023 | */s/ Blair G. Brown* |
| 2 | | Blair G. Brown (admitted *pro hac vice*) |
| | | Jon R. Fetterolf (admitted *pro hac vice*) |
| 3 | | Zuckerman Spaeder LLP |
| 4 | | 1800 M Street, N.W., Suite 1000 |
| | | Washington, D.C. 20036 |
| 5 | | Tel: (202) 778-1800 |
| 6 | | Fax: (202) 882-8106 |
| | | bbrown@zuckerman.com |
| 7 | | jfetterolf@zuckerman.com |

Nell Peyser (admitted *pro hac vice*)
Zuckerman Spaeder LLP
485 Madison Avenue, 10th Floor
New York, NY 10022
Tel: (212) 704-9600
Fax: (212) 704-4256
npeyser@zuckerman.com

Shawn Holley (Cal. Bar No. 136811)
Suann MacIsaac (Cal Bar No. 205659)
Kinsella Holley Iser Kump Steinsapir LLP
11766 Wilshire Blvd, Suite 750
Los Angeles, CA 90401
Tel: (310) 566-9800
Fax: (310) 566-9850
sholley@kwikhlaw.com
smacisaac@kwikhlaw.com

3

ADMINISTRATIVE MOTION TO SEAL

8863492.1