# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| TREVOR BAUER, <br><br> Plaintiff, <br><br> vs. <br><br> LINDSEY C. HILL AND NIRANJAN FRED THIAGARAJAH, <br><br> Defendants. | Case No. 8:22-cv-00868-JVS-ADS <br><br> Assigned to: Judge James V. Selna <br> Referred to: Magistrate Judge Autumn D. Spaeth <br><br> **[PROPOSED] ORDER ON PLAINTIFF'S APPLICATION FOR LEAVE TO FILE DOCUMENTS CONDITIONALLY UNDER SEAL PURSUANT TO LOCAL RULE 79-5.2.2 (b)** <br><br> [*Filed Concurrently with Administrative Motion to Seal*] <br><br> Date: October 11, 2023 <br> Time: 10:00 a.m. <br> Magistrate Judge: Autumn D. Spaeth <br> Courtroom: 6B |

The Court, having reviewed Plaintiff's Application For Leave To File Documents Conditionally Under Seal (the "Application"), hereby rules as follows:

Bauer's Application is GRANTED. The following documents shall be filed conditionally under seal:

- Exhibit H to the Declaration of Blair G. Brown in Support of Bauer's Motion To Compel FRCP Rule 35 Mental Health Examination Of Hill, which contains portions of the deposition transcript of Hill; and

- All references to Exhibit H in the Joint Stipulation.

**IT IS SO ORDERED**.

DATED: _____

                                                Autumn D. Spaeth
                                                United States Magistrate Judge