1   Bryan J. Freedman, Esq. (SBN: 151990)
      bfreedman@ftllp.com
2   Jesse A. Kaplan, Esq. (SBN: 255059)
      jkaplan@ftllp.com
3   FREEDMAN + TAITELMAN, LLP
    1801 Century Park West, 5th Floor
4   Los Angeles, California 90067
    Telephone: (310) 201-0005
5   Facsimile: (310) 201-0045

6   Attorneys for Defendant and Counterclaimant
7   Lindsey C. Hill

8                    UNITED STATES DISTRICT COURT

9          CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

10  TREVOR BAUER,                        Case No. 8:22-cv-00868 JVS (ADSx)

11          Plaintiff,                   [Assigned to Hon. James V. Selna
                                         Referred to: Magistrate Judge Autumn
12          vs.                          D. Spaeth]

13                                       DISCOVERY MATTER:
    LINDSEY C. HILL AND NIRANJAN         DECLARATION OF JESSE
14                                       KAPLAN IN OPPOSITION TO
    FRED THIAGARAJAH,                    BAUER'S MOTION TO COMPEL
15                                       FRCP RULE 35 MENTAL
                                         EXAMINATION OF HILL
16          Defendant.
                                         [Joint Stipulation Regarding Bauer's
17  LINDSEY C. HILL,                     Motion to Compel filed concurrently]

18          Counterclaimant,             Hearing Date:    October 11, 2023
19                                       Time:            10:00 a.m.
            vs.                          Courtroom:       6B
20
21  TREVOR BAUER,                        Action Filed: April 25, 2022
                                         Discovery Deadline: September 1,
22          Counter-defendant.           2023

23
                                         Pretrial Conference:  January 22, 2024
24                                       Trial Date: February 13, 2024

25

26

27

28

─────────────────────────────────────
              DECLARATION OF JESSE KAPLAN

## DECLARATION OF JESSE KAPLAN

I, Jesse A. Kaplan, declare as follows:

1.      I am an attorney at law, licensed to practice in the State of California.  I am a partner of Freedman + Taitelman, LLP ("F+T"). I have personal knowledge of the facts stated herein and, if called upon to testify, could and would testify competently thereto.

2.      Attached hereto as **Exhibit A** is a true and correct copy of Defendant and Counterclaimant Lindsey Hill's Initial Disclosures.

3.      Attached hereto as **Exhibit B** is a true and correct copy of Defendant and Counterclaimant Lindsey Hill's Amended Initial Disclosures.

4.      Attached as **Exhibit C** is a true and correct copy of Defendant and Counterclaimant Lindsey Hill's Declaration in Opposition to Bauer's Motion for Sanctions.

5.      Bauer has conducted thorough discovery into Hill's alcoholism, including written discovery and multiple depositions.

6.      As of this filing, Hill has not engaged an expert to conduct a psychological evaluation of Hill. In light of Bauer's request, Hill has begun reaching out to potential experts for the purpose of rebuttal.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 8th day of September, 2023, at Los Angeles, California.

_____
Jesse A. Kaplan

DECLARATION OF JESSE KAPLAN

# EXHIBIT A

Christopher P. Wesierski [Bar No. 086736]
*cwesierski@wzllp.com*
Michelle R. Prescott [Bar No. 262638]
*mprescott@wzllp.com*
Eileen Spadoni [Bar No. 133259]
*espadoni@wzllp.com*
Brett A. Smith [Bar No. 322707]
*bsmith@wzllp.com*
WESIERSKI & ZUREK LLP
29 Orchard Road
Lake Forest, California 92630
Telephone: (949) 975-1000
Facsimile: (949) 756-0517

Bryan J. Freedman, Esq. (SBN: 151990)
*bfreedman@ftllp.com*
Jesse A. Kaplan, Esq. (SBN: 255059)
*jkaplan@ftllp.com*
FREEDMAN + TAITELMAN, LLP
1801 Century Park West, 5th Floor
Los Angeles, California 90067
Telephone: (310) 201-0005
Facsimile:  (310) 201-0045

Attorneys for Defendant/Cross-Complainant, LINDSEY C. HILL

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| TREVOR BAUER,<br><br>          Plaintiff,<br><br>     vs.<br><br>LINDSEY C HILL AND NIRANJAN FRED THIAGARAJAH,<br><br>          Defendant. | Case No. 8:22-cv-00868 JVS(ADSx)<br><br>**DEFENDANT LINDSEY C. HILL'S INITIAL DISCLOSURES**<br><br>Trial Date:          None Set |

Pursuant to <u>Federal Rule of Civil Procedure</u> 26 and <u>Local Rule</u> 26-1, Defendant Lindsey C. Hill ("Hill") hereby makes the following Initial Disclosures, based on information presently available.

WESIERSKI & ZUREK LLP
LAWYERS
29 ORCHARD ROAD
LAKE FOREST, CALIFORNIA 92630
(949) 975-1000

**PRELIMINARY STATEMENT**

1.      By identifying persons in this document, Defendant does not admit or deny the relevancy or admissibility of their testimony, or their availability or competency as witnesses.

2.      By identifying documents and tangible things in this document, Defendants do not admit or deny the relevancy or admissibility of any document or thing.

3.      Defendant reserves the right, if appropriate, to make objections to the production of any documents or tangible things or the answering of interrogatories regarding any matters discussed herein and to move for a Protective Order pursuant to Rule 26, F.R.Civ.P., before producing or allowing any discovery of the matters stated herein.

4.      In making these disclosures, Defendant does not waive the attorney-client privilege, the attorney work-product doctrine, or any other available privilege, doctrine, or immunity.

5.      These disclosures are based upon the factual information available as of the date hereof.  Discovery is only just beginning and factual investigation is continuing at this time.  Defendants reserve the right to amend, supplement or otherwise modify these disclosures in accordance with applicable Rules and any Orders entered by this Court.

I.      **WITNESSES LIKELY TO HAVE DISCOVERABLE INFORMATION**

Based on the information presently available, and subject to further investigation of the dispute herein, Defendant identifies the following people likely to have discoverable information that Defendant may use to support its defenses:

1.      Trevor Bauer, Plaintiff/Counterdefendant, regarding the circumstances surrounding the allegations contained in the Counterclaims of Defendant/Counterclaimant Lindsey Hill;

2.      Lindsey C. Hill, Defendant/Counterclaimant regarding the

WESIERSKI & ZUREK LLP
LAWYERS
29 ORCHARD ROAD
LAKE FOREST, CALIFORNIA 92630
(949) 975-1000

DEFENDANT LINDSEY C. HILL'S INITIAL DISCLOSURES

circumstances surrounding the allegations contained in the Complaint and Counterclaims of Defendant/Counterclaimant Lindsey Hill;

3.  Stephen Chanley, RN. of Alvarado Hospital Medical Center, 6655 Alvarado Road, San Diego, CA 92120-5208 . Has information regarding Ms. Hill's May 17, 2021, Emergency Room visit.

4.  Dr. Joshua N. Doros, of Alvarado Hospital Medical Center, 6655 Alvarado Road, San Diego, CA 92120-5208 . Has information regarding Ms. Hill's May 17, 2021, Emergency Room visit.

5.  Brigitte B. Korkuch, PA of Alvarado Hospital Medical Center, 6655 Alvarado Road, San Diego, CA 92120-5208 . Has information regarding Ms. Hill's May 17, 2021, Emergency Room visit.

6.  Asal Khosroabadi, LCSW (Social Worker) of Alvarado Hospital Medical Center, 6655 Alvarado Road, San Diego, CA 92120-5208 . Has information regarding Ms. Hill's May 18, 2021, Emergency Room visit.

7.  Officer Sullivan of the San Diego Police Department, 1401 Broadway, San Diego, CA 92101.  Has information regarding Ms. Hill's May 18, 2021, Emergency Room interview.

8.  Detective Giddens of the San Diego Police Department, 1401 Broadway, San Diego, CA 92101.  Has information regarding Ms. Hill's May 18, 2021, Emergency Room interview and escort to a SART certified facility for examination.

9.  Officer Morales of the San Diego Police Department, 1401 Broadway, San Diego, CA 92101.  Has information regarding Ms. Hill's May 18, 2021, Emergency Room interview and escort to a SART certified facility for examination.

10.  Dr. Harshawn Malhi of Alvarado Hospital Medical Center, 6655 Alvarado Road, San Diego, CA 92120-5208, regarding May 17, 2021 CT imaging of Ms. Hill.

WESIERSKI & ZUREK LLP
LAWYERS
29 ORCHARD ROAD
LAKE FOREST, CALIFORNIA 92630
(949) 975-1000

3

11.     Kelly Valencia, RN of Palomar Health Forensic Health Services – Poway, 15615 Pomerado Road, Poway, CA 92064. Has information regarding the SART examination of Ms. Hill.

12.     Dr. Varinthrej Pitis of Scripps Clinic Carmel Valley, 3811 Valley Centre Drive, San Diego, CA 92130.  Has information regarding Ms. Hill's follow up medical care on June 3, 2021.

13.     Dr. Erica Moses, San Diego Center for Trauma Recovery, 1761 Hotel Circle S, Ste. 315, San Diego, CA 92108. Has information regarding Ms. Hill's therapy following sexual assault.

14.     Investigator Russell Greene, alleged investigator for Shawn Holley of Kinsella Weitzman Iser Kump LLC.

15.     Richard Hill, who can be contacted through Counsel for Ms. Hill, who has information about the medical condition of Ms. Hill following her hospitalization on May 17, 2021. Also, received communications from attorney Dan Gilleon regarding intention to release unfavorable information about Ms. Hill to Mr. Bauer's attorneys.

