KINSELLA HOLLEY ISER KUMP STEINSAPIR LLP
Shawn Holley (Cal. Bar No. 136811)
Suann MacIsaac (Cal. Bar No. 205659)
11766 Wilshire Blvd, Suite 750
Los Angeles, CA 90025
Tel: (310) 566-9800
Fax: (310) 566-9850
sholley@khiks.com
smacisaac@khiks.com

ZUCKERMAN SPAEDER LLP
Blair G. Brown (admitted *pro hac vice*)
Jon R. Fetterolf (admitted *pro hac vice*)
1800 M Street, N.W., Suite 1000
Washington, D.C. 20036
Tel: (202) 778-1800
Fax: (202) 882-8106
bbrown@zuckerman.com
jfetterolf@zuckerman.com

ZUCKERMAN SPAEDER LLP
Nell Z. Peyser (admitted *pro hac vice*)
485 Madison Ave., 10th Floor
New York, NY 10022
Tel: (212) 704-9600
Fax: (212) 704-4256
npeyser@zuckerman.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| TREVOR BAUER,<br><br>Plaintiff,<br><br>vs.<br><br>LINDSEY C. HILL AND NIRANJAN FRED THIAGARAJAH,<br><br>Defendant.<br><br>———————————<br>LINDSEY C. HILL,<br><br>Counterclaimant, | Case No. 8:22-cv-00868 JVS (ADSx)<br><br>Assigned to: Judge James V. Selna<br>Referred to: Magistrate Judge Autumn D. Spaeth<br><br>**DISCOVERY MATTER: TREVOR BAUER'S NOTICE OF MOTION AND MOTION TO COMPEL THIRD-PARTY PRODUCTION AND HILL TO ANSWER QUESTIONS** |

| | |
|---|---|
| vs.<br><br>TREVOR BAUER,<br><br>Counter-defendant. | [Joint Stipulation and Declarations of Blair G. Brown, Jesse Kaplan, Lindsey Hill and Bryan Freedman filed concurrently]<br><br>Date: October 11, 2023<br>Time: 10:00 a.m.<br>Magistrate Judge: Autumn D. Spaeth<br>Courtroom: 6B<br><br>Action Filed: April 25, 2022<br>Discovery Deadline: September 1, 2023<br>Pretrial Conference: January 22, 2024<br>Trial Date: February 13, 2024 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on October 11, 2023 at 10:00 a.m. or as soon thereafter as this matter may be heard in Courtroom 6B of the above-entitled court, located at 411 West Fourth Street, Santa Ana, CA, 92701, Plaintiff/Counterclaim Defendant Trevor Bauer will and does hereby move this Court for an order compelling third-party Bryan Freedman to produce documents in response to Mr. Bauer's August 4, 2023 subpoena and compelling Ms. Hill to answer certain related questions posed to her at her deposition on August 29, 2023.

This Motion is made pursuant to Federal Rules of Civil Procedure 26 and 45. The Motion is made on the grounds that Mr. Freedman and Ms. Hill's objections to this discovery are meritless and the crime fraud exception bars the applicability of any attorney-client privilege. The Court should enter an order compelling their respective responses to the subpoena and deposition questions because the evidence sought is highly relevant and there is no basis to bar this discovery.

This Motion is made following Mr. Bauer's good faith efforts to confer with

1  counsel pursuant to Local Rule 37-1, which took place prior to the filing of this
2  Motion and are continuing to take place. This Motion is based on the Notice of
3  Motion, the Joint Stipulation, the declaration of Blair G. Brown, the pleadings and
4  papers on file with the Court in this matter, all matters upon which this Court must
5  or may take judicial notice, and upon all arguments that this Court may allow at the
6  time of the hearing of the Motion.

8  DATED: September 11, 2023          ZUCKERMAN SPAEDER LLP

                                      By:   /s/ *Blair G. Brown*
                                      Blair G. Brown
                                      Attorney for Plaintiff Trevor Bauer

MOT. TO COMPEL