Bryan J. Freedman, Esq. (SBN: 151990)
bfreedman@ftllp.com
Jesse A. Kaplan, Esq. (SBN: 255059)
jkaplan@ftllp.com
FREEDMAN + TAITELMAN, LLP
1801 Century Park West, 5th Floor
Los Angeles, California 90067
Telephone: (310) 201-0005
Facsimile: (310) 201-0045

Attorneys for Defendant and Counterclaimant
Lindsey C. Hill and Non-party Bryan Freedman

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| TREVOR BAUER,<br><br>    Plaintiff,<br><br>  vs.<br><br>LINDSEY C. HILL AND NIRANJAN FRED THIAGARAJAH,<br><br>    Defendant.<br><br>LINDSEY C. HILL,<br><br>    Counterclaimant,<br><br>  vs.<br><br>TREVOR BAUER,<br><br>    Counter-defendant. | Case No. 8:22-cv-00868 JVS (ADSx)<br><br>Assigned to: Judge James V. Selna<br>Referred to: Magistrate Judge Autumn D. Spaeth<br><br>**DISCOVERY MATTER: DECLARATION OF LINDSEY HILL IN OPPOSITION TO BAUER'S MOTION TO COMPEL THIRD-PARTY PRODUCTION AND HILL TO ANSWER QUESTIONS**<br><br>[Joint Stipulation Regarding Bauer's Motion to Compel filed concurrently]<br><br>Hearing Date:   October 11, 2023<br>Time:           10:00 a.m.<br>Courtroom:      6B<br><br>Action Filed: April 25, 2022<br>Discovery Deadline: September 1, 2023<br>Pretrial Conference: January 22, 2024<br>Trial Date: February 13, 2024 |

DECLARATION OF LINDSEY HILL

# DECLARATION OF LINDSEY HILL

I, Lindsey C. Hill, declare as follows:

1. I am over the age of 18, and I have personal knowledge of the facts stated herein and, if called to testify, I could and would testify competently to them.

2. On the morning of May 16, 2021, my cousin, Kyle Erickson, sent me a message through Snapchat, a video/picture messaging application. Erickson, who knew that I had made plans to see Trevor Bauer, had messaged me to check in and see how my night was with Bauer.

3. Though Bauer had battered and sexually battered me a few hours earlier, I did not feel comfortable telling Erickson what had happened to me. At the time, I felt ashamed and embarrassed by the battery and sexual battery. I was also exhausted, disoriented, in shock, and had not fully processed the extent of my injuries.

4. Because I did not feel comfortable telling Erickson what had happened and I was not quite sure how to respond, I initially decided to send Erickson a Snapchat video message pretending that everything was fine (the "Snapchat Video"). Because the room was dark and I used the Snapchat application to take the Snapchat Video, the quality of the video was poor.

5. After I took the Snapchat Video, I decided not to send it to Erickson. Instead, I saved the Snapchat video on the Snapchat application.

6. Shortly after leaving Bauer's home on May 16, 2021, I examined my face in my car and took timestamped pictures of my face that reflect some of my injuries. True and correct copies of those pictures are attached hereto as **Exhibit 1**. These timestamped pictures were taken shortly after I took the Snapchat Video.

7. My bruising and swelling worsened over time.

8. Shortly after the May 2021 encounter with Bauer where be battered and sexually battered me, I was interviewed by the Pasadena Police Department (the "PPD"). During that interview, I voluntarily disclosed the Snapchat Video to the PPD. I did not want to hide any evidence.

1
DECLARATION OF LINDSEY HILL

9. On June 29, 2021, I filed a Petition against Bauer in Los Angeles Superior Court seeking a Domestic Violence Restraining Order (the "DVRO Proceeding").

10. In early July 2021, I transmitted the Snapchat Video to Bryan Freedman, by text message. I did not send the Snapchat Video to my other attorneys at Meyer, Olson, Lowy & Meyers, LLP ("MOLM") as I assumed that it would be circulated throughout my legal team. I also did not know whether the Snapchat Video needed to be produced to Bauer in the DVRO Proceeding, and I assumed that my attorneys would determine what documents, if anything, needed to be produced.

11. In Bauer's moving papers, he identifies an April 2022 e-mail that I sent to the PPD concerning my files. I never discussed or sought advice from Freedman concerning that e-mail or the request made in that e-mail. I discussed that with my other counsel, not Freedman.

I, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 8th day of September, 2023, at Franklin, Tennessee.

_____
Lindsey C. Hill

2
DECLARATION OF LINDSEY HILL

DocuSign Envelope ID: 99FDCF68-D2D0-4CAB-8595-A28229025F69

# EXHIBIT 1

DocuSign Envelope ID: 99FDCF68-D2D0-4CAB-8595-A28229D2FF69






DocuSign Envelope ID: 99FDCF68-D2D0-4CAB-8595-A2822902FF69


