1 | Bryan J. Freedman, Esq. (SBN: 151990)
    bfreedman@ftllp.com
2 | Jesse A. Kaplan, Esq. (SBN: 255059)
    jkaplan@ftllp.com
3 | FREEDMAN + TAITELMAN, LLP
    1801 Century Park West, 5th Floor
4 | Los Angeles, California 90067
    Telephone: (310) 201-0005
5 | Facsimile: (310) 201-0045

6 | Attorneys for Defendant and Counterclaimant
7 | Lindsey C. Hill and non-party Bryan Freedman

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| TREVOR BAUER,<br><br>    Plaintiff,<br><br>vs.<br><br>LINDSEY C. HILL AND NIRANJAN FRED THIAGARAJAH,<br><br>    Defendant.<br><br>LINDSEY C. HILL,<br><br>    Counterclaimant,<br><br>vs.<br><br>TREVOR BAUER,<br><br>    Counter-defendant. | Case No. 8:22-cv-00868 JVS (ADSx)<br><br>Assigned to: Judge James V. Selna<br>Referred to: Magistrate Judge Autumn D. Spaeth<br><br>**DISCOVERY MATTER: DECLARATION OF BRYAN FREEDMAN IN OPPOSITION TO BAUER'S MOTION TO COMPEL THIRD-PARTY PRODUCTION AND HILL TO ANSWER QUESTIONS**<br><br>[Joint Stipulation Regarding Bauer's Motion to Compel filed concurrently]<br><br>Hearing Date:   October 11, 2023<br>Time:           10:00 a.m.<br>Courtroom:      6B<br><br>Action Filed: April 25, 2022<br>Discovery Deadline: September 1, 2023<br>Pretrial Conference: January 22, 2024<br>Trial Date: February 13, 2024 |

DECLARATION OF BRYAN FREEDMAN

# DECLARATION OF BRYAN FREEDMAN

I, Bryan J. Freedman, declare as follows:

1. I am an attorney at law, licensed to practice in the State of California. I am a partner of Freedman + Taitelman, LLP ("F+T"). I have personal knowledge of the facts stated herein and, if called upon to testify, could and would testify competently thereto.

2. On June 29, 2021, Lindsey Hill filed a Petition against Trevor Bauer in Los Angeles Superior Court seeking a Domestic Violence Restraining Order (the "DVRO Proceeding"). Although Meyer, Olson, Lowy & Meyers, LLP ("MOLM") was Hill's lead and primary counsel in the DVRO Proceeding, I would later associate in as Hill's counsel of record in that proceeding. After I associated in, MOLM remained lead and primary counsel in the DVRO Proceeding.

3. On July 5, 2021, Hill transmitted the Snapchat Video to me by text message. I was not taking an active role in the DVRO proceeding, and assumed that MOLM had also received the Snapchat Video. I also assumed that MOLM would be responsible for the production of any documents to Bauer in the DVRO proceeding, to the extent any production was even required. I never transmitted the Snapchat Video to MOLM.

4. Other than the July 5th text message which has been produced, my firm, F+T, and I did not have any written communications with anyone concerning the Snapchat Video that pre-dates the commencement of this lawsuit in April 2022. No such communications have ever existed.

I, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 8th day of September, 2023, at Los Angeles, California.

_____
Bryan J. Freedman

1
DECLARATION OF BRYAN FREEDMAN