1                   **UNITED STATES DISTRICT COURT**

2        **CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION**

3           **HONORABLE JAMES V. SELNA, U.S. DISTRICT JUDGE**

4
TEVOR BAUER,                          )
5                                      )
                        Plaintiff,     )   **Certified Transcript**
6                                      )
            vs.                        )   Case No.
7                                      )   8:22-cv-00868-JVS-ADS
LINDSEY C. HILL, et al.,              )
8                                      )
                        Defendants.    )
9   _____      )
And related counterclaims.            )
10  _____      )

11

12

13           REPORTER'S TRANSCRIPT OF PROCEEDINGS

14                    STATUS CONFERENCE

15          REPORTED VIA TELEPHONIC CONFERENCE

16             MONDAY, SEPTEMBER 11, 2023

17                     10:00 A.M.

18               SANTA ANA, CALIFORNIA

19

20

21

22  _____

23           **DEBBIE HINO-SPAAN, CSR 7953, CRR**
            FEDERAL OFFICIAL COURT REPORTER
24          411 WEST 4TH STREET, ROOM 1-053
               SANTA ANA, CA 92701
25             dhinospaan@yahoo.com


                 **UNITED STATES DISTRICT COURT**

**APPEARANCES OF COUNSEL:**

**FOR PLAINTIFF:**

ZUCKERMAN SPAEDER LLP
BY:  BLAIR G. BROWN, ESQ.
1800 M Street NW
Suite 1000
Washington, DC 20036
202-778-1800
bbrown@zuckerman.com

ZUCKERMAN SPAEDER LLP
BY:  IVANO M. VENTRESCA, ESQ. (Pro Hac Vice)
1800 M Street, NW, Suite 1000
Washington, DC 20036
202-778-1800
iventresca@zuckerman.com

**FOR DEFENDANT AND COUNTERCLAIMANT LINDSEY C. HILL:**

FREEDMAN & TAITELMAN LLP
BY:  JESSE A. KAPLAN, ESQ.
1801 Century Park West
5th Floor
Los Angeles, California 90067
310-201-0005
jkaplan@ftllp.com

WESIERSKI & ZUREK LLP
BY:  MICHELLE R. PRESCOTT, ATTORNEY AT LAW
29 Orchard Road
Lake Forest, California 92630
949-975-1000
mprescott@wzllp.com

**UNITED STATES DISTRICT COURT**

|    |    |
|----|----|
| 1  | **SANTA ANA, CALIFORNIA; MONDAY, SEPTEMBER 11, 2023** |
| 2  | **10:00 A.M.** |
| 3  | **- - -** |
| 4  |    |
| 10:00AM 5 | THE COURTROOM DEPUTY:  Calling Item 2, SACV-22-868, |
| 6  | Trevor Bauer vs. Lindsey C. Hill, et al. |
| 7  | Counsel, can you please state your appearances |
| 8  | beginning with the plaintiff. |
| 9  | MR. VENTRESCA:  This is Ivano Ventresca for |
| 10:01AM 10 | Plaintiff Trevor Bauer. |
| 11 | MR. BROWN:  And Blair Brown of Zuckerman Spaeder, |
| 12 | also for Mr. Bauer. |
| 13 | MS. PRESCOTT:  Michelle Prescott of Wesierski & |
| 14 | Zurek for Defendant Lindsey Hill. |
| 10:01AM 15 | MR. KAPLAN:  This is Jesse Kaplan from Freedman & |
| 16 | Taitelman, also for Defendant and Counter-Claimant Lindsey |
| 17 | Hill. |
| 18 | THE COURT:  Anyone else? |
| 19 | This is Judge Selna.  We're in the courtroom and on |
| 10:01AM 20 | the record with the court reporter.  So that we get a clear |
| 21 | record, please identify yourself each time you speak. |
| 22 | Before me is an application to allow Ms. Hill to |
| 23 | file an unredacted pleading in the district where the Doe |
| 24 | individual resides.  I'm going to allow that deposition to go |
| 10:02AM 25 | forward.  And I'll overrule all the other objections. |

