Bryan J. Freedman, Esq. (SBN: 151990)
  bfreedman@ftllp.com
Jesse A. Kaplan, Esq. (SBN: 255059)
  jkaplan@ftllp.com
FREEDMAN + TAITELMAN, LLP
1801 Century Park West, 5th Floor
Los Angeles, California 90067
Telephone: (310) 201-0005
Facsimile: (310) 201-0045

Attorneys for Defendant and Counterclaimant
Lindsey C. Hill

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| TREVOR BAUER,<br><br>  Plaintiff,<br><br>vs.<br><br>LINDSEY C. HILL AND NIRANJAN FRED THIAGARAJAH,<br><br>  Defendant.<br><br>LINDSEY C. HILL,<br><br>  Counterclaimant,<br><br>vs.<br><br>TREVOR BAUER,<br><br>  Counter-defendant. | Case No. 8:22-cv-00868 JVS (ADSx)<br><br>[Assigned to Hon. James V. Selna Referred to: Magistrate Judge Autumn D. Spaeth]<br><br>**DECLARATION OF JESSE A. KAPLAN RE: PLAINTIFF'S APPLICATION FOR LEAVE TO FILE DOCUMENTS CONDITIONALLY UNDER SEAL PURSUANT TO LOCAL RULE 79-5.2.2(b)(i)**<br><br>Hearing Date:  October 11, 2023<br>Time:  10:00 a.m.<br>Courtroom:  6B<br><br>Action Filed: April 25, 2022<br>Discovery Deadline: September 1, 2023<br><br>Pretrial Conference: January 22, 2024<br>Trial Date: February 13, 2024 |

DECLARATION OF JESSE KAPLAN

## DECLARATION OF JESSE KAPLAN

I, Jesse A. Kaplan, declare as follows:

1. I am an attorney at law licensed to practice before all the courts of the State of California and am a partner with Freedman + Taitelman LLP, counsel of record for defendant and counterclaimant Lindsey Hill ("Hill") in the civil action pending in the United States District Court for the Central District of California, entitled *Bauer v. Hill*, Case No. Case No. 8:22-cv-00868 JVS(ADSx).

2. The following facts are within my own personal knowledge, except as to those matters stated to be on information and belief, which I believe to be true. If called as a witness, I could and would competently testify to these facts.

3. I am providing this declaration pursuant to Local Rule 79-5.2.2(b)(i), and in support of plaintiff and counter-defendant Trevor Bauer's ("Bauer") Application for Leave to file certain documents under seal (the "Application") [Dkt. 193], filed in connection with Joint Stipulation Regarding Bauer's Motion to Compel FRCP Rule 35 Mental Health Examination of Hill ("Joint Stipulation") [Dkt 196].

4. Specifically, Bauer seeks to permanently seal the following documents designated by Hill as "CONFIDENTIAL" pursuant to the parties' Protective Order (Dkt 78):

- Exhibit H to the Declaration of Blair G. Brown in Support of the Joint Stipulation, which contains portions of the deposition transcript of Hill; and
- All references to Exhibit H in the Joint Stipulation.

5. The aforementioned documents should be permanently sealed because they contain private and confidential information about Hill's specific mental health care medical treatment related to her mental health conditions. This includes information reflected in Hill's provider's mental health care treatment records.

6. The Ninth Circuit has created an exception to "the presumption of access" for sealed discovery documents attached to non-dispositive motions. *Ctr. for Auto*

1

DECLARATION OF JESSE KAPLAN

*Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1097 (9th Cir. 2016). Under this exception, the party seeking to seal a record need only satisfy the "good cause" standard. *Id*. Numerous courts have found that individual privacy rights in health records and/or medical information outweigh the presumption in favor of public access to court records. *See Ortiz v. City & Cnty. of San Francisco*, No. 18-CV-07727-HSG, 2020 WL 2793615, at *9 (N.D. Cal. May 29, 2020); *Hernandez v. Cnty. of Monterey*, No. 13-CV-02354-BLF, 2023 WL 4688522, at *4 (N.D. Cal. July 21, 2023); *Josef K. v. California Physicians' Serv.*, 477 F. Supp. 3d 886, 890 FN 1 (N.D. Cal. 2020); *Gary v. Unum Life Ins. Co. of Am.*, 2018 WL 1811470, at *3 (D. Ore. Apr. 17, 2018); *Gable v. Washington Corr. Ctr. for Women*, No. 318CV05266RBLTLF, 2018 WL 5295809, at *3 (W.D. Wash. Oct. 25, 2018); *Karpenski v. Am. Gen. Life Companies*, LLC, No. 2:12-CV-01569RSM, 2013 WL 5588312, at *1 (W.D. Wash. Oct. 9, 2013).

7. Thus, Hill respectfully requests that the Court grant Bauer's Application and order Exhibit H and all references thereto under seal and order that these materials remain under seal permanently.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 15th day of September, 2023, at Los Angeles, California.

_____
Jesse A. Kaplan