UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| TREVOR BAUER,<br><br>Plaintiff,<br><br>vs.<br><br>LINDSEY C. HILL AND NIRANJAN FRED THIAGARAJAH,<br><br>Defendants. | Case No. 8:22-cv-00868-JVS-ADS<br><br>Assigned to: Judge James V. Selna<br>Referred to: Magistrate Judge Autumn D. Spaeth<br><br>**ORDER ON PLAINTIFF'S APPLICATION FOR LEAVE TO FILE DOCUMENTS CONDITIONALLY UNDER SEAL PURSUANT TO LOCAL RULE 79-5.2.2 (b)**<br><br>[*Filed Concurrently with Administrative Motion to Seal*]<br><br>Date: October 11, 2023<br>Time: 10:00 a.m.<br>Magistrate Judge: Autumn D. Spaeth<br>Courtroom: 6B |

The Court, having reviewed Plaintiff's Application For Leave To File Documents Conditionally Under Seal (the "Application"), hereby rules as follows:

Bauer's Application is GRANTED. The following documents shall be filed conditionally under seal:

- Exhibit H to the Declaration of Blair G. Brown in Support of Bauer's Motion To Compel FRCP Rule 35 Mental Health Examination Of Hill, which contains portions of the deposition transcript of Hill; and
- All references to Exhibit H in the Joint Stipulation.

**IT IS SO ORDERED**.

DATED: 09/18/2023              /s/ Autumn D. Spaeth
                               Autumn D. Spaeth
                               United States Magistrate Judge