KINSELLA HOLLEY ISER KUMP STEINSAPIR LLP
Shawn Holley (Cal. Bar No. 136811)
Suann MacIsaac (Cal. Bar No. 205659)
11766 Wilshire Blvd, Suite 750
Los Angeles, CA 90025
Tel: (310) 566-9800
Fax: (310) 566-9850
sholley@khiks.com

ZUCKERMAN SPAEDER LLP
Blair G. Brown (admitted *pro hac vice*)
Jon R. Fetterolf (admitted *pro hac vice*)
1800 M Street, N.W., Suite 1000
Washington, D.C. 20036
Tel: (202) 778-1800
Fax: (202) 882-8106
bbrown@zuckerman.com
jfetterolf@zuckerman.com

ZUCKERMAN SPAEDER LLP
Nell Z. Peyser (admitted *pro hac vice*)
485 Madison Avenue, 10th Floor
New York, NY 10022
Tel: (212) 704-9600
Fax: (212) 704-4256
npeyser@zuckerman.com

*Attorneys for Plaintiff/Counterclaim-Defendant*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| TREVOR BAUER,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>LINDSEY C. HILL AND NIRANJAN FRED THIAGARAJAH,<br><br>　　　　Defendants.<br>———————————————<br>LINDSEY C. HILL,<br><br>　　　　Counterclaimant,<br><br>　　vs.<br><br>TREVOR BAUER,<br><br>　　　　Counterclaim-Defendant, | Case No. 8:22-cv-00868-JVS-ADS<br><br>Assigned to: Judge James V. Selna<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE (FED. R. CIV. P. 41(a)(1)(A)(ii))**<br><br>Action Filed: April 25, 2022<br>Pretrial Conference: January 22, 2024<br>Trial Date: February 13, 2024 |

1  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii),
2  Plaintiff/Counterclaim-Defendant Trevor Bauer and Defendant/Counterclaimant
3  Lindsey C. Hill, by and through their respective attorneys, stipulate to the dismissal
4  with prejudice of this action, including all claims and counterclaims against all parties.
5  The parties are to bear their own costs and attorney's fees.

Dated:  October 2, 2023

ZUCKERMAN SPAEDER LLP
/s/ Blair G. Brown

Blair G. Brown (admitted *pro hac vice*)
Jon R. Fetterolf (admitted *pro hac vice*)
1800 M Street, N.W., Suite 1000
Washington, D.C. 20036
Tel: (202) 778-1800
Fax: (202) 882-8106
bbrown@zuckerman.com
jfetterolf@zuckerman.com

ZUCKERMAN SPAEDER LLP
Nell Z. Peyser (admitted *pro hac vice*)
485 Madison Ave., 10th Floor
New York, NY 10022
Tel: (212) 704-9600
Fax: (212) 704-4256
npeyser@zuckerman.com

KINSELLA HOLLEY ISER KUMP STEINSAPIR LLP
Shawn Holley (Cal. Bar No. 136811)
Suann MacIsaac (Cal. Bar No. 205659)
11766 Wilshire Blvd, Suite 750
Los Angeles, CA 90025
Tel: (310) 566-9800
Fax: (310) 566-9850
sholley@khiks.com
smacisaac@khiks.com

*Attorneys for Plaintiff/Counterclaim-Defendant Trevor Bauer*

| | |
|---|---|
| DATED: October 2, 2023 | WESIERSKI & ZUREK LLP |
| | /s/ *Michelle R. Prescott* |
| | Christopher P. Wesierski (Bar No. 086736) |
| | Michelle R. Prescott (Bar No. 262638) |
| | Eileen Spadoni (Bar No. 133259) |
| | Brett A. Smith (Bar No. 322707) |
| | 29 Orchard Road |
| | Lake Forest, CA 92630 |
| | Tel: (949) 975-1000 |
| | Fax: (949) 756-0517 |
| | cwesierski@wzllp.com |
| | mprescott@wzllp.com |
| | espadoni@wzllp.com |
| | bsmith@wzllp.com |
| | |
| | FREEDMAN + TAITELMAN, LLP |
| | /s/ *Jesse A. Kaplan* |
| | Bryan J. Freedman (Bar No. 151990) |
| | Jesse A. Kaplan (Bar No. 197662) |
| | 1801 Century Park West, 5th Floor |
| | Los Angeles, CA 90067 |
| | Tel: (310) 201-0005 |
| | Fax: (310) 201-0045 |
| | bfreedman@ftllp.com |
| | jkaplan@ftllp.com |
| | |
| | *Attorneys for Defendant/Counterclaimant Lindsey C. Hill* |

## **ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all other signatories on behalf of whom this filing is submitted concur in the filing's content and have authorized the filing.

BY: ZUCKERMAN SPAEDER LLP

/s/ *Blair G. Brown*

Blair G. Brown (admitted *pro hac vice*)
*Attorney for Plaintiff/Counterclaim-Defendant Trevor Bauer*