16.     Lorinda Hill, who can be contacted through Counsel for Ms. Hill, who has information about the medical condition of Ms. Hill following her hospitalization on May 17, 2021.

17.     Derek Dawson, address unknown.  Has information regarding text and direct messages with Ms. Hill.

18.     Detective Kimberly Jones of the Pasadena Police Department, 207 Garfield Ave., Pasadena, CA 91101. Has information regarding the investigation of the sexual assault of Ms. Hill by Mr. Bauer.

19.     Detective Derek Blackmon of the Pasadena Police Department, 207 Garfield Ave., Pasadena, CA 91101. Has information regarding the investigation of the sexual assault of Ms. Hill by Mr. Bauer. [5/18/21 Body Cam Video]

WESIERSKI & ZUREK LLP

LAWYERS
29 ORCHARD ROAD
LAKE FOREST, CALIFORNIA 92630
(949) 975-1000

I1663879-1 MER-5137                                    DEFENDANT LINDSEY C. HILL'S INITIAL DISCLOSURES

20.     Detective Murphy of the Pasadena Police Department, 207 Garfield Ave., Pasadena, CA 91101. Has information regarding the investigation of the sexual assault of Ms. Hill by Mr. Bauer. [6/5/21 Body Cam Video]

21.     Kyle Erikson, cousin to Ms. Hill, 7150 West 20th Ave. #106, Lakewood, CO 80214.  Has information regarding the Ms. Hill's communications with Mr. Bauer and Mr. Bauer's sexual assault of Ms. Hill.

22.     Ciramely Maya friend of Ms. Hill, 31074 Camino del Este, Temecula, CA 92591. Has information regarding the Ms. Hill's communications with Mr. Bauer and Mr. Bauer's sexual assault of Ms. Hill.

23.     Lafael Justin Veasau friend of Ms. Hill, 9320 Artesia Blvd., Apt. 2, Bellflower, CA 90706.

24.                        , address and contact information unknown.

25.                   , address and phone number unknown.

26.     Lisa Decker, address unknown. Ms. Hill's friend and AA Sponsor. Communicated frequently with Ms. Hill in aftermath of sexual contact with Mr. Bauer and throughout DVRO proceeding.

27.     Niranjan Fred Thiagarajah, who may be contacted through counsel for Mr. Thiagarajah, who has non-privileged information about the facts and circumstances alleged in the Complaint..

28.     Michael Clevenger, address and phone number unknown. Former teammate and well-known associate of Mr. Bauer.

29.     Rachel Luba, address and phone number unknown. Mr. Bauer's Baseball Agent. Known contact with Mr. Bauer's previous Ohio accusers. Has issued public statements challenging the veracity of Ms. Hill's allegations against Mr. Bauer. Familiar with Mr. Bauer's sexual practices.

30.     Tony Prince, address unknown,  attended birthday party with Ms. Hill in Los Angeles, CA residence immediately prior to Ms. Hill's second sexual encounter with Mr. Bauer.

WESIERSKI & ZUREK LLP
LAWYERS
29 ORCHARD ROAD
LAKE FOREST, CALIFORNIA 92630
(949) 975-1000

31.     Urgent Care Intake Doctor/Nurse/Medical Professional, of American Family Urgent Care, 8590 Rio San Diego Dr., #111, San Diego, CA 92108. Has information regarding Ms. Hill's medical condition on May 17, 2021. Advised Ms. Hill's referral to Alvarado Hospital Medical Center.

32.     Lynn Greenemay, Store Manager at Lululemon in San Diego regarding Ms. Hill's time off from work.

33.     Melissa Munster, Current Supervisor of Ms. Hill at Lululemon in Sand Diego, regarding Ms. Hill's residual effects of the battery and sexual battery.

34.     Marylou Rodgers Ms. Hill's supervisor at Ohana House Sober Living in San Diego, Ca.

Defendant reserves the right to amend and supplement this information as additional facts and evidence become known.

## II.     DOCUMENTS DEFENDANTS MAY USE TO SUPPORT DEFENSE

By identifying documents and tangible things in this document, Defendant do not admit or deny the relevancy or admissibility of any document or thing. Defendant reserves the right, if appropriate, to make objections to the production of any documents or tangible things or the answering of interrogatories regarding any matters discussed herein and to move for a Protective Order pursuant to Rule 26, F.R.C.P., before producing or allowing any discovery of the matters stated herein. In making these disclosures, Defendant does not waive the attorney-client privilege, the attorney work-product doctrine, or any other available privilege, doctrine, or immunity.  If Defendant agrees to the production of documents or tangible things, they will be produced through Defendant's counsel of record.

1.     Medical and Billing Records for Ms. Hill from Alvarado Hospital Medical Center, 6655 Alvarado Road, San Diego, CA 92120-5208

2.     SART Report from Palomar Health Forensic Health Services – Poway, 15615 Pomerado Road, Poway, CA 92064, including 84 photographs.

3.     Medical and Billing Records for Ms. Hill from Dr. Erica Moses

WESIERSKI & ZUREK LLP

LAWYERS
29 ORCHARD ROAD
LAKE FOREST, CALIFORNIA 92630
(949) 975-1000

of San Diego Center for Trauma Recovery, 1761 Hotel Circle S. Ste. 315, San Diego, CA 92108.

   4. Medical and Billing Records for Ms. Hill from Dr. Varinthrej Pitis of Scripps Clinic Carmel Valley, 3811 Valley Centre Drive, San Diego, CA 92130 for follow up care after in June of 2021.

   5. Extraction Report of Ms. Hill's phone regarding photographs taken of Ms. Hill between May 16, 2021 and May 18, 2021.

   6. 8 Photographs of Ms. Hill taken between May 16, 2021 and May 18, 2021 documenting the injuries to Ms. Hill's face.

   8. Any and all photographs of Ms. Hill taken as part of the May 17, 2021 SART Report at Palomar Health Forensic Health Services – Poway.

   9.

   10 Audio of Plaintiff and Ms. Hill's telephone conversation during a "Pretext Call" made at the behest of the Pasadena Police Department on or about May 22, 2021.

   11. All documents, photographs, video and meta data produced in the DVRO hearing.

   12. "Body Cam" Video and Audio footage from PPD Officers' interview with Ms. Hill on May 18, 2021.

   13. "Body Cam" Video and Audio footage from PPD Officers' interview with Ms. Hill on June 5, 2021.

## III. <u>CALCULATION OF DAMAGES</u>

A computation of damages claimed by Ms. Hill:

Ms. Hill seeks to recover non-economic damages caused by her injuries according to proof at trial.

Hill suffered from physical injuries to her head and face, including an acute head injury. This resulted in pain, suffering and discomfort in Hill's head, face and jaw. The jaw pain lasted over a month. Hill's head injury also resulted in

WESIERSKI & ZUREK LLP
LAWYERS
29 ORCHARD ROAD
LAKE FOREST, CALIFORNIA 92630
(949) 975-1000

1  concussion-like symptoms that lasted for several weeks.  The head injury also

2  caused vomiting, difficulty getting out of bed and constant sleeping.  Hill had

3  extreme difficulty opening her mouth and had difficulty eating.  Hill also suffered

4  from swelling and excruciating bruising on her face that lasted over a week.  Hill

5  could not sleep on her left side because of pain and swelling.  Hill also suffered

6  from bruising on her gums and a split open lip which made it difficult to eat and

7  drink.  Hill also suffered from a welt on the left side of the top of her head.

8       Hill suffered from a physical injury to her vagina/groin area.  This resulted in

9  pain, suffering and discomfort.  This also caused bruising.

10       Hill suffered from a physical injury to her buttocks.  This resulted in pain,

11  suffering and discomfort.  This also caused bruising.  She had difficulty sitting.

12       Hill suffered from a physical injury to her anus from being sodomized.  This

13  resulted in pain, suffering and discomfort.  She was also bleeding from her anus.

14       Hill suffered from injuries as result of being choked to the point of

15  unconsciousness.  This resulted in pain/headache, suffering, discomfort, being

16  lightheaded and dizzy, nausea, confusion and feeling like she could barely move her

17  body.

18       Hill also suffered from severe mental and emotional distress, depression, fear,

19  humiliation/embarrassment and anxiety.  That had a negative effect on her life.

20       Hill seeks to recover medical expenses she incurred.  This includes the

21  following providers: Alvarado Medical Center; Scripps; and Center for Trauma

22  Recovery.  Hill will produce documents reflecting the specific expenses incurred.

23       Hill seeks to recover for past and future lost wages.  Hill lost wages at her job

24  at Lululemon while she was on medical leave.  Hill will produce documentation

25  and/or other evidence reflecting the dates that she was on leave and her hourly rate.

26  Hill also seeks to recover future lost wages related to her contemplated employment

27  at the Ohana College Area Sober Living Environment as a resident life director.

28  Because of both the physical and metal trauma that she suffered, Hill was unable to

DEFENDANT LINDSEY C. HILL'S INITIAL DISCLOSURES

1  start that job.

2      Hill seeks punitive and exemplary damages from Bauer according to proof at

3  trial.

4  **IV.    <u>APPLICABLE INSURANCE</u>**

5      Defendant Hill is insured under a policy of insurance with California

6  Automobile Insurance Company with limits of $300,000 per occurrence for personal

7  liability, with a reservation of rights.

8      Defendant reserves the right to amend and/or supplement this Initial

9  Disclosure if and when additional documents are located and/or discovered during

10 the course of investigation and discovery.