**UNITED STATES DISTRICT COURT**

|         |    |                                                              |
|---------|----|--------------------------------------------------------------|
|         | 1  | Before I order or permit an unredacted version to be |
|         | 2  | filed, I think there are a couple of other avenues.  Mr. Bauer |
|         | 3  | suggests that the application was in Folsom.  He might consider |
|         | 4  | refiling the application in greater detail and see if the |
| 10:02AM | 5  | magistrate judge will come to a different conclusion.  In the |
|         | 6  | alternative, Rule 45(f) contemplates the possibility that a |
|         | 7  | motion to compel compliance can come back to the issuing court. |
|         | 8  | This court issued the subpoena. |
|         | 9  | I would see one potential basis for making such an |
| 10:03AM | 10 | application to the foreign court, namely that it would ensure |
|         | 11 | uniform enforcement of the Court's protective order. |
|         | 12 | So to recap, one, I overrule all objections to the |
|         | 13 | deposition being taken at all.  And I suggest for the short |
|         | 14 | run, Ms. Hill reapply to the foreign court and/or file an |
| 10:03AM | 15 | application to transfer the motion to compel here. |
|         | 16 | Be happy to hear your thoughts. |
|         | 17 | MS. PRESCOTT:  Your Honor, this is Michelle Prescott |
|         | 18 | for Ms. Hill.  We will do as you recommended.  Thank you for |
|         | 19 | your guidance. |
| 10:03AM | 20 | THE COURT:  Anyone on behalf of Mr. Bauer want to be |
|         | 21 | heard? |
|         | 22 | MR. VENTRESCA:  Your Honor, I just want to ask a |
|         | 23 | clarifying question.  This is Ivano Ventresca for Mr. Bauer. |
|         | 24 | We agree that we will refile in the Southern District.  But |
| 10:04AM | 25 | there was also some request for potential discovery deadlines. |

```
 1   I didn't know if there was an order on that or --
 2              THE COURT:  I'm going to allow the deposition to
 3   take place.  I think that the opportunity to take it was
 4   appropriately pursued, and I'll grant whatever relief is
 5   necessary in terms of the discovery cutoff date.
 6              MR. VENTRESCA:  Okay.  Thank you.
 7              THE COURT:  So Ms. Prescott, you want to go forward
 8   on one or both of those fronts and advise the Court what the
 9   result is?  And we'll schedule another telephone conference
10   call once you've done that.  In the meantime, I'm just going to
11   hold the application in abeyance.
12              MS. PRESCOTT:  Thank you, Your Honor.
13              THE COURT:  Anything else for this morning?
14              MS. PRESCOTT:  This is Michelle Prescott again.
15   Nothing else for us at this time.
16              MR. VENTRESCA:  This is Mr. Ivano Ventresca.
17   Nothing for us either.  Thank you.
18              THE COURT:  Thank you very much.  Thank you for
19   making yourselves available this morning.
20              THE COURTROOM DEPUTY:  This Court is adjourned.
21              **(Proceedings concluded at 10:05 a.m.)**
22                         **--oOo--**
23
24
25
```

10:04AM 5
10:04AM 10
10:05AM 15
10:05AM 20

**UNITED STATES DISTRICT COURT**

1     *CERTIFICATE OF OFFICIAL REPORTER*

2

3    COUNTY OF LOS ANGELES    )
                              )
4    STATE OF CALIFORNIA      )

5              I, DEBBIE HINO-SPAAN, FEDERAL OFFICIAL REALTIME

6    COURT REPORTER, in and for the United States District Court for

7    the Central District of California, do hereby certify that

8    pursuant to Section 753, Title 28, United States Code that the

9    foregoing is a true and correct transcript of the

10   stenographically reported proceedings held in the

11   above-entitled matter and that the transcript page format is in

12   conformance with the regulations of the Judicial Conference of

13   the United States.

14

15   *Date:  September 14, 2023*

16

17

18

19                         */S/ DEBBIE HINO-SPAAN*

20                         *Debbie Hino-Spaan, CSR No. 7953*
                           *Federal Official Court Reporter*

21

22

23

24

25

**UNITED STATES DISTRICT COURT**