11

12 DATED:  August 22, 2022      WESIERSKI & ZUREK LLP

13

14

15                          By:    /s/Christohper P. Wesierski

16                                 CHRISTOPHER P. WESIERSKI
                                   Attorneys for Defendant, Lindsey C. Hill

17

18 DATED:  August 22, 2022       FREEDMAN + TAITELMAN, LLP

19

20

21

22                          By:    /s/Jesse A. Kaplan

23                                 JESSE A. KAPLAN
                                   Attorneys for Cross-Complainant, Lindsey C.

24                                 Hill

25

26

27

28

I1663879-1 MER-5137                         DEFENDANT LINDSEY C. HILL'S INITIAL DISCLOSURES

WESIERSKI & ZUREK LLP
LAWYERS
29 ORCHARD ROAD
LAKE FOREST, CALIFORNIA 92630
(949) 975-1000

## <u>PROOF OF SERVICE</u>

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of Orange, State of .  My business address is 29 Orchard Road, Lake Forest, CA 92630.

On August 22, 2022, I served true copies of the following document(s) described as **DEFENDANT LINDSEY C. HILL'S INITIAL DISCLOSURES** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY E-MAIL OR ELECTRONIC TRANSMISSION:**  I caused a copy of the document(s) to be sent from e-mail address canderson@wzllp.com to the persons at the e-mail addresses listed in the Service List.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 22, 2022, at Lake Forest, California.

/s/ CHELSEA ANDERSON
Chelsea Anderson

WESIERSKI & ZUREK LLP
LAWYERS
29 ORCHARD ROAD
LAKE FOREST, CALIFORNIA 92630
(949) 975-1000

I1663879-1 MER-5137

DEFENDANT LINDSEY C. HILL'S INITIAL DISCLOSURES

**SERVICE LIST**
**Bauer v. Hill**
**MER-5137**

| | |
|---|---|
| Shawn C. Holley, Esq. | Attorney for Plaintiff, Trevor Bauer |
| Kate E. Mangels, Esq. | |
| Suann MacIssac, Esq. | |
| Kinsella Weitzman Iser Kump Holley LLP | |
| 808 Wilshire Blvd, Suite 300 | |
| Santa Monica, CA  90401 | |
| Phone: 310-566-9822 | |
| Fax: 310-566-9850 | |
| E-Mail: sholley@kwikhlaw.com ; | |
| kmangels@kwikalaw.com; | |
| smacisaac@kwikhlaw.com | |

| | |
|---|---|
| Blair G. Brown, Esq. | Attorney for Plaintiff, Trevor Bauer |
| Jon R. Fetterolf, Esq | |
| Zuckerman Spaeder LLP | |
| 1800 M. Street, N. W. Suite 1000 | |
| Washingtion, D.C  20036 | |
| Phone: 202-778-1800 | |
| Fax: 202-882-8106 | |
| E-Mail: bbrown@zuckerman.com; | |
| ifetterolf@zuckerman.com | |

| | |
|---|---|
| ZUCKERMAN SPAEDER LLP Nell Z. Peyser (admitted pro hac vice) 485 Madison Ave., 10th Floor New York, NY 10022 Tel: (212) 704-9600 Fax: (212) 704-4256 npeyser@zuckerman.com | Attorney for Plaintiff, Trevor Bauer |

| | |
|---|---|
| David D. Samani, Esq. | Attorney for Defendant, Niranjan Fred Thiagarajah |
| Lewis Brisbois | |
| 633 W. 5th Street, Suite 4000 | |
| Los Angeles, CA  90071 | |
| Phone: (213) 580-6300 | |
| E-Mail: | |
| Ken.Feldman@lewisbrisbois.com | |
| David.Samani@lewisbrisbois.com | |

WESIERSKI & ZUREK LLP

LAWYERS
29 ORCHARD ROAD
LAKE FOREST, CALIFORNIA 92630
(949) 975-1000

DEFENDANT LINDSEY C. HILL'S INITIAL DISCLOSURES

# EXHIBIT 6

Christopher P. Wesierski [Bar No. 086736]
 *cwesierski@wzllp.com*
Michelle R. Prescott [Bar No. 262638]
 *mprescott@wzllp.com*
Eileen Spadoni [Bar No. 133259]
 *espadoni@wzllp.com*
Brett A. Smith [Bar No. 322707]
 *bsmith@wzllp.com*
WESIERSKI & ZUREK LLP
29 Orchard Road
Lake Forest, California 92630
Telephone: (949) 975-1000
Facsimile: (949) 756-0517

Bryan J. Freedman, Esq. (SBN: 151990)
 *bfreedman@ftllp.com*
Jesse A. Kaplan, Esq. (SBN: 255059)
 *jkaplan@ftllp.com*
FREEDMAN + TAITELMAN, LLP
1801 Century Park West, 5th Floor
Los Angeles, California 90067
Telephone: (310) 201-0005
Facsimile:  (310) 201-0045

Attorneys for Defendant/Cross-Complainant, LINDSEY C. HILL

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| TREVOR BAUER,<br><br>            Plaintiff,<br><br>      vs.<br><br>LINDSEY C HILL AND NIRANJAN FRED THIAGARAJAH,<br><br>            Defendant. | Case No. 8:22-cv-00868 JVS(ADSx)<br><br>**DEFENDANT LINDSEY C. HILL'S AMENDED INITIAL DISCLOSURES**<br><br>Trial Date:          None Set |

Pursuant to Federal Rule of Civil Procedure 26 and Local Rule 26-1, Defendant Lindsey C. Hill ("Hill") hereby issues the following amended Initial Disclosures, based on information presently available.

WESIERSKI & ZUREK LLP

LAWYERS
29 ORCHARD ROAD
LAKE FOREST, CALIFORNIA 92630
(949) 975-1000

WESIERSKI & ZUREK LLP

LAWYERS
29 ORCHARD ROAD
LAKE FOREST, CALIFORNIA 92630
(949) 975-1000

## PRELIMINARY STATEMENT

1.    By identifying persons in this document, Defendant does not admit or deny the relevancy or admissibility of their testimony, or their availability or competency as witnesses.

2.    By identifying documents and tangible things in this document, Defendants do not admit or deny the relevancy or admissibility of any document or thing.

3.    Defendant reserves the right, if appropriate, to make objections to the production of any documents or tangible things or the answering of interrogatories regarding any matters discussed herein and to move for a Protective Order pursuant to Rule 26, F.R.Civ.P., before producing or allowing any discovery of the matters stated herein.

4.    In making these disclosures, Defendant does not waive the attorney-client privilege, the attorney work-product doctrine, or any other available privilege, doctrine, or immunity.

5.    These disclosures are based upon the factual information available as of the date hereof.  Discovery is only just beginning and factual investigation is continuing at this time.  Defendants reserve the right to amend, supplement or otherwise modify these disclosures in accordance with applicable Rules and any Orders entered by this Court.

## I.    WITNESSES LIKELY TO HAVE DISCOVERABLE INFORMATION

Based on the information presently available, and subject to further investigation of the dispute herein, Defendant identifies the following people likely to have discoverable information that Defendant may use to support its defenses:

1.    Trevor Bauer, Plaintiff/Counterdefendant, regarding the circumstances surrounding the allegations contained in the Counterclaims of Defendant/Counterclaimant Lindsey Hill;

2.     Lindsey   C.   Hill,   Defendant/Counterclaimant   regarding   the circumstances   surrounding   the   allegations   contained   in   the   Complaint   and Counterclaims of Defendant/Counterclaimant Lindsey Hill;

3.  Stephen Chanley, RN. of Alvarado Hospital Medical Center, 6655 Alvarado Road, San Diego, CA 92120-5208 . Has information regarding Ms. Hill's May 17, 2021, Emergency Room visit.

4.  Dr. Joshua N. Doros, of Alvarado Hospital Medical Center, 6655 Alvarado Road, San Diego, CA 92120-5208 . Has information regarding Ms. Hill's May 17, 2021, Emergency Room visit.

5.     Brigitte   B.   Korkuch,   PA   of   Alvarado   Hospital   Medical   Center,   6655 Alvarado Road, San Diego, CA 92120-5208 . Has information regarding Ms. Hill's May 17, 2021, Emergency Room visit.

6.     Asal   Khosroabadi,   LCSW   (Social   Worker)   of   Alvarado   Hospital Medical Center, 6655 Alvarado Road, San Diego, CA 92120-5208 . Has information regarding Ms. Hill's May 18, 2021, Emergency Room visit.

7.     Officer Sullivan of the San Diego Police Department, 1401 Broadway, San   Diego,   CA   92101.     Has   information   regarding   Ms.   Hill's   May   18,   2021, Emergency Room interview.

8.     Detective Giddens of the San Diego Police Department, 1401 Broadway, San   Diego,   CA   92101.     Has   information   regarding   Ms.   Hill's   May   18,   2021, Emergency Room interview and escort to a SART certified facility for examination.

9.     Officer Morales of the San Diego Police Department, 1401 Broadway, San   Diego,   CA   92101.     Has   information   regarding   Ms.   Hill's   May   18,   2021, Emergency Room interview and escort to a SART certified facility for examination.

10.     Dr.   Harshawn   Malhi   of   Alvarado   Hospital   Medical   Center,   6655 Alvarado Road, San Diego, CA 92120-5208, regarding May 17, 2021 CT imaging of Ms. Hill.

WESIERSKI & ZUREK LLP
LAWYERS
29 ORCHARD ROAD
LAKE FOREST, CALIFORNIA 92630
(949) 975-1000

11.     Kelly Valencia, RN of Palomar Health Forensic Health Services – Poway, 15615 Pomerado Road, Poway, CA 92064. Has information regarding the SART examination of Ms. Hill.

12.     Dr. Varinthrej Pitis of Scripps Clinic Carmel Valley, 3811 Valley Centre Drive, San Diego, CA 92130. Has information regarding Ms. Hill's follow up medical care on June 3, 2021.

13.     Dr. Erica Moses, San Diego Center for Trauma Recovery, 1761 Hotel Circle S, Ste. 315, San Diego, CA 92108. Has information regarding Ms. Hill's therapy following sexual assault.

14.     Investigator Russell Greene, alleged investigator for Shawn Holley of Kinsella Weitzman Iser Kump LLC.

15.     Richard Hill, who can be contacted through Counsel for Ms. Hill, who has information about the medical condition of Ms. Hill following her hospitalization on May 17, 2021. Also, received communications from attorney Dan Gilleon regarding intention to release unfavorable information about Ms. Hill to Mr. Bauer's attorneys.

16.     Lorinda Hill, who can be contacted through Counsel for Ms. Hill, who has information about the medical condition of Ms. Hill following her hospitalization on May 17, 2021.

17.     Derek Dawson, address unknown. Has information regarding text and direct messages with Ms. Hill.

18.     Detective Kimberly Jones of the Pasadena Police Department, 207 Garfield Ave., Pasadena, CA 91101. Has information regarding the investigation of the sexual assault of Ms. Hill by Mr. Bauer.

19.     Detective Derek Blackmon of the Pasadena Police Department, 207 Garfield Ave., Pasadena, CA 91101. Has information regarding the investigation of the sexual assault of Ms. Hill by Mr. Bauer. [5/18/21 Body Cam Video]

WESIERSKI & ZUREK LLP
LAWYERS
29 ORCHARD ROAD
LAKE FOREST, CALIFORNIA 92630
(949) 975-1000

20.     Detective Murphy of the Pasadena Police Department, 207 Garfield Ave., Pasadena, CA 91101. Has information regarding the investigation of the sexual assault of Ms. Hill by Mr. Bauer. [6/5/21 Body Cam Video]

21.     Kyle Erikson, cousin to Ms. Hill, 7150 West 20th Ave. #106, Lakewood, CO 80214. Has information regarding the Ms. Hill's communications with Mr. Bauer and Mr. Bauer's sexual assault of Ms. Hill.

22.     Ciramely Maya friend of Ms. Hill, 31074 Camino del Este, Temecula, CA 92591. Has information regarding the Ms. Hill's communications with Mr. Bauer and Mr. Bauer's sexual assault of Ms. Hill.

23.     Lafael Justin Veasau friend of Ms. Hill, 9320 Artesia Blvd., Apt. 2, Bellflower, CA 90706.

24.                             , alleged victim of Mr. Bauer.

                            . Provided testimony to Major League Baseball as part of its investigation of Mr. Bauer.

25.                                     , former confidant of Mr. Bauer,

                                    . Professes to have maintained an online "sexting" relationship with Mr. Bauer, in which he allegedly furnished her with one (or more) videos depicting his sexual abuse of an unnamed/unknown female.

26.     Lisa Decker, address unknown. Ms. Hill's friend and AA Sponsor. Communicated frequently with Ms. Hill in aftermath of sexual contact with Mr. Bauer and throughout DVRO proceeding.

27.     Niranjan Fred Thiagarajah, who may be contacted through counsel for Mr. Thiagarajah, who has non-privileged information about the facts and circumstances alleged in the Complaint..

28.     Michael Clevenger, address and phone number unknown. Former teammate and well-known associate of Mr. Bauer.

29.     Rachel Luba, address and phone number unknown. Mr. Bauer's Baseball Agent. Known contact with Mr. Bauer's previous Ohio accusers. Has issued public

WESIERSKI & ZUREK LLP
LAWYERS
29 ORCHARD ROAD
LAKE FOREST, CALIFORNIA 92630
(949) 975-1000

statements challenging the veracity of Ms. Hill's allegations against Mr. Bauer. Familiar with Mr. Bauer's sexual practices.

30.    Tony Prince, address unknown,  attended birthday party with Ms. Hill in Los Angeles, CA residence immediately prior to Ms. Hill's second sexual encounter with Mr. Bauer.

31.    Urgent Care Intake Doctor/Nurse/Medical Professional, of American Family Urgent Care, 8590 Rio San Diego Dr., #111, San Diego, CA 92108. Has information regarding Ms. Hill's medical condition on May 17, 2021. Advised Ms. Hill's referral to Alvarado Hospital Medical Center.

32.    Lynn Greenemay, Store Manager at Lululemon in San Diego regarding Ms. Hill's time off from work.

33.    Melissa Munster, Current Supervisor of Ms. Hill at Lululemon in Sand Diego, regarding Ms. Hill's residual effects of the battery and sexual battery.

34.    Marylou Rodgers Ms. Hill's supervisor at Ohana House Sober Living in San Diego, Ca.

35.                                  , alleged victim of Mr. Bauer.

. Provided testimony Westlake (OH) Police following an encounter with Mr. Bauer on or about June 2020, and to Major League Baseball as part of its investigation of Mr. Bauer.

36.                                  , alleged victim of Mr. Bauer.

. Provided testimony to Pasadena Police Department as part of its investigation into Mr. Bauer, and is currently maintaining a lawsuit which names Mr. Bauer as defendant in Maricopa (AZ) Co. Superior Court, Case No. CV2022-016483.

37.                                                                        .

Defendant reserves the right to amend and supplement this information as additional facts and evidence become known.

WESIERSKI & ZUREK LLP
LAWYERS
29 ORCHARD ROAD
LAKE FOREST, CALIFORNIA 92630
(949) 975-1000

WESIERSKI & ZUREK LLP

LAWYERS
29 ORCHARD ROAD
LAKE FOREST, CALIFORNIA 92630
(949) 975-1000

## II.   DOCUMENTS DEFENDANTS MAY USE TO SUPPORT DEFENSE

By identifying documents and tangible things in this document, Defendant do not admit or deny the relevancy or admissibility of any document or thing.  Defendant reserves the right, if appropriate, to make objections to the production of any documents or tangible things or the answering of interrogatories regarding any matters discussed herein and to move for a Protective Order pursuant to Rule 26, F.R.C.P., before producing or allowing any discovery of the matters stated herein.  In making these disclosures, Defendant does not waive the attorney-client privilege, the attorney work-product doctrine, or any other available privilege, doctrine, or immunity.  If Defendant agrees to the production of documents or tangible things, they will be produced through Defendant's counsel of record.

1.      Medical and Billing Records for Ms. Hill from Alvarado Hospital Medical Center, 6655 Alvarado Road, San Diego, CA 92120-5208

2.      SART Report from Palomar Health Forensic Health Services – Poway, 15615 Pomerado Road, Poway, CA 92064, including 84 photographs.

3.      Medical and Billing Records for Ms. Hill from Dr. Erica Moses of San Diego Center for Trauma Recovery, 1761 Hotel Circle S. Ste. 315, San Diego, CA 92108.

4.      Medical and Billing Records for Ms. Hill from Dr. Varinthrej Pitis of Scripps Clinic Carmel Valley, 3811 Valley Centre Drive, San Diego, CA 92130 for follow up care after in June of 2021.

5.      Extraction Report of Ms. Hill's phone regarding photographs taken of Ms. Hill between May 16, 2021 and May 18, 2021.

6.      8 Photographs of Ms. Hill taken between May 16, 2021 and May 18, 2021 documenting the injuries to Ms. Hill's face.

7.      Any and all photographs of Ms. Hill taken as part of the May 17, 2021 SART Report at Palomar Health Forensic Health Services – Poway.

I1935132-1 MER-5137                    DEFENDANT LINDSEY C. HILL'S AMENDED INITIAL DISCLOSURES

WESIERSKI & ZUREK LLP

LAWYERS
29 ORCHARD ROAD
LAKE FOREST, CALIFORNIA 92630
(949) 975-1000

8.     Audio of Plaintiff and Ms. Hill's telephone conversation during a "Pretext Call" made at the behest of the Pasadena Police Department on or about May 22, 2021.

9.     All documents, photographs, video and meta data produced in the DVRO hearing.

10.    "Body Cam" Video and Audio footage from PPD Officers' interview with Ms. Hill on May 18, 2021.

11.    "Body Cam" Video and Audio footage from PPD Officers' interview with Ms. Hill on June 5, 2021.

## III.    CALCULATION OF DAMAGES

A computation of damages claimed by Ms. Hill:

Ms. Hill seeks to recover non-economic damages caused by her injuries according to proof at trial.

Hill suffered from physical injuries to her head and face, including an acute head injury. This resulted in pain, suffering and discomfort in Hill's head, face and jaw. The jaw pain lasted over a month. Hill's head injury also resulted in concussion-like symptoms that lasted for several weeks. The head injury also caused vomiting, difficulty getting out of bed and constant sleeping. Hill had extreme difficulty opening her mouth and had difficulty eating. Hill also suffered from swelling and excruciating bruising on her face that lasted over a week. Hill could not sleep on her left side because of pain and swelling. Hill also suffered from bruising on her gums and a split open lip which made it difficult to eat and drink. Hill also suffered from a welt on the left side of the top of her head.

Hill suffered from a physical injury to her vagina/groin area. This resulted in pain, suffering and discomfort. This also caused bruising.

Hill suffered from a physical injury to her buttocks. This resulted in pain, suffering and discomfort. This also caused bruising. She had difficulty sitting.

Hill suffered from a physical injury to her anus from being sodomized.  This resulted in pain, suffering and discomfort.  She was also bleeding from her anus.

Hill suffered from injuries as result of being choked to the point of unconsciousness.   This resulted in pain/headache, suffering, discomfort, being lightheaded and dizzy, nausea, confusion and feeling like she could barely move her body.

Hill also suffered from severe mental and emotional distress, depression, fear, humiliation/embarrassment and anxiety.  That had a negative effect on her life.  Hill is also a recovering alcoholic. Since the batteries/sexual batteries, Hill has had some struggles with her sobriety and has relapsed.

Hill seeks to recover medical expenses she incurred.  This includes the following providers: Alvarado Medical Center; Scripps; and Center for Trauma Recovery.  Hill will produce documents reflecting the specific expenses incurred.

Hill seeks to recover for past and future lost wages.  Hill lost wages at her job at Lululemon while she was on medical leave.  Hill will produce documentation and/or other evidence reflecting the dates that she was on leave and her hourly rate. Hill also seeks to recover future lost wages related to her contemplated employment at the Ohana College Area Sober Living Environment as a resident life director. Because of both the physical and metal trauma that she suffered, Hill was unable to start that job.

Hill seeks punitive and exemplary damages from Bauer according to proof at trial.

## IV.  <u>APPLICABLE INSURANCE</u>

Defendant Hill is insured under a policy of insurance with California Automobile Insurance Company with limits of $300,000 per occurrence for personal liability, with a reservation of rights.

WESIERSKI & ZUREK LLP
LAWYERS
29 ORCHARD ROAD
LAKE FOREST, CALIFORNIA 92630
(949) 975-1000

1   Defendant reserves the right to amend and/or supplement this Initial Disclosure

2   if and when additional documents are located and/or discovered during the course of

3   investigation and discovery.

4

5   DATED:  August 28, 2023      WESIERSKI & ZUREK LLP

6

7

8                                             By:  ____/s/Christohper P. Wesierski____

9                                                   CHRISTOPHER P. WESIERSKI
                                                    Attorneys for Defendant, Lindsey C. Hill
10

11  DATED:  August 28, 2023       FREEDMAN + TAITELMAN, LLP

12

13

14

15                                            By:  ____/s/Jesse A. Kaplan____

16                                                  JESSE A. KAPLAN
                                                    Attorneys for Cross-Complainant, Lindsey C.
17                                                  Hill

18

19

20

21

22

23

24

25

26

27

28

10

WESIERSKI & ZUREK LLP
LAWYERS
29 ORCHARD ROAD
LAKE FOREST, CALIFORNIA 92630
(949) 975-1000

**WESIERSKI & ZUREK LLP**
LAWYERS
29 ORCHARD ROAD
LAKE FOREST, CALIFORNIA 92630
(949) 975-1000

1

## <u>PROOF OF SERVICE</u>

2

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

3

At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of Orange, State of .  My business address is 29 Orchard Road, Lake Forest, CA 92630.

4

5

On August 28, 2023, I served true copies of the following document(s) described as **DEFENDANT LINDSEY C. HILL'S AMENDED INITIAL DISCLOSURES** on the interested parties in this action as follows:

6

7

**SEE ATTACHED SERVICE LIST**

8

**BY E-MAIL OR ELECTRONIC TRANSMISSION:**  I caused a copy of the document(s) to be sent from e-mail address canderson@wzllp.com to the persons at the e-mail addresses listed in the Service List.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

9

10

11

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

12

13

Executed on August 28, 2023, at Lake Forest, California.

14

15

s/ CHELSEA ANDERSON
Chelsea Anderson

16

17

18

19

20

21

22

23

24

25

26

27

28

I1935132-1 MER-5137

DEFENDANT LINDSEY C. HILL'S AMENDED INITIAL DISCLOSURES

**SERVICE LIST**
**Bauer v. Hill**
**MER-5137**

Jesse Kaplan, Esq.
Freedman & Taitelman LLP
1901 Ave of the Stars Ste 500
Los Angeles, CA  90067
Phone: 310-201-0005
Fax: 310-201-0045
E-Mail: jkaplan@ftllp.com

Shawn C. Holley, Esq.                          Attorney for Plaintiff, Trevor Bauer
Kate E. Mangels, Esq.
Suann MacIssac, Esq.
Kinsella Weitzman Iser Kump Holley
LLP
11766 Wilshire Blvd., Suite 750
Los Angeles, CA  90025
Phone: 310-566-9822
Fax: 310-566-9850
E-Mail: sholley@kwikhlaw.com ;
kmangels@kwikalaw.com;
smacisaac@kwikhlaw.com

Blair G. Brown, Esq.                           Attorney for Plaintiff, Trevor Bauer
Jon R. Fetterolf, Esq.
Nell Peyser, Esq.
Zuckerman Spaeder LLP
1800 M. Street, N. W. Suite 1000
Washingtion, D.C  20036
Phone: 202-778-1800
Fax: 202-882-8106
E-Mail: bbrown@zuckerman.com;
jfetterolf@zuckerman.com;
NPeyser@Zuckerman.com;
ksimmerson@zuckerman.com

WESIERSKI & ZUREK LLP
LAWYERS
29 ORCHARD ROAD
LAKE FOREST, CALIFORNIA 92630
(949) 975-1000

I1935132-1 MER-5137

DEFENDANT LINDSEY C. HILL'S AMENDED INITIAL DISCLOSURES

# EXHIBIT 7

1  Christopher P. Wesierski [Bar No. 086736]
      cwesierski@wzllp.com
2  Michelle R. Prescott [Bar No. 262638]
      mprescott@wzllp.com
3  Eileen Spadoni [Bar No. 133259]
      espadoni@wzllp.com
4  Brett A. Smith [Bar No. 322707]
      bsmith@wzllp.com
5  WESIERSKI & ZUREK LLP
   29 Orchard Road
6  Lake Forest, California 92630
   Telephone: (949) 975-1000
7  Facsimile: (949) 756-0517

8  Bryan J. Freedman, Esq. (SBN: 151990)
      bfreedman@ftllp.com
9  Jesse A. Kaplan, Esq. (SBN: 255059)
      jkaplan@ftllp.com
10 FREEDMAN + TAITELMAN, LLP
   1801 Century Park West, 5th Floor
11 Los Angeles, California 90067
   Telephone: (310) 201-0005
12 Facsimile: (310) 201-0045

13 Attorneys for Defendant and Counterclaimant
14 Lindsey C. Hill

15                UNITED STATES DISTRICT COURT

16        CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

17 TREVOR BAUER,                          Case No. 8:22-cv-00868 JVS (ADSx)

18         Plaintiff,                      [Assigned to Hon. James V. Selna]

19     vs.                                **DECLARATION OF LINDSEY
                                          HILL IN OPPOSITION TO
20                                        BAUER'S MOTION FOR
                                          SANCTIONS**
21 LINDSEY C. HILL AND NIRANJAN
22 FRED THIAGARAJAH,                       [Opposition to Motion for Sanctions
                                          and Declaration of Jesse Kaplan filed
23                                        concurrently]
           Defendant.
24                                        Hearing Date:    July 31, 2023
25 LINDSEY C. HILL,                        Time:           1:30 p.m.
                                          Courtroom:       10C
26         Counterclaimant,                Action Filed: April 25, 2022

27
       vs.
28

                            DECLARATION OF LINDSEY HILL

1  TREVOR BAUER,

2          Counterdefendant.

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF LINDSEY HILL

## <u>DECLARATION OF LINDSEY HILL</u>

I, Lindsey C. Hill, declare as follows:

1.     I am over the age of 18, and I have personal knowledge of the facts stated herein and, if called to testify, I could and would testify competently to them.

2.     In approximately 2021, Doe reached out to me through Instagram. We subsequently spoke by telephone a few times and Doe continued to "message" me over Instagram about personal matters, including Doe's sex life.

3.     On or around April 15, 2023, Doe randomly reached out to me by text message about my friend Olivia Finestead and Mike Clevinger, a professional baseball player. Finestead is Clevinger's ex-girlfriend and the mother of Clevinger's son. Finestead had recently accused Clevinger of domestic violence and child abuse and there was a Major League Baseball investigation into those allegations. Prior to April 15, 2023, Doe knew that I was friendly with Finestead.

4.     In Doe's April 15th text messages to me, Doe was very critical of Finestead and Finestead's allegations about one of Clevinger's ex-girlfriends, Monica Ceraolo. Finestead, who was in a legal dispute with Clevinger, had alleged, among other things, that Clevinger had abused Ceraolo and serially cheated on Ceraolo with other women. As a result, Clevinger had filed a petition for an injunction for protection against Finestead in a Circuit Court in Pinellas County, Florida. My understanding is that an injunction for protection is similar to a restraining order. Doe's April 15th text messages to me were critical of Finestead for exposing Clevinger's alleged cheating and suggested that the Florida Court would issue a "restraining order" against Finestead.[1]

5.     I was offended by Doe's texts to me about Finestead and Clevinger, and

---

[1] I also recall that Doe also said "good luck in court" in one of Doe's April 15th text messages.

1    did not understand why Doe was advocating for Clevinger, the abuser, and injecting
2    herself into a matter that had nothing to do with Doe.

3          6.    I decided to respond to Doe's text messages to me about Finestead and
4    Clevinger.  In my response, I intended to voice my disapproval that Doe was taking
5    the side of Clevinger, an abuser, and injecting herself into a matter that did not concern
6    her.  In doing so, I said "Don't forget I have all the screenshots of you fucking married
7    men."  Again, I said this in order to continue to voice my disapproval towards Doe's
8    comments about Clevinger and his victims, and to voice my belief that Doe's
9    comments were especially unjustified and unwarranted coming from her due to the fact
10   that Doe had previously told me that she had been in adulterous relationships with
11   married men.

12         7.    I did not intend any of my comments to function as a threat to Doe.  I did
13   not intend any of my comments, including the comment about Doe's adulterous
14   relationships, to in anyway concern this litigation or Doe's potential testimony in this
15   litigation, and did not intend to cause or persuade Doe to provide any testimony in this
16   lawsuit.   Again, my commentary was in response to Doe's negative comments
17   concerning Clevinger and his abusive relationships with his ex-girlfriends, and Doe's
18   apparent belief that a restraining order against Finestead was warranted.

19         8.    Prior to April and May 2021, I had a social relationship with Sophie De
20   Silva.  I considered De Silva to be a close and personal friend and mentor, and someone
21   who had always been supportive of me and my recovery from alcoholism.  At some
22   point prior to 2021, De Silva and Derek Dawson began dating and entered into a
23   romantic relationship.

24         9.    In the summer of 2021, Dawson provided Bauer's counsel and Radar
25   Online with certain information about me.  In July 2021, Dawson's counsel sent
26   Bauer's counsel a letter that attached text messages between me and Dawson.  A true
27   and correct copy of that letter is attached hereto as **Exhibit 1**.  Attached hereto as
28   **Exhibit 2** is a copy of the Radar Online article that publicized my text messages with

DECLARATION OF LINDSEY HILL

Dawson. At least some of the information that Dawson disclosed to Radar Online and Bauer concerned my prior sexual history, namely my sexual/romantic relationship with a professional baseball player other than Bauer. This included the disclosure of private messages where I described sex with the professional baseball players other than Bauer.

10. I believed that the information disclosed by Dawson about my past sexual relationship was entirely irrelevant to whether I was battered and sexually battered by Bauer, and was designed to be salacious, sensational, and drag me through the mud. I also believed that Dawson was "slut shaming" me by essentially saying that Bauer's battery and sexual battery was justified because I was allegedly promiscuous, sexually provocative and/or had a history of dating professional athletes.

11. I was upset that Dawson, someone who I thought was my friend, would do something like that to me. I was even more upset and disappointed that De Silva, someone who I considered to be a close friend and mentor, would continue to stand by Dawson after what he had done to me. I felt betrayed by De Silva.

12. In early 2023, I reviewed various materials that were produced by the Pasadena Police Department ("PPD") in response to a subpoena in this lawsuit. Specifically, in early February 2023, I viewed portions of a video of the PPD's interview of Dawson. This was the first time I had seen that video. After watching the initial portion of the Dawson interview video, I had to stop watching because the video upset me so much. In this video, Dawson again volunteered similar seemingly irrelevant information about my relationships with professional baseball players other than Bauer and my alcoholism. I believed Dawson to be "slut shaming" me and shaming me for being an alcoholic. I also observed that Dawson told the PPD not to believe me.

13. The Dawson interview video greatly disturbed and upset me and reinvigorated my great unhappiness and disappointment that De Silva, someone who was supposedly my close friend and mentor, would continue to stand by Dawson,

3

DECLARATION OF LINDSEY HILL

someone who sided with my abuser.

14. I am a recovering alcoholic. In the first few months of 2023, I struggled significantly with my sobriety, and relapsed and began drinking heavily during that period. I drank heavily the day I saw the Dawson interview video. Later that day while I was intoxicated, my emotions towards De Silva heightened. While intoxicated, I impulsively decided to contact De Silva through Instagram in order to inform her what I had just seen in the Dawson interview video and to express my frustration about De Silva's decision to stand by Dawson, someone who supported my abuser.

15. I have read Bauer's motion for sanctions. In the motion, Bauer claims that I threatened to "expose" the Dawson interview video to "embarrass" Dawson. That is not correct. I never intended to do so or express that to De Silva or Dawson. There is no reason why I would want to do so, because the video was embarrassing and unflattering towards me. To the contrary, I believed that Bauer would try to use and publicize the Dawson video in this lawsuit. My messages were not intended to dissuade Dawson from testifying or to change the substance of his testimony. Again, my intent was to express my unhappiness and frustration to my former close friend. At the time, in early February 2023, I had no idea that Bauer was even pursuing Dawson as a witness in the lawsuit.

16. Again, I am a recovering alcoholic. Between approximately January 2020 and August 2020, I resided at a sober living home in San Diego County that was owned and operated by Roe. I lived at that sober living home as part of my recovery process. Later on, I planned on working as a resident life director at another sober living home owned and operated by Roe. I planned on beginning such employment in June 2021.

17. Following the May 2021 battery and sexual battery by Bauer, my relationship with Roe deteriorated significantly. I felt strongly that Roe was overstepping her boundaries and injecting herself into matters that did not concern her, specifically my recovery from being battered and sexually battered by Bauer and how I should deal with that situation. For example, following the May 2021 Bauer incident,

DECLARATION OF LINDSEY HILL

Roe contacted me and provided me with unsolicited advice, opinions and recommendations about my situation with Bauer. Roe would also contact my father about me and the Bauer situation, providing my father with unsolicited advice and opinions, including those that concerned my continued sobriety. Without my permission, Roe had also reached out to attorneys about potentially representing me, and disclosed information about me to those attorneys.

18.     For many reasons, I did not welcome Roe's unsolicited involvement. I did not want Roe communicating with my parents or potential attorneys about me. Additionally, I perceived that Roe's advice was not well taken given some of Roe's prior conduct.

19.     In 2021, I tried to let Roe know that I did not want Roe involved. Roe, however, continued her attempts to intrude into my life and the Bauer situation. This upset me.

20.     Again, in early 2023, I reviewed various materials that were produced by the PPD. This included a recorded interview of Roe whereby Roe disclosed information to the PPD about my sexual relationship with a professional baseball player other than Bauer. I felt Roe's disclosure of that information was irrelevant and hurtful. This upset me.

21.     In late March 2023, I learned from my father that Roe had tried contacting him again. Moreover, on approximately April 10, 2023, I also learned that Roe had been trying to reach out to my attorneys. While in hindsight, Roe was respecting her boundaries when she reached out to my father and attorneys in the Spring of 2023, Roe's outreach triggered my memories of Roe's prior attempts to involve herself in my recovery from the Bauer incidents, and I perceived that Roe was once again trying to involve herself in my life. I had a visceral and emotional response to Roe's outreach. I was angered.

22.     I had been drinking that day, and while I was heavily intoxicated, I impulsively sent the text message at issue to Roe. The sole purpose of my text message

to Roe was to express my raw emotions, namely anger, that I was feeling towards Roe based on my perception that Roe was trying to once again involve herself in my life without invitation to do so. These emotions were amplified by my excessive drinking that day.

23. Both prior to and while I sent Roe the text message at issue, I was not thinking about what testimony or information Roe might provide in this lawsuit. I was not trying to influence Roe to provide certain testimony or information.

24. In retrospect, I believe that my text message to Roe was wrong and hurtful. I regret sending that message to her.

25. Bauer's Motion refers to a communication from Finestead to Roe a few days later. I did not tell Finestead to send that text message to Roe. At the time, I did not want to have anything to do with Roe.

26. Frank Tortorigi was a friend that I had met while I was working at Lululemon, my prior employer. Since the first Bauer battery and sexual battery, I had not spoken to Tortorigi much about anything. Prior to the message to Tortorigi at issue, I had not discussed this lawsuit with Tortorigi.

27. In March 2023, I was not mentally well and had lost my sobriety. This clouded my judgment and led me to believe that I should reach out to Tortorigi.

28. When I learned that Tortorigi would be subpoenaed by Bauer, I thought that Tortorigi might be overwhelmed and panicked by the subpoena, especially since he had such tangential involvement in anything that would be relevant to this lawsuit, in particular my interactions with Bauer. I also was concerned that Tortorigi would be embarrassed that he would have to produce text message communications with me that were likely to be perceived as raunchy, vulgar or sexually explicit.

29. I was also frustrated that Bauer was subpoenaing Tortorigi because I had reviewed the documents produced by the PPD in this lawsuit, and observed that it appeared that the PPD had already produced all of my relevant communications with Tortorigi and several others. In 2021, while the PPD was investigating Bauer, I

6

DECLARATION OF LINDSEY HILL

provided the PPD with my phone and computer. The PPD made copies of and/or extracted information from those devices, including text messages. I believed that based on the PPD's document production, Bauer already had already received all relevant and responsive communications between me and Tortorigi. I also assumed and believed that it was unlikely that Tortorigi still had responsive documents to the subpoena from the Spring of 2021, and believed that there had been no communications since then that would be relevant to this lawsuit.

30. I did not intend for my communication to Tortorigi to result in any harm to Bauer or expect that it would result in Tortorigi hiding and not producing responsive documents in this case. My intent in sending the Instagram message at issue was to give Tortorigi a heads up that he was going to be subpoenaed, to "soften the blow" of the subpoena to Tortorigi, to cause Tortorigi not to worry or be nervous about it, and to emphasize my belief that Bauer already had our text messages. Because I believed that Bauer already had my text messages with Tortorigi from the PPD's document production, I did not believe that there was anything to hide, and I did not intend to "cover up" documents and cause them to be hidden from Bauer.

31. My message to Tortorigi discusses Tortorigi responding to the contemplated subpoena by saying that he no longer has access to responsive text messages. That was based on my subjective belief that Tortorigi probably did not continue to maintain the text messages. Again, I did not intend for Tortorigi to withhold responsive documents if he was able to access them. Although I should not have been discussing the contemplated subpoena with Tortorigi in the first instance, I acknowledge that I should have at least qualified my statement by making it clear that he should only say that he has no access to the materials if that was in fact true.

32. I acknowledge that I exercised extremely poor judgment by messaging Tortorigi about the subpoena and understand that it was not appropriate for me to so. I regret sending Tortorigi the message at issue and communicating with him about the subpoena.

33.     In Bauer's motion for sanctions, he claims that he is concerned that I may have threatened or instructed Justin Vaesau, Kyle Erickson, Olivia Finestead and Lisa Decker not to produce documents.  I never threatened these individuals or said anything to them that would suggest that they should not produce documents in response to a subpoena.

34.     I am a recovering alcoholic.  In the first few months of 2023, I struggled significantly with my sobriety, and relapsed and began drinking heavily during that period.  This lapse in my sobriety was caused by the stress of this lawsuit, and the continued and lingering memories of the brutal battery and sexual battery that I suffered from Bauer.  My heavy drinking earlier this year both clouded my judgment and heightened my emotions.

35.     On or about May 8, 2023, I voluntarily checked myself into a sobriety treatment center for thirty days.  The purpose of doing so was to regain control of my sobriety.  While in treatment, I was diagnosed with post-traumatic stress disorder resulting from Bauer.  I am now sober again following such treatment.

36.     I have voluntarily agreed that while this lawsuit is pending, I will not speak to any witnesses in this lawsuit about any subpoena issued by Bauer, including the witnesses' response to or compliance with that subpoena, or the witnesses' potential testimony in response to such a subpoena.  I will also cease all further communications (on any subject) with either Tortorigi, Roe, Doe, Dawson or De Silva while this case is pending.

I, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 10th day of July, 2023, at Nashville, Tennessee.



Lindsey C. Hill

DECLARATION OF LINDSEY HILL

# EXHIBIT 1



1320 Columbia Street, Ste. 200
San Diego, CA 92101
Ph. 619.702.8623
Fax. 619.374.7040
www.gilleonlawfirm.com

July 5, 2021

Ms. Shawn Holley
Kinsella Weitzman Iser Kump LLC
808 Wilshire Boulevard, Suite 300
Santa Monica, CA 90401

Re:    *Jane Doe v. Trevor Bauer*

Dear Ms. Holley:

We recently discussed my client's possession of exculpatory evidence for your client, Trevor Bauer. Given the intense attention my client has received over the last few days, he asked me to release the exculpatory evidence in a respectful, neutral manner. To maintain neutrality, we provided the evidence to a well-informed news source which intends to make the information public. As such, Mr. Bauer is now authorized to use the attached Instagram direct messages and iPhone instant messages in any lawful manner that you advise.

The relationship between my client and Jane Doe is best described as (plutonic) "friends," in that my client has, for several years, socialized with Jane Doe. He also supported her in times of distress. One such event was mentioned in a message Jane Doe sent to my client, asking, "*Was it about when you took me to the hospital lol*." For context, my client had informed Jane Doe that he was speaking with your investigator, Russell Greene, who was asking for information about her. The hospital incident, which she referenced in reply, refers to a night out with Jane Doe when she became so inebriated on alcohol and weed that my client was compelled to rush her to an emergency room. After she was released from the ER, Jane Doe said her parents told her to seek treatment or move out of the family home. Jane Doe asked my client if she could live with him instead, but my client said no. During this discussion, Jane Doe claimed she had been "raped" by a mutual friend of theirs, something my client then found difficult to believe. Looking back, my client questions whether Jane Doe falsely accused his friend because she was trying to manipulate my client into letting her stay at his home.

The other messages are somewhat self-explanatory. If you would like more context for any of them, please feel free to call me. However, please make sure that nobody from the defense side contacts my client without my consent.

Coming forward like this was not easy for my client. He feels torn between exposing a friend he believes is suffering from a mental sickness, and remaining silent while your client's career is derailed because he has been falsely accused. During our first conversation, I asked my client why he would get involved in this mess and his response was simply, "to *do the right thing*."

Ms. Shawn Holley
July 5, 2021
Page: 2

As you know from the *Jane Doe v. Grant Robicheaux* case, my firm almost exclusively represents female victims of sexual assaults. But we also defend men who have been falsely accused. Not only do fake claims turn the defendants' lives into a living nightmares, they also hurt other victims, particularly those who are scared to come forward out of fear that nobody will believe them. Although I rarely see a case brought under false pretenses, all it takes is one high-profile matter like this to impact public perception of thousands of righteous sex assault actions. For these reasons, my client has asked me to release this information—which Jane Doe remains free to refute or explain--because he is convinced that it's the right thing to do.

Sincerely,

Gilleon Law Firm, APC

Daniel M. Gilleon



**LINDSEY HILL**
lindseyhilll

Replied to your story





Only you can see this

Thats how he hopped on top of me

Mentioned you in their story

You mentioned LINDSEY HILL in your story





Only you can see this

Message...



😂

Thats my baby 😂

He called me mama the other night and I reached enlightenment

You're talking to him?



This is my house

Stop it rn yes we still talk

He is king



Best sex OF MY LIFE

Message...

  

 **LINDSEY HILL**
lindseyhilll

 

NOV 16, 2019

| Replied to your story

 Hot

Lol

 Cant believe I achieved that

You did?!?!

Life changing

 He was the reason I had to resign from pad squad!

Wellllll, now we have to hook up casually

 Truly

Wait

You know who I'm talking about here?

 Message...    

5G



## LINDSEY HILL
lindseyhilll

NOV 15, 2019

▶ Video

WHERE U AT IM COMING TO MOONSHINE

I'm at moonshine

Flats

NOV 16, 2019

Replied to your story

Hot

Lol

Cant believe I achieved that

You did?!?!

Life changing

He was the reason I had to resign from pad squad!

Message...





**LINDSEY HILL**
lindseyhilll

APR 19, 12:22 PM

You replied to their story

Don't tag this 🤡 !!!!!

Im going to his house wednesday

I already have my hooks in



You know how I roll

Dude, i knew it before i sent the message

Ewwwwwwwwe

 Message...

LTE

**bauteroutage** ✔

Easy.

Tryouts dont scare me Bauer

Bring it

I'm willing and able whenever you're ready

Pick a day and I am there

No problem driving to LA huh?!

Oh I am a pro at that drive 😘

Love me some LA

Well, tryouts as soon as we get back home on Tuesday

Message...

| Q | W | E | R | T | Y | U | I | O | P |
|---|---|---|---|---|---|---|---|---|---|
| A | S | D | F | G | H | J | K | L | |

Z X C V B N M

123     space     return

Reply...



 **LINDSEY HILL**
lindseyhilll

If you don't tell him "Tatis was better" after you are done via dm, this is an ultimate fail

Im literally going to get in his head

And find pine tar 

Trust me I know what im doing

 I can get in his head

Ugh

Linds

You're worth more than this nonsense

 Ugh. Hes so intriguing to me tho.

Sure, in an I want to punch him in the face kind of way

 Hes a whackadoodle. Like Clev.

No wonder they are best friends

 Message...   

Case 4:22-cv-00098-JeCS-JDG   Document 186-4   Filed 09/19/23   Page 49 of 68   Page ID:

**LINDSEY HILL**
lindseyhilll



#Art

🕐 Only you can see this

Ur welcome for getting in bauers head 🤑

APR 25, 8:52 AM

Hahaha

Reacted to your story



🕐 Only you can see this

😂

Such a great dad

Seen

Message...

You good?

Just read a very interesting article that made me think of you. Not knowing the situation, I won't say too much, but wanted to check in either way.

Recovering. Legally cant talk about anything, but what you see in the media right now is really going down

But im okay ❤️

Thank you for reaching out

Ok good. Here if you need anything.

Tuesday 7:29 PM

Are you in SD?

Can we meet up?

Please let me know.

With the fam now. Will let you

what da hell

I can't say anything the same way you can't say anything

OOOO so it was pasadena pf

Pd

Those corrupt fuckers

That's why I wanted to meet you

There isn't anything corrupt, IMO.

Omg yeah i mean they already interrogated me about "setting this up" and i spoke firmly about how i joked about his amount of money and how i wanted to be a baseball wife and my attorney totally ripped them for that

They have all my texts & dms i said from day one there is NOTHING to hidr

So sorry they dragged u into this wrf

iMessage

Case f7ad88619fd6f7cb  Document f7ad  Filed 12/2024  Page 52/68  Page 52

8:18

So sorry they dragged u into this wrf

Wtf

It's fine

Still so confused on what it is but know i love u and truth always wins!

Our dms literally say nothing bad what in the fuck

Thursday 9:14 PM

Can ya fill me in now? Im still so confused

I'm just as confused

Can you please just open up to me about what it is about

You can send a voice memo

I can't. Same way you can't. I'm sorry. I wanted to talk to you yesterday for that reason.

iMessage

Is it a good thing?

I need to stay pretty hidden for the next few days so idk if ill be able to

Just dont let me stress and tell me

I don't want to text, Linds

You gotta trust me

Im so confused

Is it good or bad

Can you call me?

Tomorrow

Can you at least make me feel better about what this is lol

You are making this worse for me!

I found out about this thing from a random phone call today. I text you to be sure it was true.

iMessage

You are making this worse for me!

I found out about this thing from a random phone call today. I text you to be sure it was true.

They know things and have things that you may think were private. They asked me about it.

I don't want to text.

Oh man. Well whatever it is you know im fully open about my story

I have nothing to hide and do not fear anything!!

Random that they called you

1 Reply

Ok good. That's all I need to know

Random that they called you

Yeah, i thought it was a prank

iMessage

Random that they called you

Yeah, i thought it was a prank

Oh yeah they are gonna lie and say that im a prostitute and all this crazy shit! And i know they will bring up my stuff about tatis and clev and whoever

Literally nothing to hide

So you can tell me!!! Texting about that is okay

Was it about when you took me to the hospital lol

Nah, I don't want to be involved any more than I already am apparently

Good call on your part

What the hell could they involve you with? Lol

iMessage

LH

Lindsey >

By who? Literally what the hell

My lawyer

they are trying to pin something bad about you? Wtf

No. Not at all.

I didn't do anything

Trying to pin something bad on me?

I don't know

this is extremely disheartening that you even brought it up with me then. In the future, don't re traumatize a victim who did nothing wrong by doing this.

Are you serious? I reached out to you right when this was brought to me. I asked to speak to you in person. Don't try to quilt me into

iMessage

me?

I don't know

this is extremely disheartening that you even brought it up with me then. In the future, don't re traumatize a victim who did nothing wrong by doing this.

Are you serious? I reached out to you right when this was brought to me. I asked to speak to you in person. Don't try to guilt me into feeling bad here. I have done nothing.

Usually people don't forget the people who were there for them in the darkest times. I'm pretty damn hurt right now.

I hope you are ok, and keeping true to yourself. My thoughts are with you. I have nothing more to say on this matter. Please don't text me.

Delivered

iMessage

# EXHIBIT 2



BREAKING NEWS 'RHOA' Star Eva Marcille's Estranged Husband Sued Over Car Crash, Denies Claim He Was 'Under the Influence of Alcohol' 

Home > Exclusives > MLB

# New Evidence In Trevor Bauer Sexual Assault Investigation Has Been Turned Over To MLB And Police, Accuser Had Alleged Relationship With San Diego Padres Star Fernando Tatis, Jr.

New evidence has been introduced to both the Pasadena Police Department and Major League Baseball as part of the ongoing **Trevor Bauer** sexual assault investigation, **RadarOnline.com** has learned.

Last week, the Los Angeles Dodgers pitcher was **accused of brutally sexually assaulting** a 27-year-old woman with whom he was in a brief sexual relationship earlier this year. She chose to remain anonymous.



SOURCE: MEGA

The woman was granted a temporary ex parte restraining order against Bauer, though the MLB player and his reps maintain the pair's few trysts — during which the woman claims Bauer choked her unconscious, sodomized her without consent, and punched her in the face and vagina — were "consensual."

Per the restraining order request — which included graphic photos as exhibits — the woman said she sought medical care following the second alleged violent sexual encounter. She claims the first encounter took place on April 18 and the second occurred on May 15.

PPD and MLB then began separate investigations into the woman's claims, and Bauer was placed on a seven-day administrative leave.

MLB decided to extend the athlete's leave by an additional seven days on Thursday while the investigations continue.

**RadarOnline.com** has been told that an alleged longtime friend of the woman — who also wishes to remain anonymous — has since turned over private messages via text and Instagram to both the PPD and MLB that the friend allegedly exchanged with the woman.

In the messages — obtained and reviewed by **RadarOnline.com** — the alleged victim told the friend she allegedly had a past sexual relationship with San Diego Padres star **Fernando Tatis, Jr.**, saying she "cant believe I achieved that," adding that it was the "best sex OF MY LIFE." The woman alluded to that relationship being "the reason [she] had to resign from the pad squad!"

Per the Padres' website, the Pad Squad is an ambassador team for the Padres and part of the Petco Park experience.

The woman went on to send the friend screenshots of Instagram DMs allegedly exchanged between herself and Bauer, noting that she was "going to his house" that week and "already [has] her hooks in," adding, "you know how I roll."

The woman told the friend she was "literally going to get in his head"… "and find pine tar." She added, "trust me I know what I'm doing."

The woman said Bauer was "so intriguing to me tho" and that "hes a whackaddodle. Like Clev," a reference to Bauer's former teammate and San Diego Padres pitcher **Mike Clevinger**, who she alluded to knowing.

The messages show the woman then responded to an Instagram Story posted by the friend showing a meme of Tatis mocking Bauer's one-eyed pitching earlier this year, writing, "Ur welcome for getting in bauers head 🤑," with the money-tongue emoji. This message was dated April 24, which would have been after the first alleged violent sexual encounter the woman said she had with Bauer.

"That's the message that sits kind of strange with me, just being that it's after their first alleged encounter," the friend told us, adding that they saw the woman in person shortly after the first alleged violent sexual encounter took place and said, "She mentioned that she had a great time and said something along the lines of — and I'm paraphrasing here — but something like he's a nice guy and I had a great time. ... None of which showed me anything to be concerned about or any signs of a victim being involved."

---

**MORE ON:**

**MLB**

**Trevor Bauer's Sexual Assault Accuser Releases Shocking Photo Showing Alleged Injuries, Claims Encounter With MLB Star Was Not Consensual Despite Text Messages**

**Trevor Bauer Claims Sexual Assault Accuser 'Violated A Court Order,' Responds To Shocking Photos Showing Alleged Injuries**

**L.A. Dodgers Visit White House Amid Pitcher Trevor Bauer's Allegations Of Violent Sexual Assault From Ex-Fling**



SOURCE: MEGA

After news broke last week, the friend reached out to the woman, asking to meet up with her. The friend told the woman they did not want to talk about anything regarding her claims via text.

In the exchange, the woman appeared to grow agitated that the friend would not message about the case. The woman referred to PPD as "those corrupt f--kers" and said cops had interrogated her about "setting this up" and

how she "joked about his amount of money and how I wanted to be a baseball wife."

The woman accused the friend of "making this worse for [her]" and said "they are gonna lie and say that im a prostitute and all this crazy s--t. And I know they will bring up my stuff about tatis and clev and whoever."

"This is extremely disheartening that you even brought it up with me then," she texted her friend. "In the future, don't re traumatize a victim who did nothing wrong by doing this."

The friend replied, "Are you serious? I reached out to you right when this was brought up to me. I asked to speak to you in person. Don't try to guilt me into feeling bad here. I have done nothing."

"Usually people don't forget the people who were there for them in the darkest times. I'm pretty damn hurt right now," the friend added. "I hope you are ok, and keeping true to yourself. My thoughts are with you. I have nothing more to say on this matter. Please don't text me."

**RadarOnline.com** spoke to the friend and the friend's attorney, **Daniel Gilleon**, who both corroborated the messages and said they had been given to both PPD and MLB.

The friend told us they have no personal connection to Bauer, have never met Bauer, and are not even a fan of the Dodgers. This person maintains they are only a friend of the accuser and insists they only want to "do the right thing."

"This isn't in the interest of discrediting anybody's experience or story in the situation; it is purely in the interest of doing the right thing and making sure that the truth and all of the details are out there," the friend told us.

"This person — up until probably last week, unfortunately — was a friend of mine," they said. "I had helped this person through a lot of really personal things. I considered them a friend. And I would never bring this up if I didn't think it was relevant. This is a friend of mine versus somebody that I've never met before in my life and have no interaction with."

They added, "It doesn't matter if it's Trevor Bauer or Joe Schmo. This is a criminal case where a person could end up in jail. That's not something to take lightly."



SOURCE: @BAUEROUTAGE/INSTAGRAM

<u>RadarOnline.com</u> previously obtained text messages allegedly showing that Bauer and the woman were in communication about their sexual encounters.

"You want to go out huh? Mmmm," he wrote on May 9.

"Si. That was a game changer," she allegedly replied.

"Tell me more," he wrote.

"Never been more turned on in my life," she allegedly said in response. "Gimme all the pain. Rawr."

"Really?" he replied. "When you were going out or when you woke up?"

"Going outttt," she allegedly texted back. "Now that I know what it feels like to wake up from up it though itll probably feel just as good to wake up from that."

"God you just turned me on so much," he responded, later adding, "Now I just want my arm around your neck from behind."

"Do it," she allegedly responded. "Harder."

The woman's attorneys have not responded to our numerous requests for comment.

**DAILY. BREAKING. CELEBRITY NEWS. ALL FREE.**

| Enter your email | I WANT IT |
| --- | --- |

### What's your reaction to this article?


Like


Downvote


Love


Funny


Angry


Sad


Curious


Thoughtful

Share your opinion

Start Commenting

Powered by

# Popular in the community

### Meghan Markle 'Fuming' Over Proposal Her Husband Harry Attend King Charles' Coronation Without Her, Sources Claim



132 Comments

### Hannity, Bartiromo & Pirro T... Fired In Murdoch 'Blood Saci...

92 Comments

### Matthew McConaughey's Wife Camila 'Fears' Actor's Planned 2028 Run For President Will 'Consume' Him, Sources Claim



37 Comments

### Fans Call For Terry Bradshav... After He 'Fat-Shamed' Kansa... Coach Andy Reid

35 Comments

### Vladimir Putin Refuses To Fly, 'Only Travels By Armored Trains'



24 Comments

### Madonna Was Revived by Na... 'Had to Be Brought Back Fro...

20 Comments

**Load more articles**

## ABOUT RadarOnline

About Us

Editor's Notes

Privacy Policy

Terms of Use

DMCA

Cookie Policy

## CONTACT RadarOnline

Contact Us

Send a Hot Tip

Advertising Inquiries

Media Inquiries

**SUBSCRIBE**

Subscribe to RadarOnline Newsletter

Subscribe to RadarOnline YouTube

Subscribe to RadarOnline Flipboard

Subscribe to RadarOnline News Break

**Follow Us**

Opt-out of personalized ads

Case 8:22-cv-00868-JVS-ADS   Document 194-2   Filed 05/10/23   Page 68 of 68   Page ID #:6039

© Copyright 2023 Radar Media Group LLC. RADAR and RADARONLINE are registered trademarks. All rights reserved. Registration on or use of this site constitutes acceptance of our Terms of Service, Privacy Policy and Cookies Policy. People may receive compensation for some links to products and services. Offers may be subject to change without notice.